David S. Stone, Esq.
Amy Walker Wagner, Esq.
Jason C. Spiro, Esq.
STONE & MAGNANINI LLP
150 JFK Parkway, 4th Floor
Short Hills, NJ 07078
Tel: (973) 218-1111
Fax: (973) 218-1106
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, AND CHRIS BARRETT, <br><br> Plaintiffs, <br><br> vs. <br><br> LIVE NATION ENTERTAINMENT, INC., <br><br> Defendant. | Civil Action No. 11-7318 (WHW)(MCA) <br><br> [PROPOSED] ORDER ADMITTING DAVID S. SIEGEL, ESQ. AND THOMAS R. AJAMIE *PRO HAC VICE* |

**THIS MATTER**, having been brought before the Court by Stone & Magnanini LLP, counsel for Plaintiffs in the above matter, for an Order pursuant to L. Civ. R. 101.1(c) granting David S. Siegel, Esq. and Thomas R. Ajamie, Esq. of the law firm of Ajamie LLP, Pennzoil Place - South Tower, 711 Louisiana, Suite 2150, Houston, Texas 77002 leave to appear and practice *pro hac vice*; and the Court having considered the Certification of David S. Stone, Esq.; and for good cause shown:

IT IS on this ____ day of _____, 2012;

**ORDERED** that the motion by Stone & Magnanini LLP to permit to David S. Siegel, Esq. and Thomas R. Ajamie, Esq. appear and participate *pro hac vice* be and hereby is **GRANTED**; and it is

**FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by David S. Stone, Esq., or a member or associate of the firm Stone & Magnanini LLP, 150 John F. Kennedy Parkway, Short Hills, New Jersey 07078, who is a member in good standing of the bar of this Court, who shall be responsible for said papers and for the conduct of this case and who shall be present before the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to the terms of this Order; and it is

**FURTHER ORDERED** that David S. Siegel, Esq. and Thomas R. Ajamie, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with R. 1:28-2 and L. Civ. R. 101.1(c)(2) within 20 days from the dated entry of this Order; and it is

**FURTHER ORDERED** that David S. Siegel, Esq. and Thomas R. Ajamie, Esq. shall pay the $150.00 fee to the Clerk of the United States District Court for the District of New Jersey, in accordance with L. Civ. R. 101.1(c)(3) within 20 days from the dated entry of this Order; and it is

**FURTHER ORDERED** that David S. Siegel, Esq. and Thomas R. Ajamie, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including the provisions of L. Civ. R. 103.1 (Judicial Ethics and Professional Responsibility) and L. Civ. R. 104.1 (Discipline of Attorneys).

_____
Honorable Madeline Cox Arleo, U.S.M.J.