**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JUICE ENTERTAINMENT, LLC, et al. | : | |
| Plaintiffs, | : | **ORDER** |
| v. | : | Civ. No. 2:11-07318 (WHW) |
| LIVE NATION ENTERTAINMENT, INC., | : | |
| Defendant. | : | |

**<u>Walls, Senior District Judge</u>**

For the reasons expressed in the accompanying Opinion,

It is, on this 3rd day of July 2012 **ORDERED**:

That Defendant's Motion to Dismiss Plaintiffs' tortious interference with business relations claim is **DENIED**;

That Defendant's Motion to Dismiss Plaintiffs' tortious interference with contract claim is **GRANTED** without prejudice;

That Defendant's Motion to Dismiss Plaintiff's defamation claim is **GRANTED** without prejudice;

That Defendant's Motion to Dismiss Plaintiffs' unlawful interference with contract claim is **GRANTED** with prejudice;

That Defendant's Motion to Dismiss Plaintiffs' unfair competition claim is **GRANTED** with prejudice.

                                                   **s/ William H. Walls**
                                                   United States Senior District Judge