## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of September 2012, I caused a true and correct copy of Plaintiffs' First Amended Complaint to be served upon all counsel of record via ECF.

                              By: /s/ David S. Stone
                                  David S. Stone

{00035137;v1}