IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, AND CHRIS BARRETT. <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., <br> Defendants. | Civil Action No. <br> 2:11-CV-07318-WHW-SCM <br><br> **ORDER ON INFORMAL MOTION TO COMPEL DISCOVERY** <br><br> **[D.E. 36]** |

**THIS MATTER** having come before the Court on August 7, 2013 for oral argument on motion by Plaintiffs to compel discovery from Defendant, [D.E. 36], and the Court having considered the joint submission of the parties and the arguments of all counsel, and for good cause having been shown,

**IT IS** on this Wednesday, August 07, 2013 ordered as follows:

Plaintiff's motion is granted in part and denied in part for the reasons set forth today on the record.



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

8/7/2013 2:32:52 PM