**Greenberg Traurig**

Ian S. Marx
Tel. (973) 360-7951
Fax. (973) 301-8410
marxi@gtlaw.com

March 24, 2014

**VIA ELECTRONIC FILING**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
  for the District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Juice Entertainment, LLC v.*
              *Live Nation Entertainment, Inc.,*
              <u>**11 Civ. 07318 (WHW) (CLW)**</u>

Dear Magistrate Judge Waldor:

     I am writing to request that the conference call scheduled for tomorrow morning at 11:30am be rescheduled so that I may attend my uncle's funeral. I have conferred with Plaintiffs' counsel and they and we are available for a rescheduled call any time on Thursday, March 27 (which would be the parties' preference) or the parties can be available with some arranging on Wednesday, March 26 (which would be the parties' second choice). We thank the Court and plaintiffs' counsel for their accommodation and courtesies.

                                             Respectfully submitted,

                                             <u>/s/ Ian S. Marx</u>
                                             IAN S. MARX

cc: Amy Walker Wagner, Esq. (via ECF)
    David S. Siegel, Esq. (via ECF)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | 200 Park Avenue, Post Office Box 677 | Florham Park, New Jersey 07932 | Tel. 973.360.7900 | Fax 973.301.8410

www.gtlaw.com