# Greenberg Traurig

Ian S. Marx
Tel. (973) 360-7951
Fax. (973) 301-8410
marxi@gtlaw.com

October 31, 2014

**VIA ELECTRONIC FILING**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
　for the District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

　　　　Re:　*Juice Entertainment, LLC v.*
　　　　　　*Live Nation Entertainment, Inc.,*
　　　　　　**11 Civ. 07318 (WHW) (CLW)**

Dear Judge Waldor:

　　　I am writing on behalf of plaintiffs and defendant to advise the Court on the status of the mediation and to respectfully request that the Court extend the stay of proceedings so that the mediation may be continued.

　　　The parties have continued the mediation process with Mr. Curtin, including a telephone conference today to discuss the process going forward for the next sixty days. Accordingly, the parties and the Mediator therefore request that Your Honor extend the stay in this case through December 31, 2014. The parties thank the Court and the Mediator for their consideration; we will plan to report back to the Court as the mediation process proceeds.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Ian S. Marx
　　　　　　　　　　　　　　　　　　IAN S. MARX

cc: Amy Walker Wagner, Esq. (via ECF)
　　David S. Siegel, Esq. (via ECF)
Thomas R. Curtin, Esq. (via ECF)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | 200 Park Avenue, Post Office Box 677 | Florham Park, New Jersey 07932 | Tel. 973.360.7900 | Fax 973.301.8410

www.gtlaw.com