# Greenberg Traurig

Ian S. Marx
Tel. (973) 360-7951
Fax. (973) 301-8410
marxi@gtlaw.com

August 26, 2015

**VIA ELECTRONIC FILING**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
  for the District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Juice Entertainment, LLC v.*
             *Live Nation Entertainment, Inc.,*
             <u>**11 Civ. 07318 (WHW) (CLW)**</u>

Dear Magistrate Judge Waldor:

    We represent Defendant Live Nation Entertainment, Inc. ("Live Nation"); counsel for Plaintiffs Juice Entertainment, LLC, Thomas Dorfman and Christopher Barrett, join in this letter.

    Following the telephonic conference with the Court on July 29, 2015, counsel have met and conferred concerning a proposed schedule for the completion of discovery. In this regard, the parties jointly request that the deadlines contained in the Court's Second Amended Scheduling Order dated August 21, 2013 (as amended by the Court's Order entered on October 31, 2013), be extended as follows:

1. Document production to be completed by November 1, 2015.

2. Fact discovery to be completed by January 31, 2016.

3. Plaintiffs' expert disclosures to be made by February 31, 2016. Defendant's expert disclosure to be made 10 days after Plaintiffs' expert report is due.

4. Plaintiffs' expert report(s) to be served by March 31, 2016. Deposition of plaintiffs' expert(s) to be completed by April 31, 2016.

5. Defendant's expert report to be served by April 31, 2016. Deposition of defendant's experts) to be completed by May 31, 2016.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | 200 Park Avenue, Post Office Box 677 | Florham Park, New Jersey 07932 | Tel. 973.360.7900 | Fax 973.301.8410

www.gtlaw.com

Honorable Cathy L. Waldor, U.S.M.J.
August 26, 2015
Page 2

_____

      6.   Dispositive Motions to be filed by June 31, 2016.

*   *   *

      Counsel for the parties are available at the Court's convenience should the Court have any questions, issues or concerns. We thank the Court for its consideration and courtesies in connection with this joint request.

                                            Respectfully submitted,

                                            /s/ Ian S. Marx
                                            IAN S. MARX

cc: Amy Walker Wagner, Esq. (via ECF)
    David S. Siegel, Esq. (via ECF)