**GREENBERG TRAURIG, LLP**
Philip R. Sellinger (PS 9369)
Ian S. Marx (IM 1704)
500 Campus Drive
Florham Park, New Jersey 07932
(973) 360-7900 (Telephone)
(973) 301-8410 (Facsimile)
*Attorneys for Defendant*
*Live Nation Entertainment, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, AND CHRIS BARRETT,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>Defendant. | Civil Action No. 11-07318 (WHW) (CLW)<br><br>**NOTICE OF MOTION**<br>**FOR SUMMARY JUDGMENT**<br><br>*ORAL ARGUMENT REQUESTED* |

TO:  Amy Walker Wagner, Esq.
     Stone & Magnannini, LLP,
     100 Connell Drive, Suite 2200
     Berkley Heights, New Jersey 07922
     *Attorneys for Plaintiffs*
     *Juice Entertainment LLC, Thomas Dorfman, and Chris Barrett*

**PLEASE TAKE NOTICE** that on November 21, 2016, at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant Live Nation Entertainment, Inc. will move before the Honorable William H. Walls, Senior United States District Judge for the District of New Jersey, and hereby does move, by and through its attorneys, Greenberg Traurig, LLP, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing the Plaintiffs' Complaint,

with Prejudice and for other, related relief in the event that the Complaint is not dismissed in its entirety;

PLEASE TAKE FURTHER NOTICE that Defendant shall rely upon its accompanying Statement of Uncontested Material Facts, Certification of Ian S. Marx, Esq. and Memorandum of Law in support of its motion;

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith; and

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

                                                            GREENBERG TRAURIG, LLP

By: _____
Ian S. Marx, Esq.
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: 973-360-7900
Facsimile: 973-301-8410
*Attorneys for Live Nation Entertainment, Inc.*

Dated: October 17, 2016