# EXHIBIT 3

## In The Matter Of:

*Juice Entertainment, et al v.*
*Live Nation Entertainment*

---

*Thomas Dorfman*
*November 12, 2013*

---

*Rizman Rappaport Dillon & Rose*
*66 W. Mt. Pleasant Ave.*
*Livingston, N.J. 07039*
*(973) 992-7650*

ORIGINAL

Min-U-Script® with Word Index

# In The Matter Of:

*Juice Entertainment v.*
*Live Nation Entertainment*

---

*Thomas E. Dorfman*
*Vol. II*
*March 28, 2016*

---

*Rizman Rappaport Dillon & Rose*
*66 W. Mt. Pleasant Ave.*
*Livingston, N.J. 07039*
*(973) 992-7650*
*reporters@rizmanrappaport.com*

**Min-U-Script® with Word Index**

| Dorfman - direct | Page 29 |
|---|---|

1  Q   Prior to 2010, were you ever
2  involved in any outdoor music festivals?
3  A   Can you be more specific, what
4  you mean by festivals?
5  Q   Are you familiar with the word
6  "festival" being used in the music industry?
7  A   Yes.
8  Q   What does it mean to you?
9  A   What it means to me right now is
10  large scale electronic dance festivals, as the
11  electronic dance music has exploded, and 30,000
12  to a hundred thousand person event.
13  Q   Is it possible for there to be a
14  music festival that has less than 30,000 people
15  in attendance?
16  A   I guess so, if you call it a
17  festival. But to me, if you ask me what it
18  means, a music festival is a large scale event.
19  Q   What makes an event large scale
20  in your understanding, such that it could be
21  called a festival? Is it, for example, the
22  number of acts? The number of attendees? Or
23  something else?
24  A   The question you're asking me
25  really can vary, but my answer would be a

| Dorfman - direct | Page 31 |
|---|---|

1  could go on and on.
2  Q   Well, have you given me a list
3  that summarizes your experience prior to 2010
4  with music festivals?
5  A   Yeah. Rock. The majority of
6  most music genres, my specialty being electronic
7  dance festivals.
8  Q   Were any of those thousands of
9  festivals outdoors?
10  A   Yes.
11  Q   Which ones?
12  A   There were some at the Surf Club
13  that I did multiple events over multiple years,
14  Nicki's Beach, like the girl, and Sand Bar.
15  Q   Any other outdoor festivals you
16  were involved in prior to 2010?
17  A   Not that I can recall off the top
18  of my head.
19  Q   Where are the Surf Club, Nicki's
20  Beach and Sand Bar?
21  A   The Surf Club was in Ortley
22  Beach. Sand Bar was in Jersey City. Nicki's
23  Beach, I don't know if it's still there, was in
24  Miami, Florida.
25  Q   What kind of outdoor music

| Dorfman - direct | Page 30 |
|---|---|

1  festival is, at least a successful one, has
2  premium talent and has a large occupancy, such
3  as ultra festival and many other entertainment.
4  Q   Using your definition of a
5  festival, how many music festivals were you
6  involved in prior to 2010?
7  A   If you used the definition I used
8  for music festivals, large scale musical
9  festivals, I would say then I was not involved
10  in any at that time.
11  Q   What if we changed the definition
12  of music festival? You said large scale music
13  festival.
14       How about if we take out large
15  scale and just use the word music festival, how
16  many music festivals were you involved in prior
17  to 2010?
18  A   Thousands.
19  Q   What kinds of music festivals
20  were you involved in prior to 2010?
21  A   If you are talking smaller scale
22  ones like we are saying now, electronic dance
23  deejays, which was the major primary background
24  of myself, my career. Latin music events. Pop
25  music events. Teen music events. Many more. I

| Dorfman - direct | Page 32 |
|---|---|

1  festivals were you involved in at Surf Club?
2  A   Electronic dance.
3  Q   Anything else?
4  A   No, sir.
5  Q   What kind of outdoor festivals
6  were you involved in at Nicki's Beach?
7  A   Electronic dance.
8  Q   What kinds of festivals, outdoor
9  festivals were you involved in at Sand Bar?
10  A   Sand Bar would be a mix of
11  electronic dance, some top 40 entertainment, and
12  that would really be the main scope of that.
13  Some actually, I believe, a little bit hip hop,
14  possibly.
15  Q   And how were you involved in
16  connection with the outdoor festivals at Surf
17  Club, Nicki's Beach and Sand Bar?
18  A   They varied from event to event.
19  But my involvement went from booking talent to
20  marketing the event, by handling the promotion
21  through many different avenues, from radio
22  promotion to street promotions, which is flyer
23  distribution, to e-mails, to text messages,
24  through data bases of mine, through direct mail
25  that I acquired over the years, to staging and

Juice Entertainment, et al v.
Live Nation Entertainment

---

Dorfman - direct                                    Page 33

1  setting up the event, making sure the production
2  was proper for the event, and handling some of
3  the events from complete start to finish.
4  Q   Tell me about the outdoor nature
5  of the space at the Surf Club in which you were
6  involved in an outdoor music festival.
7  A   I guess you're calling the word
8  outdoor music festival, the small events I'm
9  speaking of, correct.
10 Q   I thought that's what we were
11 talking about.
12 A   Sure. Can you rephrase that?
13 Q   Describe the outdoor space at the
14 Surf Club in which you put on the outdoor music
15 festival.
16 A   The Surf Club was an
17 indoor/outdoor nightclub that was directly
18 located on the beach in Ortley Beach,
19 New Jersey, and we had the deejays perform
20 outside and then perform inside.
21     When I first was involved in the
22 Surf Club, there was a lot more outside because
23 there was a lot more beach before the water came
24 up.
25     Then years later it was a smaller

---

Dorfman - direct                                    Page 34

1  beach, so a lot more inside.
2  Q   And can you answer the same
3  question with respect to Nicki's Beach?
4  A   Nicki's Beach I did one event at,
5  and that was a complete hundred percent outside
6  venue.
7  Q   What about Sand Bar?
8  A   The Sand Bar was an
9  indoor/outdoor venue.
10 Q   Can you describe the outdoor
11 aspect of it?
12 A   The outdoor aspect of the venue
13 probably held up to three, 4,000 people.
14 Q   And where was that located?
15 A   In Jersey City, right on the
16 Hudson.
17 Q   What was the largest number of
18 attendees at an outdoor music festival you were
19 involved in at Surf Club?
20 A   Approximately three or 4,000
21 thousand people.
22 Q   Same question with respect to
23 Nicki's Beach?
24 A   Approximately 4,000 people, off
25 the top of my head.

---

Dorfman - direct                                    Page 35

1  Q   What about Sand Bar?
2  A   Three to 5,000 people.
3  Q   Were you ever involved, prior to
4  2010, in outdoor music festivals that had more
5  than 5,000 people in attendance?
6  A   No, sir.
7  Q   Were you ever involved, prior to
8  2010, in putting on an outdoor music festival
9  that lasted for more than one day?
10 A   No, sir. I wasn't involved in
11 one that lasted more than one day, but I did
12 produce many of them on a weekly basis.
13 Q   Now, am I correct in
14 understanding that you were involved in the
15 aspect of the business prior to 2010 that
16 involved buying talent?
17 A   In some aspects of my business,
18 yes.
19 Q   Describe that to me.
20 A   The aspects of buying talent?
21 Q   Yes.
22 A   Okay, glad to explain.
23     For a venue I would call up
24 agencies and secure talent for a particular
25 event that I would be producing.

---

Dorfman - direct                                    Page 36

1  Q   Were there other circumstances
2  when you would be a talent buyer?
3  A   I did that on a small level, more
4  to probably help somebody out if I wasn't doing
5  it. Mostly I did it for myself, for my own
6  events.
7  Q   Okay.
8     While you were a buyer of talent,
9  do you recall the time frame that that occurred
10 in?
11 A   I did it through my whole career.
12 Q   Did you ever interact with any of
13 the following talent agencies:  William Morris
14 Endeavor, AM only, and/or Wind Dish agency?
15 W-i-n-d-i-s-h.
16 A   The only one I act indirectly
17 with would be AM Only.
18 Q   With whom did you interact at AM
19 Only?
20 A   I believe it was Matthew
21 Rodriguez and Emma Hauser, to the best of my
22 knowledge.
23 Q   Do you recall when you interacted
24 with Mr. Rodriguez or Ms. Hauser from AM Only?
25 A   Would you like a very broad range

---

Juice Entertainment, et al v.
Live Nation Entertainment

---

Dorfman - direct                                    Page 53

1  Q  Any other lawsuit in which you've
2  been a party?
3  A  No, sir.
4  Q  You haven't commenced a lawsuit
5  relating to having been in a car accident?
6  A  Not to my recollection.
7  Q  Okay.
8     What about John Chiasullo, do you
9  know who he is?
10 A  Yes, I do.
11 Q  Has he sued you?
12 A  I believe he sent some paperwork
13 over, but I don't believe it went to the
14 position of a lawsuit.
15 Q  Did you ever see your name in a
16 lawsuit start by Mr. Chiasullo?
17 A  I do recall seeing some
18 paperwork.  Nothing more.
19 Q  When did you see your name on
20 that paperwork?
21 A  Sometime in the last two years, I
22 believe.
23 Q  Were you served with a summons
24 and complaint in this case?
25 A  I wasn't myself, no.

---

Dorfman - direct                                    Page 54

1  Q  Do you know whether anyone else
2  was?
3  A  Potentially someone at my house.
4  Q  Who was that?
5  A  Hum?
6  Q  Who was that?
7  A  Potentially my mother or her
8  terminally ill husband.
9  Q  They received a copy of the
10 papers in that case, but you weren't technically
11 served with the complaint.  Is that what you're
12 telling me?
13 A  I'm saying to the best of my
14 recollection there was some paperwork.
15 Q  Okay.
16    How was that lawsuit resolved?
17 Do you know?
18    MR. SIEGAL: I'm going to
19 object -- never mind.  Go ahead.
20 A  Best of my knowledge there is
21 nothing ongoing with it.
22 Q  Do you know what that lawsuit was
23 about?
24 A  Yes, I do.
25 Q  What was it about?

---

Dorfman - direct                                    Page 55

1  A  It was about money that
2  Mr. Chiasullo had loaned me for the Meadowlands
3  State Fair.
4  Q  What did the lawsuit seek?
5  A  I believe the paper -- I'm not
6  sure if it was a lawsuit -- seeked the money
7  that he had loaned us -- loaned me for the
8  Meadowlands Fair.
9  Q  Did Mr. Chiasullo get his money
10 back?
11 A  No, he hasn't.
12 Q  And do you know why nothing
13 happened further with that lawsuit?
14 A  I can't speak for Mr. Chiasullo.
15 Q  Are there any medical issues that
16 you are suffering from today that you claim are
17 the result of actions taken by Live Nation?
18 A  Can you define medical, in what
19 terms, be a little more specific?
20 Q  Is it your contention in this
21 lawsuit that you have suffered because of Live
22 Nation?
23 A  Yes.
24 Q  Describe for me generally
25 speaking how you have suffered?

---

Dorfman - direct                                    Page 56

1  A  From Live Nation I was
2  hospitalized with extremely severe pain and I
3  was in the hospital for multiple days, and I had
4  extreme pain through my neck and my head that
5  was unbearable.
6     Then I was also, after losing my
7  entire contract, my entire career, extremely
8  depressed.
9  Q  Anything else?
10 A  You're talking about physical --
11 Q  Yes.  Any other physical harm
12 that you claim Live Nation is responsible for?
13 I assume there is economic harm, am I correct?
14 A  You're definitely correct, yes.
15 Q  So let's separate out the
16 economic harm because we'll talk about that.
17 I'm just going to concentrate now on the
18 physical harm.
19    You mentioned neck and head pain
20 and depression.
21    Have I correctly remembered that?
22 A  Yes, you did, sir.
23 Q  It is your contention that Live
24 Nation is responsible for the neck and head pain
25 and the depression?

