# EXHIBIT 6



**Festival Dates**
Friday June 24th, Saturday June 25th & Sunday June 26th 2011

**Festival Hours**
8pm - Sunrise

**Age**
18+ to enter, 21+ to drink. ID required
Minimum age for VIP is 21 and older.

**ZERO TOLERANCE For Drug Use Or Possession**
The use or possession of any illegal drugs will not be tolerated anywhere inside or outside the venue. Narcotics officers will be working both areas and enforcing all drug related laws. Do not bring any illegal substances to the event as violators will be prosecuted to the fullest extent of the law. If you are found inebriated at the door, security will not allow you to enter the venue. Event staff reserves the right to refuse entry to anyone. Please come with a smile and be prepared to enjoy three nights and two nights of music, dancing, and the full festival experience of Electric Daisy Carnival.

**SECURITY & ENTRY**
Everyone will be searched upon entry. You will need to empty your pockets and have all items examined. Narcotics officers will be working inside and outside of the event. All narcotic laws will be strictly enforced. We reserve the right to refuse entry to anyone.

**SAFETY & MEDICAL**
Insomniac is dedicated to providing a safe environment. Public and private security as well as medical staff will be present throughout the entire event. If you need any assistance please look for medical and information tent(s), or seek out a peace officer or event staff member.

**FOOD & BEVERAGES**
Food and beverage stands will be located throughout the event with many different options to choose from. There will also be roaming vendors with water, snacks, and other beverages available.

**KEEPING HYDRATED**
Drinking plenty of water and keeping hydrated throughout the entire weekend is crucial. It is important to drink water at regular intervals, especially in hot weather.

**BARS FOR 21+**
Beer & liquor will be served at the bars located throughout the event for those who are 21 years of age or older. Alcohol will be served from 8pm - 5am.

**ATMs**
There will be numerous ATMs located around the venue. ATM locations will be marked on the map you receive when entering the event.

**MERCH BOOTH**
The Insomniac Merchandise Booth(s) can be found on the event map and will have a variety of t-shirts, jackets, backpacks, sweatshirts and more.

**GENERAL STORE**
The Insomniac General Store will be available for your convenience, stocked with items you may have forgotten at home.

**LOST & FOUND / INFO BOOTHS**
Lost and found & information booths will be located both inside and outside of the venue. The locations of these booths will be clearly marked on the event map.

**WEATHER**
The festival will take place rain or shine

**ACCEPTABLE FORMS OF IDENTIFICATION FOR ENTRY**
• Any U.S. government issued driver's license or identification card provided that it contains a photograph and date of birth.
• A U.S. or foreign government issued passport containing a photograph and date of birth.

**UNACCEPTABLE FORMS OF IDENTIFICATION FOR E**
• School identification.

Enter your email address below to receive event details the instant they are announced!
Email





LISTEN TO INSOMNIAC RADIO

Electric Daisy Carnival 2011 - myEDC Schedule                                    Page 1 of 2

### Welcome to the myEDC Schedule Creator!

Start by selecting the acts you would like to see while at EDC for Friday Saturday and Sunday by clicking their names in the lineup below. The acts selected will then automatically be entered into "your custom lineup".

Once finished, enter your name at the bottom of this page and click "Proceed". You will then be able to view, share, email or print your custom EDC Schedule!

