# EXHIBIT 7

| | |
|---|---|
| From: | John Dimatteo <john@areaevent.com> |
| To: | Chris Asta <chrisasta@hotmail.com>;Alan Sax <djalansax@hotmail.com>;alansacks@aol.com <alansacks@aol.com>;td627@yaoo.com <td627@yaoo.com> |
| Sent: | 2/3/2011 10:28:06 PM |
| Subject: | WME artist offer |
| Attachments: | WME artists festival.xls |

Check this out before I send it.

Special terms:
- Exclusive performance 90 days prior and after show date / 150 mile radius of show location.
- Artist agrees to be filmed during performance & conduct a 30 second interview for festival promotional video.
- Artist name may be used on festival merchandise.
- Travel buyout covers air, hotel & ground.
- Artist will promote event on artist's social networking sites.

OFFER EXPIRES: Feb 9, 2011

Dimatteo 6

JUICE0002187

| ARTIST REQUESTED: | Various | |
|---|---|---|
| Date | June 25 & 26 | |
| Event: | Meadowlands Festival | |
| Number of Shows: | 1 | |
| Doors: | 2:00 PM | Curfew |
| Age Limit: | all ages | |

| Show Date(s) | Door Time Time | Show Time |
|---|---|---|
| | 2:00 PM | 2:00 PM |

| Ticket Scaling |
|---|
| Description |
| Advance 1 |
| Advance 2 |
| Advance 3 |
| Advance 4 |
| Advance 5 |
| VIP 1 |
| VIP 2 |
| Artist Comps |
| Promoter Comps |
| Support Comps |
| Radio Give Aways |
| Venue Comps |
| Press Comps |
| Total: (1) |

| Deduction | | |
|---|---|---|
| Estimated Costs: | 1,129,000.00 | |
| Net Gross Potential: | $ 466,000.00 | |

| OFFERS | | |
|---|---|---|
| Artist | Offer | Date |
| Afrojack | $ 40,000.00 | 25-Jun |
| Far East Movement | $ 50,000.00 | 25-Jun |
| Axwell | $ 40,000.00 | 25-Jun |
| Calvin Harris | $ 20,000.00 | 25-Jun |
| Chuckie | $ 10,000.00 | 25-Jun |

JUICE0002188

| | | Agency: | WME |
|---|---|---|---|
| | | Contact: | Various |
| | 2:00 AM | Phone: | 212-903-1508 |

| Set Time | Announce Date | On Sale Date | Ticket Limit |
|---|---|---|---|
| 3 Hours | 14-Feb-11 | 21-Feb-11 | No |

| # of Tickets | Ticket Price | Total |
|---|---|---|
| 2,000 | $ 50.00 | $ 100,000.00 |
| 2,000 | $ 60.00 | $ 120,000.00 |
| 3,000 | $ 65.00 | $ 195,000.00 |
| 7,000 | $ 75.00 | $ 525,000.00 |
| 5,000 | $ 80.00 | $ 400,000.00 |
| 1,000 | $ 115.00 | $ 115,000.00 |
| 1,000 | $ 140.00 | $ 140,000.00 |
| 100 | | |
| 250 | $ - | |
| 250 | $ - | |
| 750 | | |
| 50 | | |
| 100 | $ - | |
| 22,500 | $ 70.89 | $ 1,595,000.00 |

JUICE0002189

| Artist | Fee | Date |
|---|---:|---|
| Deep dish | $ 75,000.00 | 25-Jun |
| Dirty South | $ 15,000.00 | 25-Jun |
| Luciano | $ 25,000.00 | 25-Jun |
| Luciano - CADENZA | $ 15,000.00 | 25-Jun |
| Paul Van Dyk | $ 50,000.00 | 25-Jun |
| Roger Sanchez | $ 12,500.00 | 25-Jun |
| Sebastian Ingrosso | $ 30,000.00 | 25-Jun |
| Sharam | $ 9,000.00 | 25-Jun |
| Aeroplane | $ 5,000.00 | 26-Jun |
| Bag Raiders | $ 3,500.00 | 26-Jun |
| Beardyman | $ 5,000.00 | 26-Jun |
| Blaq Starr | $ 5,000.00 | 26-Jun |
| Booka Shade | $ 4,000.00 | 26-Jun |
| Boys Noize | $ 20,000.00 | 26-Jun |
| Chemical brothers | | 26-Jun |
| Crystal Method | | 26-Jun |
| Die Antwoord | $ 10,000.00 | 26-Jun |
| Erol alkan | $ 7,500.00 | 26-Jun |
| Feed Me | $ 5,000.00 | 26-Jun |
| Groove Armada | $ 20,000.00 | 26-Jun |
| Maximum Balloon | $ 10,000.00 | 26-Jun |
| Modeselektor | $ 10,000.00 | 26-Jun |
| Orbital | $ 35,000.00 | 26-Jun |
| Prodidgy | $ 75,000.00 | 26-Jun |
| Rye Rye | $ 5,000.00 | 26-Jun |
| Shit Robot | $ 10,000.00 | 26-Jun |
| Sidney Samson | $ 5,000.00 | 26-Jun |
| Soulwax / 2 many djs | $ 20,000.00 | 26-Jun |
| Steve Lawler | $ 10,000.00 | 26-Jun |
| The Bloody Beatroots | $ 20,000.00 | 26-Jun |
| Thievery Corporation | $ 40,000.00 | 26-Jun |
| Tiga | $ 10,000.00 | 26-Jun |

| | |
|---|---:|
| Ticket Price Advance: | $40 - $75 |
| Gross Potential: | $ 1,595,000.00 |
| Number of Acts: | 60 |
| Ticket Price DOS: | $ 80.00 |

JUICE0002190

Headline

This is in addition to Luciano offer. Cadenza will have a dedicated tent for the day.
ALL IN

JUICE0002191

| VENUE INFORMATION | | |
|---|---|---|
| New Meadowlands (parking lot) 50 Route 120 East Rutherford, NJ 07073 | Capacity | 22,500 |

| BUYER INFORMATION | |
|---|---|
| AREA EVENT, LLC | |
| 415 63rd Street 2nd Floor | Brooklyn NY, 11220 |
| Phone: | 718-492-0100 |
| Fax: | 646-514-1497 |
| Signatory: | John Dimatteo |
| E-mail: | john@areaevent.com |
| Mobile: | (646) 773-7700 |

| SPECIAL TERMS: |
|---|
| 4 Stages |
| 3 Hour Tiesto Set closing out the show. |
| Set Time 10:30pm -1:30am |
| 100% headline billing |
| $7,500 travel budget included in fee |
| Announce Date February 21st, 2011 |
| Artist Production Rider will be fufilled |
| Exclusivity: 150 miles, 84 days prior, 90 days after show date |

JUICE0002192