# EXHIBIT 8

| | |
|---|---|
| From: | Paul Potter |
| To: | Chris Asta |
| CC: | alansacks@aol.com; td627@yahoo.com |
| Sent: | 10/15/2010 11:09:59 AM |
| Subject: | Re: Meadow Lands NJ USA. |

Ok mate sounds good. Also event insurance and public liability? will this be covered from Meadow Lands policy? Lets all catch up when Tommy is back... Have a good weekend.

Best
PP

---

On Fri, Oct 15, 2010 at 2:39 AM, Chris Asta <chrisasta@hotmail.com> wrote:
Hi Paul,

Thanks for your input! I did miss these items and will work them in over the next day or so. I would like to consult with you and Alan as to how to fit in Creamfields needs. We do have some investors interest over here. I must consult with Tommy when he returns. After reviewing the Creamfields brand in each market I see opportunity to create some interesting combinations that will work wonders here. Speak to you soon!

Best Regards

Chris

---

Date: Thu, 14 Oct 2010 18:19:07 +0100
Subject: Re: Meadow Lands NJ USA.
From: paulpotterpaul@gmail.com
To: chrisasta@hotmail.com
CC: alansacks@aol.com; td627@yahoo.com

Hi Chris, got your rough calculations for staging a dance event. Think you are close with a lot of it, but a few things missing IE.

**Creamfields and what they will want if thats the route we go down.**

**Hotels.**

**Flights**

**Transportation. (Exec cars for DJs ect)**

**Public Relations.**

Advertising magazines will be more.

**Legal fees.**

**Accounting.**

**Expenses to operate.**

**Miscellaneous (10% of total budget to be safe)**

That was just on first glance, but overall think you are not to far away from a rough budget!!

But what will the investors want for their return is the first thing that needs sorting and do you have an investor to hand.at present?

Best

PP

On Thu, Oct 14, 2010 at 3:41 AM, Chris Asta <chrisasta@hotmail.com> wrote:

Hi All,

Please find attached P&L. I estimated to the best of my ability to get the ball moving. Please let me know your thoughts.

Best Regards,

Chris

---

Date: Mon, 11 Oct 2010 15:40:05 +0100
Subject: Meadow Lands NJ USA.
From: paulpotterpaul@gmail.com
To: alansacks@aol.com
CC: chrisasta@hotmail.com; tb627@yahoo.com

Hi Chris/Tomo/Alan.

JUICE0006745

Ok, so here are my thoughts to date so far re us being able to make the project idea work with the venue and our selves and WMA.

After our conversation on the phone with Chris and Alan re the venue and the deal, I think we need to get the proposal done to present to WMA which I have outlined an insight into what will be required for the first step.

Reference the venue and there standard deal they have which we discussed, I think we have to see what the interests are from Creamfields and David at WMA, and what would be the required conditions and financial requirements will be, to see if the project is viable.

Once we are at this stage we can then negotiate the deal with meadow lands that will work for all of us, as the alcohol will be a big factor in the gross revenues which we may need to come into our budgets to a degree to even stage such a big event.

This caliber of event that will potentially put this site on the map as far as high profile music events go, which is invaluable to the venue.

As everything in business everything is negotiable. The key factors at this point are that we have the exclusive opportunity to even stage such an event of this nature at the venue and the potential required potential funding in place before we approach David at WMA.

We will require a letter of consent explaining that we have the exclusive rights to the venue for a dance event for the next 5 years with an option to renew. This as well a the presentation that we will require for WMA to get their interest will then put us in a position to establish what exact finances and conditions will be required to achieve the success we intend for a dance related event.

**WMA**
Here is what I believe will be required to introduce the William Morris Agency to the team and the venue professionally. As you know my relationship with one of the main directors could potentially open the site for major concerts and an annual dance festivals IE Creamfields or alternatively our own branded festivals through their roster of major international artists.

If they decide they like the idea? and potential of the project, it would be a good idea to invite them to a meeting at the venue at the companies expense obviously.

Once MR Levy believes the project is viable and we have a signed agreement with him, he will then also be able to inform all the agents in the USA and London offices to liaise with us as regards future ideas for other shows

**Information required in presentation format...**

1 Site pictures, history and plan.

2 Potential max capacities and licence info.

3 Site set up and facilities.

4 Period of contract we have with the venue including exclusive our rights for dance music events.

5 Previous related events at venue.

Marketing support capabilities from the venue (how many people attend the venue per annum, data bases, social media reach)

7 Company details and biogs of team members that will be staging and funding the projects.

JUICE0006746

8 Our company plan and intentions for site over the next 3 to 5 for the venue.

9 Finance. We will have to show that we have the potential backing to stage such an event, event though we don't knows what the cash flow situation we be at this present time.

**Prior to this a working agreement between yourself and the team, which clarifies my financial involvement and role will need to be drafted.**
**I trust I can leave this in your capable hands.**

**Therefore it may make sense for me to come over sit down with you all and discuss the situation in person as well as see the venue ect.**
**I could do this as soon as you require me over as I think the project is very exciting and has huge potential.**

I hope this makes sense to you all and look forwards to hearing from you.

Best.

Paul Potter
Entertainment consultant.

Mobile + 44 7561 584 349
Skype paul.potter7

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, re-transmit, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. E-mail communication is highly susceptible to spoofing, spamming, and other tampering, some of which may be harmful to your computer. If you are concerned about the authenticity of the message or the source, please contact the sender directly.

Kind Regards

Paul Potter

JUICE0006747

Entertainment consultant.

Mobile + 44 7561 584 349
Skype paul.potter7

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, re-transmit, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. E-mail communication is highly susceptible to spoofing, spamming, and other tampering, some of which may be harmful to your computer. If you are concerned about the authenticity of the message or the source, please contact the sender directly.

--

Kind Regards

Paul Potter
Entertainment consultant.

Mobile + 44 7561 584 349
Skype paul.potter7

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, re-transmit, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. E-mail communication is highly susceptible to spoofing, spamming, and other tampering, some of which may be harmful to your computer. If you are concerned about the authenticity of the message or the source, please contact the sender directly.

--

Kind Regards

Paul Potter
Entertainment consultant.

Mobile + 44 7561 584 349
Skype paul.potter7

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, re-transmit, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. E-mail communication is highly susceptible to spoofing, spamming, and other tampering, some of which may be harmful to your computer. If you are concerned about the authenticity of the message or the source, please contact the sender directly.

JUICE0006748