# EXHIBIT 9

| | |
|---|---|
| **From:** | Paul Potter <paulpotterpaul@gmail.com> |
| **To:** | AANLkTikba3o6ThZDTRKpjXSr8q3M62HW7fav_=ZPc98d@mail.gmail.com <AANLkTikba3o6ThZDTRKpjXSr8q3M62HW7fav_=ZPc98d@mail.gmail.com>;tommy D <td627@yahoo.com>;alansacks@aol.com <alansacks@aol.com>;Chris Asta <chrisasta@hotmail.com> |
| **Sent:** | 11/26/2010 9:23:01 PM |
| **Subject:** | Re: Meadow Lands Slide show and what else is needed!!!! |
| **Attachments:** | Meadowlands Festival Information..pdf |

Guys we need to get the rest of the info together time is ticking!!!!!

---------- Forwarded message ----------
**From: Paul Potter** <paulpotterpaul@gmail.com>
Date: Wed, Nov 24, 2010 at 1:14 PM
Subject: Meadow Lands Slide show and what else is needed!!!!
To: tommy D <td627@yahoo.com>, alansacks@aol.com, Chris Asta <chrisasta@hotmail.com>

This was the email and slide show that I sent to Amensia.

Lets add the following slides and information to the presentation and maybe get it designed a little better to make it presentable to a financial backer!

Chris as you started it do you mind being the point of contact for this and add the slides information ect!

We need to add the following slides with the following information.

**Partners** Tommy Chris Alan Paul brief paragraph on each individual

**Venue** Letter of conformation that we have an exclusive 5 year deal with the venue.

**Budget** Our projections for year 1

**Deal** What we are offering in return for the backing. % splits money back in first place and returns ( to be discussed)

**Financial payments.** What we require and when. (50% artists fees, 100% marketing budget, 100'% Expenses budget to operate, on signature of contract to be paid into a company account)

Chris can you set up a separate month by month payment schedule then we can slot the information in to give us a plan. We can all decide on the next conversation when we think we will need the next payment stages.. production, pr final Dj deposits travel ect ect!

**Summary** What are expectations are reference the event and growth over years.

As far as the rest of the information re projections we require. I think a sensible answer at this point is to be on the conservative side for other revenue streams.

Sponsorship $150-$250

Soft drinks $10 per head (so add the amounts for break even, and middle and max attendance)

JUICE0002288

Merchandise $20k

Food franchise $10k

You must all let each other know our thoughts on the above.

Please make sure we all cc everybody so we can get to the point where we are all happy with the presentation.


Thanks

PP


Daniel, attached is some information, site plan (rough), and pictures so you can get an idea of the set up and logistics for the event.

There is also some information of marketing what the venue is going to do to support the proposed 2 day festival in New Jersey USA and what marketing campaign will be provided by the promoters.

The proposed annual festival will take place in July each year with a capacity of 22,500 for each day for the first year.

We have a 5 year exclusive deal with the venue, with an option to renew at the end of the contract.

Our plans are to have the project ready to go on sale for Jan 2011 with the show line up complete.

My partners in the USA are interested in Amnesia being involved in the project, of course depending on what Amnesia will bring to the event, DJ line up and financial deal.

Lets speak re this project later today so I can update you.




Kind Regards

Paul Potter
Entertainment consultant.

Mobile + 44 7561 584 349
Skype paul.potter7

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, re-transmit, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. E-mail communication is highly susceptible to spoofing, spamming, and other tampering, some of which may be harmful to your computer. If you are concerned about the authenticity of the message or the source, please contact the sender directly.

JUICE0002289

--

Kind Regards

Paul Potter
Entertainment consultant.

Mobile + 44 7561 584 349
Skype paul.potter7

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, re-transmit, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. E-mail communication is highly susceptible to spoofing, spamming, and other tampering, some of which may be harmful to your computer. If you are concerned about the authenticity of the message or the source, please contact the sender directly.

--

Kind Regards

Paul Potter
Entertainment consultant.

Mobile + 44 7561 584 349
Skype paul.potter7

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, re-transmit, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. E-mail communication is highly susceptible to spoofing, spamming, and other tampering, some of which may be harmful to your computer. If you are concerned about the authenticity of the message or the source, please contact the sender directly.

JUICE0002290