# EXHIBIT 10

| From: | paulpotterpaul@gmail.com |
|---|---|
| To: | chrisasta1@gmail.com |
| Sent: | 12/17/2010 5:16:52 PM |
| Subject: | Chat with paulpotterpaul@gmail.com |

| | |
|---|---|
| 11:28 AM | **paulpotterpaul**: I think alan will call you guys |
| | sorry hello first of all |
| 11:31 AM | **me**: Hi paul |
| 11:33 AM | **paulpotterpaul**: Alan will tell you, but I have had WMA on the phone to me from NYC, they have been advised form the big boss in the UK to supply me shows.... |
| 11:34 AM | us rather. |
| | sorry |
| | **me**: That's big news Paul |
| | **paulpotterpaul**: it certainly is |
| | we need to move fast |
| 11:35 AM | **me**: Yes |
| 11:36 AM | **paulpotterpaul**: we could be booking this thing right now! |
| 11:39 AM | **me**: Yes we could we are wrapping up finance |

*23 minutes*

| | |
|---|---|
| 12:02 PM | **paulpotterpaul**: hows have the meetings gone this week? |
| | any more people close to comiting? |

*14 minutes*

| | |
|---|---|
| 12:16 PM | **me**: Yes we have one more in the hot seat |

JUICE0004467