# EXHIBIT 15



## NEW JERSEY DEPARTMENT OF TREASURY
## DIVISION OF REVENUE

### CERTIFICATE OF FORMATION

### JUICE ENTERTAINMENT LIMITED LIABILITY COMPANY
### 0400285237

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 05/04/2009 and was assigned identification number 0400285237. Following are the articles that constitute its original certificate.

1. **Name:**
   JUICE ENTERTAINMENT   LIMITED LIABILITY COMPANY

2. **Registered Agent:**
   JOHN SANDBERG

3. **Registered Office:**
   471 N. MIDLAND AVE
   SADDLE BROOK , NJ 07633-0004

4. **Business Purpose:**
   ENTERTAINMENT AND MANAGEMENT

5. **Members/Managers:**
   THOMAS DORFMAN
   471 N. MIDLAND AVE
   SADDLE BROOK , NJ 07633-0004

6. **Main Business Address:**
   471 N. MIDLAND AVE
   SADDLE BROOK, NJ 07633-0004

   **Signatures:**
   JOHN SANDBERG
   AUTHORIZED REPRESENTATIVE
   THOMAS DORFMAN
   AUTHORIZED REPRESENTATIVE

LLC

FILED
MAY - 4 2009
STATE TREASURER



Certificate Number: 114304350
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 5th day of May, 2009

R. David Rousseau
State Treasurer