# EXHIBIT 16

From: td627@yahoo.com
To: John Sandberg
Sent: 3/27/2011 1:59:37 PM
Subject: Re: Drake and Nikki Info For FBI

Cl me when u r up

Sent from my Verizon Wireless BlackBerry

---

From: John Sandberg <jsandberg@juice247.com>
Date: Sun, 27 Mar 2011 07:23:34 -0400
To: Chris Asta<chrisasta@hotmail.com>; <td627@yahoo.com>
Subject: Drake and Nikki Info For FBI

This is a rough draft please feel free to add and change as you see fit. I wrote as if I was writing and third person so its a bit fucked up wasnt sure how you wanted it written. Also any word back from the manager at Young Money? I think we have to get an attorney to call Jasmine today and put some fear into her. The longer no one calls her the more she thinks she is walking away from this. I am meeting with Brandon and Bruce today at 430 in cliffside park if you guys can make it. I would like to set up an organized system for Juice go over responsibilities delegations and start being a bit more organized going forward and take advantage of the people who want to work with us and for us. Brandon has secured some Latin talent for us we need to go over pricing. Also Bruce was trying to secure the Drake money as of now I think we play it cool and nothing is wrong with the contract at this time lets get the money for it than say there was a conflict and book 2 other artists for that date but we need to get some more money in asap. Give me a call when you guys get up I will be working all day.

Joe,

Thank you in advance for your help regarding the wire transfer for 132k between Juice Entertainment LLC, Thomas Dorfman, Chris Barret, and Booking Agent Jasmine Adams for the performances of Drake "Aubrey Graham" and Nicki Onika Minage.

Parties Involved:
John Sandberg: Juice Entertainment: 201-790-4114
Thomas Dorfman: Juice Entertainment: 973-583-3794
Chris Barrett: Juice Entertainment: 347-517-5703

Jasmine Adams BC Booking Agency: 310-999-5352
SS# 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
Address:

---

Anthony GoPaul  YungStarr Booking Agency
917-857-6442

El Smith:
Phone: 212-537-9212

Theodore Bowers:
contact info would not be provided by Jasmine Adams

Rome:
Associated with Jasmine Adams received commission money for "connections" amount undisclosed

Confidential

JUICE0011978

Cortez Bryant - Owner of Bryant Management. Young Money Entertainment.
CBryant@bryant-management.com

Jamil Hall - Spoke with Cortez Bryant..he has been working with us to try to resolve this issue.

Summary:�

On or about March 1st 2011 John Sandberg spoke with Anthony GoPaul about booking Hip Hop artists for an event at the Meadowlands Fair. After a few days of trying to work a deal for Drake, Nicki Minaj, and Trey Songz John was introduced to Jasmine Adams aka Bella Chanel. Jasmine was introduced to John as Anthony's partner who had direct connections to Drake and Nikki Minaj. On or about March 7th John reached his first verbal agreement for Drake and Nikki with Jasmine directly at 175,000 for Drake and 75,000 for Nikki plus booking fees. John was first sent a hosting contract from Anthony Gopaul requesting money be wired to a Theodore Bowers with a bank account located at Bank of America. John immediately called and explained this was a performance not a hosting event. He was told they sent the wrong contract by accident. Within a few days we received a 2nd contract from BC Booking Agency and began speaking directly with Jasmine Adams regarding the contracts. The BC Booking agency contract did not have a EIN number or tax id of the business so we requested a direct contract from Young Money Entertainment. There was a clause in the contract that stated if we go around Theodore Bowers or Shamika Murphy all monies would be forfeited. This through up a red flag and we had clause removed and contact with EI Smith and Theodore Bowers began via 3 way conferece calls wiith Jasmine Adams. I explained that we would not send any money until the clauses were removed and we had signatures from Cortez Bryant and James Cruz. A few days went by and I was than asked to switch my date to July 7th because John was told there was a conflict with the BET Awards. I was than sent a new contract from Jasmine Adams and received a text March 9th stating Cortez would be sending his own contract that day. Days went passed with no contract and numerous phone calls with EI Smith Theo Bowers and Jasmine Adams took place with them urging that Cortez needed the money wired to account before signatures and I received an email from Cortez Bryant forwarded from Jasmine Adams that stated to wire money to Theo and fax signed contract to Young Money fax number. I did not feel comfortable wiring money to Theo Bowers so like any other transaction I agreed to send to the booking agencies escrow with an agreement signed by Jasmine Adams that all monies were to be held in escrow and not released until signatures were received. I also forwarded proof of funds of our account. We than sent Jasmine Adams 131,750.00 to her account at Wells Fargo. A few more conversations transpired between myself Ei Smith and Theo Bowers about the contract being faxed it was never signed or faxed and money was wired from Jasmine Adams to Theo Bowers and commission money was wired to Anthony GoPaul and it was later discovered that cash was paid to someone named Rome who has ties to Hip Hop artist Trina. After money was wired we were still being told to stay calm they were on tour and we would get it in the morning March 17th. We did not receive we were than told via a facebook message from Theodore Bowers and numerous phone calls with EI Smith and Jasmine Adams that they are busy on tour will have latest Monday March 21st. No money was wired back to us. Through phone calls with EI Smith and Jasmine we were told again on March 23rd that the contract was faxed we didnt recieve and never heard back from anyone. Jasmine Adams received 11,700 for a booking fee that was never returned and is now claiming no liability and tells us to have our attorneys call her. Anthony GoPaul has been working with us to try and get this resolved and she is now not cooperating with him either. No one will furnish Theo Bowers phone number and we have not received contract from him since March 19th. Attached is all correspondance, promisory note and contracts. After countless attempts to resolve this matter directly with Jasmine and EI Smith who we feel this is our last resort.�

Confidential

JUICE0011979