# EXHIBIT 17

MAR-02-2011  09:49   FROM  THE PROVIDENT BANK          TO  12016546191          P.01/01



# PROVIDENT
## BANK



March 1, 2011

JUICE ENTERTAINMENT, LLC.
471 N Midland Ave Unit 12
Saddle Brook, NJ. 07663-5531

To Whom It May Concern:

This letter is to verify that Juice Entertainment, LLC. holds an account with our financial institution, THE PROVIDENT BANK, checking account # 9812301324, which is in satisfactory status. The current balance on the account is $300,000.00. The signers on the account are John Sandberg, Christopher Barrett, and Thomas E Dorfman. If you have any further questions or concerns please don't hesitate to contact me.

Sincerely,

Oylum Seker
Senior Assistant Branch Manager
The Provident Bank, Clifton Office
562 Lexington Ave
Clifton, NJ. 07011

*Executive Offices:* 830 Bergen Avenue
Jersey City, New Jersey 07306
*Telephone:* (201) 333-1000
www.providentnj.com

Equal Opportunity Lender
Equal Opportunity Employer
Equal Housing Lender
Member FDIC

TOTAL  P.01

JUICE0004212