# EXHIBIT 20

| From: | John Dimatteo <john@areaevent.com> |
|---|---|
| To: | alansacks@aol.com <alansacks@aol.com>;Alan Sax <djalansax@hotmail.com> |
| CC: | Chris Asta <chrisasta@hotmail.com>;Tommy <Td627@yahoo.com>;Brian Arteca <brian@areaevent.com>;Vito Bruno w <ampm@nyc.rr.com> |
| Sent: | 1/26/2011 6:30:09 PM |
| Subject: | FW: Tiesto June 25 Festival Offer |
| Attachments: | Tiesto June 25 Festival Offer.pdf |

Sent this to Paul.

Offer is attached.

------ Forwarded Message
**From:** John Dimatteo <john@areaevent.com>
**Date:** Wed, 26 Jan 2011 13:26:52 -0500
**To:** Paul Morris <paul@amonly.com>
**Conversation:** Tiesto June 25 Festival Offer
**Subject:** Tiesto June 25 Festival Offer

Hey Paul,

Offer for Tiesto @ $207,500 is attached.

I am also interested in :

June 25:

12th Planet
Benny Benassi
Bingo Players
Boris
Carl Cox
Crookers
Dada Life
Eric Prydz
Fedde Le Grande
The Japanese Popstars
Joachim Garraud
Josh Wink
Junior Boys
Laidback Luke
MSTRKRFT
Riva Starr
Skrillex
Will.I.AM.
Wolfgang Gartner

David Guetta – June 26

Let me know.

Thanks,

--

Dimatteo 10