# EXHIBIT 21

**From:** Paul Morris <paul@amonly.com>
**To:** John Dimatteo <john@areaevent.com>
**Sent:** 3/1/2011 2:48:50 AM
**Subject:** Re: David Guetta Festival Offer

Who else is locked in for the event now? Is this David Guetta offer still valid?

On Feb 16, 2011, at 1:52 PM, John Dimatteo wrote:

Paul,

The offer for June 26th @ $175,000 is attached.

Offer expires February 23.

Please let me know.

Thanks,

John Dimatteo
<David Guetta June26 Offer.pdf>

--
| Paul Morris | AM Only | 55 Washington St., Suite 658 | Brooklyn, NY 11201 | P: 718.237.2428 x13 | F: 718.237 2429 | www.amonly.com

Dimatteo 13

JUICE0004117