# EXHIBIT 22

| | |
|---|---|
| From: | Steve Goodgold <steve@windishagency.com> |
| To: | John Dimatteo <john@areaevent.com> |
| Sent: | 2/22/2011 4:24:55 PM |
| Subject: | Re: Steve Angello Offer june 25th Meadowlands |

Yeah I'm sure that would be fine.  I always like to do buy outs for flights anyway.

I should hear back from Amy later today.

Steve Goodgold
Agent

The Windish Agency
New York Office
580 Broadway, Suite 707
New York, NY 10012

(773) 489-3500 phone
(773) 489-3535 fax

steve@windishagency.com
http://www.windishagency.com

Main Office Address:
1658 N. Milwaukee Avenue, #211
Chicago, IL 60647

On Feb 22, 2011, at 11:23 AM, John Dimatteo wrote:

In that case I'd prefer to do a buy out on the flights and work it into the fee.

John Dimatteo | Area Event
O +1.646.224.6964 | Fx+1.646.514.1497 john@areaevent.com | AIM: jdimatteo http://www.areaevent.com |
http://www.facebook.com/areaevent

**From:** Steve Goodgold <steve@windishagency.com>
**To:** John Dimatteo
**Sent:** Tue Feb 22 10:19:24 2011
**Subject:** Re: Steve Angello Offer june 25th Meadowlands

Sorry meant the flights you referred to.

Dimatteo 14

JUICE0004139

(773) 489-3500 phone
(773) 489-3535 fax

steve@windishagency.com
http://www.windishagency.com

Main Office Address:
1658 N. Milwaukee Avenue, #211
Chicago, IL 60647

On Feb 22, 2011, at 11:12 AM, John Dimatteo wrote:

This is feasible.
Pyro should be fine.

The VJ's should be included in the guarantee which is already a good amount.

--
John Dimatteo | Area Event
O +1.646.224.6964 | Fx+1.646.514.1497 john@areaevent.com | AIM: jdimatteo http://www.areaevent.com |
http://www.facebook.com/areaevent

**From:** Steve Goodgold <steve@windishagency.com>
**To:** John Dimatteo
**Sent:** Tue Feb 22 06:49:24 2011
**Subject:** Re: Steve Angello Offer june 25th Meadowlands

For production, this is what we'd need to do this:

We have a pixel server. We will now do visuals like Muse did at the Grammys. 3D on 2D screens.

So we would need LED across the stage with a 20 mm thickness at a minimum.

http://www.youtube.com/watch?v=5vk8MK_Zhuk

We also need FX to include 6 CO2 heads, 3 confetti hits, and pyro where licenses permit.  I
suspect we can easily do pyro outdoors at the Meadowlands.

We also need 2 UK flights (£1200 pounds approx total) and one twin hotel for 3 nights for the
VJs.

Steve Goodgold
Agent

The Windish Agency
New York Office
580 Broadway, Suite 707

JUICE0004141

New York, NY 10012

(773) 489-3500 phone
(773) 489-3535 fax

steve@windishagency.com
http://www.windishagency.com

Main Office Address:
1658 N. Milwaukee Avenue, #211
Chicago, IL 60647

On Feb 21, 2011, at 3:02 PM, John Dimatteo wrote:

We are basically piggy backing off of the fair.

The event would be financially impossible to do if we were not working with the fair.

The fair and our show are 2 totally separate events. With seperate marketing etc; The fair patrons will not have access to our area. Our customers will have access to the fair.
We gain major marketing & infrastructure support by working with the fair as well as some extras for our patrons.

All ticketing will be done through Ticketmaster.

The fair and meadowlands will tag us on all of their marketing. We will also gain the PR support of the fair as well. I think we will be on something like 120 billboards, + the Meadowlands email blast.

We are working on a deal with 92.3 that would give us close $1millon is ads for the event.

--
John Dimatteo | Area Event
O +1.646.224.6964 | Fx+1.646.514.1497 john@areaevent.com | AIM: jdimatteo http://www.areaevent.com |
http://www.facebook.com/areaevent

**From:** Steve Goodgold <steve@windishagency.com>
**To:** John Dimatteo
**Sent:** Mon Feb 21 13:14:48 2011
**Subject:** Re: Steve Angello Offer june 25th Meadowlands

So what are the details about the tie-in with the fair?  For example how does ticketing work?  also, what about Marketing etc?

Steve Goodgold
Agent

The Windish Agency

JUICE0004142

New York Office
580 Broadway, Suite 707
New York, NY 10012

(773) 489-3500 phone
(773) 489-3535 fax

steve@windishagency.com
http://www.windishagency.com

Main Office Address:
1658 N. Milwaukee Avenue, #211
Chicago, IL 60647

On Feb 21, 2011, at 2:14 PM, John Dimatteo wrote:

**From:** Steve Goodgold <steve@windishagency.com>
**Date:** Mon, 21 Feb 2011 12:22:51 -0600
**To:** John Dimatteo <john@areaevent.com>
**Subject:** Re: Steve Angello Offer june 25th Meadowlands

Ok, here are my questions:

Check out the attached PDF about the venue. This event will be in conjunction with the NJ Stage fair.

1. I see you wrote 100% headline billing on a Size Stage.
(a) how many stages are there?  - 3 Stages total.  Size stage will be a large sized 24'x32' mobile stage with roofing and wings.
(b) how would stages be billed ?  There will be a main stage (size), a tent and one other smaller outdoor stage. All will be billed but size would be the headline/main stage.

(c) who would be on the other stages and headlining those?  TBD offers are out.  I should get confirmations this week.  Looking at Dirty South, Duck Sauce, Calvin Harris, Far East Movement and many others.

2. The cap is 22,500.  You mentioned this might be scaled down?  Or is this the correct capacity? The capacity is actually 30,000 but we are going to scale it down to around 12,000 – 15,000.

3. "Size Matters production and decor fulfilled" -- To what extent?  The rider will be fulfilled to the extent necessary to make the show happen properly without breaking the bank. I do not know what the rider requirements are but I assume that it will be somewhat feasible.

4. It says "3 hour Tiesto Set closing out show" on the offer.  Was that left on there or is this somehow relevant to Steve's offer? Sorry, that was a left on the sheet from a previous offer. It has no relevance whatsoever.

JUICE0004143

&lt;Meadowlands Festival June 2011.pdf&gt;

JUICE0004144