# EXHIBIT 23

| | |
|---|---|
| From: | Peter Wiederlight <PWiederlight@wmeentertainment.com> |
| To: | John Dimatteo <john@areaevent.com> |
| Sent: | 2/4/2011 12:50:42 PM |
| Subject: | Re: Meadowlands Festival WME artists offers |

Thanks John.

Do you have a wish list for Urban/Contemp. acts?

Peter Wiederlight | WME
pwiederlight@wmeentertainment.com
212.903.1458

**From:** John Dimatteo [mailto:john@areaevent.com]
**Sent:** Friday, February 04, 2011 04:09 AM
**To:** Samantha Kirby Yoh; Joel Zimmerman; Alex Chaykin; Peter Wiederlight
**Subject:** Re: Meadowlands Festival WME artists offers

Sorry about that.

Here you go.

**From:** Samantha Kirby Yoh <SKirby@wmeentertainment.com>
**Date:** Thu, 3 Feb 2011 20:40:18 -0600
**To:** John Dimatteo <john@areaevent.com>, Joel Zimmerman <jzimmerman@wmeentertainment.com>, "Alex Chaykin." <achaykin@wmeentertainment.com>, Peter Wiederlight <PWiederlight@wmeentertainment.com>
**Subject:** RE: Meadowlands Festival WME artists offers

No attachment.

Samantha Kirby Yoh | WME
skirby@wmeentertainment.com
212.903.1149

**From:** John Dimatteo [mailto:john@areaevent.com]
**Sent:** Thursday, February 03, 2011 9:43 PM
**To:** Joel Zimmerman; Samantha Kirby Yoh; Alex Chaykin; Peter Wiederlight
**Subject:** Meadowlands Festival WME artists offers

All,

The offers for the WME artists for our festival are included in the attached 2 page PDF.

I have included the offers for all of the WME artists on the same offer sheet in order to make the process easier.

Please note that all offers expire on February 12th, 2011.

Please feel free to call or email me with any questions.

Dimatteo 7

JUICE0004130

Thank you for your support.

Best,

--

John Dimatteo | Area Event
O +1.718.492.0100 | Fx +1.646.514.1497 | Cell: +1.646.773.7700
john@areaevent.com | AIM: jdimatteo | http://www.areaevent.com

JUICE0004131