# EXHIBIT 24

| | |
|---|---|
| From: | John Dimatteo <john@areaevent.com> |
| To: | alansacks@aol.com <alansacks@aol.com>;chrisasta@hotmail.com" <chrisasta@hotmail.com>;Tommy <Td627@yahoo.com>;Brian Arteca <brian@areaevent.com> |
| CC: | Vito Bruno w <ampm@nyc.rr.com> |
| Sent: | 2/22/2011 10:55:06 PM |
| Subject: | Offers sent |
| Attachments: | MikeSnowDJSet festival Offer.pdf; Matthew Dear festival offer.pdf; Ztrip June 25 festival offer.pdf; CaspaFestivalOffer.pdf; SimianMobileDisco June25offer.pdf |

Dmatteo16

JUICE0002098



| ARTIST REQUESTED: | Miike Snow (DJ Set) | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | 25-Jun-11 | | | | Agency: | Windish Agency | |
| Event: | Under One Sky | | | | Contact: | Brad Owen | |
| Number of Shows: | 1 | | | | Phone: | 773-489-3500 | |
| Doors: | 2:00 PM | Curfew | | 2:00 AM | | | |
| Age Limit: | 21+ | | | | | | |

| Show Date(s) | Door Time | Show Time | Set Time | Announce Date | On Sale Date | Ticket Limit |
|---|---|---|---|---|---|---|
| | 2:00 PM | 2:00 PM | | 2-Mar-11 | 2-Mar-11 | No |

**Ticket Scaling**
| | | |
|---|---|---|
| General Admission | $50 - $75 | |
| VIP Admission | $100 - $125 | |

**OFFER TERMS**
| Offer Amount: | Guarantee | $ | 15,000.00 | ALL IN |
|---|---|---|---|---|
| Ticket Price Advance: | | $ | 50.00 | |
| Ticket Price DOS: | | $ | 75.00 | |

**VENUE INFORMATION**
Meadowlands        Capacity        20,000
50 Route 120
East Rutherford, NJ 07073

**BUYER INFORMATION**
AREA EVENT, LLC
415 63rd Street 2nd Floor    Brooklyn NY, 11220

Phone:        718-492-0100
Fax:          646-514-1497
Signatory:    John Dimatteo
E-mail:       john@areaevent.com
Mobile:       (646) 773-7700

**Other Terms**
Offer Expires March 1

Exclusivity: 100 miles, 90 days prior & After

Offer is inclusive of production, air, hotel

Promoter Provides ground

Artist agrees to be filmed for festival promotional video

Artist name may be used on festival merchandise

Case 2:11-cv-07318-CCC-CLW Document 73-27 Filed 10/17/16 Page 4 of 7 PageID: 767


area event

| ARTIST REQUESTED: | Matchew Four Band ? | | | | | |
|---|---|---|---|---|---|---|
| Date | 25-Jun-11 | | | Agency: | Windish Agency | |
| Event: | Under One Sky | | | Contact: | Brad Owen | |
| Number of Shows: | 1 | | | Phone: | 773-489-3500 | |
| Doors: | 2:00 PM | Curfew | 2:00 AM | | | |
| Age Limit: | 21+ | | | | | |

| Show Date(s) | Door Time | Show Time | Set Time | Announce Date | On Sale Date | Ticket Limit |
|---|---|---|---|---|---|---|
| | 2:00 PM | 2:00 PM | | 2-Mar-11 | 2-Mar-11 | No |

**Ticket Scaling**
General Admission      $50 - $75
VIP Admission            $100 - $125

**OFFER TERMS**

| Offer Amount: | Guarantee | $ | 7,500.00 | ALL IN |
|---|---|---|---|---|
| Ticket Price Advance: | | $ | 50.00 | |
| Ticket Price DOS: | | $ | 75.00 | |

**VENUE INFORMATION**
Meadowlands            Capacity            20,000
50 Route 120
East Rutherford, NJ 07073

**BUYER INFORMATION**
AREA EVENT, LLC
415 63rd Street 2nd Floor      Brooklyn NY, 11220

Phone:                    718-492-0100
Fax:                        646-514-1497
Signatory:              John Dimatteo
E-mail:                   john@areaevent.com
Mobile:                  (646) 773-7700

**Offer Notes**
Offer Expires March 1

Exclusivity: 100 miles, 90 days prior & After

Offer is inclusive of production, air, hotel

Promoter Provides ground

Artist agrees to be filmed for festival promotional video

Artist name may be used on festival merchandise

JUICE0002100



| ARTIST REQUESTED: | | | | | | |
|---|---|---|---|---|---|---|
| Date | 25-Jun-11 | | | Agency: | Windish Agency | |
| Event: | Under One Sky | | | Contact: | Brad Owen | |
| Number of Shows: | 1 | | | Phone: | 773-489-3500 | |
| Doors: | 2:00 PM | Curfew | 2:00 AM | | | |
| Age Limit: | 21+ | | | | | |

| Show Date(s) | Door Time | Show Time | Set Time | Announce Date | On Sale Date | Ticket Limit |
|---|---|---|---|---|---|---|
| | 2:00 PM | 2:00 PM | | 2-Mar-11 | 2-Mar-11 | No |

