# EXHIBIT 25



1121 Main Ave   Clifton, NJ 9701
phone 201.692.3072 fax.201.654.6191




### Request For Extension

Juice Entertainment LLC is formally requesting a 30 day extension pertaining to section 3 item (c) located on page 3 and 4 "items provided to state fair in financial terms" in the agreement between State Fair Management and Juice Entertainment. The request of extension is for the season beginning June 24th ending July 10th 2011.

Accepted By: _____

X_____ Date:_____

Juice Entertainment, LLC

X_____ Date: 3/7/11

Al Dorso President State Fair