**GREENBERG TRAURIG, LLP**
Philip R. Sellinger (PS 9369)
Ian S. Marx (IM 1704)
500 Campus Drive
Florham Park, New Jersey 07932
(973) 360-7900 (Telephone)
(973) 301-8410 (Facsimile)
*Attorneys for Defendant*
*Live Nation Entertainment, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, AND CHRIS BARRETT, <br><br> Plaintiffs, <br><br> vs. <br><br> LIVE NATION ENTERTAINMENT, INC., <br><br> Defendant. | Civil Action No. 11-07318 (WHW) (CLW) <br><br> **ORDER GRANTING** <br> **MOTION FOR SUMMARY JUDGMENT** |

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE having come before the Court on Defendant's motion for summary judgment, and the Court having reviewed the Motion and the arguments of both parties, if any, it is hereby ORDERED and ADJUDGED that:

1.    The Motion is hereby GRANTED.

2.    Plaintiffs' Complaint is hereby DISMISSED IN ITS ENTIRETY, WITH PREJUDICE.

*NJ 229897794v1*

3. [To be entered only in the event that any portion of Plaintiffs' Complaint survives] Plaintiffs shall be precluded from offering any evidence at trial that purports to establish lost profits.

SO ORDERED this ___ day of _____, 2016.

_____

U.S.D.J.