Exhibit 46

| | | |
|---|---|---|
| **From:** | Jason Miller | February 04, 2011 4:40:15 PM (-08) |
| **To:** | Samantha Kirby Yoh | |
| **Cc:** | Joel Zimmerman; Kevin Morrow | |
| **Bcc:** | | |
| **Subject:** | **festival dates/avails** | |

**Attachments:**

Sam my love;

The best date for us to do this year may be the May weekend after Bamboozle.  It is certainly the most cost effective.

Here is what we know

Red Bull Stadium.

The June 18 weekend is out, because that is Dispatch.  The July 1-3 weekend can not be discussed until they get schedule back from MLS which is two weeks away or longer.  It is not 100% no, but it isn't 100% yes and we won't know anything definitively for what is in my opinion too much time to lose.  We can revisit when they know, but the answer could be no.

Governor's Island

There are multiple requests for events on June 17-19 as well as July 1-3.  We have to submit a permit application by February 15 to be considered.  The minimum permit fee is $25,000.00.  We can propose to give them more – meaning that they could decide who to award the permit based on who proposes to pay them the most for their event.  It is not impossible to get this done, but it does mean we have 11 days to review a 12 page contract application and we need to figure out what we should offer to pay for the site

Meadowlands/Izod parking lots

We know we are good right after bamboozle in May.  We know we will have a set up site with infrastructure complete.  There is a soccer game which renders the site useless on the June weekend and the state fair uses the site beginning June 24 up through the July 10 weekend.

We could use the Izod arena lots on July 1-3 weekend.  My main concern is the cost to set up the site from scratch for a one day event.

That is the lay of the land.  We also know the tennis center is blocked out because Mets are home both the June 18 weekend and the July 3 weekend.  They are away, however, June 25/26 weekend.

Let Kevin and I know your thoughts given this information

Best,


JAS

**Jason Miller| Senior Vice President |New York**
**ph: 917.421.5160/ 917.421.5043 fx**
**e: JasonMiller@livenation.com**

WME000198

Exhibit 47

**Microsoft Outlook**

| | |
|---|---|
| **From:** | John D'Esposito |
| **Sent:** | Tuesday, February 22, 2011 10:41 AM |
| **To:** | 'adorso87@stfair.com' |
| **Subject:** | Re: |

I am back in office today. If not wednesday, how is thursday.

I will also get you the background info on tommy d the promoter who is trying to weasel into the state fair.

----- Original Message -----
From: Al Dorso Jr. [mailto:adorso87@stfair.com]
Sent: Tuesday, February 22, 2011 10:29 AM
To: John D'Esposito

Hey John,

Haven't heard from you regarding the Wednesday meeting, have you set a time yet?

Al Jr.
State Fair
Events Coordinator
Office Phone - 973-450-1073
Email - Adorso87@stfair.com
Website - www.stfair.com

CONFIDENTIAL

LN0001004

Exhibit 48

**Speakers:** Al Dorso, Al Dorso Jr. Chris Barrett, Thomas Dorfman.

**Location:** State Fair Event Management Headquarters 229 Main Street, Belleville, NJ 07109

### Meeting State Fair 4 15 2011

DORSO:    What the hell are you boys doing, for crying out loud?
      Holy mackerel. (inaudible)

DORFMAN:  Working.  Grinding it out.

DORSO:    You guys better have everything wrapped up.  Are you
      wrapped up?

DORFMAN:  Grinding it out.  Just about there (inaudible) He said
      May twelfth.

DORSO:    What?

DORFMAN:  It's on May twelfth (inaudible).

DORSO:    May twelfth.

DORFMAN:  That's what he told us the last time (inaudible) May
      twelfth.

DORSO:    No, you said that.  But you're supposed to have
      everything -- what are you supposed to have to me by the
      other day?  Everything.  All your contracts.  Everything
      done (inaudible).

DORFMAN:  (inaudible) we tried our best (inaudible) Live Nation
      (inaudible) as you know, set us back (inaudible).

1

DORSO:    You got to work towards getting it done.

DORFMAN:  We've been working around the clock (overlapping

      dialogue; inaudible) we've been (inaudible) and this is all

      we've been working on.

BARRETT:  Where we stand, as of today, in this exact moment, we

      have Creamfields ready to sign a deal for next year to

      start promoting and announcing at our event.  We're in

      verbal agreement that that's what we're intending to do.

      We have --

DORSO:    So who's helping you this year on your event?

BARRETT:  Who's helping us this year?  Everybody from

      Creamfields, and England has opened up a small door for us

      to book talent kind of underneath what Live Nation has

      done.  As you know, Live Nation blocked Tiesto and several

      other artists, as you told us.

DORSO:    Told you it was going to happen.

DORFMAN:  Well, you told us that -- yeah, you even told

      (inaudible) Tiesto.

BARRETT:  So.

DORSO:    It's Live Nation. Its what they do.

BARRETT:  They came in, they stepped on us with Tiesto.  So we

      have -- we're basically operating right now through the

      underground tunnels.  And Creamfields, they're helping us.

      Creamfields in the electronic dance (inaudible) is bigger

3

without him, but (inaudible) we won't see the financial

gain but (overlapping dialogue; inaudible).

DORSO:    Last time I spoke you guys were coming back from

(overlapping dialogue; inaudible).

BARRETT:  If you guys want (inaudible) this year (inaudible)

next year (inaudible) next year.  We haven't pursued

anything since --

DORFMAN:  That's what a lot of this stuff is (inaudible) a spot

like this, a lot of this stuff is by the time you get

(inaudible) started this, like OK, that's (inaudible).

BARRETT:  When we started, we didn't have an eight-hundred-pound

gorilla on our back (inaudible).

DORFMAN:  (inaudible) when we started, we didn't have a

thousand-pound gorilla on our back.  So then as we

(inaudible) ways to produce the talent and the events

(inaudible) plus being set back.  You know what I mean?  We

were starting from zero.  We went back way beyond zero,

from what we (inaudible).

DORSO:    Listen, you just remember, in life as you grow, to

step on the heads of the guys that are holding you down.

That's something you can never forget.  The guy that's

stepping on your head right now is John D.

DORFMAN:  John D.

DORSO:    Yeah.  He's obviously a dick.

17

DORFMAN:   (inaudible) right?

DORSO:     Yeah.

DORFMAN:   And he's the one (overlapping dialogue; inaudible).

DORSO:     Go ahead (inaudible).

BARRETT:   We were just told that this (inaudible) Steve Angello, we were told that he's able to play anywhere but in Meadowlands Fairgrounds.  I can book him anywhere but the Meadowlands.

DORSO:     So I'm going to tell you what's happening right now. They've moved the Bamboozle from the fairgrounds site, which I supplied all the fencing and blah blah blah, and they moved it over so that -- and they said whatever fencing comes in, it can't belong to me.  This is how the pressure goes on.  Like I give a fuck about their fencing, right?  They can't rent any stages or bleachers from me. They don't want to use any of my stuff.  And they put the pressure on the stadium to -- now they want to see plans of what I'm putting in the ground and all this kind of stuff to approve.  They can't hold that.  It slowed me down a little bit for the infrastructure (inaudible) but they can't unreasonably hold it back.  Otherwise, they get their ass sued.  And that's -- and he's going -- John D. is going around badmouthing me all over the place.  He was just on the phone this morning.  Him, Wayne Goldberg, and somebody

18

I know real well was on the phone, three-way conversation.
He was just Fing me all over the place, John D.  And John
hung up first, and Wayne Goldberg said I don't know what's
wrong with that guy.  He goes I -- he says I can't even
imagine.  He said I've never heard anything but good things
about Al Dorso, he goes.  And this guy like is an animal.
He goes I don't know what's going on with him.  So that's -
- he's just a fucking dick.  I don't know what the -- I
have no idea.  We've had a four-year relationship.  It's
always been very cordial.  He's obviously -- God knows what
drugs he did (inaudible) he's all fucked up.  But that's
beside the point.  That's his problem.

DORFMAN:  That's his problem.

DORSO:    But to turn like that on a dime (inaudible) it's good
to know now before you get into business with a guy like
that (overlapping dialogue; inaudible).

BARRETT: Well, he was badmouthing us and he didn't even know us.

DORFMAN: Remember (inaudible) you're the one that told us about
all the stuff John D. said.  Who's the one that told you
(inaudible) because you told us before I knew that.

DORSO: Tiesto (inaudible).

BARRETT:  We had no idea.

DORFMAN:  (inaudible).

19

BARRETT:  We had no idea.  You had told us.  We had an offer to
     Tiesto, four hundred thousand dollars.

DORFMAN:  And you told us that he was out.

BARRETT: (inaudible) assholes from Live Nation went in and told
     Tiesto not to perform.

DORFMAN:  (inaudible) you said they're going to block all the
     dates across the country (inaudible) you're not getting
     him.  One of those guys told you.  You know what I mean
     (overlapping dialogue; inaudible).

DORSO: Who's the guy that came with him (inaudible).

DORFMAN: (inaudible) Jason Miller?

DORSO: Miller (inaudible) he said they're going to.  He said not
     (inaudible) he said Live Nation is going to just block --
     he said they won't get him.  Not that he will, but they
     will.

DORFMAN:  That Live Nation would block (inaudible) on us?

DORSO:     Yeah.

DORFMAN:  Because we had him, and no one even knew that we had
     him.  You probably went to -- told the Meadowlands OK this
     is (inaudible) you do your proper thing and tell the sports
     authority all right this is what I'm looking to do.

DORSO:     (inaudible) never mentioned that name.

DORFMAN:  Oh, you never mentioned.

DORSO:     Never.  No.  No (overlapping dialogue; inaudible).

20

THE AUDIO TRANSCRIPTION CENTER    A DIVISION OF THE SKILL BUREAU    Tramont Street
Boston, MA  02108
Tel: 617-423-2151
Fax: 617-423-9183

CERTIFICATE

I, Patrick Emond, do hereby certify that the following 49 pages embody a true and accurate transcript.  Prepared in the Audio Transcription Center to the best of our abilities, it comprises the contents of the relevant portion of a digital audio file provided to us by our client, Juice Entertainment.  The digital audio file contained a meeting between Al Dorso, Al Dorso Jr. Chris Barrett, Thomas Dorfman held on April 15, 2011.

1/27/2014
_____
Date

_____
Patrick Emond, Operations Manager
Audio Transcription Center

Exhibit 49

**Speakers:** Al Dorso, Chris Barrett, Thomas Dorfman

**Location**: NY Cell phone in Saddle Brook New Jersey to State Fair

    Headquarters landline Belleville NJ

<div align="center">

**Final Al Dorso Phone Call 2011 04 26**

</div>

CHRIS BARRETT: Tuesday, April 26.  Phone conference call between

    Chris Barrett, Tom Dorfman, and Al Dorso.  Where's the

    volume on this?  Here.

AL DORSO: Hello?