---

Dorfman - direct                                            Page 69

1    There were some on and off
2  discussions in my nightclub with a lot of these
3  high profile people he was coming in with.
4  Q  Did you wind up doing any
5  business with him in connection with those
6  visits?
7  A  No.
8  Q  When was the first time that you
9  did business with John Sandberg?
10  A  The first time I did business
11  with John Sandberg was at the Meadowlands.
12  Q  When you say Meadowlands, what do
13  you mean?
14  A  The Meadowlands State Fair I had
15  a contract with.
16  Q  And the first event that you were
17  going to put on was in June of 2011?
18  A  Yes.
19  Q  That's the first time that you
20  did business with John Sandberg?
21  A  Yes.
22  Q  And have you done business with
23  John Sandberg other than with the Meadowlands
24  event that you just described?
25  A  No.

Dorfman - direct                                            Page 70

1  Q  When is the last time that you
2  spoke with John Sandberg?
3  A  April or May of 2011, best of my
4  recollection.
5  Q  Is that the last time that you
6  communicated with him? I asked you specifically
7  the last time you spoke.
8     Does that includes any kind of
9  communication with John Sandberg?
10  A  The best I can recall, yes, sir.
11  Q  Do you know where John Sandberg
12  is today?
13  A  No, I do not.
14  Q  I don't mean specifically like
15  today, November 12, 2013. I mean do you know
16  where he lives?
17  A  No, I cut all ties with John
18  Sandberg. I haven't spoke to him, so I would
19  have absolutely no idea.
20  Q  Frankly, I'm having a hard time
21  finding him. I was going to ask if you could
22  point me in the right direction.
23  A  I have no relationship with him.
24  I'm sorry I can't help you on that, sir.
25  Q  Were you involved in an event

Dorfman - direct                                            Page 71

1  that took place at the State Fair in 2010?
2  A  Yes.
3  Q  What was that event?
4  A  Latin event.
5  Q  Can you tell me, was that the
6  Fiesta Caliente?
7  A  I believe that is what it was
8  called.
9  Q  Tell me about the event.
10  A  Chris Barrett had talked about --
11  when we had found out about the Meadowlands and
12  the State Fair being a possibility to get into
13  to produce concerts, Chris Barrett spoke with
14  me, and I was very interested immediately to get
15  in and produce an electronic dance festival
16  there.  The Meadowlands is prestigious real
17  estate, and we've seen a boom in the electronic
18  dance market as I've been in it my whole life.
19     I got into -- in a short period
20  of time I rushed my foot into the door with Al
21  Dorso, who is the owner of State Fair management
22  to produce events there.  And I got my foot in
23  the door and in a short period of time put a
24  Latin concert on to get my foot in the door to
25  set myself up to be able to get an exclusive

Dorfman - direct                                            Page 72

1  deal for that property and to put on electronic
2  dance festivals.
3  Q  How did you first find out about
4  the State Fair being a possible venue for
5  electronic dance festivals?
6  A  I believe that Chris was talking
7  to me about it.
8  Q  Do you know where he got the
9  idea?
10  A  I don't recall.
11  Q  And so you put on a Latin
12  festival in 2010 for the purpose of getting your
13  foot in the door because you knew that it would
14  be your future intent to put on electronic dance
15  events?
16  A  Yes, and I wanted to get in that
17  door before anybody else could because of the
18  lack of concert real estate out there in the
19  market, and being the Meadowlands with all the
20  up sides to it, I really wanted to get my foot
21  in the door there and build a relationship with
22  Al Dorso.
23  Q  Describe the event for me.
24  A  Can you be a little bit more
25  specific?

Juice Entertainment, et al v.
Live Nation Entertainment

---

**Dorfman - direct**                                    Page 73

1  Q   Who were the performers?
2  A   I actually do not recall the
3  bigger name of the performers.  We rushed the
4  event and we actually didn't land an anchor.  A
5  lot of them were names I was not familiar with.
6      Two of them I did hear names, but
7  I can't remember off the top of my head.
8  Q   How many performers were there?
9  A   If you could be more specific, do
10 you mean the band members or the actual band?
11 Q   I don't need to know how many
12 people were actually physically present on the
13 stage.  What I'm driving at is how many acts
14 were there?
15 A   Let me take a guess at it.  I
16 would say maybe 10 to 15 off the top of my head.
17 Q   And where physically did the
18 event take place?
19 A   It was at the Meadowlands
20 Fairgrounds, actually the temporary fairgrounds,
21 because the new Meadowlands stadium was being
22 set up.
23     They let us know that these were
24 the temporary area.  The following year would be
25 right in front of the new Giants and Jets

---

**Dorfman - direct**                                    Page 74

1  stadium where they would be having the Super
2  Bowl, and it was the temporary fairgrounds until
3  the following year.
4  Q   There was an event within the
5  event?  There was a designated part of the
6  fairgrounds that you were given the right to use
7  to put on this Latin festival?
8  A   Yeah, it's a State Fair that
9  usually produces four or five hundred thousand
10 people a year New Jersey was very well known
11 for, and there was a designated area for it, and
12 we would be able to use the whole entire fair,
13 the rides, the shows, everything else included
14 in their admission.
15 Q   Who was involved in your side on
16 putting on the Latin festival, just you and
17 Mr. Barrett, or was there anyone else?
18 A   Me and Mr. Barrett, and Wagner.
19 Q   Who is Wagner?
20 A   He's a Latin promoter.
21 Q   Can you describe for me what you
22 did, what Mr. Barrett did and what Wagner did in
23 connection with putting on the festival?
24 A   We did it in a really short
25 period of time.  We really rushed it.

---

**Dorfman - direct**                                    Page 75

1      Wagner was more responsible for
2  getting target together, some of the marketing
3  as a Latin promoter, a person that I worked
4  closely with.
5      I was responsible for some of the
6  marketing.  Also sponsorship, cutting a deal
7  with a radio station and sponsors.
8      Me and Chris really worked hand
9  in hand with Al, which was really, really
10 helpful and receptive, learning the stage, being
11 able to get sponsors set up there, and being
12 able to run the event.
13 Q   Did Mr. Barrett do anything that
14 you didn't do, or did your activities completely
15 overlap?
16 A   I'm sure there is some stuff that
17 he did that I didn't do, but, no, I can't recall
18 exactly what it was.
19 Q   What kind of financing did you
20 need to be able to put on the festival?
21 A   We needed a minimal amount of
22 money.
23     MR. MARX:  Can you mark this,
24 please.
25

---

**Dorfman - direct**                                    Page 76

1      (Exhibit marked for
2  identification TD-2, E-Mail dated June 11, 2010
3  with attachment.)
4      (Exhibit handed to the witness.)
5  Q   I'm going to hand you and ask you
6  to look at what we marked as exhibit TD-2, a
7  two-page document, looks like an e-mail sent
8  June 11, 2010 from Chris to Tommy D.
9      Who is Chris Asta?
10 A   Chris Asta is Chris Barrett.
11 That's more of his stage name.
12 Q   Do you know why he's called Chris
13 Asta?
14 A   He's been using that name
15 forever.  That's all I can tell.
16 Q   Does Asta mean always stay
17 anonymous?
18 A   I would have absolutely no idea.
19 I never heard that.
20 Q   You never heard that before?
21 A   No.
22 Q   This subject is P&L, and the
23 second page of the document says, "Meadowlands
24 Fair festival P&L."
25     Do you know what this document

---

Dorfman - direct                                        Page 77

1   is?
2   A  It looks like a P&L sheet that
3   was sent from Chris to myself, it looks like.
4   Q  Do you recall him preparing and
5   sending to you this sheet?
6   A  This one in particular I do not
7   recall.  There are many that were getting
8   prepared at the time --
9   Q  Okay.
10  A  -- as we were rushing to put on
11  the event.
12  Q  As between you and Chris Barrett,
13  is he the guy who prepares things like the P&L
14  sheet that we are looking at on TD-2?
15  A  I do prepare them with Chris, but
16  Chris is definitely a much better bookkeeper
17  than me and much better at working on the
18  computers.  A lot of stuff would be prepared
19  together.
20  Q  Be prepared together, but he's
21  the one who physically creates them?
22  A  Inputs the document, yeah, he's a
23  lot better at it than me.
24  Q  Do you know where the records are
25  for the Latin festival in 2010?

Dorfman - direct                                        Page 78

1   A  Can you be specific?
2   Q  Do you have any records relating
3   to the Latin festival?
4   A  Whatever records I have we had to
5   turn over to you.
6   Q  Do you know where those records
7   were kept?
8   A  I believe on the computer e-mail.
9   Q  Do you know whose computer?
10  A  Probably Chris', maybe my e-mail.
11  It came to my e-mail address, probably me.
12  Q  Was the event on July 4th, 2010?
13  A  Yes, sir.
14  Q  Does looking at TD-2 help remind
15  you of certain facts about the expenses
16  associated with putting on the event?
17  A  It shows some of the projected
18  things we were putting together on projected
19  artists and projected events.
20  Q  Is that consistent with your
21  memory of what the actual expenses were for the
22  event?
23  A  No.
24  Q  How is it different than what
25  your memory is?

Dorfman - direct                                        Page 79

1   A  Some of this stuff in here just
2   doesn't seem to be what the actual costs were.
3   It seems like this was a mock projection on the
4   headliners here, which the best of my memory, I
5   don't think these were headliners.
6   Q  You don't remember who the
7   headliners were, but you know they are not
8   these?
9   A  I can't remember the names off
10  the top of my head right now.  I do know who
11  they were, but they weren't an anchor.  The big
12  thing with the event was being able to have an
13  anchor for this event.
14  Q  Is there a general understanding
15  when you are putting on an outdoor festival as
16  to what the anchor needs to bring to the event
17  in order for it to be successful?
18  A  Yeah.  Well, the anchor has to
19  bring, number one, their massive reputation
20  where they can draw a very large crowd.  If you
21  want to have a very successful event and you
22  want other people to sign on, you want more
23  sponsors to come on board.  That's the general
24  understanding.  You need an anchor.
25  Q  If you want to have 25,000 people

Dorfman - direct                                        Page 80

1   come to a music festival, is there in the
2   industry an understanding of how many people the
3   anchor should be counted on to bring in order
4   for the event to be successful?
5   A  It really depends on the event
6   and it really depends on who would follow that
7   anchor.  You would need somebody to bring a
8   large number, but I don't know if there is any
9   standard on the exact number for that person.
10  Q  Do you have a recollection of
11  what the talent expense was for the 2010 Latin
12  festival that you put on?
13  A  I do not recall off the top of my
14  head.
15  Q  Do you recall how you came up
16  with the funding necessary in order to retain
17  the talent to that festival?
18  A  Yes.  Chris Barrett's company,
19  and also my personal money.
20  Q  What is Chris Barrett's company
21  called?
22  A  Base Productions, I believe.
23  Q  Do you recall how much Base
24  Productions put up and how much you put up to
25  fund the acquisition costs for talent for the

Juice Entertainment, et al v.
Live Nation Entertainment

| Dorfman - direct | Page 81 |
|---|---|

1  Latin festival in 2010?
2  A  I don't recall in detail.
3  Q  Was it $50,000?
4  A  Could be in that range.  I'm not
5  sure.
6  Q  Do you recall the ticket price
7  that you charged for that festival?
8  A  I actually do not recall the
9  ticket price.
10  Q  If I wanted to find out the
11  ticket price, where would I look for that?
12  A  Probably available, probably
13  online.
14  Q  How many people attended that
15  festival?
16  A  I don't exactly recall, but the
17  best of my recollection, 1500 to 2,000.
18  Q  Do you recall how many you were
19  anticipating would attend?
20  A  My anticipation?
21  Q  Yes.
22  A  My anticipation, I thought it
23  would approximately be around that number, maybe
24  a little bit higher.
25  Q  Were there others you were aware

| Dorfman - direct | Page 82 |
|---|---|

1  of who had different expectations as to what the
2  attendance would be?
3  A  Yeah, I would say so, because we
4  were looking at getting anchors in the event in
5  a short period of time.  At some point the
6  numbers looked higher and sometimes the numbers
7  looked a little bit lower.
8      I was very satisfied with it in
9  the short period of time that we put it on.
10  Q  For example, Al Dorso, do you
11  know what his expectation was for the attendance
12  at this festival would be?
13  A  I think originally we were
14  putting it together, I think he originally
15  mentioned 10,000 people, I believe, off the top
16  of my head.
17  Q  And you mentioned that to Al?
18  A  The best I can recall.
19  Q  And did you discuss that
20  anticipated attendance figure with others other
21  than Al?
22  A  At some point in time,
23  definitely.
24  Q  Did you have a number of
25  attendees at which you would need to obtain in

| Dorfman - direct | Page 83 |
|---|---|

1  order to make a profit on the Latin festival?
2  A  To be quite frank with you, I'm
3  sure we did, but it didn't make a difference to
4  me if I made money or lost money on it.  My
5  whole goal was to get my foot in the door.
6  Q  Do you recall whether you made
7  money or last money on the Latin festival?
8  A  We lost money.
9  Q  And if I wanted to know the
10  details concerning how much it cost you to put a
11  festival on, what the ticket price was, what the
12  other expenses associated with the festival were
13  and what the ultimate P&L was, is there a place
14  that I can look to find that?  I don't think I
15  found it in the materials that we have been
16  provided with.
17  A  Sitting here today, besides the
18  materials that we presented to you, which I'm
19  not sure if I -- I can't see it here
20  obviously -- the thousands of documents we gave
21  you, I'm not sure if it's there or not.
22  Q  Is there a document or any kind
23  of record that you recall having that would show
24  me that bottom line P&L information that I
25  described I was looking for?