## Friday – June 24th                                                    Friday   Saturday   Sunday

| Kinetic Field | Cosmic Meadow | Circuit Grounds | Neon Garden | Bass Pod | Heineken Domes |
|---|---|---|---|---|---|
| Trent Cantrelle 8:00pm - 9:15pm | Joaquin Bamaca 8:00pm - 10:00pm | Wippenberg 8:00pm - 9:00pm | Kastle 8:30pm - 10:10pm | Crizzly 8:00pm - 8:30pm | Android Cartel 8:00pm - 10:00pm |
| Manufactured Superstars 9:15pm - 10:45pm | Beats Antique (Live) 10:10pm - 11:10pm | The Crystal Method (DJ Set) 9:00pm - 10:00pm | Them Jeans 10:10pm - 11:50pm | Marcus Intalex + Sharpness 8:30pm - 9:30pm | Joey Mazzola 10:00pm - 12:00am |
| Wolfgang Gartner 10:45pm - 11:45pm | Röyksopp 11:40pm - 12:40am | Christopher Lawrence 10:00pm - 11:00pm | DJ Vice 11:50pm - 12:30am | Roni Size + Messinian 9:30pm - 10:30pm | Dj Dan 12:00am - 2:00am |
| Dirty South 11:45pm - 1:00am | Richie Hawtin presents Plastikman (Live) 1:15am - 2:30am | Roger Sanchez 11:00pm - 12:00am | The Bloody Beetroots Death Crew 77 12:30am - 1:30am | Friction + Dynamite 10:30pm - 11:30pm | Dj Frances 2:00am - 4:00am |
| Tiësto 1:00am - 3:00am | Sub Focus (Live) 3:00am - 4:00am | Cosmic Gate 12:00am - 1:15am | Savage Skulls 1:30am - 2:30am | Borgore 11:30pm - 12:30am | |
| Steve Angello 3:00am - 4:30am | Steve Bug 4:15am - 6:00am | Calvin Harris 1:15am - 3:00am | Bird Peterson 2:30am - 3:30am | Excision 12:30am - 1:30am | |
| Sander Van Doorn 4:30am - 6:00am | | Steve Aoki 3:00am - 4:30am | Drop The Lime 3:30am - 4:30am | Skream & Benga 1:30am - 3:00am | |
| | | Autoerotique 4:30am - 6:00am | Major Lazer (Soundsystem) 4:30am - 6:00am | Dieselboy 3:00am - 4:00am | |
| | | | | Marky 4:00am - 5:00am | |
| | | | | TC + Armanni Reign 5:00am - 6:00am | |



Electric Daisy Carnival 2011 - myEDC Schedule                                                                 Page 1 of 2

### Welcome to the myEDC Schedule Creator!

Start by selecting the acts you would like to see while at EDC for Friday Saturday and Sunday by clicking their names in the lineup below.
The acts selected will then automatically be entered into "your custom lineup".
Once finished, enter your name at the bottom of this page and click "Proceed". You will then be able to view, share, email or print your custom EDC Schedule!

## Saturday - June 25th

Friday   Saturday   Sunday

| Kinetic Field | Cosmic Meadow | Circuit Grounds | Neon Garden | Bass Pod | Heineken Domes |
|---|---|---|---|---|---|
| R3hab<br>8:00pm - 8:45pm | Alesso<br>8:00pm - 9:00pm | Hernan Cattaneo<br>8:00pm - 9:00pm | Zedd<br>8:00pm - 9:00pm | The Juggernaut<br>8:00pm - 8:40pm | Nick G<br>8:00pm - 10:30pm |
| Cedric Gervais<br>8:45pm - 9:30pm | The Glitch Mob<br>9:30pm - 10:30pm | Pleasurekraft<br>9:00pm - 10:00pm | Porter Robinson<br>9:00pm - 10:00pm | Hive<br>8:40pm - 9:25pm | Savoy<br>10:30pm - 12:00am |
| Martin Solveig<br>9:30pm - 10:45pm | Bassnectar<br>11:00pm - 12:00am | Boris<br>10:00pm - 11:00pm | Feed Me<br>10:00pm - 11:00pm | Bare<br>9:25pm - 10:10pm | EC Twins<br>12:00am - 2:00am |
| Afrojack<br>10:45pm - 12:00am | Empire of the Sun<br>12:30am - 1:30am | Green Velvet<br>11:00pm - 12:00am | Hardwell<br>11:00pm - 12:00am | Evol Intent<br>10:10pm - 10:55pm | Trent Cantrelle<br>2:00am - 4:00am |
| Benny Benassi<br>12:00am - 1:30am | Chuckie<br>2:00am - 3:30am | UMEK<br>12:00am - 1:30am | Bart B More<br>12:00am - 1:00am | High Contrast<br>10:55pm - 11:40pm | |
| David Guetta<br>1:30am - 3:00am | Dada Life<br>3:30am - 4:30am | Gaiser<br>1:30am - 2:30am | LA Riots<br>1:00am - 2:00am | 12th Planet<br>11:40pm - 12:30am | |
| Above & Beyond<br>3:00am - 4:30am | Boys Noize<br>4:30am - 6:00am | Richie Hawtin<br>2:30am - 4:30am | Jack Beats<br>2:00am - 3:00am | Andy C + MC GQ<br>12:30am - 1:30am | |
| Sidney Samson<br>4:30am - 6:00am | | Victor Calderone<br>4:30am - 6:00am | Skrillex<br>3:00am - 4:30am | Rusko<br>1:30am - 2:30am | |
| | | | MSTRKRFT<br>4:30am - 6:00am | Hype + Daddy Earl<br>2:30am - 3:30am | |
| | | | | Zeds Dead<br>3:30am - 4:15am | |
| | | | | Terravita<br>4:15am - 5:00am | |
| | | | | LTJ Bukem<br>5:00am - 6:00am | |