**Ticket Scaling**
| | | |
|---|---|---|
| General Admission | $50 - $75 | |
| VIP Admission | $100 - $125 | |

**OFFER TERMS**
| Offer Amount: | Guarantee | $ | 12,000.00 ALL IN |
|---|---|---|---|
| Ticket Price Advance: | | $ | 50.00 |
| Ticket Price DOS: | | $ | 75.00 |

**VENUE INFORMATION**
Meadowlands        Capacity        20,000
50 Route 120
East Rutherford, NJ 07073

**BUYER INFORMATION**
AREA EVENT, LLC
415 63rd Street 2nd Floor    Brooklyn NY, 11220

Phone:        718-492-0100
Fax:          646-514-1497
Signatory:    John Dimatteo
E-mail:       john@areaevent.com
Mobile:       (646) 773-7700

**OFFER NOTES**
Offer Expires March 1

Exclusivity: 150 miles, 90 days prior & After

Offer is inclusive of production, air, hotel

Promoter Provides ground

Artist agrees to be filmed for festiva promotional video

Artist name may be used on festival merchandise

JUICE0002101


area events

| ARTIST REQUESTED: | Clutch | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | 25-Jun-11 | | | | Agency: | Windish Agency | |
| Event: | Under One Sky | | | | Contact: | Brad Owen | |
| Number of Shows: | 1 | | | | Phone: | 773-489-3500 | |
| Doors: | 2:00 PM | Curfew | | 2:00 AM | | | |
| Age Limit: | 21+ | | | | | | |

| Show Date(s) | Door Time | Show Time | Set Time | Announce Date | On Sale Date | Ticket Limit |
|---|---|---|---|---|---|---|
| | 2:00 PM | 2:00 PM | | 26-Mar-11 | 2-Mar-11 | No |

**Ticket Scaling**
General Admission         $50 - $75
VIP Admission             $100 - $125

**OFFER TERMS**
| Offer Amount: | Guarantee | $ | 15,000.00 | ALL IN |
|---|---|---|---|---|
| Ticket Price Advance: | | $ | 50.00 | |
| Ticket Price DOS: | | $ | 75.00 | |

**VENUE INFORMATION**
Meadowlands          Capacity          20,000
50 Route 120
East Rutherford, NJ 07073

**BUYER INFORMATION**
AREA EVENT, LLC
415 63rd Street 2nd Floor    Brooklyn NY, 11220

Phone:                    718-492-0100
Fax:                      646-514-1497
Signatory:                John Dimatteo
E-mail:                   john@areaevent.com
Mobile:                   (646) 773-7700

**Offer Notes**
Offer Expires March 1

Exclusivity: 100 miles, 90 days prior & After

Offer is inclusive of production, air, hotel

Promoter Provides ground

Artist agrees to be filmed for festival promotional video

Artist name may be used on festival merchandise

JUICE0002102



| ARTIST REQUESTED: | | | | | | |
|---|---|---|---|---|---|---|
| Date | 25-Jun-11 | | | Agency: | Windish Agency | |
| Event: | Under One Sky | | | Contact: | Brad Owen | |
| Number of Shows: | 1 | | | Phone: | 773-489-3500 | |
| Doors: | 2:00 PM | Curfew | 2:00 AM | | | |
| Age Limit: | 21+ | | | | | |

| Show Date(s) | Door Time Time | Show Time | Set Time | Announce Date | On Sale Date | Ticket Limit |
|---|---|---|---|---|---|---|
| | 2:00 PM | 2:00 PM | | 20-Mar-11 | March | No |

**Ticket Scaling**
General Admission   $50 - $75
VIP Admission        $100 - $125

**OFFER TERMS**

| Offer Amount: | Guarantee | $ 35,000.00 | ALL IN |
|---|---|---|---|
| Ticket Price Advance: | | $ 50.00 | |
| Number or Support Acts: | | 1 | |
| Ticket Price DOS: | | $ 65.00 | |

**VENUE INFORMATION**
Meadowlands         Capacity              20,000
50 Route 120
East Rutherford, NJ 07073

**BUYER INFORMATION**
AREA EVENT, LLC
415 63rd Street 2nd Floor   Brooklyn NY, 11220

Phone:      718-492-0100
Fax:        646-514-1497
Signatory:  John Dimatteo
E-mail:     john@areaevent.com
Mobile:     (646) 773-7700

**Offer Notes**
Offer Expires March 1

Exclusivity: 150 miles, 90 days prior & After
(excluding Terminal 5 show in March)
Offer is inclusive of production, air, hotel

Promoter Provides ground

JUICE0002103