CHRIS BARRETT: Al?

AL DORSO: Yeah?

CHRIS BARRETT: How's it going?  It's Chris Barrett, and I have

    Tom on speaker phone.

TOM DORFMAN:   How you doing Al?

AL DORSO: Good afternoon, boys.  Hello?

TOM DORFMAN:   Hey!

CHRIS BARRETT: We're here Al.

AL DORSO: Yeah, what's going on?

CHRIS BARRETT: Basically, just really cut to the point with it

    Al.  You know, from the direct actions of everything that

    Live Nation done, which you're aware of, we're unable to

    perform.  (pause)  Do you have –

AL DORSO: Mmm?

CHRIS BARRETT: It's disappointing, but it is what it is.

1

JUICE0001016

CHRIS BARRETT: Al, just so you know, there's no intentions like

    that.  Our intentions were to put on shows.

AL DORSO: Nah, I understand, I understand.  But now your word

    sucks, and next year, if you came to me with fucking gold,

    I wouldn't take it from you.  You get it?

CHRIS BARRETT: I understand what you're saying.  Like I said,

    these guys knocked our lights out.  It's not –

AL DORSO: Yeah, I know.  What did I tell you?  What did I tell

    you two months ago?  I told you what was going to happen, I

    told you, go make a deal, right?

CHRIS BARRETT: Yep.

AL DORSO: You would've been standing with a third of the pie,

    than no pie at all, right?

CHRIS BARRETT: Yeah, they didn't want to make a deal.  They just

    wanted to blow us out of the deal.  That's what they

    wanted.

AL DORSO: Yeah, yeah.  OK.

CHRIS BARRETT: If they wanted to make a deal, if they wanted to

    make a deal, you know, it was something that was on the

    table.

TOM DORFMAN:  We put it on the table.

CHRIS BARRETT: We put it on the table, Al.  We've been straight

    up with you 100%, you know, as we believe you have been

    with us.

4

AL DORSO: Yeah.

CHRIS BARRETT: You know?

AL DORSO: Well, I was a little straighter.  I went all the way, and severed ties with people that I had ties with, and you know, because I made a commitment, whether it was right or wrong, and I stuck by the guys I made the commitment with, because that's the kind of guy I am.  OK?

CHRIS BARRETT: And we did everything in our power –

AL DORSO: (inaudible) having a bamboozle concert, I don't have one piece of equipment in it.  Last year I got $150,000 out of them, this year I got nothing, why do you think that is?

CHRIS BARRETT: Because John D. didn't want us in the, to have the contract with you.

AL DORSO: Exactly.  So, he won, right?  Right?  I mean, I was said I was willing to forgo 150 grand, which I did.

CHRIS BARRETT: That's right, which I commend you on.

AL DORSO: Yeah, OK.  Guys be right up behind, and did nothing, right?

CHRIS BARRETT: We did everything in our power, Al.  Everything.

AL DORSO: Yeah, yeah.

CHRIS BARRETT: We did everything in our power.  Look, if the guy was willing to blow a thing on you for $150,000, when he's going to spend more money, you know how he came down on us,

5

JUICE0001020

Exhibit 50

| | |
|---|---|
| **From:** | Steve Goodgold <steve@windishagency.com> |
| **To:** | John Dimatteo <john@areaevent.com> |
| **Sent:** | 2/22/2011 4:24:55 PM |
| **Subject:** | Re: Steve Angello Offer june 25th Meadowlands |

Yeah I'm sure that would be fine.  I always like to do buy outs for flights anyway.

I should hear back from Amy later today.


Steve Goodgold
Agent

The Windish Agency
New York Office
580 Broadway, Suite 707
New York, NY 10012

(773) 489-3500 phone
(773) 489-3535 fax

steve@windishagency.com
http://www.windishagency.com

Main Office Address:
1658 N. Milwaukee Avenue, #211
Chicago, IL 60647




On Feb 22, 2011, at 11:23 AM, John Dimatteo wrote:

In that case I'd prefer to do a buy out on the flights and work it into the fee.


--
John Dimatteo | Area Event
O +1.646.224.6964 | Fx+1.646.514.1497 john@areaevent.com  | AIM: jdimatteo http://www.areaevent.com |
http://www.facebook.com/areaevent

---

**From:** Steve Goodgold <steve@windishagency.com>
**To:** John Dimatteo
**Sent:** Tue Feb 22 10:19:24 2011
**Subject:** Re: Steve Angello Offer june 25th Meadowlands

Sorry meant the flights you referred to.

JUICE0004139

Steve Goodgold
Agent

The Windish Agency
New York Office
580 Broadway, Suite 707
New York, NY 10012

(773) 489-3500 phone
(773) 489-3535 fax

steve@windishagency.com
http://www.windishagency.com

Main Office Address:
1658 N. Milwaukee Avenue, #211
Chicago, IL 60647


On Feb 22, 2011, at 11:17 AM, John Dimatteo wrote:

I wasn't talking about the pyro


--
John Dimatteo | Area Event
O +1.646.224.6964 | Fx+1.646.514.1497 john@areaevent.com | AIM: jdimatteo http://www.areaevent.com |
http://www.facebook.com/areaevent
_____

**From:** Steve Goodgold <steve@windishagency.com>
**To:** John Dimatteo
**Sent:** Tue Feb 22 10:14:20 2011
**Subject:** Re: Steve Angello Offer june 25th Meadowlands

The Pyros will not be included in the guarantee if you realistically want to get this done.  Not even sure I can get it done for what you are offering yet.

It's a 10,000 cap min event that we are headlining.  Steve gets bigger offers for these kinds of events elsewhere.

Steve Goodgold
Agent

The Windish Agency
New York Office
580 Broadway, Suite 707
New York, NY 10012

JUICE0004140

(773) 489-3500 phone
(773) 489-3535 fax

steve@windishagency.com
http://www.windishagency.com

Main Office Address:
1658 N. Milwaukee Avenue, #211
Chicago, IL 60647

On Feb 22, 2011, at 11:12 AM, John Dimatteo wrote:

This is feasible.
Pyro should be fine.

The VJ's should be included in the guarantee which is already a good amount.

--
John Dimatteo | Area Event
O +1.646.224.6964 | Fx+1.646.514.1497 john@areaevent.com | AIM: jdimatteo http://www.areaevent.com |
http://www.facebook.com/areaevent

**From:** Steve Goodgold <steve@windishagency.com>
**To:** John Dimatteo
**Sent:** Tue Feb 22 06:49:24 2011
**Subject:** Re: Steve Angello Offer june 25th Meadowlands

For production, this is what we'd need to do this:

We have a pixel server. We will now do visuals like Muse did at the Grammys. 3D on 2D screens.

So we would need LED across the stage with a 20 mm thickness at a minimum.

http://www.youtube.com/watch?v=5vk8MK_Zhuk

We also need FX to include 6 CO2 heads, 3 confetti hits, and pyro where licenses permit.  I
suspect we can easily do pyro outdoors at the Meadowlands.

We also need 2 UK flights (£1200 pounds approx total) and one twin hotel for 3 nights for the
VJs.


Steve Goodgold
Agent

The Windish Agency
New York Office
580 Broadway, Suite 707

Exhibit 51

**From:**     Kelly Cobb <kelly@areaevent.com>
**To:**       John Dimatteo <john@areaevent.com>
**Sent:**     2/22/2011 2:41:06 PM
**Subject:**  Re: Steve Angello Offer june 25th Meadowlands

I think he wants a 20mm pixel pitch screen. That isn't a problem but it is expensive. Do they have a more specific size and or design in mind? Should we put one together for this, this is for the festival right?

On 2/22/11 9:23 AM, "John Dimatteo" <john@areaevent.com> wrote:

JUICE0004149

Exhibit 52

## Microsoft Outlook

**From:** John D'Esposito
**Sent:** Wednesday, February 16, 2011 4:14 PM
**To:** Jason Miller
**Subject:** Re: Axwell - Area Event

I will help anyway I can

**From:** Jason Miller
**Sent:** Wednesday, February 16, 2011 04:09 PM
**To:** John D'Esposito
**Subject:** RE: Axwell - Area Event

Axwell I am doing at Roseland April 23

John Dimatteo is my partner on that

I would imagine they are holding Tiesto with Al. Paul Morris will sell him Tiesto all day long. John Dimatteo is deep in Tiesto's camp

**From:** John D'Esposito
**Sent:** Wednesday, February 16, 2011 4:08 PM
**To:** Jason Miller
**Subject:** Re: Axwell - Area Event

Is it axwell they are holding, tiesto is what al recognized.

**From:** Jason Miller
**Sent:** Wednesday, February 16, 2011 04:02 PM
**To:** John D'Esposito
**Subject:** FW: Axwell - Area Event

FYI

**From:** Jason Miller
**Sent:** Tuesday, February 15, 2011 5:23 PM
**To:** Joel Zimmerman
**Cc:** Samantha Kirby Yoh
**Subject:** Axwell - Area Event

Dear Joel (and Sam);

As we discussed I wanted to give you guys a synapses of NYE at Roseland with Steve Angello.

First let me say that I have nothing but a positive personal relationship with John Dimatteo. I do think he is a good street promoter and I think he has the very best intentions out there. When it comes to event execution his is vastly different; which is probably why we make for such a good team.

We suffered from a huge ticketing mess on NYE that the artist – Steve Angello – was insulated from. The ticketmaster portion of the tickets were executed fine, but the fulfillment of sub-promoter (consignment) tickets, Wantickets and VIP left a lot to be desired. This resulted in a massive back up at the door that took longer than it should have to fix.

1

EXHIBIT 4
WIT: Miller
DATE: 12-19-13
E. MULVENNA, CSR/RMR/CRR

CONFIDENTIAL

LN0000999

Consignment tickets, while a standard of electronic music, are difficult for me as a 'traditional' promoter because they are nearly impossible to reconcile. I have a fiduciary responsibility to the artist and agent and if there is no means of control and tickets can not be reconciled against an audit, there is no way for me to know for sure or properly represent how many tickets are actually out there, what they were sold for, and protect all of our shared interests. We generally arrange for a swap of consignment tickets for ticketmaster tickets so that we have a 1 to 1 swtich and it is sold into the audit. This has worked very well for me in the past, but Steve Angello was different because they gave different sub-promoters different 'rips' on the ticket which resulted in many different financial amounts that the show retained against what was sold. Not a good business practice and near impossible to settle accurately

Then, Wantickets, was completely un-prepared for the amount of tickets they sold and the will call they had to fulfill. They were not properly staffed, nor did they have experienced folks staffing. Someone on the want staff actually got frustrated and left mid show – making things worse. A better practice would have been to force shipment of tickets in advance, but I am told that results in much lower sales.

Finally, the VIP set up was overwhelming and understaffed. An area that John was to be expert in. I have pulled this off previously for Deadmau5 entirely on my own with no glitch, but NYE was disastrous.