| Dorfman - direct | Page 84 |
|---|---|

1  A  I don't recall.
2  Q  Would you have had some kind of
3  final settling up with Al Dorso's company at the
4  conclusion of this event where this information
5  would be summarized?
6  A  We did have a setup with Outdoor
7  Associates, Al Dorso.  I'm not sure if there was
8  any paperwork given to us or not.  I really
9  don't recall that.
10  Q  How did Al Dorso's company
11  receive payment in connection with that
12  festival?
13  A  Al Dorso's company received what
14  the State Fair admission would be.  It was $9
15  for that day, the best that I can recall, per
16  attendee.
17  Q  Was there any other -- and how
18  did you get paid?
19  A  We got paid off the ticket.
20  Q  Whatever the ticket price was,
21  you would subtract out what you had to pay Al
22  Dorso in terms of the $9 fee, and the rest of
23  that was your proceeds?
24  A  Yeah, that's including
25  sponsorship money and anything else that was

Juice Entertainment, et al v.
Live Nation Entertainment

| Dorfman - direct | Page 105 |
|---|---|

1  he offered sponsorship, team support and
2  anything really needed to help us with it.
3      I did express to Al that I was
4  afraid that, you know, at this point, that we
5  were going to lose -- as soon as anybody found
6  out there was a bigger company like Pasha,
7  another one like that, that we were going to end
8  up losing our idea with him.
9      At this time Al drove us over to
10  the stadium. He showed us exactly where we
11  would be putting on our concert, right in front
12  of the main entrance to the new stadium. He
13  showed us the entire space, drove us through it.
14      He showed us where we would have
15  a route to bring in all our equipment, where the
16  service road would be. He showed the fence line
17  that he would put up. He showed the water lines
18  that he would put through for the bathrooms. He
19  was very accommodating with us.
20      We were going to need private
21  restrooms backstage for some of the bigger
22  artists, which he said he would fulfill which
23  was not a problem.
24      At this time Al mentioned that
25  WPLJ was interested in producing an event at the

| Dorfman - direct | Page 106 |
|---|---|

1  Meadowlands.
2      I told Al, you know, listen, Al,
3  we are putting everything into this. We came in
4  here first. We are putting our life into this.
5  We are working day in and day out for your space
6  for the future.
7      I told him, look, for us to
8  continue going forward after this point right
9  here, we are going to put all the work in. We
10  are going to produce the massive electronic
11  dance festival. Many other people are going to
12  produce other festivals. I said, we need an
13  exclusive to produce all the shows or to broker
14  all the shows at your fairgrounds.
15      So we were looking for a
16  five-year deal with a five-year option.
17      Al said, you know what, boys, you
18  got the deal. And he said -- I told him, Al,
19  someone is going to come in and take this from
20  us. Someone is going to steal it.
21      He said, my word is better than
22  my signature. My word is better than gold.
23      That was the month of October as
24  I can best summarize it for you.
25  Q  Do you know what Al and/or Paul

| Dorfman - direct | Page 107 |
|---|---|

1  were doing, if anything? You described what you
2  were doing.
3  A  Yeah, Alan was working back and
4  forth -- sorry, Paul was working back and forth
5  on potential people to bring on board, possibly
6  Cream Fields, and he reached out to Cream
7  Fields, I believe at this time to the CEO, James
8  Barton, I believe he had a very good
9  relationship with.
10      They were checking with -- we
11  were going over rosters, potential talent that
12  we could put in there. He looked at other
13  festivals, I believe he spoke with Amnesia from
14  Europe at the time.
15      Alan Sachs was involved in
16  conversations. We were coming up with concepts,
17  marketing plans, budgets, potential sponsors,
18  and Paul Potter, having a lot of experience in
19  the sponsorship end, coming on board in what he
20  thought we would receive in sponsorship, the
21  support we were getting from the venue, being on
22  billboards across the whole tri-state area, the
23  Jumbotron at the Meadowlands, the huge signs.
24      They were working heavily on
25  that, and we were working day-to-day on

| Dorfman - direct | Page 108 |
|---|---|

1  producing our event.
2  Q  Was anybody else involved on your
3  side other than you and Chris Barrett, Alan
4  Sachs and Paul Potter?
5  A  At this time, no. I wanted to
6  keep this as a need to know basis, very small
7  and quiet as possible so that the event would
8  not be taken by another company.
9  Q  The same question with respect to
10  November of 2010. Who on your side was working
11  in connection with putting on the event for
12  2011, and what were they doing?
13  A  On our team in November 2011, it
14  would be the same exact team I just told you.
15  Q  Strike that. We want to do 2010.
16  I know you misspoke.
17  A  My apologies.
18      2010, November, the same team,
19  between Alan Sachs, Paul Potter, Chris Barrett,
20  and we continued working on projected lineups.
21      I believe at this time Paul
22  Potter may have reached out to someone in
23  Europe, the William Morris agency, by the name
24  of David Levy, the best of my recollection,
25  about potentially getting the head of Europe,

Dorfman - direct                                    Page 117

1      (Pause.)
2  Q  Have you had the time to look at
3  TD-3?
4  A  Yes, I have.
5  Q  Were you aware of the fact that
6  Electric Daisy Carnival was putting on
7  electronic dance music festival in Las Vegas on
8  June 24th, 25th and 26th, 2011?
9  A  Absolutely.
10  Q  When did you become aware of
11  that?
12  A  I believe that we spoke with
13  Electric Daisy Carnival. I believe their dates
14  actually had changed. This is Las Vegas, sir?
15  Q  I believe so. That's what it
16  says.
17  A  I believe originally their dates
18  had to change because they lost the venue that
19  they were originally doing it at in Los Angeles,
20  but I believe at some point in time I definitely
21  saw they were doing events the same weekend as
22  us, which I thought was a great thing.
23  Q  On the talent list here, do you
24  recognize any of the artists that were appearing
25  at the Electric Daisy Carnival in Las Vegas on

Dorfman - direct                                    Page 118

1  June 24th, 25th and 26th as being artists that
2  you made offers to and wished to appear at your
3  event at the State Fair on the 25th and 26th of
4  June?
5  A  The question being on their
6  lineup from the 25th and 26th?
7  Q  Yes.
8      Was there overlap between the
9  artists that had committed to and appeared in
10  Las Vegas and that you wanted to appear in
11  New Jersey during the same time frame?
12  A  On Saturday -- just to make sure
13  my answer is correct here for your question on
14  Electric Daisy Carnival, Las Vegas, Saturday,
15  June 25th and Sunday, June 26th, correct?
16  Q  Let me back up. I'm sorry. I
17  appreciate the fact that you are trying to be
18  very specific here.
19      When was your event supposed to
20  take place in New Jersey?
21  A  Saturday, June 25th and Sunday,
22  June 26th.
23  Q  In New Jersey?
24  A  In New Jersey.
25  Q  Right.

Dorfman - direct                                    Page 119

1      So I guess my question relates to
2  artists who were appearing in Las Vegas on
3  Friday, Saturday and Sunday.
4      Were there any artists on those
5  lists for the Electric Daisy Carnival event in
6  Las Vegas on Friday, Saturday and Sunday that
7  you wanted to appear in New Jersey on Saturday
8  and/or Sunday?
9  A  Yes, sir.
10  Q  Why don't I read off the list as
11  I understand it, based on my having looked at
12  the artists, and you can tell me whether they
13  were artists that you wanted to appear in
14  New Jersey, okay?
15  A  Sir, we did put a lot of offers
16  out. Off the top of my head I'm not going to
17  give you an accurate answer on every detail that
18  we put an offer in to or not.
19  Q  Who was responsible for making
20  offers to the artists?
21  A  John DiMatteo.
22  Q  Did you make any offers?
23  A  By me sending it to the agent?
24  Q  Yes.
25  A  No, John DiMatteo.

Dorfman - direct                                    Page 120

1  Q  Was John DiMatteo the one from
2  your team who made all of the offers?
3  A  For the electronic dance
4  festival?
5  Q  Yes.
6  A  Yes.
7  Q  Were there others on your team
8  who made offers for artists other than
9  electronic dance?
10  A  Yes.
11  Q  What other genres were you making
12  offers for?
13  A  Latin.
14  Q  Anything else?
15  A  And we were inquiring about rock
16  and pop and top 40.
17  Q  Who was responsible for making
18  offers to talent in those genres?
19  A  At the time it was myself and
20  Chris Barrett.
21  Q  Anybody else?
22  A  To actually making the offer?
23  Q  Yes.
24  A  No.
25  Q  Going back to electronic dance

Juice Entertainment, et al v.
Live Nation Entertainment

**Dorfman - direct** Page 121

1 festival, am I correct in understanding that
2 John DiMatteo made all of the offers from your
3 team and received all of the responses from the
4 agents to whom the offers had been made?
5 A Yes, sir.
6 Q So any information you had
7 concerning either the offers or the responses to
8 the offers comes to you secondhand, at least
9 secondhand, from Mr. DiMatteo?
10 A Sometimes I was sitting in his
11 office and seeing the offers go out and/or
12 seeing some of the responses coming in. I
13 believe some of it is secondhand.
14 Q You only know either what
15 Mr. DiMatteo had told you or what you personally
16 observed because you were with Mr. DiMatteo
17 either when he made the offer or received the
18 response to the offer?
19 A The information that Mr. DiMatteo
20 sent over to me in correspondence with the
21 agents.
22 Q I'm going to say the name of an
23 artist, and you can tell medical whether you
24 think your team made an offer for that artist to
25 appear at the event at the Meadowlands in 2011.

**Dorfman - direct** Page 122

1 Okay?
2 A Sure.
3 Q Wolfgang Gartner?
4 A Possibly.
5 Q Dirty South?
6 A The best of my recollection, yes.
7 Q Tiesto?
8 A Yes.
9 Q Steve Angello?
10 A Hundred percent.
11 Q Sander VanDoorn?
12 A Yes.
13 Q Richie Hawton?
14 A I do not recall.
15 Q Roger Sanchez?
16 A To the best of my recollection.
17 Q Calvin Harris?
18 A To the best of my recollection.
19 Q Cedric Gervais?
20 A I do not recall.
21 Q Martin Solveig?
22 A I do not recall.
23 Q Afrojack?
24 A Yes.
25 Q Benny Benasi?

**Dorfman - direct** Page 123

1 A I do not recall.
2 Q David Guetta?
3 A Yes.
4 Q Did I pronounce that correctly?
5 A David Guetta.
6 Q Chuckie?
7 A I do not recall.
8 Q Boris?
9 A I do not recall.
10 Q Victor Calderone?
11 A To the best of my recollection.
12 Q Feed Me?
13 A I do not recall.
14 Q LA Riots?
15 A Yes.
16 Q MSTRKRFT?
17 A I do not recall.
18 Q Is that master craft?
19 Paul Oakenfold?
20 A To the best of my recollection.
21 Q Avici?
22 A I do not recall.
23 Q Laidback Luke?
24 A Yes.
25 Q Robbie Rivera?