LISTEN TO INSOMNIAC RADIO

http://electricdaisycarnival.com/archive/edc_2011/LasVegas/my-edc-schedule/index.php                11/11/2013

## Welcome to the myEDC Schedule Creator!

Start by selecting the acts you would like to see while at EDC for Friday Saturday and Sunday by clicking their names in the lineup below.
The acts selected will then automatically be entered into "your custom lineup".
Once finished, enter your name at the bottom of this page and click "Proceed". You will then be able to view, share, email or print your custom EDC Schedule!

### Sunday - June 26th

Friday   Saturday   Sunday

| Kinetic Field | Cosmic Meadow | Circuit Grounds | Neon Garden | Bass Pod | Heineken Domes |
|---|---|---|---|---|---|
| Thomas Gold 8:00pm - 9:30pm | EC Twins 8:00pm - 9:10pm | Moguai 8:00pm - 9:00pm | Stanton Warriors 8:00pm - 8:45pm | Fury + MC Dino 8:00pm - 8:30pm | Tara Brooks 8:00pm - 10:00pm |
| Paul Oakenfold 9:30pm - 11:10pm | Bunny Of Rabbit In The Moon 9:15pm - 10:15pm | Tritonal 9:00pm - 10:00pm | Araabmuzik 8:45pm - 9:30pm | Shiftee 8:30pm - 9:15pm | Dj Siren 10:00pm - 12:00am |
| Avicii 11:10pm - 12:30am | Robbie Rivera 10:20pm - 11:45pm | John O'Callaghan 10:00pm - 11:00pm | Sandro Silva 9:30pm - 10:30pm | Liquid Stranger 9:15pm - 10:05pm | Donald Glaude 12:00am - 2:00am |
| Alesso 12:30am - 1:00am | Infected Mushroom 12:00am - 1:00am | Simon Patterson & Sean Tyas 11:00pm - 12:00am | Harvard Bass 10:30pm - 11:25pm | J Majik 10:05pm - 10:55pm | Chris Garcia 2:00am - 4:00am |
| Swedish House Mafia 1:00am - 3:00am | Bingo Players 1:15am - 3:00am | Ferry Corsten 12:00am - 1:15am | Felix Cartal 11:25pm - 12:20am | Mt. Eden 10:55pm - 11:45pm | |
| Laidback Luke 3:00am - 4:45am | Afrojack 3:00am - 4:30am | ATB 1:15am - 2:30am | Felguk 12:20am - 1:15am | Datsik 11:45pm - 12:45am | |
| Nicky Romero 4:45am - 6:00am | R3hab 4:30am - 5:00am | Markus Schulz 2:30am - 3:45am | A-Trak 1:15am - 2:45am | Doctor P 12:45am - 1:45am | |
| | Eddie Halliwell 5:00am - 6:00am | Dash Berlin 3:45am - 4:45am | Wolfgang Gartner 3:00am - 4:15am | Planet of the Drums 1:45am - 2:45am | |
| | | Showtek 4:45am - 6:00am | Dada Life 4:30am - 6:00am | Skism 2:45am - 3:35am | |
| | | | | Loadstar 3:35am - 4:25am | |
| | | | | Shimon 4:25am - 5:10am | |
| | | | | Nu:Tone 5:10am - 6:00am | |

:: LISTEN TO INSOMNIAC RADIO ::