With all of this in mind my intent and suggestion moving forward with Area and any independent promoter is that I will be in control of all finances and ticketing. Because Axwell has a relationship with Ticketfly, I do not see us using Wantickets. Want has had some issues, so I have been told, paying promoters and artists their funds due. I haven't had that problem yet, but they initially owned some resources that we sold tickets on for NYE and have been slow to pay John. As a result I told them I would not support Want in the meantime beginning immediately with an upcoming Wolfgang Gartner show where they have requested an allotment to sell.

Most importantly, New Years Eve was a tremendously successful sold out engagement, yet I have still not settled internally with John. He owes me in excess of $100K. This is not a concern of artist or agent, but hopefully an illustration as to why I would require to be in control of finances on a show when significant funds are in play.

As all of this relates to Axwell I would offer this

1) Live Nation will control the ticketing and finances of the event, which is not an issue based upon our previous discussions. I would suggest we do not use consignment tickets, but if we choose to – they are pulled off of the Ticketmaster system and signed for by the person responsible for selling them in small, manageable allotments
2) Because there is a relationship with the Artist and Ticketfly, I suggest we maximize this opportunity and not use Wantickets. There should be no more than 2 ticket companies on any given show.
3) Any VIP sales will be sold and fulfilled by me and I will be personally responsible for the execution. I have a system that has previously proven to be flawless.
4) Area Event will focus on what they do best – street marketing. They will enhance my efforts and handle the hand to hand combat in the clubs as well as supplement what we do online. I will continue to handle production as I do for all of the shows

I believe this is the best recipe for success. Please call if you would like to discuss

JAS

Jason Miller| Senior Vice President |New York
ph: 917.421.5160/ 917.421.5043 fx
e: JasonMiller@livenation.com

2

CONFIDENTIAL

LN0001000



3

CONFIDENTIAL

LN0001001

Exhibit 53

**From:** Steve Hogan [mailto:SHogan@wmeentertainment.com]
**Sent:** 09 March 2011 08:55
**To:** Dan O'Neill (LoveBox)
**Subject:** RE: Dates

Ready to discuss when you are....I'm in the office

As always, let's review offers between us before talking to the boys – had we discussed Oxegen before you set expectations, I would have explained the process with it

Steve Hogan | WME
shogan@wmeentertainment.com
sjh@wmeentertainment.com
+44 207 534 6943
Centre Point, 103 New Oxford St
London, WC1A 1DD

---

**From:** Dan O'Neill (LoveBox) [mailto:dan@the-angle.com]
**Sent:** Wednesday, March 09, 2011 8:13 AM
**To:** Steve Hogan
**Subject:** Dates

Suggest we use this list as our starter for discussion...

This was the WME diary details that david sent over + your additions...

Questions:

What about general space opening/closing?

What about the 'low pressure' shows to test run red light?

Oxegen – we need to discuss

US – appears very very bitty i would like clarity here

Could you put those target festival dates that you suggested in your mail last night into the relevant date gaps as per below...

I will put boys off as I think there are few things in here that I need clarified if I am honest...

| Sat 12 march | MTV spain | 25,000e |
| Tue 17 March | Jamesons | 50,000e |
| Sat April 2 | Belasco theatre LA | $25,000 |
| Sat 21 May | Venue Mylos/Anorak | 25,000e |
| Fri 27 May | Rain Palms Casino | $30,000 |
| Sun 29 May | Space Ibiza | 12,000e |
| Fri 10 June | Rockness | £25,000 |

WME000375

| Sat 11 June | Sonoma fairground | $30,000 |
| Sun 19 June | WLS | 15,000e |
| Sat 25 June | Glanpula malta | 20,000e |
| Sun 26 June | Meadowlands US | $20,000 |
| Sat 2 July | Top fest Slovakia | 30,000e |
| Sun 3 July | WLS | 15,000e |
| Sun 10 July | Oxegen festival | 25,000e |
| Fri 15 July | Olympish stadium Amsterdam/Dour | 20,000e/25,000e |
| Sat 16 July | Lovebox | |
| Sun 17 July | Lovebox | |
| Sat 23 July | Vaz St polten Austria/beat patrol | 25,000e |
| Sun 24 July | Tomorrowland Belgium | 25,000e C |
| Sat 30 July | Marine club kazaksthan | 50,000e |
| Sun 31 July | Camp Bestival | £20,000 |
| Sat 6 August | Novalja Croatia | 25,000e |
| Sun 7 August | WLS | 15,000e |
| Fri 12 August | Feest in het park Belgium | 30,000e |
| Fri 12 August | Riva, Croatia split | 35,000e |
| Sun 28 August | WLS | 15,000e |
| Fri 9 Sept | Bestival | £20,000 |
| Sun 11 Sept | WLS | 15,000e |
| Fri 16 Sept | Reworks Greece | 20,000e |
| Sun 19 Sept | WLS | 15,000e |
| 21 October | Nasimi beach dubai | 40,000e |
| 28 October | freeze | £40,000 |
| 9 December | nasimi Beach | 50,000e |

Dan O'Neill
Angle Artist Management Ltd

Lovebox Festivals
www.lovebox.net

Telephone: 01273 775520
Mobile:   +44 (0)7943 807334
Email:    dan@the-angle.com

ANGLE HQ HAS MOVED TO BRIGHTON!

Office: 11 Jew Street, Brighton, BN1 1UT
www.the-angle.com

Groove Armada www.groovearmada.com
SaintSaviour www.saintsaviour.co.uk
James Mathe www.myspace.com/jamesmathe
Urchins (DJ/remix) www.myspace.com/urchinsmusic

| **From:** | Seth Seigle | March 09, 2011 2:19:02 PM (-08) |
| **To:** | Joel Zimmerman; Peter Wiederlight | |
| **Cc:** | Seth Seigle Assistant | |
| **Bcc:** | | |
| **Subject:** | **John D / Area Events Meadowlands festival** | |

**Attachments:**

How real is this?

Concerned that Beardyman's offer of $10,000 is the anchor and if it goes away we are in trouble...

Seth Seigle | WME
sseigle@wmeentertainment.com
212.903.1361

WME000377

Exhibit 54

DJ Tiesto enjoys the rocket ride of electronic dance music – Los Angeles Times                    10/13/11 4:38 PM

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

LOCAL    U.S.    WORLD    BUSINESS    SPORTS    **ENTERTAINMENT**    HEALTH    LIVING    TRAVEL    OPINION    [Search] [GO]

MOVIES    TV    MUSIC    CELEBRITY    ARTS & CULTURE    COMPANY TOWN    CALENDAR    ENVELOPE    BOOKS    FINDLOCAL

YOU ARE HERE:   LAT Home → Collections → **Celebrities**

ADS BY GOOGLE

### Jimmy Dee Music

The Knot's "Best of Weddings" DJ and Live Music for all Occasions

www.jimmydee.com



Advertisement

**FROM THE ARCHIVES**

Sebastian takes French beat to Avalon
*September 6, 2011*

French house DJ David Guetta likely to feel at home in the...
*November 15, 2007*

Music dark enough to tug the guts
*April 12, 2007*

## Turning the tables, superstar DJs are spinning to the top

*The Dutch superstar is among a handful of DJs who travel the world on tour and make millions. A laptop and social media are key to the trade.*

**October 08, 2011** | Jessica Gelt

Standing onstage at San Diego's Valley View Casino Center on Sunday night, the DJ Tiesto twisted some knobs on his Pioneer CDJ-1000 turntable as 6,500 screaming fans formed a sea of waving hands, flashing cellphone cameras and wide-eyed faces. Jets of smoke burst from cannons below the stage, igniting the crowd into a dancing frenzy.



CHARGED UP: DJ Tiesto drew 6,500 to his San Diego show. The average ticket... (Lawrence K. Ho / Los Angeles Times)

For The Record
Los Angeles Times Tuesday, October 11, 2011 Home Edition Main News Part A Page 4 News Desk 1 inches; 29 words Type of Material: Correction
DJ Tiesto: An article in the Oct. 8 Section A about the Dutch DJ Tiesto said DJ Kaskade's album "Dynasty" was released in 2011. It was released in 2010.

ADS BY GOOGLE

### Buy Direct & Save

Free Shipping on Orders Over $29.95 Lowest Prices for Glow and Party

www.omniglow.com/BuyDirect

Among the most popular DJs in the world, the Dutch superstar is one of a handful of DJs who pulls down a rock-star-sized salary jetting across the globe to cash in on electronic dance music's rocket ride from underground movement to red-hot mainstream commodity. Tiesto spends more than 200 days a year on tour, flying from London to Bangkok to Los Angeles -- typically somewhere new every day.

JUICE0009554

**MORE STORIES ABOUT**

Celebrities

Electronic Music

David Guetta

The U.K.-based dance music magazine Mixmag in February voted him the greatest DJ of all time. His Kaleidoscope World Tour last year, with 175 dates on six continents, raked in more than $28 million, ranking it among the top 25 highest-grossing tours of 2010, according to Billboard magazine.

Saturday night, Tiesto, whose real name is Tijs Michiel Verwest, concludes his Club Life College Invasion tour at Carson's 26,000-seat Home Depot Center -- a concert billed as the largest DJ event in U.S. history.

The migration of electronic dance music's popularity from Europe to the U.S. in the last three years has fueled the trend in superstar DJs. Today, DJs such as Tiesto, David Guetta, Deadmau5 and Armin Van Buuren play stages and stadiums as big as any occupied by Lady Gaga, Arcade Fire or Britney Spears.

Just last week, in a milestone for the rise of electronic music, Swedish House Mafia sold out Madison Square Garden in nine minutes, and that was just a presale geared mostly to its Facebook fans. It will be the first dance music act to headline the historic venue when it takes the stage in December.

"Dance music has hit the spot in America and that's amazing news," says Steve Angello, one of three DJs in Swedish House Mafia. "It came out to the masses maybe three years ago. Pop artists and R&B artists started to look into dance music. A lot of people say it's gone commercial now, but the fact is that it's good for the scene."

Though the salaries of these globe-trotting DJs are tightly guarded secrets, they are estimated in the tens of millions of dollars a year. Tiesto, for one, owns his own jet, and houses in Sweden and Ibiza, although at the moment he calls Los Angeles' Chateau Marmont home.

The average price of a ticket to a Tiesto show is $58.10, compared with $50.21 for Bob Dylan and $37.04 to see Snoop Dogg, according to Pollstar, a trade publication for the concert industry.

"It's an insane life," Tiesto says with a thick accent. "How did this happen? I was a small DJ playing to 100 people at a club in Holland. Ten years later, I'm playing in stadiums and arenas."

Over the last several years the global electronic music touring market has grown into a billion-dollar industry, based on the sale of tickets to clubs, concerts and private events for both rock star DJs and smaller "bedroom DJs," according to Joel Zimmerman, head of the electronic music division at William Morris Endeavor agency.