**Dorfman - direct** Page 124

1 A To the best of my recollection.
2 Q Ferry Corsten?
3 A To the best of my recollection.
4 Q Dada Life?
5 A Do not recall.
6 Q Now, did you also understand that
7 Electric Zoo was intending to put on a
8 electronic dance festival in New York on Friday,
9 September 2nd, Saturday, September 3rd and
10 Sunday, September 4th?
11 A Yes.
12 Q When did you become aware of
13 that?
14 A I was aware of that from day one.
15 Q Did you have an understanding as
16 to the impact, if any, the fact that Electric
17 Zoo was putting on a electronic dance festival
18 Labor Day weekend would impact your ability to
19 obtain talent to perform at an electronic dance
20 festival at the Meadowlands on June 25th and
21 26th?
22 A Yes.
23 Q Can you explain -- what was your
24 understanding?
25 A My understanding was that you put

Dorfman - direct                                              Page 125

1  on a festival, some artists might not be
2  available for our date and some artists may
3  choose to come to our venue.
4  Q  Was it your understanding that an
5  artist could play both your event and the
6  Electric Zoo event?
7  A  It depends on the artist's
8  contract.
9  Q  Can you explain that answer?
10 A  It would depend on the contract,
11 how many days out in their contract they weren't
12 allowed to play in another venue.
13 Q  Did you have an understanding as
14 to whether a provision that would prevent an
15 artist from playing your event and the Electric
16 Zoo would more likely be found for the kind of
17 headlining tier one artist or more of a less
18 popular artist?
19 A  More of the headline.
20 Q  So like Tiesto, for example, do
21 you know whether Tiesto would be able to play
22 both at your events and the Electric Zoo events?
23 A  I don't know what Tiesto's
24 contract was.  I couldn't tell you.
25 Q  Would you consider him to be a

Dorfman - direct                                              Page 126

1  tier one headlining type artist?
2  A  Yes, a hundred percent.
3  Q  You would assume that he -- based
4  on your answers to the prior question, that his
5  contract would most likely prohibit him from
6  appearing at both your event and the Electric
7  Zoo?
8      MR. SIEGAL: I'm going to object
9  to mischaracterizing the testimony.  But you can
10 answer.
11 Q  Did I mischaracterize your
12 testimony?
13 A  Well, a lot of it is assumption.
14 I'm not privileged to that information on that,
15 so I couldn't give you a hundred percent answer
16 on that.
17 Q  Okay.
18 A  I don't know what their contracts
19 were.
20 Q  Right.  But maybe I'm mistaken,
21 but I thought you said that a tier one
22 headlining artist was more likely to have a
23 provision in his contract that would contain the
24 kind of limitation that would prevent him from
25 playing both your event and the Electric Zoo?

Dorfman - direct                                              Page 127

1  A  Well, there would be a provision
2  in the contract on a certain amount of days out,
3  certain amount of mileage.  I'm not sure if that
4  would have been in our equation with the
5  contract, but I'm not privileged to it.
6  Q  For sure.  Understood.
7      MR. MARX: Can you mark this,
8  please?
9      (Exhibit marked for
10 identification TD-4, Screen shot printout.)
11 Q  I'm going to hand you what we
12 marked as exhibit TD-4 and I'm going to ask you
13 to take a look at it.
14     (Exhibit handed to the witness.)
15 Q  It is several pages that I
16 printed from the Internet web site for Made
17 Event dotcom, and specifically an archive
18 relating to the Electric Zoo event from
19 September 2nd through the 4th of 2011.
20     My first question is, have you
21 had enough time to look at it?
22     (Pause.)
23 A  Yes, sir.
24 Q  Do you know whether -- strike
25 that.

Dorfman - direct                                              Page 128

1      I'm going to have the same
2  questions that I had before with respect to
3  artists who appeared at the Electric Zoo that
4  Mr. DiMatteo, on your behalf, extended offers to
5  appear at the Meadowlands event.  I'm going to
6  try not to -- my intention be not to repeat
7  anybody that we already covered with respect to
8  the Electric Daisy Carnival event because I
9  already have your answer as to those.  So I
10 don't think there is too many I'm going to ask
11 you about.
12     Do you recall making an offer to
13 Tiga?  T-i-g-a.
14 A  I do not recall.
15 Q  Did you make an offer to the
16 Martinez Brothers?
17 A  To the best of my recollection.
18 Q  Did you make an offer to Joachim
19 Garraud?
20 A  I do not recall.
21 Q  Or Invasion?
22 A  I do not recall.
23 Q  Did you make an offer to
24 Beardyman?
25 A  Do not recall.

Dorfman - direct                                    Page 133

1  Electric Daisy first, it came back from them as
2  a positive also, because people -- some of these
3  guys were playing across the whole entire world
4  and now they are all in the United States.
5  Q  When you say in town, you mean
6  the very big town?
7  A  Yes.
8  Q  In town means Las Vegas and
9  East Rutherford being in the same town?
10  A  Yeah, I guess for these artists
11  playing worldwide, the U.S. is in town from what
12  I represented.
13  Q  Do you recall what artists you
14  were referring to?
15  A  I do not recall.
16  Q  Okay.
17      What about the impact of Electric
18  Zoo on your ability to get talent for your event
19  on the 25th and 26th, did you consider the
20  impact of that?
21  A  Yes.
22  Q  What were your considerations?
23  A  Well, it was always a
24  consideration of us getting some of the talent
25  in some of the negotiations that we were in.  We

Dorfman - direct                                    Page 134

1  knew that Electric Zoo was also looking to
2  obtain some of the talent.  It would be a matter
3  of if we got the talent.
4  Q  Now, before we went in that
5  direction, the last several questions and
6  answers, I believe we were up to you had
7  summarized up through December 2010 who was
8  involved on your team and what they were doing.
9      I would like you to provide the
10  same summary for January 2011.
11  A  Sure.
12      In January 2011, Donny or
13  Pasquale was supposed to be coming to a meeting
14  with us.  There was, I believe -- that actually
15  I believe is when the snowstorm was and we were
16  unable to attend.
17  Q  Donny and Pasquale are from
18  Insomniac?
19  A  Insomniac Productions.
20  Q  Insomniac puts on the Electric
21  Daisy Carnival?
22  A  Yes.
23  Q  Continue, I'm sorry.
24  A  We would look at who would be
25  available, continue working on the event in all

Dorfman - direct                                    Page 135

1  aspects and forms.
2      In January I believe we had a
3  meeting with Al Dorso also.  Now that we had the
4  engagement letter, we were pursuing people to
5  potentially be involved with us, to partner with
6  us, if we chose to.
7      Insomniac was supposed to come
8  out and meet with us.  We set the meeting up
9  through Alan Sachs, and we waited patiently, a
10  nice period of time for them to come out.
11      When they did come out, when they
12  got into New York, I'm not sure if it was Donny
13  or Pasquale off the top of my head, Alan Sachs
14  got a text message from one of the two --
15  actually got the message -- I retract that, I
16  apologize -- he got a text message from Rob
17  Fernandez from Pasha saying, hey, look, I'm with
18  Donny and Pasquale, which one of them it is, and
19  we want to meet and discuss the Meadowlands.
20      In the meantime, in January we
21  talked about, amongst our team, the headliner
22  that we really wanted to get, started to focus
23  on, and it came down to the big headliner we
24  really wanted was Tiesto.
25      To get Tiesto in our area, the

Dorfman - direct                                    Page 136

1  tri-state area it was common knowledge through
2  John DiMatteo.
3      Alan Sachs had a conversation --
4  I don't know if Alan called them or he called
5  him -- Alan spoke with Vito Bruno and John
6  DiMatteo.
7      They were planning a concert the
8  same weekend in, I believe it was Raceway Park
9  in Englishtown, New Jersey.  They expressed a
10  very high interest in meeting with us about
11  this -- about our venue.
12      From Alan's words, they really
13  liked the real estate in the Meadowlands.
14      So when Pasquale or Donny landed
15  and the text message came with Pasha -- came
16  from Pasha, kind of took it as more of a little
17  jab.  I didn't necessarily want to work with
18  Pasha.  I had done business with Pasha before,
19  and I particularly didn't like the way they
20  operated.
21      So we set up a meeting
22  immediately with Vito Bruno and John DiMatteo, I
23  believe around January 20th, January 21st, top
24  of my head.  We met with Vito and John.
25      First of all, they applauded me

Juice Entertainment, et al v.
Live Nation Entertainment

Dorfman - direct                                    Page 141

1  had consistently done business with them, I
2  believe was a great stepping stone for us in the
3  process to our event.
4        There were only three major
5  talent agencies in our electronic dance
6  festival. Electronic dance festival wasn't
7  mainstream. It was underground. We saw a boom
8  coming. He had -- there were three agencies,
9  William Morris, Name Only and Wind Dish. John
10 had booked consecutively artists from William
11 Morris, Name Only and Wind Dish in the tri-state
12 area successfully.
13       I believe it was very important
14 and it was great that between Vito and John,
15 being local to the area, that we could do
16 business with, and they could be firsthand with
17 us, and adding them in addition to our team,
18 putting my experience on the table, and now
19 these guys, Vito having 35 years of experience
20 in producing massive, big dance festivals at the
21 time for a consistent period of time in the
22 tri-state area, and John DiMatteo had the best
23 relationships. It was a dream team.
24 Q   And how do you know that John
25 DiMatteo's relationship with William Morris was

Dorfman - direct                                    Page 143

1  e-mail correspondence from William Morris
2  showing available artists. It seemed like a
3  pretty solid relationship to me.
4  Q   You are drawing the inference --
5  A   I thought you were asking for an
6  inference.
7  Q   I'm asking for something more.
8        Have you ever heard anybody say,
9  you know, so and so, William Morris has a good
10 opinion of John DiMatteo or a bad opinion of
11 John DiMatteo, or any opinion about John
12 DiMatteo?
13 A   With William Morris, no.
14 Q   What about with any talent
15 agency?
16 A   Well, overall I guess you can say
17 that John had a very good reputation in our
18 business as the guy to book for electronic dance
19 talent, as they were going on again
20 consecutively, he had shows going on left and
21 right of the top artists out there. That speaks
22 for your reputation.
23       Did these people directly tell me
24 I love John DiMatteo, do I hate John DiMatteo?
25 No, I didn't have a conversation with them.

Dorfman - direct                                    Page 142

1  strong? How did you know that?
2  A   Well, number one, he's booking
3  the artists successfully, consistently. If you
4  don't have a good relationship with an agency,
5  they are usually not going to be booking the
6  artists consecutively if they are not having a
7  good relationship.
8        At the time John was booking the
9  major electronic dance festival artists in the
10 tri-state area more than anybody else
11 consecutively, consistently.
12 Q   Did anybody from William Morris
13 tell you what they thought of John DiMatteo?
14 A   Myself, no.
15 Q   Well, did you ever hear from
16 anybody, what anybody from William Morris had
17 ever said about what they thought about John
18 DiMatteo?
19 A   Myself, no.
20 Q   Did you ever hear -- I'm not
21 limiting it to you. I'm limiting it to have you
22 ever heard --
23 A   Are you talking about documents?
24 Q   Anything.
25 A   I saw immediately that it was

Dorfman - direct                                    Page 144

1  Q   With the talent agency, John
2  DiMatteo was the face of your team, correct?
3  A   A hundred percent.
4  Q   You wanted him to be the face of
5  your team because you believe he had a positive
6  relationship with the three major talent
7  agencies?
8  A   Yes. When someone is booking
9  these artists consistently, as the biggest
10 booker in the tri-state area, and you are
11 hearing it from Electric Daisy, the biggest
12 festival at this time in the U.S., you want
13 Tiesto, you get John DiMatteo, and John is
14 booking Tiesto in show after show, Swedish House
15 Mafia, to name for a few, right at the time we
16 were doing business with him, seen him many
17 times before.
18       He was hands down, if you don't
19 call it a good relationship, well, the people
20 usually won't keep coming back.
21 Q   So you described, I believe, up
22 through January of 2011, who was on your team
23 and who was doing what. My summary is that in
24 January of 2011 you had added John DiMatteo to
25 your team, correct?