ADS BY GOOGLE

**Vegas NightClub Guide**
Free Guide packed with info & tips for VIP service. Trusted since 2002
www.vipnight.com

**Las Vegas Reveiw Journal**
Search multiple engines for las vegas reveiw journal
www.webcrawler.com

The explosive growth is directly related to the rise of social media and the Internet, according to dance music lovers and the DJs themselves. These digital tools have taken the tastemaking power away from major labels and mass media and placed it squarely in the hands -- and laptops and phones -- of music fans. Their power was on display this July, when DJ Kaskade tweeted to his 40,000 U.S. followers that he would play a free set on Hollywood Boulevard before the premiere of a rave film. The concert was canceled when thousands of fans swarmed the street, inciting a near riot and a police response. The following month Kaskade's new album, "Dynasty," opened at No. 5 on iTunes Album Chart, which includes all categories of music.

At the same time, personal computers have democratized the process for creating electronic music. Ten years ago, you needed a big budget and a major studio to make chart-topping hits. Today you need a basic computer and a $200 download of FL Studio, a popular digital audio workstation.

JUICE0009555

DJ Tiesto enjoys the rocket ride of electronic dance music – Los Angeles Times                                                10/13/11 4:38 PM

Coldplay, Rihanna and Usher are on a growing list of big-name musicians who have collaborated with DJs on songs and remixes recently.

Dance music has long enjoyed widespread adulation in Europe. The Spanish island of Ibiza is considered the dance music capital of the world since the genre experienced its first burst of popularity in the late 1980s. But it was only a few years ago that North and South America became huge emerging markets. On his current tour Tiesto played for 35,000 fans in Mexico City and says Mexico is probably the hottest place in the world for dance music right now.

ADS BY GOOGLE

**Pianist Yuja Wang**
The Performing Arts Center October 16 at 3pm
www.artscenter.org

**The Best DJs and Bands**
Don't you want the perfect event? We're simply the best around...
www.Excel-Entertainment.net

1 | 2 | Next

Email        Print        Digg        Twitter        Facebook        StumbleUpon        Share

FEATURED



Science and religion: God didn't make man; man made gods



Citibank is next with a new banking fee



Think pink -- or not -- for breast cancer awareness month

**MORE:**

The FDA warns against using quinine for leg cramps

Occupy Wall Street protesters driven by varying goals

Los Angeles Times   Copyright 2011 Los Angeles Times                Index by Keyword | Index by Date | Privacy Policy | Terms of Service

JUICE0009556

Exhibit 55

**From:** Scott Holtz
**Sent:** Friday, September 28, 2012 11:11 AM
**To:** Michele Bernstein; Jason Miller; Samantha Kirby Yoh; Jen Skalba
**Cc:** Omar Al-Joulani; Wayne Goldberg
**Subject:** RE: Update on SHM>

I will get to it as soon as I can and pass along.
I have reached out to the venue again and am awaiting a response

Scott Holtz
Director - Ticketing
NY Music
☎:: 732-203-2521
scottholtz@livenation.com
www.LiveNation.com

**From:** Michele Bernstein [mailto:mbernstein@wmeentertainment.com]
**Sent:** Friday, September 28, 2012 11:08 AM
**To:** Jason Miller; Samantha Kirby Yoh; Scott Holtz; Jen Skalba
**Cc:** Omar Al-Joulani; Wayne Goldberg
**Subject:** RE: Update on SHM>

Scott,

REDACTED

I feel shades of last year washing over the lovely white walls of my office....... Sigh.

**From:** Jason Miller [mailto:JasonMiller@LiveNation.com]
**Sent:** Friday, September 28, 2012 8:06 AM
**To:** Samantha Kirby Yoh; Michele Bernstein; Scott Holtz; Jen Skalba
**Cc:** Omar Al-Joulani; Wayne Goldberg
**Subject:** RE: Update on SHM>

Sam

I think we need your help

REDACTED

What if we gang up on them

Could we call them together – me. you. Michele, Omar – maybe that helps

I know this is a problem. So far – at least near as I can tell – I haven't fucked up with Amy on this on sale yet – we need to keep it this way, but I cant be punished for what I can not control – or maybe I can – but I need some help to get there

I know I am going to get lip service

Can we do a conf call?

I am on a conf call now and I need 20 min or so give or take

1

CONFIDENTIAL

**From:** Samantha Kirby Yoh [mailto:SKirby@wmeentertainment.com]
**Sent:** Friday, September 28, 2012 11:01 AM
**To:** Michele Bernstein; Scott Holtz; Jen Skalba
**Cc:** Jason Miller; Omar Al-Joulani; Wayne Goldberg
**Subject:** RE: Update on SHM>

Wayne and jason...please adjust or else we will go through same night mare as did last year with poor jason being called out on facebook.


Samantha Kirby Yoh | WME
skirby@wmeentertainment.com
212.903.1149



**From:** Michele Bernstein
**Sent:** Friday, September 28, 2012 10:58 AM
**To:** Scott Holtz; Jen Skalba
**Cc:** Jason Miller; Omar Al-Joulani; Wayne Goldberg; Samantha Kirby Yoh
**Subject:** RE: Update on SHM>




Michele Bernstein | WME
mbernstein@wmeentertainment.com
310.859.4062


**From:** Scott Holtz [mailto:ScottHoltz@LiveNation.com]
**Sent:** Friday, September 28, 2012 7:54 AM
**To:** Jen Skalba; Michele Bernstein
**Cc:** Jason Miller; Omar Al-Joulani; Wayne Goldberg
**Subject:** FW: Update on SHM>

FYI

Scott Holtz
Director - Ticketing
NY Music
☎:: 732-203-2521
scottholtz@livenation.com
www.LiveNation.com

**From:** Vaccarello, Josephine [mailto:Josephine.Vaccarello@msg.com]
**Sent:** Friday, September 28, 2012 10:51 AM
**To:** Scott Holtz
**Cc:** Wayne Goldberg
**Subject:** RE: Update on SHM>

Yes being reduced by 142.  Should be complete shortly.

2

CONFIDENTIAL

LN0036331

**From:** Scott Holtz [mailto:ScottHoltz@LiveNation.com]
**Sent:** Friday, September 28, 2012 10:08 AM
**To:** Vaccarello, Josephine
**Cc:** Wayne Goldberg
**Subject:** Update on SHM>



Scott Holtz
Director - Ticketing
NY Music
☎:: 732-203-2521
scottholtz@livenation.com
www.LiveNation.com

The Madison Square Garden Company and its divisions are committed to working with
The Garden of Dreams Foundation to "make dreams come true for kids facing obstacles".

Visit gardenofdreamsfoundation.org to learn more.

The information transmitted in this email and any of its attachments is
intended only for the person or entity to which it is addressed and may
contain information concerning The Madison Square Garden Company and/or its
affiliates and subsidiaries that is proprietary, privileged, confidential
and/or subject to copyright. Any review, retransmission, dissemination
or other use of, or taking of any action in reliance upon, this information
by persons or entities other than the intended recipient(s) is prohibited
and may be unlawful. If you received this in error, please contact the
sender immediately and delete and destroy the communication and all of
the attachments you have received and all copies thereof.

3

CONFIDENTIAL

LN0036332

Exhibit 56

# Microsoft Outlook

| | |
|---|---|
| **From:** | Jason Miller |
| **Sent:** | Wednesday, February 23, 2011 4:00 PM |
| **To:** | John D'Esposito |
| **Subject:** | they say they have site for 10 years exclusive for MUSIC |

stephjon 3:56 pm

okie

i have this deck

its basically an attempt of daisy

Jason Miller 3:56 pm

I am going to see the site tomorrow
but if they dont have talent and funding locked up by 2 weeks or something, the site bails on them
they dont know john or vito either
some guy named tommy

stephjon 3:57 pm

alan sacks

Jason Miller 3:57 pm

who's that?

stephjon 3:58 pm

this guy is in the mix

We have the exclusive rights to the real estate for 10 years to produce
music events and intend to make this an annual event.

My partners are established promoters whom you may be familiar with.
We have all required funding, licenses and logistics for production are
in place.

I have attached a brief outline for you to view over which will give
you an indication of the event space, capacity, concept and uniqueness
of the space.

Thanks

Jason Miller| Senior Vice President |New York
ph: 917.421.5160/ 917.421.5043 fx
e: JasonMiller@livenation.com



CONFIDENTIAL

LN0001015

Exhibit 57

**Speakers:** Chris Barrett, John Dimatteo, Thomas Dorfman,

**Location:** AMPM Entertainment Headquarters 415 63rd Street Brooklyn, NY 11220

[Transcription begins at [6:01]]

DIMATTEO:  Sorry I'm late.  I had some personal stuff I had to deal with [inaudible].

DORFMAN:  No problem.  I just ate the best pizza of my life.  So I'm happy.

DIMATTEO:  [Inaudible].  You appreciate that when you go out of state.

[Inaudible; overlapping dialogue]

DORFMAN:  When they had the explosion in Miami.

DIMATTEO:  You were stuck in Miami or stuck in New York?

DORFMAN:  Miami, in the airport.  You have to eat that shit for hours.

DIMATTEO:  You were leaving?

DORFMAN:  Yeah.

DIMATTEO:  When the explosion happened?  I assumed you were there early.

BARRETT:  No, at the end they cancelled all the flights.

DORFMAN:  They cancelled all the lights.

DIMATTEO:  [Inaudible]

BARRETT:  Sunday, Saturday.

DIMATTEO:  Sunday you [inaudible].

DORFMAN:  Saturday or Sunday.  All American Airlines -- every flight got cancelled except us.

[Inaudible; overlapping dialogue]

DORFMAN:  They ran out of gas.  So they were driving the gas trucks from another airport and coming back.  Crazy.  I heard [inaudible] somewhere out there in Vegas in the last year [inaudible].

DIMATTEO:  In Vegas?

1

BARRETT:    So it's still not booked?

DIMATTEO: No.

DORFMAN:  So there's no chance -- we had a rave on that.

DIMATTEO: And you still doing it, right?  You're doing Under One Sky?

DORFMAN:  No.  It's a rave, DJs with more rounds.

DIMATTEO: Got it.  Underground stuff?

DORFMAN:  Yeah.

DIMATTEO: That's cool.  That will do well.  How many stages you doing?

BARRETT:    Two or three.

DIMATTEO: That's cool.

DORFMAN:  [Inaudible]  two local.

DIMATTEO: How many people are you projecting?

BARRETT:    Something small like 10,000 people.

DIMATTEO: That's not small, that's not that small.  Did you start it yet?  Did it go?

BARRETT:    Yeah, it's in the works.  We have a lot of contracts out in there.

DIMATTEO: That's cool.  How did it go with the talent?  Did you have any road blocks or anything?  With the rave stuff?

DORFMAN:  As you know, Live Nation blocked everything else from other areas.  So we had to go to the rave market.

DIMATTEO: That's right.