Dorfman - direct                                        Page 149

1      Look, to have money at stake with
2   Vito and John gave me a lot more bargaining
3   power with them how the event is going to be
4   produced. A little more skin in the game.
5   Q   You were willing to give up the
6   potential to have 50 percent of the profit from
7   the event to John Sandberg?
8   A   No.
9   Q   Okay.
10     Let's go back to January 2011.
11  Profit from the event is going to be split 50
12  percent to John and Vito, 50 percent to Juice
13  Entertainment, correct?
14  A   Yes.
15  Q   If you entered into this
16  arrangement with Mr. Sandberg, you would be
17  giving up potentially 25 percent of Juice's 50
18  percent share of the net profits, correct?
19  A   That is correct, if Sandberg
20  raised the capital and operated in a business
21  fashion that I was comfortable with.
22     To me it was a no brainer. I was
23  in the complete driver's seat on it. Someone is
24  coming in, giving you $300,000, I'm not going to
25  say no.

Dorfman - direct                                        Page 150

1      If I did not like the way he
2   operated and he did not raise the other capital,
3   I would never let him be brought on board of
4   Juice Entertainment. He's talking about raising
5   capital for other events and other things.
6   Q   Was this arrangement you
7   discussed with Mr. Sandberg ever reduced to
8   writing?
9   A   No.
10  Q   Was it ever -- I used a legal
11  phrase, reduced to writing, and I didn't mean to
12  imply just a formal contract that was signed.
13     Were there any writings between
14  you and Sandberg that discussed, related to,
15  reflect this arrangement in any way, be it
16  handwritten notes, back of a napkin scribbling,
17  e-mails, text messages, anything?
18  A   No.
19  Q   What about the agreement with
20  Vito Bruno where Vito agrees to fund the entire
21  event, is there any written agreement wherein
22  Vito Bruno has made a commitment to fund the
23  entire event?
24  A   A written agreement? I do not
25  believe so.

Dorfman - direct                                        Page 151

1   Q   Is there any -- setting aside
2   whether there is a written agreement, is there
3   any writing, whether it is handwritten notes,
4   back of a napkin scribbling, e-mails or text
5   messages, in which Vito Bruno tells you he's
6   making a commitment to fund the entire event?
7   A   I believe there was a red line
8   agreement that went back in e-mail that I
9   haven't seen, I believe I saw after, when we
10  were going through our stuff to provide to you
11  guys. But to me we had a handshake deal and we
12  had a deal, which I honored.
13  Q   Okay, we'll look at that red line
14  agreement.
15     Do you think that red line
16  agreement contains any commitment by Mr. Bruno
17  to fund the event?
18  A   No, but when you sit with the
19  godfather of dance and he tells me, I'm going to
20  fund the event, I'm doing a scene at Raceway
21  Park, I want to get into the Meadowlands, I want
22  to fund this event, I believe him.
23  Q   Mr. Sandberg joined the team in
24  February 2011, correct?
25  A   Yes.

Dorfman - direct                                        Page 152

1   Q   And he joined saying he would
2   raise $1.5 million, which you agreed to accept
3   if he could provide it in exchange for your
4   considering whether to give him membership in
5   Juice Entertainment, correct?
6   A   Yes, at my sole discretion.
7   Q   At your sole discretion.
8      Did anyone else join the team in
9   February 2011?
10  A   If you call part of the team an
11  investor?
12  Q   Okay, who is the investor?
13  A   John Chiasullo.
14  Q   He was an investor who did what?
15  A   Loaned us $300,000.
16  Q   How did he come to make that
17  investment?
18  A   John Sandberg set it up, and I
19  met with Mr. Chiasullo, whose wife I believe was
20  named Georgiana, and explained an event that we
21  were putting together, and he loved it and he
22  immediately wanted to invest money and he was
23  interested in investing more money into other
24  events.
25  Q   Did anyone else join the team in

Dorfman - direct                                    Page 173

1  Dorso?
2  A   TD-7?
3  Q   This exhibit.
4  A   This exhibit, no.
5  Q   Did you eventually enter into --
6  did you eventually get something in writing from
7  Al Dorso?
8  A   Yes.
9  Q   When was that?
10 A   First would be on December 1st
11 where he granted - December 1st.
12     MR. MARX:  Why don't we mark
13 this.
14     (Exhibit marked for
15 identification TD-8, State Fair engagement
16 letter previously marked Dorso-2.)
17 Q   I ask you to look at what we
18 marked as TD-8, which is a one-page document
19 that we received in discovery from your lawyers
20 entitled, "Engagement letter," dated December 1,
21 2010.
22     (Exhibit handed to the witness.)
23 Q   Is this the December 1st writing
24 that you just referenced in your prior answer?
25 A   Yes, sir.

Dorfman - direct                                    Page 174

1  Q   Okay.
2      And how did you come to get this
3  letter signed by Mr. Dorso?
4  A   Well, again, I wanted something a
5  little bit stronger, as you said, Jerry McGuire,
6  Al Dorso's word, but I realized all the big
7  companies would be coming in when they caught
8  wind of this.
9      I wanted something stronger in
10 writing, and we were able to get this engagement
11 letter signed that would -- we had a verbal
12 word, but it wasn't everything I wanted, but at
13 least he granted us exclusive on electronic
14 dance festival for 2011.
15     At this time I felt I was
16 protected enough to be able to start reaching
17 out to other people to pursue and produce that
18 event.
19 Q   This document, as I understand
20 it, grants DelLuna, Inc. certain rights?
21 A   Yes.
22 Q   Why were they the entity
23 identified to receive this right?
24 A   Because it's my company.
25 Q   Why didn't you identify Juice

Dorfman - direct                                    Page 175

1  Entertainment, LLC in this document?
2  A   At this time I was using -- I put
3  DelLuna, Inc. into it.
4  Q   Why did you choose DelLuna, Inc.
5  Rather than Juice Entertainment?
6  A   At this time I could have put
7  either or.
8  Q   And the agreement that you
9  eventually entered into was with Juice
10 Entertainment, correct?
11 A   Yes.
12 Q   Why did you change it from
13 DelLuna to Juice Entertainment?
14 A   Well, two reasons there.  Number
15 one, Juice Entertainment didn't have any
16 contracts or anything with anybody.  It was a
17 clean company to go into the Meadowlands with.
18 There was also capital in Juice Entertainment's
19 bank account.
20 Q   What capital was in Juice
21 Entertainment's bank account?
22 A   $300,000.
23 Q   Mr. Chiasullo's money?
24 A   Yes.
25 Q   Why couldn't that money go into a

Dorfman - direct                                    Page 176

1  bank account that DelLuna had?
2  A   It could have gone into that bank
3  account.  Like I said, Juice Entertainment
4  didn't have any business with anybody at the
5  time, so it didn't have any contracts
6  outstanding there and it was a clean company
7  that I had on file to do business with the State
8  Fair.  So it made more sense to me to enter into
9  a formal contract with them.
10 Q   The engagement letter in the
11 third paragraph says that, "The terms and
12 conditions of this agreement will be set forth
13 in a formal contract at a later date as more
14 information is forthcoming."
15     Did I read that correctly?
16 A   Yes, you did, sir.
17 Q   Whose idea was it to structure
18 things in this way?  Specifically, that there
19 would be an engagement letter entered into which
20 you said before gave you some things, but not
21 everything you want, rather than having a more
22 comprehensive agreement entered into at this
23 time?
24 A   The best of my recollection on it
25 was Al Dorso.

Dorfman - direct                                          Page 189

1  approve of the acts that we were presenting.
2  Q  Where does it say reasonably?
3  A  That they have to approve of the
4  acts.
5  Q  Does it mean that if they don't
6  approve of the act, that you can't have that act
7  perform at your event?
8  A  That's the way it reasonably
9  looks like it can show.
10  Q  Was that your understanding at
11  the time you signed the contract?
12  A  Our understanding with Al was he
13  wanted to put on these concerts, he wanted to
14  put on as many shows as possible successfully
15  properly done, and we would have to present him
16  with the acts just like we did, and he wanted to
17  put shows on.  He wanted to make money and he
18  wanted to grow business.
19  Q  Now would you answer my question,
20  please?
21  A  Do you want to repeat the
22  question?
23  Q  At the time you signed this, did
24  you have the same understanding that you just
25  before told me you had about the reasonable

Dorfman - direct                                          Page 190

1  approval, that specifically if State Fair
2  disapproved of an act, you could not engage that
3  act to perform at the event?
4  A  The conversations that we had
5  that you just asked me, the conversations we had
6  were that we would let him know who we were
7  booking and he wanted to put on shows.  If there
8  was something way off the wall, I guess
9  obviously his right, looking at this, that we
10  couldn't do it.
11     He was open to get involved with
12  most all the business that we presented to him.
13  Q  So you had an obligation to
14  provide him with a proposed talent list prior to
15  the event?
16  A  Yes.
17  Q  He had the right, if he wanted
18  to, to reject an act that you were proposing,
19  correct?
20  A  From what it reads here, yes.
21  Q  I'm not the one who signed the
22  contract.  I'm not the one that discussed it
23  with Al Dorso.  You are.
24     So my question is, was that your
25  understanding at the time you signed the

Dorfman - direct                                          Page 191

1  contract?
2  A  Yeah, my understanding was that
3  we present him the acts that we were going with,
4  and as long as we were giving him something
5  reasonable to go with, he wanted us to perform
6  the shows and he wanted to have as many shows as
7  possible and have some good shows and produce
8  the business.
9  Q  Do you recall discussing any
10  other provisions of this contract with Al Dorso
11  before you signed it?
12  A  Yeah, there was a discussion with
13  something on insurance I recall, but I don't
14  remember what.  It was something that we talked
15  about and resolved.
16  Q  Look at TD-10.  Do you see the
17  signature block on page 15 signed by State Fair
18  Inc., by Al Dorso, president?
19     Did I read that correctly?
20  A  Yes, you did, sir.
21  Q  The signature blocks for Juice
22  Entertainment, LLC, there are three signatures
23  there, correct?
24  A  Yes, sir.
25  Q  The first one is John Sandberg,

Dorfman - direct                                          Page 192

1  who is identified as partner.
2     Did I read that correctly?
3  A  Yes.
4  Q  The second one is Thomas Dorfman,
5  who is identified as partner.
6     Did I read that correctly?
7  A  Yes.
8  Q  The third one is Chris Barrett,
9  Christopher Barrett, identified as partner.
10     Did I read that correctly?
11  A  Yes.
12  Q  Did all three of you in fact sign
13  this agreement?
14  A  Yes.
15  Q  Were John Sandberg and Chris
16  Barrett partners in Juice Entertainment, LLC?
17  A  Chris Barrett was a silent
18  partner in Juice Entertainment, LLC, John
19  Sandberg was not.
20  Q  What does silent partner mean in
21  this context as you see it?
22  A  That Chris Barrett, as a silent
23  partner in my context, would have received the
24  rewards of production of events that Juice
25  Entertainment produces.