DORFMAN:  You know that firsthand.

DIMATTEO: Dude, I couldn't believe when Steve Angelo -- I said, look we're just going to do Steve Angelo, you know, it's not a fucking festival, just oh you know that space just doesn't resonate.  They're just making shit up.  It doesn't resonate.  I don't know what it is.  It just doesn't feel right. [Inaudible]

BARRETT:    It's the Meadowlands.

DIMATTEO: [inaudible] the fucking Meadowlands, dude.  You want to do Governors fucking island or do you want to do the fucking Meadowlands, I tried several times.

DORFMAN:  I remember looking in on the deals originally and I was like oh yes, we're ready and confirmed Steve Angelo  [inaudible], right before Jason and those guys jumped into the picture.

15

DIMATTEO:  How did they find out about Steve though [inaudible]?

DORFMAN:  They jump into everything.  You saw it.  You had all the talent set up.

DIMATTEO:  Tiesto confirmed it to Kelly.

BARRETT:    Confirm [inaudible].

DIMATTEO:  Without saying it.  He said to Kelly -- Kelly goes, you know he said it again [inaudible] goes you really fucked us this time [inaudible] I got to ask you something.  He goes did Live Nation interfere?  He just went --

DORFMAN:  He shook his head up and down?

DIMATTEO:  Yeah.  Shook his head up and down, didn't say a word.  He just went -- like his [inaudible] doing the face like this like.

DORFMAN:  He didn't want to say it.

DIMATTEO:  Yeah.

BARRETT:    Well we saw that from day one there when you had Tiesto locked in the bag.

DIMATTEO:  They were calling me about -- the thing is if it was at a different space -- Live Nation, they feel like they have some sense of entitlement because most of the shows that go on at the Meadowlands they do.  They don't have an exclusive deal there, but most of the things that happen, Bon Jovi, all this stuff, most of this -- I mean AEG does some things but most of the show that go on at Izod or Meadowlands or the parking lot are Live Nation shows.  So you've got fucking a bunch of young guys coming out of the fucking woodwork, putting together ultra fest.

BARRETT:    Out of nowhere.

DIMATTEO:  Out of nowhere [inaudible] fucking blows man.  You know we didn't lose any money out of pocket, but that -- for me, anyway, that festival fucked me up, man.  Bad.

DORFMAN:  Bad time.  The amount of time we put into it.

DIMATTEO:  Dude, it fucking ruined everything else I had going on.

DORFMAN:  Me too.

DIMATTEO:  Everything else.

DORFMAN:  Me too.

DIMATTEO:  I fucking -- Miami wasn't great this year.  I took a little bit of a loss, but it probably would have broke even.  Do you know what I'm saying?  There's a couple other -- and there's a couple other missed opportunities like we had [inaudible].  Dude, in its own way, it was a catastrophe.

DORFMAN:  Yeah, no.

16

BARRETT:    [Inaudible] in our spot.  It didn't stop Tiesto from being at our festival.

DIMATTEO:   You know what aggravates me?  Same thing [inaudible].  I had the option to do Tiesto May 19, 20 and 21 at Roseland and June 25 in Atlantic City and I turned it down because of the festival.

DORFMAN:    You had Tiesto [inaudible].

DIMATTEO:   What aggravates me is that if we did the May dates for Tiesto he wouldn't be at Electric Zoo.

BARRETT:    Could you help [inaudible] you had him.

DIMATTEO:   I told him we're not going to do May.  We're going to do June 25th.  We're not going to do Atlantic City.  We'll just do this.  All right, whatever.  Fuck, so now he's at Electric Zoo.  I'm fucking pissed about that.

DORFMAN:    Yeah, he told me he told you I'll do the festival.  How did he [inaudible].  He couldn't even probably even say to you, right? [inaudible; overlapping dialogue] And he's already committed that he was doing the festival.

DIMATTEO:   Want a drink?  Yeah and he's like, you know, I spoke about it briefly and was like yeah, we'll think about it.  Don't press it too much.  Not the right thing to do to the artist.  We had another affair and Kelly got into it a little more than I did.  He told him straight out, he goes you fucked us, straight out.  You fucked us bad.  So he's like oh, I want to help you guys now.  Help us.

DORFMAN:    If you didn't commit that you were doing the date, we would have lined up the whole entire talent there [inaudible].

DIMATTEO:   [inaudible] solo show here.

DORFMAN:    You're going to do the solo show?  We were going to run a whole festival, but yeah.  Because he told you -- what did he tell you?  He told you that [inaudible] and that was in February or something, right?

DIMATTEO:   The three shows, Roseland and Atlantic City, it's like 14,000 people.

DORFMAN:    [Inaudible].

DIMATTEO:   Paul.

DORFMAN:    Paul [inaudible] told you Tiesto was good for the 25th [inaudible].

DIMATTEO:   At one point he was calling me like yeah, what's going on?  When can we confirm this?

DORFMAN:    Who, Paul Morris[inaudible]?

DIMATTEO:   Yeah.

DORFMAN:   When can you guys confirm this?  Because you were telling me [inaudible; overlapping dialogue].

DIMATTEO:   Something happened on New Year's Eve weekend.  It was right before New Year's was all -- after New Year's he was talking about it, but he wasn't all over.

DORFMAN:   So he was all over -- right away he was all about confirming the 25<sup>th</sup> at the Meadowlands.

DIMATTEO:   All about it.  All about him, no, no, before the [inaudible] we were going to do Raceway Park [inaudible].  He was like where are you going to do it and whatever and this came along.  Oh this is much better than what we're talking about [inaudible].

DORFMAN:   Because you were telling me.

DIMATTEO:   Yeah because we were talking about doing [inaudible].  It's funny how everything happens like that and that was the weekend we were looking at it and that was it.

DORFMAN:   Yeah because he told me [inaudible].

DIMATTEO:   I swear to God there was one point Paul was calling me once a week to say hey, what's going on.

DORFMAN:   I remember because you told me, you're like [inaudible].

[inaudible; overlapping dialogue]

DIMATTEO:   [Inaudible] look like an idiot now [inaudible] these agents.  That I was pitching all this stuff that didn't happen.

DORFMAN:   How could you look like an idiot [Inaudible].

BARRETT:   Then you look like an idiot if Live Nation told him not to book talent with you.

DIMATTEO:   That's true.

DORFMAN:   They're calling you, they're telling you we're good to go for the dates [inaudible] don't look at it that way.

[inaudible; overlapping dialogue]

DIMATTEO:   Paul said to Kelly Cobb.

DORFMAN:   Who's Kelly Cobb?

DIMATTEO:   Kelly, Tiesto's road manager.  He said there are politics surrounding this weekend that John is not yet aware of, but he will be aware of it soon.

BARRETT:   Then we told you what Al said

DORFMAN:   About Tiesto being blocked out by that Live Nation was going to cancel all his shit.  Then that was the politics that came out very soon.  Right?  Then all our talent went

120 Tremont Street
Boston, MA 02108
Tel: 617-423-2151
Fax: 617-423-9183

THE AUDIO TRANSCRIPTION CENTER

A DIVISION OF THE SKILL BUREAU

## CERTIFICATE

I, Patrick Emond, do hereby certify that the following 32 pages embody a true and accurate transcript.  Prepared in the Audio Transcription Center to the best of our abilities, it comprises the contents of the relevant portion of a digital audio file provided to us by our client, Juice Entertainment.  The digital audio file contained a meeting between Chris Barrett, John Dimatteo, Thomas Dorfman held on April 20, 2011.

_1/27/2014_
Date

_[signature]_
Patrick Emond, Operations Manager
Audio Transcription Center

Exhibit 58

| | |
|---|---|
| **From:** | Tommy Dorfman <td627@yahoo.com> |
| **To:** | <MIME-Version:DomainKey-Signature:a=rsa-sha1>;<q=dns>;<c=nofws>;<s=s1024>;<d=yahoo.com>;<h=Message-ID:X-YMail-OSG:Received:X-Mailer:Date:From:Subject:To:MIME-Version: b=xODlWPIf2X1i979qRmUBQYuA30Z/d7XDxNzGM8MkoV8N9a+JuYMa+3R5cDZRoPpz9uUQYFV7UZoZRodRNS/GDRYrGPqnmEh /bYqfp2mIdulCtDHmT26ZqKE/LIQ/nsQhPy38AySxXCDDndWnJC0r32LVP/wGBFuYnQ9b+QZRnz0=>;chris asta <chrisasta@hotmail.com> |
| **Sent:** | 3/1/2011 4:51:23 PM |
| **Subject:** | Fw: David Guetta Festival Offer |

----- Forwarded Message ----
**From:** John Dimatteo <john@areaevent.com>
**To:** "alansacks@aol.com" <alansacks@aol.com>; "Td627@yahoo.com" <Td627@yahoo.com>; "ampm@nyc.rr.com" <ampm@nyc.rr.com>
**Sent:** Mon, February 28, 2011 10:33:05 PM
**Subject:** Fw: David Guetta Festival Offer

--
John Dimatteo | Area Event
O +1.646.224.6964 | Fx+1.646.514.1497 john@areaevent.com | AIM: jdimatteo http://www.areaevent.com | http://www.facebook.com/areaevent

---

**From:** Paul Morris <paul@amonly.com>
**To:** John Dimatteo
**Sent:** Mon Feb 28 20:48:50 2011
**Subject:** Re: David Guetta Festival Offer

Who else is locked in for the event now? Is this David Guetta offer still valid?

On Feb 16, 2011, at 1:52 PM, John Dimatteo wrote:

Paul,

The offer for June 26th @ $175,000 is attached.

Offer expires February 23.

Please let me know.