| Dorfman - direct | Page 221 |
|---|---|

1  to look at the document we marked as exhibit
2  TD-13, document produced to us in discovery by
3  your lawyers.  It appears to be an e-mail sent
4  from Chris Barrett to you, Alan Sachs and Paul
5  Potter dated November 30, 2010.  The subject is
6  entitled, "Business plan" and it encloses a
7  document there entitled, "Meadowlands music
8  festival business plan."
9      (Exhibit handed to the witness.)
10 Q  My question will be whether you
11 have ever seen this document before?
12     (Pause.)
13 Q  You are free, like everything,
14 read as much or as little as you want.  My
15 question will be whether -- if you can tell
16 whether you have seen this before just by
17 skimming it?
18 A  By skimming it I don't recall.
19 There have been thousands and thousands of
20 documents that we turned over to you.
21 Q  Okay.
22     If you have to read it to answer
23 the simple question -- I'm not trying to be
24 difficult here, but if you have to read it in
25 order to answer the question whether you have

| Dorfman - direct | Page 222 |
|---|---|

1  seen this document before and it's something
2  you're familiar with.
3  A  I don't recall if I saw it.
4  Q  Okay.
5     What is the Brooklyn warehouse?
6  A  I do not know.
7  Q  Okay.
8     Did you ever discuss selling
9  limited membership units in your events?
10 A  No.
11 Q  Did you ever discuss introducing
12 the event with a highly publicized early bird
13 special by February 2011?
14 A  I'm sure at some point in time,
15 I'm not sure of time frame, that we discussed an
16 early bird special, which is standard at no
17 matter what time you sell your tickets.
18     Someone has a concert in one
19 month, they usually do an early bird special.
20 I'm sure we discussed an early bird special.
21 Q  What is an early bird special?
22 A  An early bird special, it is
23 usually if it's a show that's a month out,
24 pretty standard in the industry, they put up an
25 early bird special, or first two hours that

| Dorfman - direct | Page 223 |
|---|---|

1  tickets go on sale.  Really varies on event,
2  location and size.
3  Q  And it is a discounted price for
4  customers to take advantage of?
5  A  Yeah, discounted price for a
6  limited amount of tickets.  Some people buy
7  tickets, and this way your friends have tickets,
8  and other people talk about it and other people
9  want to have tickets, and you can stir up
10 business pretty quickly with a discounted ticket
11 price.
12 Q  Do you recall discussing this
13 business plan with anybody?
14 A  I haven't looked at the whole
15 thing, but from what I do recall just briefly
16 looking at it, I don't recall the document.
17 Some of it seems correct, some of it, I don't
18 know what it is about the Brooklyn warehouse.
19 Q  Okay.
20    MR. MARX:  Can you mark this,
21 please?
22    (Exhibit marked for
23 identification TD-14, Promissory note, lump sum
24 payment, $300,000.)
25    (Exhibit handed to the witness.)

| Dorfman - direct | Page 224 |
|---|---|

1  Q  I'm going to hand to you and ask
2  you to review the document that I marked as
3  TD-14 bearing a title "Promissory note" which
4  appears to have your signature on the last page.
5     (Pause.)
6  Q  As it is with every other
7  document I hand you, my first question will be,
8  have you seen this document before?
9  A  Yes, sir.
10 Q  You have?  You don't have to
11 review anymore to answer that question.
12     What is this?
13 A  This is a promissory note from an
14 investor, John Chiasullo.
15 Q  And you signed this document?
16 A  Yes, sir.
17 Q  Now, describe for me what was the
18 nature of the transaction that you guys entered
19 into with Mr. Chiasullo?
20 A  From the document itself?
21 Q  Do you have an independent
22 understanding of what the transaction was?
23 A  Yes.  Pretty simply, John
24 Chiasullo was investing $300,000 into events we
25 were putting on at the Meadowlands in return for

Juice Entertainment, et al v.
Live Nation Entertainment

| Dorfman - direct | Page 225 |
|---|---|

1 the electronic dance event and transfer 25
2 percent of the net profit of the event from year
3 one.
4 Q When you say 25 percent of the
5 net profit from the event, do you mean the
6 electronic dance event at the 2011 State Fair?
7 A Yes.
8 Q Plus repayment of the $300,000?
9 A Yes.
10 Q So the terms of the deal were he
11 provides you with the $300,000. And did he
12 provide that on or about February 16th, which is
13 when the note was dated?
14 A He provided, I believe, the next
15 day.
16 Q So on February 17th he provides
17 $300,000, and then the event takes place the
18 25th and 26th of June, a couple months later,
19 several months later. He gets back his $300,000
20 in principal, and he gets 25 percent of what?
21 A 25 percent of the net profit.
22 Q The net profit of what exactly?
23 25 percent of what?
24 A 25 percent of the net profit of
25 Juice Entertainment.

| Dorfman - direct | Page 226 |
|---|---|

1 Q Okay.
2     So the event takes place on the
3 25th and 26th, correct?
4 A Yes.
5 Q Tell me what happens to the
6 proceeds from the event. There is proceeds,
7 ticket sales, sales from revenue generated from
8 other sources, correct?
9 A Yes.
10 Q What happens next to the proceeds
11 from that event?
12 A An electronic dance event, 50
13 percent of the money, of the net profit --
14 Q Before we get to the net profit
15 what happens?
16 A You pay your bills.
17 Q What bills get paid?
18 A Do you want a list of all of them
19 off the top of my head?
20 Q Yes, of course.
21 A Talent, marketing, radio station
22 marketing, security if you didn't reach your
23 limitations in the contract with Al Dorso for
24 him to cover the security and all expenses,
25 publicists. I believe we sent you a spread

| Dorfman - direct | Page 227 |
|---|---|

1 sheet of expenses.
2 Q I looked at the spread sheet. I
3 see that expenses are covered. That gives me a
4 net profit number?
5 A Yes.
6 Q What happened to that net profit
7 in the electronic dance event?
8 A 50 percent of it went to Vito
9 Bruno and John DiMatteo. The other 50 percent
10 goes to Juice Entertainment. Out of Juice
11 Entertainment profit, 50 percent, which is a
12 hundred percent of Juice Entertainment's net, 25
13 percent of the net profit goes to John Chiasullo
14 for year one.
15 Q So if I was good at math, I could
16 figure out what Mr. Chiasullo's percentage of
17 the overall net profit would be. I would take
18 50 percent and take a quarter of that?
19 A Take a quarter of Juice
20 Entertainment's profit.
21 Q Which was 50 percent of the net.
22     Let's say there was a million
23 dollars net profit. Vito and John get 500,000,
24 right? Is that correct?
25 A Yes.

| Dorfman - direct | Page 228 |
|---|---|

1 Q Juice Entertainment gets 500,000?
2 A Yes.
3 Q And of that, for the first year
4 John Chiasullo gets 125?
5 A Yes.
6 Q Year two, we are in 2012, Vito
7 and John, 500,000, Juice Entertainment 500,000,
8 correct?
9 A No.
10 Q What happened in year two?
11 A Year two, I have deals for year
12 one set in place. Year two, if everything went
13 properly, we probably continue the relationship
14 potentially with John and Vito. If not, it
15 would be in the discretion of Juice
16 Entertainment who owned the contract to the
17 Meadowlands, owners of Juice Entertainment, the
18 percentage share.
19 Q The deal with John and Vito to
20 share 50 percent of the net profit from the
21 electronic dance event was only for the 2011
22 event?
23 A It was for year one, with
24 anticipation of hopefully doing more business
25 together.

Dorfman - direct                                                Page 229

1  Q   And where would I find the terms
2  of that agreement?  Is that written down
3  anywhere?
4  A   No.
5  Q   What was done with the $300,000
6  that Mr. Chiasullo provided to Juice
7  Entertainment on February 17th?
8  A   Mr. Marx, after your client's
9  involvement and we had lost all our talent, Vito
10  and John had walked away due to your client's
11  actions.  I was in -- our team was in a
12  scrambling mode to try to perform our contract.
13     It was great to have a contract
14  signed, but the damage had already been done.
15  So we were trying -- as your clients had already
16  directly told me, that we were not going to get
17  any talent through major agencies, such as
18  William Morris controlled the majority of the
19  talent in the U.S., we were trying to operate
20  underneath the radar.
21     I've been in the business a very
22  long time.  I booked a lot of talent.  I never
23  had to operate underneath the radar with
24  reputable agencies out there.
25     So John Sandberg, being present

Dorfman - direct                                                Page 230

1  at the Live Nation meeting, heard directly from
2  them that we were not going to get any talent
3  whatsoever for our event.  He was looking into
4  trying to go underneath the radar and pull off a
5  hip hop and a Latin event, which I okayed to
6  look into at this time, because we were -- the
7  clock was ticking and we were in a time of pure
8  desperation.
9     John Sandberg did have a lot of
10  reputable contacts in the sports industry, like
11  I said, the Houston Texans, Ryan Cushing, vice
12  president of the Nets, and had a great
13  reputation up to the time of the March 3rd
14  meeting.
15     So as we were struggling to try
16  to keep our contract, John had two connections
17  in the hip hop world, I believe it was through,
18  off the top of my head, Puff Daddy's record
19  label.  We had met actually with somebody from
20  Bad Boy Records.
21     On the Latin side they introduced
22  us to Aventura, which is actually the biggest
23  Latin band in the world.
24     John Sandberg was going and
25  looking to book hip hop artists, primarily the

Dorfman - direct                                                Page 231

1  name Drake, Nicki Minage and Trey Songz.
2     These artists, if we were able to
3  book them, could have saved our contract at the
4  Meadowlands with Al Dorso, because very popular,
5  especially Drake at the time, could have put
6  together an alignment, could have pulled off a
7  concert of the magnitude of in the 20 plus
8  thousand people that Al Dorso was looking for.
9     John Sandberg had contacted some
10  agents that I never heard of.  He insisted on
11  his relationship strongly from the basketball
12  world.  And John Sandberg at the time was a
13  basketball coach, I believe it was Don Bosco
14  Prep, a pretty reputable school, and had a lot
15  of connections through that.  And he vouched for
16  the hip hop connection through an associate at
17  Don Bosco, the same way I met people like Bj
18  Rogers and Brian Cushing, and presented some
19  contracts.  He was attempting to get contracts
20  under the radar from people that were directly
21  friends with Drake and Nicki Minage and Trey
22  Songz.
23     I knew at this time that we
24  couldn't go to the bigger agencies in fear that
25  Live Nation was going to stop any talent we were

Dorfman - direct                                                Page 232

1  going to get, and I was trying to save the
2  contract.
3     Simply put, I wasn't so sure
4  about the connections that he had.  The
5  connections so far hadn't matched up.  We lost
6  the vast majority of the money after we signed
7  the contract, I believe in mid to late March.
8     We did not find out actually
9  until late March, when we were down in Miami at
10  the music conference, that we actually lost the
11  money in a scam.
12     I'm not sure to this day if they
13  were actually members of the camp of Young Money
14  and Drake and someone just kept the money
15  because it was done under the radar, but we lost
16  the majority of the money in a scam.
17     (Exhibit marked for
18  identification TD-15, E-mail with attachment
19  dated March 27, 2011.)
20  Q   Mr. Dorso, I'm going to hand you
21  what we marked as TD-15, and read as much as you
22  need of it to answer the question whether you
23  have seen this e-mail dated March 27, 2011 from
24  John Sandberg to you and Chris Barrett entitled,
25  "For FBI."

Juice Entertainment, et al v.
Live Nation Entertainment

| Dorfman - direct | Page 233 |
|---|---|

1    (Exhibit handed to the witness.)
2    (Pause.)
3  A  I do recall seeing this e-mail.
4  Q  Was this a summary prepared by
5  John Sandberg of -- describing the events that
6  you just described concerning the Drake money
7  that he was intending to provide to the FBI?
8  A  I did just read page one of this,
9  so let me read page two.
10  Q  Sure.
11    (Pause.)
12  A  Yes, sir.
13  Q  Do you recall that Mr. Sandberg
14  prepared a summary to give to the FBI and
15  perhaps other law enforcement agencies?
16  A  Yes.
17  Q  And do you recall reviewing that?
18  A  I remember looking briefly at
19  stuff that was being given to the FBI and other
20  law enforcement authorities.
21  Q  Were you involved in any of the
22  transactions that Mr. Sandberg described
23  concerning the interaction with Drake, with
24  people purporting to act on behalf of Drake and
25  Nicki Minage?

| Dorfman - direct | Page 234 |
|---|---|

1  A  In a limited fashion.
2  Q  Mr. Sandberg was predominantly
3  involved?
4  A  Yes.
5  Q  The amount of money lost in the
6  Drake transaction was about $132,000?
7  A  I believe it was a little bit
8  more than that off the top of my head.
9  Q  How much more do you think there
10  was?
11  A  Not exactly sure, but I think it
12  was another -- I'm speculating -- another 15 to
13  $20,000.  That could be incorrect.
14  Q  Assuming it was another 15 or 20,
15  I asked you the question, it seems like a long
16  time ago, but it wasn't that long ago, what did
17  Juice Entertainment do with the $300,000 that it
18  received from Chiasullo on February 17th?
19    In response to that question you
20  told me all about the Drake situation, which,
21  you know, setting aside whether it is really
22  responsive to my question, it accounts for 132,
23  maybe $150,000.
24    What happened to the other
25  $150,000?