Thanks,

John Dimatteo

&lt;David Guetta June26 Offer.pdf&gt;

--

| Paul Morris |  AM Only | 55 Washington St., Suite 658 | Brooklyn, NY 11201 | P: 718.237.2428 x13 | F: 718.237.2429 | www.amonly.com

JUICE0002016

Exhibit 59

| **From:** | Jonas Schumann | April 05, 2011 9:06:03 PM (-07) |
|---|---|---|
| **To:** | jasja@aceagency.com; Joel Zimmerman | |
| **Cc:** | anil@aceagency.com; Peter Wiederlight | |
| **Bcc:** | | |
| **Subject:** | **Re: can i take this one out?** | |

| **Attachments:** | image001.jpg |
|---|---|

Yes, entire event is not happening fyi

Jonas Schumann | WME
jschumann@wmeentertainment.com
310.859.4063
310.871.9641 (m)
310.248.5815 (f)

**From**: Jasja Heijboer [mailto:jasja@aceagency.com]
**Sent**: Tuesday, April 05, 2011 08:48 PM
**To**: Jonas Schumann; Joel Zimmerman
**Cc**: Anil Yadav <anil@aceagency.com>
**Subject**: can i take this one out?

| **Meadowlands Complex** Option (Partner Agency) | **Afrojack** Spijkenisse, Nederland | **Area Event** New York, Verenigde Staten | **Meadowlands Complex** East Rutherford, Verenigde Staten | **William Morris Los Angeles** Los Angeles, Verenigde Staten | za 25-6-2011 | TBA | 45.000,00 USD | 0 doc IE- |
|---|---|---|---|---|---|---|---|---|

Met vriendelijke groet, / With kind regards,

**Jasja Heijboer**
**CEO**


logo met krul.jpg

Ace Agency B.V.
Tuinstraat 237
1015 PD Amsterdam
The Netherlands

Tel. +31 (0) 20 622 2211
Fax. +31 (0) 20 330 0231
www.aceagency.com

CONFIDENTIAL
WME000414

Exhibit 60

# In The Matter Of:

*Juice Entertainment v.*
*Live Nation*

---

*Mario LaVecchia*
*June 20, 2016*

---

*Rizman Rappaport Dillon & Rose*
*66 W. Mt. Pleasant Ave.*
*Livingston, N.J. 07039*
*(973) 992-7650*
*reporters@rizmanrappaport.com*

Min-U-Script® with Word Index

Juice Entertainment v.
Live Nation

Page 25

1    Did you ever tell Mr. Dorfman that you
2  heard that his name had been removed from the list
3  because of Live Nation?
4  A.  I spoke to Tommy and told him I heard
5  his name was removed, and I don't know if it was
6  because of Live Nation.
7  Q.  You are the one who mentioned Live
8  Nation in that conversation?
9  A.  No, I never mentioned Live Nation.
10  Q.  Did the subject of Live Nation come up
11  when you discussed Mr. Dorfman's removal from the
12  list with Mr. Dorfman?
13  A.  Not Live Nation.
14  Q.  What did you discuss with Mr. Dorfman?
15  A.  That his name was removed from the
16  Star Ledger -- whatever they were doing, whatever
17  they called it, that his name was being removed.
18  That it was removed, actually.
19  Q.  Did you tell him about your
20  conversation with Mr. Oliver?
21  A.  Yes.
22  Q.  What did he say to you?
23  A.  I don't recall what he said to me.
24  You know, I don't recall what he said to me.  I just
25  mentioned to him that John Oliver, and he knew who

Page 26

1  John Oliver was, that his name was removed off the
2  list of promoters.
3  Q.  And have you told me everything you can
4  recall about that conversation?
5  A.  Yes.
6  Q.  Have you discussed it on more than one
7  occasion with Mr. Dorfman?
8  A.  On the promotion of his name being
9  removed?
10  Q.  Yes.
11  A.  No, I don't think so.  It could be.
12  Possible, maybe one or two times after the fact.
13  Q.  Okay.
14    So would you agree with Mr. Dorfman if
15  he told me that he believes his name was removed
16  from the Star Ledger list because of actions taken
17  by Live Nation?
18  A.  Would I believe?
19  Q.  Would you believe it's accurate?
20  A.  If there are -- you know, if there was
21  something that he had, yeah, I would believe it.
22  Q.  Okay.
23    But do you have knowledge of that?
24  A.  Do I have knowledge that his name was
25  being removed because of Live Nation?

Page 27

1  Q.  Yes.
2  A.  No.
3  Q.  Okay.
4    And you didn't tell that to
5  Mr. Dorfman?
6  A.  That his name -- no, no.  Not that I
7  recall.
8  Q.  When did you first meet Mr. Dorfman?
9  A.  I don't know that.  It had to be prior
10  to 2009.
11  Q.  And do you recall how you met?
12  A.  Well, 4Sixty6 was a -- the biggest
13  nightclub in the State of New Jersey, so you had
14  promoters approaching us every day.
15  Q.  Okay.
16    And you worked with Mr. Dorfman at
17  4Sixty6 in that 2009 to 2010 time frame?
18  A.  Working into 2010, yes.
19  Q.  Okay.
20    And Mr. Dorfman continued to work at
21  4Sixty6 after you left?
22  A.  Correct.
23  Q.  Okay.
24    What was your opinion of Mr. Dorfman
25  during the time that you worked with each other?

Page 28

1  A.  He performed everything he said he was
2  going to do.  You know, he was a hard worker.  And
3  we were trying to open our club and brand it, and
4  Tommy did everything he said he was going to do.
5  Q.  And did you hire him?
6  A.  Yes.
7  Q.  Did you check him out before you hired
8  him as far as his reputation in the industry?
9  A.  Yes.
10  Q.  What did you find out?
11  A.  That he was -- he did what he was
12  supposed to do.  He used to promote at Bliss.
13  Q.  And have you continued to stay in touch
14  with him after you left 4Sixty6?
15  A.  In the beginning was -- you know,
16  after I left, touch base with him a couple times.
17  And then maybe like on a yearly -- yearly -- maybe
18  twice a year I would touch base with him.
19  Q.  Okay.
20    Now, I think before you told me that
21  you were involved in the nightclub aspect of your
22  business while at 4Sixty6, but not since.
23  A.  Correct.
24  Q.  Did I recall that correctly?
25  A.  Correct.

Page 29

1  Q.  Okay.
2      Do you still have contacts who are
3  involved in the nightclub industry?
4  A.  100 percent.
5  Q.  And do you talk to them on a regular
6  basis?
7  A.  Not a regular basis, but, you know, I
8  talk to people.
9  Q.  Have you discussed Mr. Dorfman with any
10  of those people at any time since you guys stopped
11  working together?
12  A.  No, not really.
13  Q.  Do you know whether Mr. Dorfman has a
14  good reputation in the nightlife industry, a bad
15  reputation or anything?
16  A.  He was the best in the industry at the
17  time when -- that he was with me.
18  Q.  Okay.
19      And do you know what his reputation in
20  the industry is today?
21  A.  No.  I don't think he is in the
22  industry.
23  Q.  Do you know why he is not in the
24  industry?
25  A.  I think it had to do with all this --

Page 30

1  this litigation, or whatever it is, going on that he
2  got out of the nightclub business.
3  Q.  Did he tell you that or you are just --
4  A.  No, no, he didn't tell me that.
5  Q.  Okay.
6      Has he told you what he is doing today?
7  A.  No.
8  Q.  What do you know about this lawsuit, if
9  anything?
10  A.  I really don't know much about it.  I
11  just know of, you know, what Tommy was preparing to
12  do, and then it just didn't happen.
13  Q.  Do you know anything else?
14  A.  No, not really.
15  Q.  We talked about your potential
16  involvement as an investor in the Meadowlands event.
17  What did you understand about what that event was
18  going to be?
19  A.  That event was going to be like what
20  they do now.  They bring in an outside promoter,
21  promotes it and they bring entertainment.  Like if
22  it was indoor, but in a major scale.
23  Q.  Did they tell you anyone else who was
24  providing financing?
25  A.  No.  I just knew Aventura was going to

Page 31

1  be involved.
2  Q.  Did you talk about who some of the
3  headliners for the event would be?
4  A.  No.  I just knew that he, while
5  promoting at 4Sixty6, I guess from the take off, he
6  was out flying around tying up DJs to perform at the
7  Meadowlands.
8  Q.  Do you know any of the DJs' names?
9  A.  No.  I mean, the big guys are listed,
10  you know, who is out there.  Santana, Jonathan
11  Peters, Afrojack.  I don't know if they were there
12  then, but they are the biggest.  Dead Mouse and then
13  there is Pans.
14  Q.  When is the last time you spoke with
15  Mr. Dorfman?
16  A.  Couple months ago.
17  Q.  And what about before then?
18  A.  What do you mean before then?
19  Q.  When is the last time you spoke to him
20  before then?
21  A.  Probably a year, close to a year
22  before then.
23  Q.  And what about before then?
24  A.  About the same time.  I spoke to him
25  like a year -- maybe once, twice a year.

Page 32

1  Q.  Okay.
2      Have you discussed this lawsuit with
3  him?
4  A.  Absolutely not.
5  Q.  Did you discuss this lawsuit with a
6  couple of months ago?
7  A.  Absolutely not.
8  Q.  Did he tell you that he was going to be
9  identifying you in connection with this lawsuit as
10  someone who has knowledge regarding the facts in the
11  case?
12  A.  I don't recall.  Could be, but I don't
13  recall.
14  Q.  Have you talked to the lawyers
15  representing him?
16  A.  No, absolutely not.
17  Q.  Do you have any documents that concern
18  the Meadowlands event that you were discussing?
19  A.  No.
20  Q.  So I think we covered everything on my
21  list of things to cover, but I want to make sure.
22      So I am going to ask you an open-ended question --
23  A.  Sure.
24  Q.  -- and if it is too broad, I will break
25  it down.

Mr. Dorfman about the possibility of being an investor in the concerts at the Meadowlands. My question is, if you had been given the opportunity, how much money did you have available to invest and how much would you have invested?
A. I can't put a dollar sign on it, but I have -- that was never -- amount of money told of what we needed, but I have sources of entertainers that would have -- like football players, DJs, that I would have got a group together to get involved.
Q. Okay.
And was -- I think you answered this question, but was the idea that you would invest in the overall project or simply the Aventura concerts?
A. Overall.
Q. Okay.
Can you just tell me briefly what -- I know we have used the word "promoter," but can you tell me what jobs Mr. Dorfman performed for you at 4Sixty6?
A. Tommy was the major promoter. He promoted the events, Friday night, Saturday night. And what they do is they do their promotion to bring in -- people into the door.
Q. And does "promotion" mean basically

getting the word out, advertising and marketing, that sort of thing?
A. Yes.
Q. And you found him to be good at that job?
A. Great.
Q. Did he produce sells-outs for you at the club where you would have an entertainer and the club would be sold out?
A. 100 percent.
MR. SIEGEL: I don't have any further questions. Thank you.
MR. MARX: Thanks, David. I have no follow-up, so you are free to leave and go be productive.
(Whereupon, the proceeding is adjourned at 10:48 a.m.)

C E R T I F I C A T E

I, JOANNE L. SEKELLA, a Certified Court Reporter and Notary Public of the State of New Jersey, do hereby certify that prior to the commencement of the examination the witness was duly sworn.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee, nor attorney or counsel to any of the parties involved; that I am neither related to nor employed by such attorney or counsel, and that I am not financially interested in the outcome of the action.

Notary Public of the State of New Jersey

JOANNE L. SEKELLA, C.C.R.
License No. 30X100155300

Exhibit 61

## Microsoft Outlook

**From:**       Bellin, Jesse
**Sent:**       Wednesday, May 26, 2010 4:46 PM
**To:**         John Dimatteo; Miller, Jason
**Cc:**         D'Esposito, John
**Subject:**    RE: Tiesto

Hey John, as per our conversation yesterday I have my base ticket price at $45 gross that I'm putting on sale for both Fri. and Sat. This sheet doesn't reflect that so I just want to confirm that's correct. Thanks.