| Dorfman - direct | Page 235 |
|---|---|

1  A  The other $150,000, if that's the
2  amount that was there, some of the money was
3  used as business expenses in trying to produce
4  the festival.  We also produced an event with --
5  nobody was interested in the Meadowlands for any
6  talent for us.  So we produced an event right
7  down the road in the swamp in Carlstadt.
8  Actually, the venue is called Dragonfly.
9    I was offered Charlie Sheen, who
10  at the time was very popular, number one
11  celebrity probably in the world at that time.  I
12  was offered to book him anyplace I wanted to.
13    I booked him at Dragonfly.
14    In a short period of notice,
15  while I was actually hospitalized, we had sent,
16  to stir up interest for the Meadowlands, which
17  we also sent a press release out for showing
18  Charlie Sheen there.  I was trying to get people
19  interested in it, which actually did work for
20  Aventura, the Latin bank, inviting them to the
21  Charlie Sheen event.
22    That actually did stir their
23  interest up where they were actually becoming
24  our 50/50 partner in a Latin festival, and after
25  the clock ticked out.

| Dorfman - direct | Page 236 |
|---|---|

1    The money that we invested in the
2  Charlie Sheen event and the rest of the money
3  was used -- I don't have the bank statement in
4  front of me -- for Juice Entertainment trying to
5  produce events.
6  Q  The Charlie Sheen event was on or
7  about April 8th at Dragonfly?
8  A  That sounds about right.
9  Q  You had to pay Charlie Sheen
10  management about $55,000 to secure his
11  appearance?
12  A  That sounds about right.
13  Q  You used that money that you got
14  from Mr. Chiasullo to pay Charlie Sheen at the
15  Dragonfly event?
16  A  Yes.  We tried to stir up
17  interest for the Meadowlands, showing that we
18  can book literally right across the street.  I
19  can book the number one celebrity in the world
20  at the time, here in the swamp, right next to
21  the prime real estate that we have, that at this
22  time nobody would be interested in speaking to
23  any of us, or talking to us about -- in an
24  attempt to try to -- last minute attempt to try
25  to save this contract.

---

Dorfman - direct                                    Page 237

1  Q   So using the money to do the
2  Charlie Sheen event was an attempt to save the
3  State Fair event?
4  A   Yes, and book Charlie Sheen in
5  the colder weather at Dragonfly, and had to put
6  tents outside with some heaters when it was
7  offered to me from an agency that booked
8  celebrities, that I could have booked an indoor
9  place that would have been much better.
10 Q   Where was this Chiasullo money
11 kept? In a bank account?
12 A   Yes.
13 Q   What bank was that?
14 A   At the time Provident Bank.
15 Q   Who got the records for that bank
16 account, the statements?
17 A   I don't recall.
18 Q   Did you receive statements from
19 Provident Bank?
20 A   I don't recall.
21 Q   If you had, would you have
22 provided them to your lawyer to turn over to us
23 in this case?
24 A   I turned over every single thing
25 possible that I had to turn over.

---

Dorfman - direct                                    Page 238

1  Q   Do you know whether Mr. Barrett
2  got bank statements from Provident with respect
3  to this bank account?
4  A   Mr. Barrett had them, I'm sure he
5  would have turned over every document possible,
6  as we went through everything possible that we
7  could have over to our attorneys.
8  Q   And what about Mr. Sandberg, do
9  you know whether he got those bank statements?
10 A   Do not know.
11 Q   Now, if you look at the
12 promissory note, TD-14, the first page, the
13 payment is due July 10th, 2011.  Did I read that
14 correctly?
15 A   Yes, sir.
16 Q   Was Mr. Chiasullo repaid?
17 A   Unfortunately not.
18 Q   And why not?
19 A   Because the event never took
20 place.  We didn't have the money to repay them.
21 I will monitor a deal with them
22 and pay them every dollar and cent that I owe
23 them.  Unfortunately, the situation wound up how
24 it did.
25 Q   I believe we talked earlier about

---

Dorfman - direct                                    Page 239

1  a lawsuit, or some papers that the Chiasullos
2  filed and had delivered to your house.
3  Is it your understanding that the
4  Chiasullos sued you, Barrett, Sandberg and Juice
5  Entertainment to collect the $300,000 you owed
6  them?
7  A   I'm not sure if it went as far as
8  a lawsuit, but definitely papers in that
9  incarnation, yes.
10 Q   And have you spoken to the
11 Chiasullos or anyone acting on their behalf
12 concerning the money that you owe them?
13 A   No, I have not.
14 Q   Do you know whether Mr. Barrett
15 has?
16 A   Not to my recollection.
17 Q   Do you know whether Mr. Sandberg
18 has?
19 A   I wouldn't know.
20 Q   Have you told me everything you
21 know concerning the Chiasullos attempt to
22 collect this $300,000 from you and where they
23 stand in those efforts?
24 A   That's everything that I
25 personally know.

---

Dorfman - direct                                    Page 240

1  Q   I feel like you know more and
2  you're just not telling me.  I don't know if I'm
3  not asking it the right way.
4  To me it's strange that you owe
5  somebody $300,000.  You didn't repay it.  We
6  know they filed a complaint, and yet you have no
7  further information about that.
8  A   Well, my attorneys might have
9  spoken with them, which is a possibility.
10 Q   Okay.
11 Have your attorneys spoken with
12 the Chiasullos or their representatives
13 concerning the amount of money you owe them?
14 A   I believe my attorneys did speak
15 with their attorneys.
16 Q   Which attorney are you talking
17 about?  Which of your attorneys?
18 A   Someone from --
19 Q   The Morristown guy.  Who is the
20 Morristown guy?
21 A   Andrew Smith.
22 Q   Was it Andrew Smith?
23 A   No.  It would have been from
24 Mancini or the Ajamie law firm.
25 Q   Okay, I'll ask them.

---

Juice Entertainment, et al v.
Live Nation Entertainment

---

Dorfman - direct | Page 241

1    I'm not asking you to tell me
2  what they told you yet, I may, but I don't want
3  to know what they told you, if they told you
4  anything yet. I just want you to answer yes or
5  no.
6    Have any of your lawyers told you
7  about conversations they had with the
8  Chiasullos' lawyers concerning this debt?
9    MR. SIEGAL: Objection.
10    I'm going to instruct you not to
11  answer that. I think that calls for disclosure
12  of attorney-client communications.
13    The way you phrase the question,
14  if he answered yes or no, then he's testifying
15  to the substance of the conversation.
16    MR. MARX: I disagree, but I'm
17  willing to rephrase.
18  Q  I want to know, and I'll ask
19  Mr. Siegal --
20    MR. SIEGAL: Off the record?
21    (Discussion off the record.)
22  Q  Okay, I'll move on.
23    Whatever happened to the
24  investigation as to what happened to the
25  Drake/Nicki Minage money?

---

Dorfman - direct | Page 242

1  A  After I found out about it,
2  immediately we contacted the FBI. The FBI told
3  us, or me directly, too, that this was not for
4  them to handle, not of importance level, and
5  that we need to speak to local authorities about
6  it.
7  Q  Okay.
8  A  So do you want me to continue,
9  Mr. Marx?
10  Q  Yes, sure.
11  A  We went to the Bergen County
12  Prosecutor's office and we spoke with Detective
13  Hammer, off the top of my head, my recollection,
14  and we showed them everything that had happened.
15    Detective Hammer told us, with a
16  couple of other detectives, told us they would
17  get back to us.
18    They got back to us, I'm not sure
19  in what time frame, and let us know that there
20  was nothing they could do to help us, that it
21  was purely a civil matter, and that there was
22  nothing that they could do.
23  Q  Did you ever talk to Detective
24  Hammer or any other law enforcement officer out
25  of the presence of Mr. Sandberg, or was he

---

Dorfman - direct | Page 243

1  involved in all the discussions?
2  A  It was Detective Hammer -- I
3  can't remember the other detectives' names, two
4  or three of them in there, and Mr. Sandberg was
5  present in the discussions with them. I believe
6  they called me, off the top of my head, to let
7  me know that there was nothing that they could
8  do, or I called them as a follow-up.
9  Q  Did they ever imply to you that
10  they thought Mr. Sandberg might have been
11  involved in somehow keeping the money for
12  himself or splitting the proceeds?
13  A  No, he didn't.
14  Q  Did it ever occur to you that
15  maybe Mr. Sandberg had done that?
16  A  No, it didn't.
17  Q  Really? It never occurred to you
18  that maybe Mr. Sandberg had set this up to make it
19  seem like he lost the 130, $150,000 when he
20  really kept it?
21  A  No.
22  Q  Are you aware of Mr. Sandberg
23  having engaged in dishonest business practices
24  at all?
25  A  During this business time with

---

Dorfman - direct | Page 244

1  the Meadowlands.
2  Q  Start with that, yes.
3  A  The answer to that question there
4  is at that time Mr. Sandberg was, like I said,
5  had a very good reputation, vouched for by many
6  people in very high up areas. No. As far as I
7  know, squeaky clean. Never heard a peep of
8  anything dishonest about him.
9  Q  How about since the time that you
10  were doing business with him?
11  A  Since then I have heard of
12  something that if it was true that he did, would
13  be a terrible and horrible thing, as, if true,
14  would offend myself very much with things I saw
15  on the news media.
16  Q  What are you talking about?
17  A  I saw a thing on the news media
18  where he had received a lot of money from
19  Hurricane Sandy, and supposedly they weren't
20  able to disburse the funds, or they didn't
21  disburse the funds in a timely fashion that they
22  were supposed to do it, which obviously
23  Hurricane Sandy, being a New Jersey resident,
24  hits home and hurt a lot of people.
25    I had no association with John

---

Juice Entertainment, et al v.
Live Nation Entertainment

---

Dorfman - direct                                    Page 257

1  before?
2  A  Yes.
3  Q  And where have you seen them
4  before?
5  A  The document here from the
6  Provident Bank for $300,000.
7  Q  That's TD-17.
8  A  TD-17, right here.
9      TD-17, I saw this document
10  produced by Provident Bank for the purpose of
11  meeting with Al Dorso.
12     We presented this document to Al
13  Dorso showing that we had $300,000 in our bank
14  account.
15  Q  And you gave it to him on the
16  meeting on March 7th?
17  A  On March 7th, which was confirmed
18  in the tapes that you have in your possession.
19  Q  And you got this after the
20  February 18th call that you had with Live
21  Nation?
22  A  We got this after the
23  February 18th call from Live Nation, and myself,
24  first time I had it in my possession was when I
25  was going to meet with him.