Jesse Bellin | New York | Music
☎:: (917) 421-5122 | (917) 421-5044 fx
✆:: JesseBellin@livenation.com
✉:: 220 West 42nd St., 11th Fl. | New York, NY | 10036



---

**From:** John Dimatteo [mailto:john@areaevent.com]
**Sent:** Wednesday, May 26, 2010 1:48 PM
**To:** Miller, Jason
**Cc:** D'Esposito, John; Bellin, Jesse
**Subject:** Re: Tiesto

It has changed slightly

On 5/25/10 2:46 PM, "Jason Miller" <JasonMiller@LiveNation.com> wrote:

John;

Pls email John D/Jesse  your expense/offer sheet
--------------------------
Sent Wirelessly via Paris Hilton's T-Mobile Sidekick

**CONFIDENTIAL**                                                    **LN0007445**

--

**John Dimatteo | Area Event**
O +1.646.224.6964 | Fx +1.646.514.1497
john@areaevent.com | AIM: jdimatteo
http://www.areaevent.com | http://www.facebook.com/areaevent

CONFIDENTIAL                                                        LN0007446

Exhibit 62

**Microsoft Outlook**

| | |
|---|---|
| **From:** | Jason Miller |
| **Sent:** | Wednesday, February 16, 2011 4:10 PM |
| **To:** | John D'Esposito |
| **Subject:** | RE: Axwell - Area Event |

Axwell I am doing at Roseland April 23

John Dimatteo is my partner on that

I would imagine they are holding Tiesto with Al.  Paul Morris will sell him Tiesto all day long.  John Dimatteo is deep in Tiesto's camp

---

**From:** John D'Esposito
**Sent:** Wednesday, February 16, 2011 4:08 PM
**To:** Jason Miller
**Subject:** Re: Axwell - Area Event

Is it axwell they are holding, tiesto is what al recognized.

---

**From**: Jason Miller
**Sent**: Wednesday, February 16, 2011 04:02 PM
**To**: John D'Esposito
**Subject**: FW: Axwell - Area Event

FYI

---

**From:** Jason Miller
**Sent:** Tuesday, February 15, 2011 5:23 PM
**To:** Joel Zimmerman
**Cc:** Samantha Kirby Yoh
**Subject:** Axwell - Area Event

Dear Joel (and Sam);

As we discussed I wanted to give you guys a synapses of NYE at Roseland with Steve Angello.

First let me say that I have nothing but a positive personal relationship with John Dimatteo.  I do think he is a good street promoter and I think he has the very best intentions out there.  When it comes to event execution his is vastly different; which is probably why we make for such a good team.

We suffered from a huge ticketing mess on NYE that the artist – Steve Angello – was insulated from.  The ticketmaster portion of the tickets were executed fine, but the fulfillment of sub-promoter (consignment) tickets, Wantickets and VIP left a lot to be desired.  This resulted in a massive back up at the door that took longer than it should have to fix.

Consignment tickets, while a standard of electronic music, are difficult for me as a 'traditional' promoter because they are nearly impossible to reconcile.  I have a fiduciary responsibility to the artist and agent and if there is no means of control and tickets can not be reconciled against an audit, there is no way for me to know for sure or properly represent how many tickets are actually out there, what they were sold for, and protect all of our shared interests. We generally arrange for a swap of consignment tickets for ticketmaster tickets so that we have a 1 to 1 swtich and it is sold into the audit.  This has worked very well for me in the past, but Steve Angello was different because they gave different sub-promoters

1

different 'rips' on the ticket which resulted in many different financial amounts that the show retained against what was sold.  Not a good business practice and near impossible to settle accurately

Then, Wantickets, was completely un-prepared for the amount of tickets they sold and the will call they had to fulfill.  They were not properly staffed, nor did they have experienced folks staffing.  Someone on the want staff actually got frustrated and left mid show – making things worse.  A better practice would have been to force shipment of tickets in advance, but I am told that results in much lower sales.

Finally, the VIP set up was overwhelming and understaffed.  An area that John was to be expert in.  I have pulled this off previously for Deadmau5 entirely on my own with no glitch, but NYE was disastrous.

With all of this in mind my intent and suggestion moving forward with Area and any independent promoter is that I will be in control of all finances and ticketing.  Because Axwell has a relationship with Ticketfly, I do not see us using Wantickets.  Want has had some issues, so I have been told, paying promoters and artists their funds due.  I haven't had that problem yet, but they initially owned some resources that we sold tickets on for NYE and have been slow to pay John.  As a result I told them I would not support Want in the meantime beginning immediately with an upcoming Wolfgang Gartner show where they have requested an allotment to sell.

Most importantly, New Years Eve was a tremendously successful sold out engagement, yet I have still not settled internally with John.  He owes me in excess of $100K.  This is not a concern of artist or agent, but hopefully an illustration as to why I would require to be in control of finances on a show when significant funds are in play.

As all of this relates to Axwell I would offer this

1) Live Nation will control the ticketing and finances of the event, which is not an issue based upon our previous discussions.  I would suggest we do not use consignment tickets, but if we choose to – they are pulled off of the Ticketmaster system and signed for by the person responsible for selling them in small, manageable allotments
2) Because there is a relationship with the Artist and Ticketfly, I suggest we maximize this opportunity and not use Wantickets.  There should be no more than 2 ticket companies on any given show.
3) Any VIP sales will be sold and fulfilled by me and I will be personally responsible for the execution.  I have a system that has previously proven to be flawless.
4) Area Event will focus on what they do best – street marketing.  They will enhance my efforts and handle the hand to hand combat in the clubs as well as supplement what we do online.  I will continue to handle production as I do for all of the shows

I believe this is the best recipe for success.  Please call if you would like to discuss

JAS

Jason Miller| Senior Vice President |New York
ph: 917.421.5160/ 917.421.5043 fx
e: JasonMiller@livenation.com



CONFIDENTIAL                                                                                                    LN0000997

Exhibit 63

# Microsoft Outlook

**From:**     John D'Esposito
**Sent:**     Wednesday, February 23, 2011 3:01 PM
**To:**     Chris Femiano
**Subject:**     Jonathan Peters

Where do you stand with the promoter Tommy D who did that Jonathan Peters show.  Did they clean up their mess.

The artist may want to come back but will not work with him?

Please advise.

John D'Esposito | Vice President Talent Buyer | New York - Music
☎:: 917.421.5165 / 917.421.5044 fx
✉:: JohnD@livenation.com
⌂:: 220 W. 42nd St., 11th Fl. | New York, NY | 10036
UPCOMING EVENTS





CONFIDENTIAL                                                                          LN0001008

Exhibit 64

## Microsoft Outlook

**From:**        cfemiano@mmrs.com
**Sent:**        Wednesday, February 23, 2011 3:30 PM
**To:**          John D'Esposito
**Subject:**     Re: Jonathan Peters

We are not working with Tommy....j peters did not want to play in Convention Hall last year.....we would be open to it but might not want to close down beach bar

Sent from my Verizon Wireless BlackBerry

---

**From:** John D'Esposito <johnd@livenation.com>
**Date:** Wed, 23 Feb 2011 19:59:25 +0000
**To:** Chris Femiano<Chris.Femiano@MadisonMarquette.com>
**Subject:** Jonathan Peters

Where do you stand with the promoter Tommy D who did that Jonathan Peters show.  Did they clean up their mess.

The artist may want to come back but will not work with him?

Please advise.

**John D'Esposito** | Vice President Talent Buyer | New York - Music
☏:: 917.421.5165 / 917.421.5044 fx
✉:: JohnD@livenation.com
✉:: 220 W. 42nd St., 11th Fl. | New York, NY | 10036





CONFIDENTIAL                                                    LN0001010

Exhibit 65

**Microsoft Outlook**

| | |
|---|---|
| **From:** | Jason Miller |
| **Sent:** | Wednesday, March 09, 2011 2:37 PM |
| **To:** | John D'Esposito |
| **Subject:** | RE: |

Steve Angello at Stone Pony Summerstage or Convention Hall on June 25

I think John and Vito walk away from Tommy D

John also wants to discuss road trip weekend at Asbury when you are back

I think Al may find out the hard way he backed the wrong horse…

---

**From:** John D'Esposito
**Sent:** Wednesday, March 09, 2011 2:16 PM
**To:** Jason Miller
**Subject:** Re:

Dianne marino is I believe, if not there is a lady in asbury who I know is.

---

**From:** Jason Miller
**Sent:** Wednesday, March 09, 2011 02:14 PM
**To:** Music - New York
**Subject:**

Is anyone here in Candler Tower a notary or know where I can find one relatively close?

Thank you in advance

Jason Miller| Senior Vice President |New York
ph: 917.421.5160/ 917.421.5043 fx
e: JasonMiller@livenation.com





CONFIDENTIAL

LN0001027

Exhibit 66

| | |
|---|---|
| **From:** | John Dimatteo |
| **To:** | Tommy |
| **Sent:** | 3/1/2011 5:49:30 PM |
| **Subject:** | VIto Bruno BIo |

**BIO on Vito Bruno**

As founder and CEO of AM PM Entertainment Concepts, Vito Bruno applies creative vision and forward thinking to operating a multifaceted, world-class entertainment company. Every project he heads gets his hands-on treatment every step of the way. Whether he is working with individual artists or staging mega-productions in major venues all over the world, he does so with equal attention to detail. His varied experience as a scene-maker, trendsetter and industry leader shows his ability to use both unconventional and traditional methods to achieve results for his clients.

The iconic Brooklyn club 2001 Odyssey featured in the movie "Saturday Night Fever" is where Vito marks the start of his career. Here, he was at the epicenter of disco- a trend that began in Manhattan, but in the boroughs, and jumpstarted dance fever with the first public show by The Village People as well as performances by Chic, Kool and the Gang, The Trammps, Gloria Gaynor and France Joli. It was here that Vito developed a sharp talent for spotting budding cultural trends that have become global sensations.

Moving across the river to Manhattan, Vito discovered how to introduce these trends to new audiences. As owner and impresario of the nightclub AM PM, he hosted parties that catered to the fabulous and fashionable. With help from Andy Warhol, Vito entertained an endless parade of celebrities from Cher to John Belushi, and introduced them to the newest sounds from the underground.

Vito satisfied the need for many New York City nightclubs to have a dynamic front man. At the now world-famous Roxy, he essentially defined the role of promoter as it is to this day and is credited with bringing a little-known genre from the Bronx- hip hop- to the Roxy and to the mainstream. At the Roxy, he proved that he could throw a party where a wide spectrum of New Yorkers could dance together under the same roof- celebrities and street crowds alike. Vito tapped the Roxy's potential for promoting hip hop culture's music, graffiti, break dancing and fashion. He not only presented artists such as Run DMC and LL Cool J, but also the first major performance by Madonna.