---

Dorfman - direct                                    Page 258

1  Q  Where did you get it from?
2  A  I got this another John
3  Sandberg's house, best of my recollection.
4  Q  Do you know whose telephone
5  number, or whose fax number is (201) 654-6191
6  is?
7  A  Best of my recollection, that is
8  John Sandberg's fax number.
9  Q  As far as you know, this was
10  faxed from Provident to John on March 2nd, as
11  the fax legend indicates?
12  A  Yeah, that's what it looks like
13  it says.
14  Q  What about TD-18, do you know
15  what that document is?
16  A  TD-18, first time I saw this
17  document was actually after we were in
18  litigation.  And my attorneys -- I went through
19  all my documents with Christopher Barrett, and
20  were going through all the documents to turn
21  over to make sure we turned it to our attorneys
22  and make sure it was also turned over to you
23  guys.
24     The first time I saw it was
25  actually sitting with Christopher Barrett and I

---

Dorfman - direct                                    Page 259

1  actually asked him what it was.
2  Q  Where were you when you saw this
3  document?
4  A  Christopher Barrett's house, to
5  the best of my recollection.
6  Q  And where was the document
7  located?
8  A  The document was on his computer.
9  Q  So when you saw it and asked him
10  about it, did you see it on the computer clean
11  or did you see a hard copy of it somewhere?
12  A  No, no hard copy.  Just on the
13  computer screen.
14  Q  Okay.
15     So you and Chris Barrett were at
16  Barrett's house looking at documents on his
17  computer screen?
18  A  Yeah, to turn over -- as we were
19  going over everything to turn everything over to
20  you.
21  Q  Who came across TD-18 first on
22  the computer screen?  Did you come across it and
23  say, Chris what is this or did he show it to
24  you?
25  A  We were going through thousands

---

Dorfman - direct                                    Page 260

1  and thousands of documents that were presented
2  to you.  I remember seeing this myself and
3  asking, do you know what this is?
4  Q  And what did he say?
5  A  He said, this is -- it took him a
6  few minutes to get his recollection, but he
7  said, this is a document that Sandberg had sent
8  over to me, I believe it was via e-mail, after
9  we had met with Live Nation.  He said Sandberg
10  sent it over and was trying to show that we had
11  more money than we had.
12     Chris said he immediately told
13  him it was inappropriate, unacceptable, we will
14  not tolerate this whatsoever and put a kabash to
15  it.
16  Q  So Barrett told you that Sandberg
17  e-mailed TD-18 to Barrett after the March 3rd
18  meeting with Live Nation?
19  A  Yes.
20  Q  And he mailed it to Barrett with
21  the explanation that you guys should use the
22  document to show that you had more money in the
23  Provident Bank account than you actually did?
24  A  It was Sandberg's idea, and Chris
25  said he had conversation immediately with him,

---

Dorfman - direct                                    Page 261

1  you're out of your mind.  Look, I know it's
2  tough times right now.  We do not need to go do
3  anything like this.  We are not doing it.  It
4  was unacceptable, and that was the end of it,
5  the end of the issue.
6  Q  And this conversation that you
7  had with Barrett occurred when?
8  A  When we were going through all
9  our e-mails and documentation to send to our
10  attorneys to turn over to you guys, which we did
11  send over and turn over to you guys.
12  Q  So it was in 2012, 2013?
13  A  Sometime that time frame, yes.
14  Q  Did you ask Barrett why he didn't
15  come to you and tell you about Sandberg's
16  actions back in March of 2011 when it took
17  place?
18  A  He did remind me that he spoke
19  briefly of when this actually took place, and I
20  do recall that Mr. Barrett told me, didn't tell
21  me anything about a bank statement, but he told
22  me Sandberg was trying to make a way that we had
23  more capital than we had.  He said he took care
24  of it.  He resolved it.  It was a non issue.
25      To me, at that point, not knowing

Dorfman - direct                                    Page 262

1  anything more, it was a non issue to me.  We
2  were trying to figure a way to keep our
3  contract, to be able to perform it.
4  Q  Okay.
5      So Sandberg's suggestion to
6  Barrett that you guys present this false
7  document to anyone to show that you had more
8  capital than you actually had, which Barrett
9  rejected immediately, that was not one of the
10  things you were thinking about when you
11  described Sandberg's acting and saying things in
12  an irrational way that led you not to want to do
13  business with him?  This was not one of those
14  things?
15  A  The bank statement I didn't know
16  about.  Maybe the raising capital thing could
17  have been a small thing in back of my head.
18  Didn't know the history, a minor thing, Chris
19  took care of it.  It really wasn't an issue.
20  Q  Okay.
21  A  And as we met with the purpose of
22  this $300,000 paperwork to show Al Dorso, and as
23  we met with Al Dorso, we told him -- we gave him
24  the document that we had $300,000, and the
25  transcripts that you have, John Sandberg

Dorfman - direct                                    Page 263

1  confirms that we had $300,000, as well as myself
2  or Christopher Barrett.
3  Q  Okay.
4      Have you come to learn of any
5  other instances when Sandberg was suggesting
6  that you guys were using dishonest business
7  practices?
8  A  No.
9  Q  Whether or not you guys actually
10  did -- I'm talking about whether Sandberg
11  suggested them and you guys rejected them.
12  A  No, not whatsoever.
13  Q  This was the only thing that you
14  have learned of when Sandberg was on your team
15  when he suggested that something dishonest to be
16  done?
17  A  Yes.
18  Q  So you had the conversation with
19  Al Dorso on February 18th, you told me
20  everything you can recall about that.
21      Al Dorso suggests that you
22  contact Live Nation and he gives you somebody's
23  number there?
24  A  Jason Miller.
25  Q  Jason Miller.

Dorfman - direct                                    Page 264

1      Did you call Jason Miller?
2  A  Yes, I did call Jason Miller.
3  Q  When do you recall calling him?
4  A  A few days before March 3rd.
5      Is it all right if I take a
6  bathroom break?
7      (Recess.)
8  Q  You called Jason Miller?
9  A  Yes.
10  Q  Shortly before the meeting on
11  March 7th?
12  A  Correct.
13  Q  Okay.
14      Do you recall what you spoke
15  about?  Did you actually get through to speak to
16  him when you first called him?
17  A  Yes, I did.
18  Q  For how long did you speak?
19  A  Very short period of time.
20  Q  What do you recall about that
21  conversation?
22  A  A meeting was set up.
23  Q  Was it a telephone call less than
24  a minute?
25  A  Yes.

Dorfman - direct                                    Page 309

1   the door.  Insomniac, the chances went to very,
2   very low.
3       Spoke with Donny or Pasquale
4   outside, and again they said that they loved the
5   real estate, they loved the venue, and obviously
6   they had to get back to us.
7       But in my opinion, I thought they
8   were 99 percent going to say no at that point.
9   Q   What happened -- I take it that
10  you did not meet the April 1st deadline to
11  provide the information to Al Dorso?
12  A   Correct.
13  Q   You had some subsequent meetings
14  with Al Dorso about the deadline and where you
15  stood, correct?
16  A   We did have two meetings with Al
17  Dorso.
18  Q   Okay.
19      I have tapes, transcripts from
20  the tapes of those meetings, correct?
21  A   You have transcripts of one of
22  those meetings.
23  Q   What meetings do I not have?
24  A   The meeting you do not have is --
25  that you do not have transcripts for is when we

Dorfman - direct                                    Page 310

1   came back from Miami and we did not want to meet
2   with Al Dorso at this point.  I was in severe,
3   severe pain.  A short time later I ended up
4   being hospitalized.
5   Q   You were hospitalized from the
6   31st to the 1st, two days?
7   A   I guess you guys have the medical
8   records.  It felt like longer to me.
9   Q   The 31st to the 1st --
10  A   I don't know.
11  Q   You don't recall one way or the
12  other?
13  A   I don't recall off the top of my
14  head.
15  Q   Okay.
16      You came back from Florida, you
17  were in a lot of pain.
18  A   I was in a lot of pain.  Al Dorso
19  made it mandatory that we were coming there
20  because we had to blow off a PR meeting because
21  we had nothing to account for.  So we
22  reluctantly went to the meeting, went over in
23  sweatpants.
24  Q   Why didn't you tape that meeting?
25  A   I think the main reason we didn't

Dorfman - direct                                    Page 311

1   tape that meeting was, quite frankly, I was in
2   such drastic pain that I barely could make it to
3   the meeting, and I don't know about Chris, but
4   we were pretty emotionally worn out.
5   Q   Do you recall the date of that
6   meeting?
7   A   I don't recall the date.
8   Q   You came back from Florida on
9   March 25th.  You went into the hospital on the
10  31st.  At some point between those two periods?
11  A   Yes.
12  Q   What happened at that meeting?
13  A   To me, I was in a lot, a lot of
14  pain at this point in time.  So my recollection,
15  not that clear.  I know we talked a lot about
16  what had happened to us.
17      Best of my recollection, Al Dorso
18  talked a lot about how the Sports Authority had
19  really put a lot of pressure on him because of
20  Live Nation, and how much that pressure filtered
21  down on him, didn't expect the business that was
22  going on to date, something with a fence, that
23  they were giving problems with even putting it
24  up, that they never bothered him before.
25      The best of my recollection,

Dorfman - direct                                    Page 312

1   almost having to take down -- they wouldn't
2   allow him to put his fence in the ground.
3       And it was just about he said a
4   lot of stuff that happened, and just more him
5   ranting and raving, and us just saying, look,
6   you know, we are trying our best to see what
7   happened with Daisy, and we are working on
8   Aventura, doing whatever we can to make this
9   happen.
10      That's the best I can recall.  I
11  don't have that much recollection of the
12  meeting.
13  Q   There is another meeting and
14  there is a phone call that I have transcripts
15  for?
16  A   Yes.
17  Q   The meeting was on or about
18  April 15th?
19  A   That sounds about right.
20  Q   The transcript accurately
21  reflects what was discussed at that meeting?
22  A   Yes, the transcript is accurate.
23  Q   There is a phone call on
24  April 26th where he terminates the contract?
25  A   I don't know the date, but, yes,

Juice Entertainment v.
Live Nation Entertainment

Page 430

1 events. It was managers, up in the hundreds of them.
2 It just -- the event never took place. The contract
3 and the lawsuits about the electronic dance festival,
4 which I think you correctly stated at top of this.
5 Q. Okay. But why then did you think it was
6 appropriate to give us Mr. LaVecchia's name today?
7 A. Yeah, when I, when I got to meet up with
8 Mr. LaVecchia socially, and we were hanging out at
9 his -- the restaurant he is either owner or general
10 manager, whatever, the Above one that you seem to
11 know a lot better than me about with the good
12 convenience store down the stairs, we had a nice
13 conversation, and during that conversation, he was --
14 told me, hey, you know, the Meadowlands, the Latin
15 festival that you were going to produce was going to
16 be huge. He was like -- and he reminded me of him
17 meeting and hanging out with Aventura at the Charlie
18 Sheen event, and actually showed me a picture of him
19 and Charlie Sheen together.
20      Quite frankly, at that point in time
21 when I went to that Charlie Sheen event, I had just
22 got out of the hospital from stress, that I am
23 alleging your client for, and I had migraine
24 headaches. So I remember some of the celebrities
25 there. I know Aventura was there, but I don't

Page 431

1 remember Mr. LaVecchia being there, and after Mr.
2 LaVecchia telling me he was there with Aventura,
3 picture proof with him there, and Mr. LaVecchia also,
4 you know, is one of the few people over the years --
5 my whole industry abandoned me. I made a lot of
6 people money over the years, and met a lot of people
7 and I made a lot of money for people. Mr. LaVecchia
8 appreciated it, and you probably can see from this
9 type of business, Mr. Marx, you usually don't get a
10 thank you. Mr. LaVecchia is one to say thank you to
11 me for what I had done for his nightclub, how I
12 treated his staff, his people, and he didn't forget,
13 you know, he stayed in touch here and there, was very
14 small, but you know, the guy used to send me a thing
15 saying, you know, happy New Year's.
16 Q. So now that you had some time to reflect
17 on things and more closely look at the discovery that
18 has been provided, and that process caused you to
19 believe that Mr. LaVecchia and Mr. Genjian should be
20 identified as people with knowledge concerning the
21 case, is there anyone else that you think should be
22 included as someone with knowledge of the facts of
23 this case?
24 A. No.
25      MR. MARX: Let's take a 5 minute break.

Page 432

1 We might be finished.
2      THE WITNESS: Great.
3      (Recess)
4      MR. MARX: We have no further
5 questions. Thank you.
6      MS. WAGNER: And I have no questions.
7      (Deposition concluded at 3:3 p.m.)

Page 433

C E R T I F I C A T E

      I, PATRICIA LEE PAGE, a Certified Court
Reporter of the State of New Jersey, do hereby
certify that the foregoing is a true and accurate
transcript of the testimony as taken stenographically
by and before me at the time, place, and on the date
hereinbefore set forth.

      I DO FURTHER CERTIFY that I am neither a
relative nor employee nor attorney nor counsel of any
of the parties to this action, and that I am neither
a relative nor employee of such attorney or counsel,
and that I am not financially interested in the
action.

PATRICIA LEE PAGE, C.C.R.
Certificate No. XI01377

```
1              C E R T I F I C A T E

2

3              I CERTIFY that the foregoing is a

4   true and accurate transcript of the testimony as

5   taken by and before me stenographically at the

6   time and place aforementioned.

7              I FURTHER CERTIFY that I am

8   neither attorney for nor counsel to any of the

9   parties; parties of any of the attorneys in this

10  action; and that I am not financially interested

11  in the outcome of this case.

12

13

14

15  _____

16  HOWARD A. RAPPAPORT, C.C.R
    Certificate No. XI00416

17

18

19

20

21

22

23

24

25
```