Always keeping his eyes open and an ear to the ground, Vito spotted Freestyle (originally known as Latin hip hop) on the rise. The press was not far behind. At the nightclub Inferno with DJ David Morales, he helped acts such as Lisa Lisa, Cover Girls and Doug E Fresh break into the mainstream. At the same time, Vito developed the concept of hosting a different party on different nights based on the type of music played. The club's identity could then become more flexible from night to night to cater to different crowds. On Wednesday the party was Pizza A Go-Go and on Saturday it was Inferno. Promoters and nightclub owners continue to use this same concept today.  Urban legend tells of first mix tape in history being made as a radio promotion tool for the Inferno parties.

In addition to the above, Vito has managed and operated the hugely successful Studio 54, 1018, Palladium, Tunnel, Homebass and The Building. Before they became superstars, Mariah Carey, New Kids on the Block, Beastie Boys and countless other artists benefited from Vito's skills as promoter extraordinaire at these clubs.
Through AM PM Entertainment Concepts, he has developed top artists who have had over 50 number one records on U.S. Billboard charts and dozens more on international charts. His artists have sold more than 150 million records worldwide.

Innovative ideas are what Vito is best known for. Just one example is what the press called "Outlaw Parties," in the early '80s. He found a new way to take the party outside the box and capture the spirit of the moment like never before. The Brooklyn Bridge, Williamsburg Bridge, West Side Highway, a sanitation pier and an abandoned subway station all became venues for his instant one-time parties complete with full bars, lighting and sound. These parties were some of NYC's first raves.

Today under Vito's direction, AM PM thrives on creating mind-blowing entertainment. He has produced the Michael Jackson/ Pepsi Press extravaganza, booked acts for the AIDS Dance-A-Thon, CBS Air Awards, Coca Cola 100th Anniversary and fashion shows for Jean-Paul Gaultier, Marc Jacobs, Betsey Johnson, Norma Kamali and Suzanne Bartsch. Working with the radio station Hot 97, he has produced popular parades for Puerto Rico Day, African-American Day, Cuban Day, Heritage of Pride and Halloween, as well as the Hot 97 parties. He has sponsored the Hot 97 parade floats and Orchard Beach parties. Additionally, he produced some of the highest attended and most profitable events for the New Music Seminar in the '80s and '90s- at one time the largest music industry event in the U.S.

Relationships with major radio stations are one key way that Vito works his promotional magic. WBLS 107.5, KISS 98.7, Hot 97 and WKTU 103.5 have all sought after Vito's input and involvement in programming and special event planning. At the time when Hot

JUICE0004492

103 was changing to Hot 97, Vito's introduction of Funk Master Flex to program director Joel Salkowitz helped usher in a new era of hip hop as a fixture on radio.

Vito seized the opportunity of WKTU's rebirth in the mid '90s to bring dance music back into the spotlight with annual concert events. Vito created Beatstock, the Freestyle Free-For-All, Disco Ball at the Taj Mahal, Parti Gras, and Miracle on 34th Street at Madison Square Garden with sponsorship from WKTU.

The Freestyle Free-For-All celebrates the dance music of the '80s and '90s with performances by Brenda K Starr, Lisette Melendez, Judy Torres, Stevie B, George Lamond, Cover Girls, Debbie Deb, K7/TKA and many other acts. It is held annually at various locations throughout NYC and New Jersey and attracts over five thousand fans each year.

Disco Ball at the Taj Mahal has been named "The Greatest '70s Show Ever." The concert resurrects the music and dance of that electrifying decade with acts like Sugar Hill Gang, the Trammps, JT Taylor of Kool and the Gang, Tavares, Norma Jean and Luci Martin from Chic, all backed up by Angelo Venuto and Voices. They keep an audience of well over eleven thousand dancing to the hits of the '70s club culture.

Parti Gras is a sizzling, more intimate Beatstock, held in clubs like the legendary Copacabana instead of an arena. Crystal Waters, Alisha, Coro, Shannon, Lisa Lisa, K7/TKA, Judy Torres, The Cover Girls, Cascada, Reina, Lucas Prata and Angelo Venuto headline the blockbuster party that attracts thousands of fans each year.

Miracle on 34th Street was Vito's concept for KTU's Christmas show at the Hammerstein Ballroom. Christina Aguilera, Britney Spears, Marc Anthony and Jennifer Lopez were just a few of the stars in the lineup that captivated audiences of over five thousand.

Beatstock is not only freestyle's favorite party, it is the largest concert event in the U.S. In 1997, Vito's goal was a concert where the number one dance chart toppers performed in one single show since the chart was created. Since there were fifty-two of them, it was no small feat. The first annual Beatstock was held at KTU Stadium (Staten Island Rodeo) in August 1997 and was entered that year into the Guinness Book of World Records as having the most acts with number one hits perform on a single stage. The following year, Beatstock beat that record by having fifty-six acts perform and was entered into the Guinness Book of World Records for a second time. Beatstock now has two separate shows in two states. Over 30,000 attendees come to Jones Beach Theater in Long Island and PNC Bank Arts Center in New Jersey to see performances by Jonathan Peters, Lumidee, Cyndi Lauper, Amber, Tina Ann, Angelo Venuto, Cascada, Luca Prata, Reina, Sylver, Crystal Waters, Brenda K. Starr, K7/TKA, Coro, Rockwell, and the recently added History of House set. In 2007, the History of House set was introduced to celebrate the greatest old school and new school house music. Vito keeps the spotlight shining on these artists.

Vito has been featured in numerous publications, such as The New York Times, New York magazine, The London Times, Interview magazine and Vanity Fair. He is leading AM PM's expansion into new markets, and has a film project and reality television show in development. He continues to be an industry innovator and an integral part of the dance music community.

### Artists
Brittney Spears
Jennifer Lopez
Christine Aguilera
Marc Anthony
Madonna
Michael Jackson
David Bowie
Crystal Waters
Lenny Kravitz
Speedy
Cher
Bette Midler
Bee Gees
Kool and the Gang
Gloria Gaynor
Donna Summer
Alisha Keys
Luther Vandross

JUICE0004493

Ricky Martin
Enrique Iglesias
Rhianna
K7/TKA
Angelo Venuto
MGM
Mary J Blidge
Chaka Kahn
Shaq
Brian McKnight
Ne-yo
Run DMC
LL Cool J
Beastie Boys
The Pussycat Dolls

**Artists Cont.**
Ciara
Gloria Estefan
Prince
C+C Music Factory
Crystal Waters
Dennis Rodman
FunkMaster Flex
The Trammps
Tavares
KC Sunshine Band
Pointer Sisters
Sherman Hemsley
Trump
Cindy Lauper
Blondie
George Clinton
Little Richard
Chuck Berry
James Brown
Billy Idol
Deborah Cox
Lucas Prata
Cascada
Vanilla Ice
MC Hammer
Grandmaster Flash
Bizmarkie
Doug E Fresh
Slick Rick
Africa Bambaataa
Boy George
George Michaels

<

JUICE0004494

Exhibit 67

| | |
|---|---|
| **From:** | Paul Potter |
| **To:** | tommy D; alansacks@aol.com; Chris Asta |
| **Sent:** | 11/24/2010 2:27:07 PM |
| **Subject:** | Re: Meadow Lands Slide show and what else is needed!!!! |

Chris I forgot to mention the suggested entertainment slide.

PAUL POTTER
brief paragraph.

A highly experienced, ambitious, passionate individual from the UK with over 15 years experience in the entertainment and music and music industries worldwide. Recognized as a Cultural Entrepreneur and voted by the Evening Standard as one of the top 20 trend setters in London as well as being director of events for Mixmag/DMC worldwide. Paul has a serious proven track record in leading projects from concept through to delivery.

Set apart from others in my field and my experience is diverse and extensive. I have a strong worldwide network and have access to leading international artists, DJs and performers throughout the industry. Paul also has in-depth knowledge of branding, marketing, promotion and directing a team.

On Wed, Nov 24, 2010 at 1:14 PM, Paul Potter <paulpotterpaul@gmail.com> wrote:

This was the email and slide show that I sent to Amensia.

Lets add the following slides and information to the presentation and maybe get it designed a little better to make it presentable to a financial backer!

Chris as you started it do you mind being the point of contact for this and add the slides information ect!

We need to add the following slides with the following information.

**Partners** Tommy Chris Alan Paul brief paragraph on each individual

**Venue** Letter of conformation that we have an exclusive 5 year deal with the venue.

**Budget** Our projections for year 1

**Deal** What we are offering in return for the backing. % splits money back in first place and returns ( to be discussed)

**Financial payments.** What we require and when. (50% artists fees, 100% marketing budget, 100'% Expenses budget to operate, on signature of contract to be paid into a company account)

Chris can you set up a separate month by month payment schedule then we can slot the information in to give us a plan. We can all decide on the next conversation when we think we will need the next payment stages.. production, pr final Dj deposits travel ect ect!

**Summary** What are expectations are reference the event and growth over years.

JUICE0004509

As far as the rest of the information re projections we require. I think a sensible answer at this point is to be on the conservative side for other revenue streams.

Sponsorship $150-$250

Soft drinks $10 per head (so add the amounts for break even, and middle and max attendance)
Merchandise $20k

Food franchise $10k

You must all let each other know our thoughts on the above.

Please make sure we all cc everybody so we can get to the point where we are all happy with the presentation.


Thanks

PP


Daniel, attached is some information, site plan (rough), and pictures so you can get an idea of the set up and logistics for the event.

There is also some information of marketing what the venue is going to do to support the proposed 2 day festival in New Jersey USA and what marketing campaign will be provided by the promoters.

The proposed annual festival will take place in July each year with a capacity of 22,500 for each day for the first year.

We have a 5 year exclusive deal with the venue, with an option to renew at the end of the contract.

Our plans are to have the project ready to go on sale for Jan 2011 with the show line up complete.

My partners in the USA are interested in Amnesia being involved in the project, of course depending on what Amnesia will bring to the event, DJ line up and financial deal.

Lets speak re this project later today so I can update you.


Kind Regards

Paul Potter
Entertainment consultant.

Mobile + 44 7561 584 349
Skype paul.potter7

JUICE0004510

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, re-transmit, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. E-mail communication is highly susceptible to spoofing, spamming, and other tampering, some of which may be harmful to your computer. If you are concerned about the authenticity of the message or the source, please contact the sender directly.

--

Kind Regards

Paul Potter
Entertainment consultant.

Mobile + 44 7561 584 349
Skype paul.potter7

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, re-transmit, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. E-mail communication is highly susceptible to spoofing, spamming, and other tampering, some of which may be harmful to your computer. If you are concerned about the authenticity of the message or the source, please contact the sender directly.

--

Kind Regards

Paul Potter
Entertainment consultant.

Mobile + 44 7561 584 349
Skype paul.potter7

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, re-transmit, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. E-mail communication is highly susceptible to spoofing, spamming, and other tampering, some of which may be harmful to your computer. If you are concerned about the authenticity of the message or the source, please contact the sender directly.

JUICE0004511