# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, AND CHRIS BARRETT,

          Plaintiffs,

    vs.

LIVE NATION ENTERTAINMENT, INC.,

          Defendant.

Civil Action No. 11-7318-WHW-CLW

**AFFIDAVIT OF CHRIS BARRETT IN SUPPORT OF PLAINTIFFS**

STATE OF NEW JERSEY    )
                        )   ss.
COUNTY OF PASSAIC     )

I, the undersigned, Chris Barrett, of full age, being duly sworn, depose and say:

1.      I am at least 18 years old and a resident of Passaic County, New Jersey.

2.      I submit this affidavit in support of Plaintiffs Juice Entertainment, LLC, Thomas Dorfman, and Chris Barrett.

3.      I attended the following meetings related to a contract my company, Juice Entertainment, LLC, had with the State Fair Events Management to produce concerts at the Meadowlands during the 2011 New Jersey State Fair:

      a.    March 5, 2011 meeting at AMPM Entertainment's headquarters in Brooklyn, New York attended by Thomas Dorfman, Alan Sacks, Vito Bruno, and me;

      b.    March 7, 2011 meeting at the State Fair Event Management's headquarters in Belleville, New Jersey attended by Thomas Dorfman, Al Dorso, Al Dorso, Jr., John Sandberg, Alex Sveskia, and me;

c.    April 15, 2011 meeting at the State Fair Event Management's headquarters in Belleville, New Jersey attended by Al Dorso, Al Dorso, Jr., Thomas Dorfman, and me;

d.    April 20, 2011 meeting at AMPM Entertainment's headquarters in Brooklyn, New York attended by Thomas Dorfman, John DiMatteo and me; and

e.    April 22, 2011 meeting at Live Nation Entertainment, Inc.'s office in New York, New York attended by Thomas Dorfman, Jason Miller and me.

4.    I used a digital voice recorder to record the conversations that took place during these meetings. Attached to this affidavit are transcripts of these recorded conversations. The conversations have been transcribed and certified by Patrick Emond, the Operations Manager of the Audio Transcription Center. To the best of my knowledge, these transcripts represent true and correct copies of these recorded conversations.

I declare under penalty of perjury that the foregoing is true and correct. I am aware if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:    December 17, 2016

Chris Barrett

Subscribed and sworn to before me this
17 th day of December, 2016.

Notary Public

My commission expires: 8/2 , 20 20.

Casey Choi
Notary Public of New Jersey
Commission Expires 08/02/20
I.D. No: 2255863

# Exhibit A

**Speakers:** Alan Sacks, Chris Barrett, Thomas Dorfman, Vito Bruno

**Location:** AMPM Entertainment Headquarters 415 63rd Street Brooklyn, NY 11220

DORFMAN:  -- be at the gym everyday, I wish I could.  (laughter)

BRUNO:    I know the feeling.  I sneak a walk whenever I can.

   If I get a 30-40 minute walk in early in the morning, late

   at night.

BARRETT:  If I get a good phone call, I'll walk around the

   block.  Yeah, half hour-hour.  Yeah, good cardio.

BRUNO:  I lost like [40] pounds, can't keep it off.  It's hard.

   (multiple conversations; inaudible)  (laughter) Atkins

   diet.

BARRETT:  Really?

SACKS:    Tell him what you weighed when you were at your

   highest, Vito.

BRUNO:    What's that?

SACKS:    Your highest, when you were your biggest.

BRUNO:    What do you mean?

SACKS:    Weight wise.

BRUNO:    332 pounds.

SACKS:    332, right?

DORFMAN:  Wow.  She put you on there.  You should be in that

   commercial.  (laughter)

SACKS:    So you don't eat no carbohydrates?

1

BRUNO:      A little bit.

SACKS:      A little bit?  Sugars or--?  No.  (inaudible).  Yeah,
      I've (inaudible) right there.  (pause)

BRUNO:      So what you feeling? I spoke to Brian last night and
      John.  They're worried about talent and time.  That's their
      concerns.  What do you guys feel (inaudible) talent I got
      two days down to one day maybe, downscale it, budget down.
      What do you think?  I said [dad] said they were hollering
      last night.

DORFMAN:  The question would be where they're at with the talent
      because I haven't been updated.   (pause)

BRUNO:      Well, he's been like I'm staying completely out of the
      talent thing.

DORFMAN:  Yeah, but he kind of does intertwine you know, for me
      to make the (inaudible).

BARRETT:  Right, we need some information to make the decisions.

BRUNO:      Well, what are we going to do for (inaudible)?

DORFMAN:  I talked to John for two seconds last night.  He said
      great news, and then I'll call you back, but then he didn't
      call me back.  So I don't know.  Alan you got any updates
      going or--?

SACKS:      No.  To be honest with you, been kind of very business
      with you know, some of your guys' projects.  It's
      (inaudible), it's only for short amounts of time, and we

keep addressing the same issue, over which is [David
Getta].

BRUNO:    David Getta, which I  got on the phone.  (multiple
conversations; inaudible)  And I got him to make a fucking
call yesterday.  We have an update on that or we don't
know?

SACKS:    The thing is, Vito, when you say you got him to make
that call.  No, you have to get him to make that call.
We've been asking him, collectively, for how long now?

BRUNO:    And he doesn't want to seem anxious for Paul, cause
Paul's a piece of shit.  As soon as you call Paul twice, it
goes from 1.75 to 2.50.

SACKS:    Right.  Or Paul contacted him and said what's this
office do (overlapping dialogue; inaudible)?  And based on
that, you should attack, and he responded saying what?

DORFMAN:  Did he speak with them, Vito, or just with e-mail?

SACKS:    No, it's (inaudible).  Well, the last I heard from
you--.

BRUNO:    (overlapping dialogue; inaudible) you know, that
(inaudible) Your genre of music?  I don't know one from the
fucking other.  I don't—the only thing I do is like I just
listen to the promoters, you know.  David Getta, is he
worth 1.75?  Fuck no.  Since you know, he does models and
bottles, and not a parking lot.  You know (inaudible).

3

Image wise, in terms of festival and imaging, it'd be good.
Yeah, and that's (inaudible) other people, but if you go to
[Guido] capital called planet earth, and you give him one
of the biggest DJs, it might (overlapping dialogue;
inaudible).

DORFMAN:  Yeah, it's a different ball game.

BRUNO:   It'd be a different ball game.  So whenever you hear
information, you take it with a grain.  So--So that's
wherever that's at, you know.  So (overlapping dialogue;
inaudible).

DORFMAN:  Where's John?  Out of town or--?

BRUNO:   He's on a plane to Vegas, and I said I'm going through
(overlapping dialogue; inaudible).  (phone ringing)  Hey,
Steph.  Good, how you doing?  What's going on?  (pause)
Yeah, but I arranged a car.  (pause)  I did.  I did.  You
sure?  Cause I just arranged for a car.  (pause)
Yeah, they walk away (inaudible).  If you have (inaudible)
and answering, you're not going to pay.  (multiple
conversations; inaudible)

BARRETT:  I can't believe you talked your way out of it then.

BRUNO:   So you have three people, (overlapping dialogue;
inaudible) three people and six people.  (multiple
conversations; inaudible)  No, just (inaudible).  I got a
car paid for, it's all done.  (multiple conversations;

4

inaudible).  But thank you very much.  I'm going to

(inaudible), so see you later.  Bye.  Sorry.  Sorry.  Do

you guys feel the same way?  Scale it down?  One day?

What's your vibe?  What are you thinking?  I got to leave

at (inaudible).  This is your fucking world.  Wednesday at

11:30 I have a meeting with Now 92.3 see if they want to

stage, if they want to come in, what they're going to do,

what their vibe is, are they going to bring talent on their

side.  (pause)  So that.  On the Spanish thing, I called

this morning.  Still nothing.  Tonight at this show we're

doing, the girl who's been talking to the—on the radio,

said she talked directly to the manager.  Wisin and

Yandel(inaudible) is going to be there tonight.  Tell them

to fucking put pressure on her.  Bang her (inaudible)

(laughter)

SACKS:    Jesus Chris.

DORFMAN:  Busted or what?  (multiple conversations; inaudible)

SACKS:    She's a dude.  (multiple conversations; inaudible)

That's a good one for us.  That's really taking one for the

team.

BRUNO:    No sacrifice at all (inaudible).  (laughter)

SACKS:    Give it her to Chris, he doesn't handle that.

(laughter)

5

BRUNO:    And then that's on that.  Jeff reached out to the
          (inaudible) guys who hold the rock stuff.  They might do
          that thing.  He called four times, I get in touch with him,
          he has no response up until then.  Then he reached out to
          Tony Hawk, I got that right?  (multiple conversations;
          inaudible).  Skateboarder?

BARRETT:  Skateboard.

BRUNO:    Skateboard dude?  (multiple conversations; inaudible).
          Yeah, he reached out to them because he does some sort of
          fucking tour himself, and--.

SACKS:    One of the guy from Jackass and him do this thing with
          like trash bands, like he drinks (overlapping dialogue;
          inaudible).

BRUNO:    So there was this thing that he's working through that
          try to grab that.

SACKS:    But you better understand something though.  Like the
          interaction with John and the agents has been horrible, and
          if John was here I'd say it then too.  Because think about
          what you're saying for a minute.  He doesn't want to give
          it to the agents because we may wind up paying too much
          money for them.  We've already put an offer for Getta
          that's fucking beyond belief.  We all agree on that, right?
          It's a very high offer.  They came back to us and said 10-

6

15 days ago is this offer still good?  And it's still

sitting there.  Who would ask to keep that offer?

BRUNO:    I would (overlapping dialogue; inaudible) over five

times.  And don't take us wrong, but you guys tell me

something once, I get it.  I understand, I get it.  (pause)

You're not wrong.  You know, where--.  He's a great kid,

and I don't want to say nothing negative about anybody.

SACKS:    This isn't about you, (inaudible) it's just--.

BRUNO:    No.  It's just it's challenging to get focus and you

know, just overly protective and I've told it straight to

him.  Stop being so protective of every relationship with

Paul Morris and Joel Zimmerman.  They're agents they get

their ass handed to them every fucking day, from everybody.

Stop sucking the cock.   If I've told him straight out a

dozen times.  You know, he's—you know, doesn't take

(multiple conversations; inaudible).

SACKS: (overlapping dialogue; inaudible) relationship with the

agent.   (multiple conversations; inaudible).  So you have

to, at one point, it's going to jeopardize the show.

BRUNO:    It's (inaudible) this show.

BARRETT:  Yeah, it adds up.

BRUNO:    (inaudible) the show.  It's Joel and Paul Morris take

this guy, you know.  And I said dude, don't let him fucking

take you, bro.  Don't let him—don't do it.   You know, all

7

this.  You know, the overpaying for talent, there's just

something to say.  I am not used to that at all.  I'm like

yo, let's watch some numbers and these budgets.  Dude, how

do you make money.  You know, do you guys get Celebrity

Access?  It's this subscription service.  It—I'll pull it

up, I'll show you.  It's this celebration experience that

you start pulling out box office scores, you know.

SACKS:    What is it called?  (inaudible)?

BRUNO:    No.  No.  (pause)

SACKS:    Did you guys eat?

BARRETT:  I just had pizza.

SACKS:    I had (inaudible).  Would have finished that fucking

sandwich, but it's going to kill me later.  (pause)  Here

we go, let's (inaudible) this.  Just so you know, he's only

got about another 45 minutes.  (multiple conversations;

inaudible)

BRUNO:    That's the—we'll pick a festival.

SACKS:    Electric Daisy Carnival.

BRUNO:    (inaudible).

BARRETT:  It's a free website?

BRUNO:    No, it's expensive, this fucking thing.  Ultra

Electric Daisy Carnival 2000, what year did they start?

SACKS:    That carnival is 12 years old.

8

BRUNO:    12 years old, so three years in, it's (inaudible).
    Well, 2001?

SACKS:    Just try that.

BRUNO:    2001 they grossed $800,000.

SACKS:    This is what's on the—they show on the paper kind of
    thing?

BRUNO:    That's—yeah, this is--.

SACKS:    Ticket sales?

BRUNO:    Yeah, then it went up to 1.168.  Then it went up to
    1.39, and then it went up to—it stayed the same.  And then
    it started to one—then it started growing.  1.7.

SACKS:    You know what? I think they moved their venue at their
    time.  It was always in the same place (overlapping
    dialogue; inaudible).

BRUNO:    The (overlapping dialogue; inaudible) big front.  I've
    (inaudible) to a bigger--.

SACKS:    Are you doing [ultra fest]?

BRUNO:    Big project from 2002 (inaudible).  Then it went to
    2.2, and is it-?  (pause) And this year, 7.1

SACKS:    Jesus.

BRUNO: '08 and '09 are not in here so.

SACKS:    '06?

DORFMAN:  (inaudible).

9

BRUNO:    This is good.  I mean whatever you need, anything just
       call me up, we can look it up (inaudible) the $900.

BARRETT:  That's better, thank you.  (pause)  We don't have
       Electric Daisy.  Oh you don't have Electric Zoo from 2009
       2010?

BRUNO:    Probably not.  It's probably out in (inaudible).
       (pause).

SACKS:    All right, Vito.  Let's (inaudible).

BRUNO:    (overlapping dialogue; inaudible) passed like
       (overlapping dialogue; inaudible) Papa Roach, you're a dead
       man, all this fucking shit, blah, blah, blah.  Sold that,
       it's $755,000.  (pause)  And (inaudible) you look with all
       these fucking [shows]?

SACKS:    Nah.

BRUNO:    You get the reality of do not spend (pause) more than
       you could pull out.

SACKS:    Got it.  Everybody's fucking--.

BRUNO:    Anybody you want to go look up just so you can get an
       idea?

SACKS:    Nah.

BRUNO:    What they-- just see, come here.  Let me show you.
       They like put down the number of shows, the show, you know?
       The venue, the promoter, the show, the gross, the capacity,
       and the sold, the percentage, and your ticket price.  So

10

I've been having to-- I'm sitting here, I go OK, you know,

(pause) (inaudible).  Give me like an artist, like--.

BARRETT:  (inaudible)?Drake

BRUNO:    What?

DORFMAN:  (inaudible) you know, (overlapping dialogue;

inaudible).

BRUNO:    Kanye, watch.  Kanye you have to be four shows with

Kanye West, right?  And they want me to-- this is London.

This is the good, U.S. shows.  (pause)  You know, Kanye

West in Chicago, three shows sold out, one-- at

Lollapalooza, there you go.  Lollapalooza, three days, did

$1,4Mil.  Kanye, Rhianna, and (inaudible) N.E.R.D.

(multiple conversations; inaudible).  $284,000 and this is

like the history of the (inaudible).

DORFMAN:  That's a good thing.

BRUNO:    So when they come and say they want $400,000 you know,

(inaudible) the concerts.  You know, if there's (inaudible)

drop it, you know?

DORFMAN:  And like where does it show ticket sales?

BRUNO:    It shows exactly what they do.  So if you ever spend

half (inaudible) on production, you know what?  $300,000 on

production, you know-- (pause) $300,000 in production and

you're trying to make a profit, you can't spend $600,000 on

talent.  (inaudible) the reality is really-- it really is.

11

SACKS:      (inaudible).

BRUNO:    Right.  They want to learn (inaudible) similar or

          anything that's close.  (pause)  That's why my advice on

          spending, I (inaudible) car keys for your (inaudible).

F:    Do you?

BRUNO:    Why?

F:    I (inaudible).  (pause)  (phone ringing)

SACKS:    I'm in a meeting.  (pause)  I think we should

          (inaudible) like this (inaudible) for about an hour.  You

          know, you guys are here last night, you got (inaudible) oh,

          we're giving this guy $15,000, this guy $30,000 to $40,000.

BARRETT:  Yeah, I know, the number's up.  (laughter)

SACKS:    I heard him going.  (pause)

BRUNO:    Because the production on that site, you know two

          tents, three stages, three sound systems, union, vents,

          toilets, generator, lights, camera, action.  Fucking

          trailers, to catering, the limos, the hotels, airfares.

          You know, a million (inaudible).

BARRETT:  (inaudible) fence with (inaudible) toilets, OK.  I

          mean I ain't lying.  (multiple conversations; inaudible).

BRUNO:    I guess you got to be careful on the spending, you

          know.  And (pause) anybody could fill a room, any room, at

          any time.

DORFMAN:  It's not going to make money.  (laughter)

12

SACKS:    No, it's the artist.

BRUNO:    Take the money, (inaudible).

SACKS:    You don't even have (inaudible).

F:   You asked me (inaudible).

SACKS:    I didn't do it, it lost by itself.  Hold on,
(inaudible).  I'm going to exercise.  (pause)

BRUNO:    Did you take your (inaudible)?  (inaudible) and
everything?

F:   Yeah.

BRUNO:    Which is (inaudible)?

SACKS:    I'm sorry, honey.  (inaudible).

F:   It is (inaudible).  (pause)

BRUNO:    Don't let the (inaudible) business (inaudible).  He
said you got to (inaudible) the other day.  Oh, look at
this guy.  $50-60 thousand, he's going to do a great show.
They really enjoy that much (inaudible) guy.  (laughter)

DORFMAN:  (overlapping dialogue; inaudible) fucking living room.

BARRETT:  Yeah, true.

BRUNO:    Because we're going to get this one shot to do this
fucking thing.  If we come close to breaking even, and
there's $10-20 grand a piece, I'm OK with that.  Lose $100?
I ain't OK with that, at all.

DORFMAN:  That same thing.

13

BRUNO:     To make $100, it's fucking hard to make $100.  To lose
$100 for no fucking reason.

SACKS:     Because the more time that goes by, then we don't get
our sale.  It covers the lack of the talent being acquired,
you know.  (multiple conversations; inaudible)

BRUNO:     But here's the thing, like my concern is that
(inaudible) told us (inaudible).  My (inaudible) started to
spend too much money, their concern is the quality of
talent; the draw.  I'm concerned that the price of the
talent, but then now with this thing on the 25th to the
26th, and like I was telling you the Dave Matthews thing?
They are expanding out to other friends in music.  210,000
tickets are being sucked out of the market place for that
weekend.  Sound, lights, staging, crews, and press.
(pause)  Where to go to hire a publicist, and they're going
to go to the Daily News.  Hey, why'd you cover this thing?
We have nobody, what coverage?  The Dave Matthews thing,
they fucking (inaudible) about it.  So those are my
concerns from having the unfortunate years of experience
(laughter)  So---

BARRETT:  Got that.

BRUNO:     So my gut is (pause) build a brand.  If we can get
Live Nation to fucking finance the whole fucking thing?

14

Awesome.  And then we can play with their fucking money.
Where we at with Live Nation?

DORFMAN:  Yeah, that's where I wanted to get at because Live
Nation, where we're at, and some of it's (inaudible) like
with me, with the venue.  I don't need to, per my
agreement, produce contracts, OK?

BRUNO:    They said that there's some loopholes in your
contract, so I guess they saw it somehow.

DORFMAN:  Well, Live Nation--.

BRUNO:    That there are loopholes that they can-- that this
kid, Johnny D, could bounce you out if they provide
content.

SACKS:    Who told you that?

BRUNO:    Huh?

SACKS:    Who told you that?

BRUNO:    Jason Miller.

BARRETT:  Well, just-- let's go back in the beginning (multiple
conversations; inaudible)

BRUNO:    A little behind the scenes.  Jason [Miller] is looking
for an exit strategy.  We've been talking to that Jason, if
he gets blown out of there and his contract is up--.

DORFMAN:  At Live Nation.

BRUNO:    --at Live Nation, there's a door here, there's a desk
here for him.  So he's given the-- that's why I kept saying

15

we're going to see Jason, but then you go to Jason because

Jason you know, always thinking of coming here.  He-- this

is-- we had the door open to him.  I've offered him you

know, dude you want to do shit with us?  You could do it

with Live Nation, and then you could get also a paycheck on

the outside with us.  So that's why we're (inaudible) is

all I'm getting the inside dirt.  Because this guy is

looking to fucking--.

BARRETT:  They're looking to fry us out of there?

BRUNO:    Yes.

DORFMAN:  They're trying to find a loophole to fry us out?

BRUNO:    Right.

BARRETT:  That's why they sat down at the [Meadow Lands] and

told them that we can't produce talent.

DORFMAN:  Anybody that talked should have just like-- like I

said, just starting-- going in the back history a little

bit.  When they went and bashed you so bad to the Meadow

Lands that you guys were thieves, that you guys owe this

massive amount of money.  I sat there and heard the

conversation.

BRUNO:    Massive amount of money?

BARRETT:  Yeah, they told us you were (inaudible) amount of

money.  New Years (multiple conversations; inaudible)

16

DORFMAN:  They said-- they came and said you guys owed a mass

          amount of money, this--.

BRUNO:     To whom?

DORFMAN:  To-- Live Nation said it to the Sports Authority, and

          to Al Dorso and us.

BRUNO:     To whom?

BARRETT:  You owe Live Nation money.

DORFMAN:  And they told us that you're a thief.  Why are you

          working with the guy?

BRUNO:     Who said that?  Live Nation?

BARRETT:  Live Nation.

BRUNO:     Really?

DORFMAN:  So when they said-- we--.

BRUNO:     I don't believe Live Nation said that?

DORFMAN:  No, we told you guys this--.

BRUNO:     No, (overlapping dialogue; inaudible) who said this?

          Johnny D?

DORFMAN:  Jason Miller and Johnny.

BARRETT:  That they were like they owe us money, you're going to

          let them work in (overlapping dialogue; inaudible)?

BRUNO:     (overlapping dialogue; inaudible) money from New

          Year's Eve, that's owed to both.

DORFMAN:  And I understood that, that you guys put three grand

          in (inaudible).  And they made it very clear though that

17

when you go to that [three-way] conversation that there's
money owed to both of you guys.  It's not you didn't rob
them.

SACKS:    It was a mutual party.

DORFMAN:  You know, (overlapping dialogue; inaudible) rob them.
And you just go from day one with that-- they went to the
venue and attacked you, and John horribly.  I stood there
and said listen, these are my partners.

BRUNO:    20 years you're getting attacked by it.

DORFMAN:  I'm just saying this.  This is the way it (inaudible).
Just the reality where everything is.  I said (inaudible)
no, they're solid, stand up.  They're the people-- I've got
resumes on them, I've done business in the past, they're my
partners.  I said we have a (overlapping dialogue;
inaudible) 50/50 agreement, you know.  They are my
partners, you know.  Cause he was kind of saying why do you
want to work with these guys if they're robbing from
everybody?  I said they're not.  The other people are full
of shit, OK?  So I said that.  Now what happened with me--.

BRUNO:    (inaudible) from Johnny or Jason?

DORFMAN:  To the venue, I don't know if it came from Johnny or
Jason.  I don't know that.  When I sat there, it came from
both their mouths, but then I'll get into that meeting
after, you know.  But so I came in there.  So the biggest

18

question I have is like as per my agreement I don't need to

supply contracts, OK?  I was asked to supply contracts

because they went to the Sports Authority bashing you too.

BRUNO:    (overlapping dialogue; inaudible) Sports Authority?

(multiple conversations; inaudible)

BARRETT:  The Meadowlands NJSEA, that's who owns the rights.

DORFMAN:  And they went so far on that level, you know?  Cause

(pause) the money owed, the whole thing they caused such a

big issue on that.  I battled, you know, Al with that, OK?

The owner of the Fair.  And I said these are my partners.

That's not the problem.  Then you have no money, OK?

You're broke, you don't have any (multiple conversations;

inaudible) ask you for financing because we didn't have to-

-.

BRUNO:    That is other accounts.  That was in the (inaudible)

account.

DORFMAN: I understand.  This-- the point is, all that came out

because of Live Nation, all right?  We have our agreement,

we have our thing.  Live Nation called us all out.  Now

like I said, I don't need to produce contracts as per

agreement.  He's asking me for them though, cause Live

Nation said you know what?  You're a thief, you can't--

you're broke, and you can't produce any talent.  That's

what Live Nation said.  I sat there, argued against that

19

conclusion on all the three areas, OK?  (pause)  So

basically, we're a company that--.

BRUNO:    (overlapping dialogue; inaudible) cause I've love to

fucking, get a fucking slander suit (inaudible).

DORFMAN:  So we go into that one with Live Nation--.

BARRETT:  And he told the venue.

DORFMAN:  -- and he told the venue.  So that one comes from the

venue.  I backed you guys up with it, I stand strong, the

venue supports us, OK?  I said these guys are just saying

bullshit because they're trying to discredit them, cause

they're our 50/50 partner in the fucking event, you know?

(laughter)  (multiple conversations; inaudible)  So

basically--.

BRUNO:    They try to take Beatstock away and (overlapping

dialogue; inaudible).

DORFMAN:  And I explained to Al, I said look, he knows all the

people (overlapping dialogue; inaudible) calls there.  You

know, they call.  He said listen, you know like Electric

Daisy (inaudible).  They want to do it, let's talk with

these people, they want to do it with us.  You know this.

We sat down to dinner that night, Electric Daisy Pacha

(inaudible).  Alan set up the meeting, and we sat down, and

I was like OK, we came to an agreement, we roll 50%

partners on the deal, and (pause) we're working together.

20

That was it, you know.  (multiple conversations;
inaudible).

SACKS:    -- that loop for so long.  And because you know what I
mean?  Like I know-- I barely know John, you know, Vito, I
vouch for you.  This guy stood there, on his own, without
me even being there.  You know, he's (multiple
conversations; inaudible).

BRUNO:    That was very cool, I owe you one.

DORFMAN: (multiple conversations; inaudible) my interactions
with you, and that's with Alan's respect level for you.
That's where I got (overlapping dialogue; inaudible).
That's where it came from.  You know, I respect
(overlapping dialogue; inaudible).  (multiple
conversations; inaudible) we're standup, that's how it is.
You know what I mean?  We make a deal, he made a deal with
you as 50-50 partners, we're just going to -- that's the
deal, I don't break my word.

BARRETT:  What we need to do right now, so we need to--.

DORFMAN:  And then I just want to (inaudible) Live Nation things
are just-- which I guess (inaudible).  So when we went to
that office the other day, OK?  (pause)  We-- at that point
there, they went-- wanted to (pause) put it this way, they
totally tried to kick you guys a hundred percent out, OK?
(multiple conversations; inaudible).  They put a meeting on

21

(overlapping dialogue; inaudible) I come to (inaudible) the
meeting cause it's this phone call, you know (inaudible).
(multiple conversations; inaudible)  I had to, you know?
And then the whole thing started they wanted to, you know,
take the Electronic Dance, and they said basically the same
thing.  Like they were trying to figure a way to put us
out, they wanted or to do it with us, they offered us 50%
and they'll fund the whole fucking thing, OK?  And we said
who's going to do your thing?  You know, Vito Bruno is not
-- Vito Bruno can't produce the fucking concert.  He can't-
- I said (overlapping dialogue; inaudible).  No, I produced
Beatstock.

BRUNO:    Who said that?

DORFMAN:  Jason Miller.

BRUNO:    He said he produced (overlapping dialogue; inaudible)?

DORFMAN:  He goes I produced Beatstock, I can't-- how can they
run an event?  He can't-- I said produced to you?  What's
the biggest size event you produced?  I said 5,000 people,
produce a lot of them.  But yes, I haven't produce a 25,000
person event.  Who's-- why are Vito Bruno is my partner?
Because he has done them, and that's what he does.  And he
said no he hasn't, I produced Beatstock.

BARRETT:  He said they produce their (overlapping dialogue;
inaudible)?

22

DORFMAN:  They-- he said-- he goes you're going to run into

    problems.  He goes you are going to run into problems with

    the box offering tickets because they owe me money, they

    owe Ticketmaster money, they went through-- left-- he's

    throwing left and right.  I mean he was throwing hooks

    (inaudible).

BRUNO:    Jason or--?

DORFMAN:  Jason and John, and then Jason-- especially Jason.

    And then Jason so badly was saying basically, he's saying--

    I'm like listen, I have an agreement with them.  They're my

    50/50 partner, you know?  And--

BARRETT:  Oh, great guys I love em(inaudible).

DORFMAN:  No.  No.  No.  As soon as I had the-- I said (pause)

    we have this agreement, it's set in stone, we-- I have

    other people with it, that's it.  As soon as I said that,

    now (pause) fuck.  We can't just cut them the fuck out of

    it.  They have to come into it now if they want to become--

    .

BRUNO:    (overlapping dialogue; inaudible) you out.

DORFMAN:  They want to take more of the pot.  It's that--.

BRUNO:    These kids don't know what the fuck they doing, they

    (overlapping dialogue; inaudible).  (multiple

    conversations; inaudible)

23

SACKS:    I want to hear what they said though.  What'd they say
          to you?

BRUNO:    Huh?

SACKS:    What'd they say to you about us, Live Nation?

BRUNO:    How'd these fucking kids that don't know anything get
          this fucking place.  They don't know shit, they embarrass
          themselves, the whole things.

DORFMAN:  Yeah, you know what we did?  We sat there, like this.
          I just sat there like this.  I was just like (inaudible)
          Electronic Dance (inaudible) I'm here to talk about teen
          and pop.  And then I'm like Kanye.  I said if I was going
          to talk about a deal with you, with you guys, I have
          partners that are (inaudible).  I have a deal with Vito
          Bruno and John Dimatteo.  They're my 50 percent partners in
          this.  I have to speak with them before I could make a deal
          with you if I wanted to do.  I said there may not be room
          this year, maybe we could do something next year, who
          knows.  I'll talk to those guys.  I left the door open
          instead of burning a bridge there.  But what talent do you
          have?  What's this?  And then he said I spoke with William
          Morris agency and checked, you guys have zero booked.  So
          he's (inaudible) going into the booking agents, you know
          what I mean?  With the two.  (overlapping dialogue;
          inaudible).

24

BARRETT:  How can they do that.    With the booking agents?

BRUNO:    Live Nation, they've got a lot of money, they've got a

    lot of clout, and the agent's trying to suck their cock.

BARRETT:  Did they mention it to you or--?

BRUNO:    What's that?

DORFMAN:  That the agents-- that they're going to-- you said

    they were going to block our talent?

BRUNO:    He says you're going to block it.

SACKS:    But they did tell you that Live Nation was talking to

    them?

BRUNO:    Yeah.

SACKS:    Yes?

BRUNO:    Yes.  (multiple conversations; inaudible)

SACKS:    Respectfully, I just got to ask, what was your

    response to that, Vito?  I mean that's your show.

BRUNO:    (inaudible) spoke to Joel about the talent?

SACKS:    Yeah.

BRUNO:    He was talking to John about the talent that what do

    you have, you know.  Then I spoke to Joel, you know.

SACKS:    Joel disclosed to him that we don't-- that we didn't

    have contracts in place?

BRUNO:    Apparently so.

SACKS:    You're saying Joel [Zimmerman] told the fucking Live

    Nation that we don't have contracts in place?

25

DORFMAN:  But we have contracts at the moment, but (inaudible)

confidentiality (inaudible) that's fucked up.

BARRETT:  That is something else.

DORFMAN:  It's fucked up.

BRUNO:    (inaudible) piece of shit business.  (pause)

(laughter)

DORFMAN:  Wow (pause) William Morris (pause) Meanwhile we have

$800,000 in offers to these guys.

SACKS:    More.

DORFMAN:  More.

BARRETT:  We have millions of dollars in offers out on this

event (multiple conversations; inaudible)

SACKS:    Let me get this straight.  We have verifiable funds,

we have a deal in place with you, OK?  We have contacts on

the table to every major agency in the country for every

major artist, and the agents are allowed to disclose that

information to our particular deal to other competing

fucking competitors at that level?  It's a major

corporation, Vito.  They can't just come in and wipe us the

fuck out.

BRUNO:    You know what?  At the end of the day, should they

choose to wipe everybody out?  Then big (inaudible) fucking

pay day might be the lawsuit.  (laughter)  (pause)

26

DORFMAN:  Cause they went from day one, if you think about it.
        The whole thing-- (inaudible) day one was to come attack
        you guys, you know.  That's what they wanted.  They'd say
        oh, they took a thing, and made it over exaggerated it 50
        million times.

BRUNO:    Johnny, he is pissed off because he wanted to do it
        with us in Asbury.

BARRETT:  That's it.  But there's a missing piece here that--.

BRUNO:    No, so like we went with him--.

BARRETT:  That's why the venue called us.  That's why Al called
        us that you know, this event was supposed to happen when he
        asked them somewhere else, and that we stole you from them.
        (pause)

SACKS:    Listen, Asbury is not even close to the same type of
        venue that-- you know (inaudible) Asbury, it's a freaking
        shit hole, you know.  It's not the same caliber of anything
        we're talking about(inaudible).  (pause)

BARRETT:  Moving forward.  How do we you know, start booking
        talent, and getting this thing together?

BRUNO:    John is in Vegas blowing Tiesto again.

BARRETT:  For this event?  (multiple conversations; inaudible).

BRUNO: Off the record.

SACKS:    I have to laugh, that's really funny, but go ahead.


27

BRUNO:    Off the record.  I don't want this out there.  Kelly
     Kobb who's the production manager.

SACKS:    Tiesto yeah.

BRUNO:    Came through John, that's John's friend.

SACKS:    (inaudible) placed him there, yeah.

BRUNO:    It's like (inaudible) right hand, it's like now it's
     like not as production as like his road manager in
     hindsight.  Takes care of everything.  Apparently they got
     drunk, he got drunk last week or this week.  And hanging
     out with Tiesto.  And told.  Got in his face.  Said yo, you
     fuck John, you fucked me, you fucked up.

SACKS:    (overlapping dialogue; inaudible) Tiesto's fucking
     face.

BRUNO:    That's why John's over here.  (pause)  You know, so if
     anything might change for that.

SACKS:    Wish John would have told me that.  It would have made
     me sleep a little better that night.

BRUNO:    (overlapping dialogue; inaudible) so that's-- (pause)
     you know, he's gone over there, and not going to say a
     word.  Just going to go there, see [Tiesto], and hang out.
     See if Tiesto brings it out.  (pause)

SACKS:    Vito, you don't think John will go behind our backs
     and try to make a deal with Live Nation do you?

BRUNO:    No.

28

SACKS:    Sure?  Because he worked with them before you came on.

BRUNO:    What's that?

SACKS:    His relationship's a little-- goes a little further
          than (overlapping dialogue; inaudible) right?

BRUNO:    Mine does.

SACKS:    Well, with the Beatstock (overlapping dialogue;
          inaudible) and all that.  My bad.  (pause)  (inaudible).

BRUNO:    (inaudible) go back a dozen years.

SACKS:    Before they were Live Nation, Clear Channel.

BRUNO:    Clear Channel Entertainment.  Ron Delsner
          entertainment.  I go back.  I go back (inaudible).

SACKS:    (inaudible) that was originally Ron Delsner's?

BRUNO:    Yeah (inaudible) with Ron Delsner for 30 years.

SACKS:    Holy shit.

DORFMAN:  So Live Nation, yesterday when you sat down-- it
          wasn't yesterday.  Last night you sat down with Jason.  You
          presented to him after talking to us, and agreeing
          (inaudible)--?

BRUNO:    I said dude what do you want.

DORFMAN:33.

BRUNO:    No, I said what do you want?  I said (inaudible) he
          came guns (inaudible) you know, I can blow these fucking
          kids out, they got loopholes in their contract

29

dadadadadadada.  Dude, take your fucking Live Nation hat

off, bro.  You've got to chill the fuck out.  (laughter)

SACKS:    Thank you.

BRUNO:    Fuck this.  This guy is fucking-- dude.  You know,

yeah.  (pause)  It was-- I just cracked him (inaudible)

dude, we've been talking for fucking months when you're

working with us on the side.  What the fuck you doing?

What the fuck are you doing?  These are good kids.  I said

leave them the fuck alone.  I says you know what?  Don't be

pissed off if they were smarter than you, and me, and they

got the fucking deal.  (pause)  I says don't be mad at

them, be mad at yourself.

SACKS:    He could have thought it out three years ago.

BRUNO:    Yeah, it was there.

BARRETT:  That property has always been there.  The (overlapping

dialogue; inaudible).

SACKS:    25 years.

BRUNO:    Now all of a sudden everybody wants it.

SACKS:    It's like discovery Nellie Bly all of a sudden.

DORFMAN:  What did he say when you said that to him?

BRUNO:    You're right.  Think about it.  I says what do you

want?  You want in on this fucking festival?  I says we'll

make it equal partners, all of us.  No problem.  And he

says you want to do it with Live Nation, or do it without

30

Live Nation, or do it personal?  You want to do it with

Live Nation and we'll take care of you on the outside also

to start moving you out of Live Nation and to this?  Cause

you talked to him about this thing at Atlantic City with

him for a few months, so the repeat offender would be the

hip hop fucking festival.  He's really into--

SACKS:    Yeah, you better get insurance for that real quick.

BRUNO:    Huh?

SACKS:    The repeat offender (inaudible) who's going to insure

that, Lloyd's of London?

BRUNO:    The city-- Atlantic City mayor wants that show.  The

mayor of Atlantic City, he wants it.

SACKS:    They need money down there.  Yeah, they do.

BRUNO:    They want it.

SACKS:    So just (inaudible) with Jason.

DORFMAN:  Yeah, so then what else--.  (multiple conversations;

inaudible)

BRUNO:    Well, I says you know, and I says you know, and

they've got the fucking place.  Anything you want to do

there we'll work together.  You know, take the bulk, give

us a piece back (inaudible) over here, and work together.

BARRETT:  So they read our contract?

BRUNO:    Apparently so.  Apparently Al said something about

there's a clause, a deadline for the first or the fifth in

31

your contract?  It's something either in the first or the

fifth there's a date, a deadline for (multiple

conversations; inaudible) that's what they said.  Take a

look.  (phone ringing)  (pause)  Jen, I'm in a meeting.

I'll call you when I'm done.  (pause)

SACKS:    I'll ask you a question.  If Jason knows-- if he knew

that, how far back do you think that would have been he

found that out?

BRUNO:    How far back?

SACKS:    You've known for a couple of weeks, right?

BRUNO:    I would say he found out when he did some (inaudible)

and then started talking about talent.  So that's--

SACKS:    We could have gone a lot longer than that.

BRUNO:    (overlapping dialogue; inaudible) longer than that.

(multiple conversations; inaudible)

BARRETT:  When we came at you, and that first time, that's

obviously when (inaudible) sat down with (inaudible) right?

It'd be over two weeks ago.

SACKS:    Right, so my point being, right?  Let's just call it

two weeks to be safe.  At that point, it was a very crucial

time for us with bookings.  John and I, and you, were

already heavily pursuing these artists, right?  William

Morris agency, and AM Only.  I know because I read the

correspondence.  I was CCd in on a bunch of it.  You

32

weren't, but had seen it.  If they already knew Live

Nation, and they contacted Joel Zimmerman or Paul Morris,

they could have very well have stalled --

BRUNO:    Absolutely.

SACKS:    -- all these contracts dead.

BRUNO:    Absolutely 100% (pause)  (multiple conversations;

inaudible)

BRUNO:    What?

SACKS:    That don't fly.

BRUNO:    He also said something to the effect of that it's

something in the contract with this first or fifth date

doesn't happen, they could promise and deliver-- Al was

asking if they could deliver content.  And they said they

could do it with four or five events.  (pause)  So then

they went (inaudible) and I said well, (pause) deliver

them.  We'll be more than happy to work with you.

DORFMAN:  Like you said, (overlapping dialogue; inaudible).

BRUNO:    I says you know, put the stages in there, and keep

them.  As far as (inaudible) do a deal for a stage for the

fucking full three weeks rather than put it up, and take it

down, and have to deal with the unions, and this and that.

And then we dispersed the costs of the labor over

(overlapping dialogue; inaudible) the deal, this and that.

(multiple conversations; inaudible)  So he wants (pause)

33

give him basically numbers immediately, and that's

(inaudible) and said you know, but then and I should send

it to you, and you should send it to Al.  This way it's all

a little bit completely transparent, you know.  This-- and

really just go to Al and say you know, Live Nation guys are

really causing a problem.  (inaudible) did he say that to

(inaudible) at all?

SACKS:     No.

BRUNO:     No, let's talk about it.  These guys have really

caused a problem, they've stolen the talent on us.  You

know, we went, we all made an offer for them, they're

really trying to fuck us.  We made them an offer, and we'll

show you the offer (inaudible) writing it up tonight,

tomorrow.  Says what do you want to do with them?  Your

blessing before we send it to them.

SACKS: (inaudible).

BRUNO:     John's (inaudible).

DORFMAN:  Cause I'm meeting with Al tomorrow-- Monday.

BARRETT:  Monday.

BRUNO:     Monday.  I got to get him to do it.

SACKS:     He's got to stop what he's doing in Vegas, and do

that.  (multiple conversations; inaudible) it should be

done on the plane on the way.

BARRETT:  When's he flying home?

34

SACKS:     As soon as possible.

DORFMAN:   Cause we (inaudible) review it.  He's flying home
           Monday?  (multiple conversations; inaudible)

SACKS:     Because if we don't communicate (inaudible) after
           night, he's fucked up all day Sunday, he doesn't get back
           Monday.

DORFMAN:   And if we don't put that on the table and show Al, Al
           is going to be like what the-- (inaudible) what the fuck is
           (overlapping dialogue; inaudible)?

SACKS:     Not only that.  We can't afford for Tuesday to roll
           around, and Jason and his guys from Live Nation hit up Al
           or go see him, and press, and press, and press, and press.
           Well, because they blocked the talent, right?

BRUNO:     Well, if this thing should go south because of Live
           Nation, there would be a mega lawsuit.

BARRETT:   I mean we were granted an exclusive right to produce
           this event.  When you grant someone the right, that's--.

BRUNO:     And then they cockblock it, and it's called tortious
           interference if somebody interferes in your ability to earn
           a living.  And I've got a slander suit obviously.

BARRETT:   Slander, tortious interference.

BRUNO:     You guys got a slander suit, obviously because of what
           he did to you.

35

BARRETT:  I mean the bottom line is it's, you know, it's a five

    year agreement, you know a five year option that they're

    preventing from happening so.

BRUNO:    (overlapping dialogue; inaudible) Jason, dude, I says

    (inaudible) deal, I says it's not for one year.  I says

    it's for the full fucking term, bro (multiple

    conversations; inaudible)  I painted the fucking full-blown

    picture.  (phone ringing)  (pause)  (multiple

    conversations; inaudible)

DORFMAN:  (inaudible) like he was interested or no?

BRUNO:    Very (inaudible).

SACKS:    (inaudible) talent booker, agent for Live Nation.

DORFMAN:  Yes.  Yes.  So the trust (inaudible) from where you'd

    been at.  (laughter)  I'm not going to-- you know, him?

    Anything solid paper trust one thing from him, you know

    what I mean?  We did it ourself verbally, and trusted that

    we did a handshake agreement as gentlemen, and as-- that

    you saw my deal (inaudible).

BRUNO:    (overlapping dialogue; inaudible) all costs to get to

    walk away, to protect you guys, and we'll walk.  You know,

    and we'll have to walk, to protect you, we're walking.

    (pause)

DORFMAN:  So Jason shook on that.  That might be a-- (pause)

    well, it makes sense because you offered us 50%, you know?

And (inaudible) now you realize he tried to do whatever he can and realized (overlapping dialogue; inaudible).  Yeah he realized all right, I have to go after I made it clear that you guys were in this deal, and (inaudible).

(multiple conversations; inaudible).

BARRETT:  They need to get in because (inaudible) Tiesto tour.

DORFMAN:  That's what it is.

BRUNO:   I brought that up, I says Jason, next year, it's going to be the Tiesto tour.  It's going to be you, it's going to be us, and it's going to be Zoo, and who the fuck knows what else is going on out there.  There's fucking 50 fucking things.  If it was me, and you, and I tell him me and you, coordinate, and then we go to Paul Morris and put that on top, that becomes our thing, your thing becomes our thing, and it's like take three, so then you've got one.

SACKS:   But (inaudible) Jason is doing, he's planning his own thing also?

BRUNO:   Oh yeah.  (inaudible) happening no matter what.

SACKS:   Aside from this Tiesto thing?  There's two projects.

BRUNO:   Yes.

SACKS:   What's that (inaudible)?  What is that?

BRUNO:   (inaudible) they were talking about us doing with them for fucking six months.

SACKS:   This one at Asbury park, you're talking about?

37

BRUNO:     Yeah.

DORFMAN:   (inaudible) Electronic Dance one (multiple

    conversations; inaudible).

BRUNO:     The thing that pissed them most off is that we didn't

    do it.

DORFMAN:   So you're talking about a 3,200 person venue that you

    did in three days, what are you doing?

BRUNO:     No.  No.  No.  No.  It was spaced in the (overlapping

    dialogue; inaudible) the block, the beach, the thing in

    front, it didn't (inaudible).

SACKS:     Good thing you showed him that spot, huh?

BRUNO:     Showed who?  (laughter)  Showed who?  Jason?  (pause)

SACKS:     Listen, I did 7,200 kids in that though.  Every time a

    group of 400 kids would show up, there's another $500 to

    the fire marshal.  We sat with him in his truck, and

    (inaudible) radio my guy to bring me a whole little

    envelope every about 25 minutes.  You weren't there this

    summer.  The guy with the canes, he still there?  The fire

    marshal with the cane?  (pause)  (inaudible) out there.

    (pause)  (laughter)

DORFMAN:   So have John draft up that agreement and we'll look

    over it, so that I can go in, and when I meet with Al on

    Monday, he doesn't get hit with this thing out of left

    field, you know--.

38

BRUNO:    I would call Al over the weekend.

SACKS:    Vito, you the sole investor on this?  Is John putting
          any money into this?

BRUNO:    No, I put the money into an area event, and area event
          I think I funded it with his-- so it's just a couple
          hundred thousand dollars in the area event account that's
          going to be used for this.  That was just I think
          (inaudible) whatever.

SACKS:    No, I'm just wondering what you do with John is
          (overlapping dialogue; inaudible).

BRUNO:    No.  No.  I already funded that account and then
          invested (inaudible) $300-400 thousand should be in there.
          Providing we get paid for New Year's Eve properly.

SACKS:    You're still waiting for payment on that too.

BRUNO:    Yeah.  (pause)

SACKS:    [Eddie Miller] doing all right, huh?

BRUNO:    Eddie Miller.

DORFMAN:  So the contracts that we do have, I know you don't
          have a ton of them.  Do you know?  Cause John told me
          there's-- on his side, three to four.  (pause)

BRUNO:    I don't know.

SACKS:    You've got to start to know, Vito.  Cause it's key at
          this point.

39

DORFMAN:   Because the one part on our end was you know, like I

    said, it's not an agreement.   (multiple conversations;

    inaudible)   I just need to know--.   (pause)

SACKS:    You know, we call (overlapping dialogue; inaudible).

BRUNO:    I tried to do, you know, (inaudible) one to the other,

    and (inaudible) too much fucking [life].   (multiple

    conversations; inaudible)   Too much of the same shit.

    (multiple conversations; inaudible)

DORFMAN:  (multiple conversations; inaudible) and we just e-mail

    correspondents, you know?

BRUNO:    Like here you guys see, so what do you think of this?

    I don't know.   I'm doing it (inaudible).

DORFMAN:  Well, Vito, so--.

BRUNO:    That's all you guys.   You guys making me (inaudible)

    out, that's why I go to (inaudible) box scores, you know,

    try to look up you know Empire of the Sun and N.E.R.D, you

    know.

BARRETT:  (inaudible) NERD pull?  Anything?   (pause)

BRUNO:    N.E.R.D, yes.   They did-- (pause).   Somebody told like

    the Gorillaz will sell fucking 20,000 tickets.

DORFMAN:  The Gorillaz?

SACKS:    I don't know what territory they're in.   What is that?

BRUNO:    Gorillaz and Nerd-- N.E.R.D, whatever you call them.

    (pause)  They did just recently in Oakland, California

40

5,000 tickets, $47.50 to $85, they grossed $388,000.
Again, Gorillaz, N.E.R.D made $217,000, $226.  Madison
Square Garden, they sold 11,000 tickets, $869.  Boston,
they did $349,000 Erykah Badu, N.E.R.D, Janelle Monae,
$310,000.  N.E.R.D. and [J Electronica], $42,000.  Jay Z,
N.E.R.D, Wale (inaudible), $389,000.

DORFMAN:  $389,000?

BRUNO:    (laughter) Yeah.  Illinois.

SACKS:    What venue?

BRUNO:    $10,000 seats, it sell out.  They did it in Texas,
they sold out.  They did $500,000.  And this is again, this
is Jay Z.  All of this is on the Jay Z tour.  A lot of
them-- when this is over, a lot of them did not sell out.
(pause)  The highest grossing show minus New York was
Baltimore and it was $772,000.

BARRETT:  How much were the tickets?

BRUNO:    $772,000, $125, $87, $57, $27.50.  (pause)  So if you
start to put talent and things like that, (pause) you know
let's just (inaudible) these fucking Gorillaz, cause that
would sell by the end of (inaudible) sold for $300,000 on
there.  And (inaudible) for me.

SACKS:    The thing about the Gorillaz that you may not know is
there's about six members, and if you get Daniel
(inaudible), which is all of them, and like this other

41

Chinese dude, they bill as the Gorillaz.  The whole group

together, with all six members is $300,000 and they rarely

play.  Like at Coachella they'll play all six of them.

(pause) Paul Potter is like (overlapping dialogue;

inaudible).

BRUNO:    They sold out one show in Detroit for 2,800, that's

(overlapping dialogue; inaudible).

BARRETT:  Who sold out?

SACKS:    Gorillaz.

BRUNO:    They did Madison Square Garden with a bunch of people,

they sold out 11,000 tickets, 4,800 tickets.  Again, the

grosses are $336, $409, $349, $869, $226, $217, $217, $469,

$388, $516.  That's Australian.  The $950 is Australian at

(inaudible).  (pause)  How do you pay $300,000 for a group

that's going to bring in $349,000?  (pause)

DORFMAN:  That's why I add (inaudible) to look at (multiple

conversations; inaudible).  It's like OK, what if we get

David Getta?  (inaudible) David Getta?  (pause)

BRUNO:    What do we do with these (inaudible), David Getta in

Zurich, Berlin?  (pause)  There's only one other thing

listed: Vancouver.  (inaudible), (pause)  so 990 tickets

for $87,000.  (phone ringing)  So Fat Boy Slim, David

Getta, what's this (inaudible)?  (inaudible) 1.9.

42

SACKS:    You know, this is just based on Ticketmaster sales

though, right?

BRUNO:    No, this is box office reporting from promoters.  As

in promoters are (inaudible).

SACKS:    That's (inaudible) to their survey?

BRUNO:    No.  No.  When you're a real, legit promoter you try

to see box office scores, so the venue looks good, other

people have a (inaudible), attract other talent.  So they

invest in quality here, but they're worse than (inaudible)

so.  (pause)

BARRETT:  This is bragging rights?

BRUNO:    Yeah, and it's a tool (inaudible), so you actually

send them something.  Meltdown, Kid Sister, David Getta,

Texas, $124,000.  (pause)  David Getta, Carl Cox, DJ Dusty.

(pause)  George Michael, Kelly Rowland, Adam Lambert, $1.2

in Australia.  What do you guys do when you tried to get

(inaudible)?

BARRETT:  Yeah, (inaudible).

BRUNO:    No.

BARRETT:  Steve Angelo.

BRUNO:    Steve Angelo.  (pause)  Let's see.  Yeah.  (pause)

Tiesto, (inaudible) August, $57,000, $122, $92, $455, $201,

$75,000.  There's a whole bunch of them.  $1.2, him alone,

$49,000, $79,000, $61,000.  (laughter)  $189, you know.

43

SACKS:    There's a guy who's going to pay $400,000 for him?

BRUNO:    Yeah.  That's why-- oh, here's Glow.  Glow did
    $91,000.

BARRETT:  How much are they paying?

BRUNO:    $100.

BARRETT: $100.

BRUNO:    Webster Hall, gross $119.  (pause)  Chicago, there's a
    bunch of people.  $385 with a bunch of people, (pause)
    Orlando $297, Washington D.C. $90.  (pause)

BARRETT:  So these are night clubs, these aren't all day
    festivals.  All ages.

BRUNO:    (inaudible), music stage-- music stage (inaudible),
    (inaudible) music festival, (pause) the Pavilion in Athens,
    the Arena in Glasgow, Prague, you know capacities are
    7,000, 8,000, 3,000, and they're not selling out.  There's
    one that was sold out in Washington, 100%, 1,500 tickets.
    And Stockton sold out, Franklin sold out, but it's $17,000.
    (pause)  That's serious (inaudible), serious.  (pause)  I--
    you know,

BARRETT:  So just look up Steve Angelo real quick.  (pause)
    Nothing?

BRUNO:    Already press (inaudible) together.

DORFMAN:  Yeah, it's (inaudible) here.

BRUNO:    (inaudible).

44

BARRETT:  Actually, nothing.  Not in there.  (pause)  So this

        budget, his (inaudible) to come down.  If we have offers

        that are too high, how do we combat that now?  (inaudible).

DORFMAN:  You just don't accept them, and they can't

        (inaudible).

DORFMAN:  Throw the offer?

BARRETT:  Mmhmm.  (pause)

BRUNO:    The problem is Bindra's -- they have Bindra and Pacha

        and John, Live Nation, and Bowery.  They're all banging for

        these fucking (inaudible) in one market.  And Glow. (pause)

DORFMAN:  Now can you get John on the phone just to see like you

        know, some of the basic things they asked they wanted from

        us cause we could have-- that Live Nation asked us?

BARRETT:  He's in the air right now.

DORFMAN:  He's in the air right now?  (pause)

BRUNO:    He said he's going to land in at three o'clock this

        time or that time.  I got (inaudible) few minutes ago.

        Fuck, cause I've got to go through here to Redbank to

        Mohegan Sun to (inaudible).  (pause)

DORFMAN:  We need to (pause)-- (inaudible) asked him.  He had

        (inaudible) sometimes.  (pause)  When I talked to John he

        said all right, he sent me over one contract, and then he's

        like obviously, the Jonathan Peters one, you know you could

        do, and he had a couple of other ones.

45

BRUNO:     Jonathan Peters for?

DORFMAN:   For the festival.

BRUNO:     How much for Jonathan Peters, 5?(pause)

DORFMAN:   But 20--.

BARRETT:   I can eat with that.

DORFMAN:   Well, my point is that there is-- I didn't get those

    from John.  He's supposed to be supplying them to me.

    Cause remember when Live Nation said you guys can't produce

    the talent (inaudible) from contracts because of that.  So

    I told him who's handling-- cause they said they're

    handling the talent, you know with us, you know.  With us,

    together.  So I want to just bring in what ones that we

    have, and then you know, (inaudible) and say look, this is

    where we're at (inaudible) process while we're here, you

    know what I mean?  I want to show what we discussed.  E-

    mail correspondence from Williams Morris, just (inaudible)

    John discussed in there.  Don't-- the offers that are there

    showing the ones that they're confirming, we have to list

    the contract.  (pause)   That's what I want to do is get

    them going in and saying (pause) cause who knows which way

    Live Nation's going to spin it on-- it's just up in the

    air, you know?  They could spin it as (pause) same thing

    they did.  They can spin it on as they're partnering with

    you; or attempting to.  We don't-- who knows what these

46

guys are going to say?  That's the reality of it, you know?

(laughter)  From where it's gone, from (pause) what I've

seen is done in every direction, I don't put anything past

(inaudible) they're going to say right now.  So I need to

show (inaudible) on our team, these are the guys you pick

to go with, you know what I mean?  I told you this is--

they're telling me they're all thieves, which means they're

good.  I need to show look yes, we're moving forward with

this.  That's what I want to do.

SACKS:    I wasn't the (inaudible) here.  (pause)  (inaudible)

BRUNO:    Guys, don't be insulted.  I got to run.  I have

    fucking six (inaudible).  (pause)  (inaudible).

DORFMAN:  So what do we do about getting that stuff together

    first?

BRUNO:    With the contracts?

DORFMAN:  Yeah.

BRUNO:    They've been asking for days, right?

DORFMAN:  They've been asking for days.  I even asked for just

    an e-mail correspondence that John is showing me.  I've

    been asking now for days.  (inaudible).

SACKS:    What about this info for Al, for Monday?

BRUNO:    We'll talk about it.

BARRETT:  (inaudible) a piece of paper of just (inaudible)

    together, you know?  (inaudible)?  You know, he's

47

(inaudible), and we get some kind of e-mail copy for
correspondence between John and the agents just saying hey,
this is the dialogue.  We have some stuff (inaudible).

BRUNO:    The (inaudible)?

DORFMAN:  Yeah, exactly cause you don't-- cause Live Nation is
going to come and say who knows, you know?  And he did ask
for those.  (pause)

BRUNO:    Really? Why?

DORFMAN:  He did ask for those because of the (inaudible).  So
the question is what do you do in that situation?

BRUNO:    I would ask him how (inaudible).  (multiple
conversations; inaudible).  It should be ready in 10
minutes.  (pause)  Goodbye.  Goodbye.  (pause)

BARRETT:  Is it possible to pin down the e-mails in your office
and correspondence?

BRUNO:    Yeah, we'll do every-- on his way, I'll see if what I
can get done.  You've been talking to (inaudible) on a
regular basis.  You know exactly where we're at with this
(inaudible).

SACKS:    Nowhere.  Fucking nowhere, we're fucking nowhere,
we're stuck in the mud.  You know, and they both probably
said (inaudible) 48 hours after we decided on the name with
correspondence back with some lower level agents, and the
fillers.

48

BARRETT:  But that'll draw people.

SACKS:    That'll draw people, there's still $15-20 thousand
          artists, they're not $300,000.

BRUNO:    $15,000 artists are going to bring how many people?

SACKS:    3,000, 2,000, 1,500.  It depends, you know.  The
          festival environment.

BRUNO:    15,000 (inaudible) or 15,000 (overlapping dialogue;
          inaudible)?

SACKS:    Hundred.

BRUNO:    Oh, $1,500.

SACKS:    Payers.

BRUNO:    $1,500 Is--.

SACKS:    So (inaudible) $1,500 DJ and that's with his drum and
          base or a $5,000 guy.  You know if we load that tent up
          that tent could bring 5,000 kids, under 100,000.  (multiple
          conversations; inaudible) fucking everything: cars, food,
          you know, the number one drum and bass guy (inaudible).

BARRETT:  And now what?  You have a lot of leeway in
          (inaudible).

SACKS:    That's it.  I got contracts.  Contracts (inaudible),
          you know?  And then there's (inaudible) cause you know
          (inaudible).  (multiple conversations; inaudible)  sneak a
          month (inaudible) 50, we're talking about (inaudible).

(pause)  (multiple conversations; inaudible)  Yeah, but

that's got to be like (inaudible) to that.  (pause)

BARRETT:  We need to agree on that, and then we can probably

(inaudible) on Monday morning, you know?  Cause that's the

only time I can bring it.  (pause)  (multiple

conversations; inaudible)

SACKS:    But if he goes and Tiesto changes his fucking mind,

he's fucking making (inaudible).

BARRETT:  When's he coming back?

SACKS:    Monday.

BARRETT:  Monday.  (pause)

BRUNO:    Oh yeah, it's a fucking (overlapping dialogue;

inaudible).

DORFMAN:  But you can get into that computer if it's somebody's

correspondence?

BRUNO:    Just e-mail me (inaudible) is.

DORFMAN:  True.  (multiple conversations; inaudible)

END OF FILE

50

AUDIO TRANSCRIPTION CENTER          A DIVISION OF THE SKILL BUREAU

129 Tremont Street
Boston, MA 02108
Tel: 617-423-2151
Fax: 617-423-9783

## CERTIFICATE

I, Patrick Emond, do hereby certify that the following 50 pages embody a true and accurate transcript.  Prepared in the Audio Transcription Center to the best of our abilities, it comprises the contents of the relevant portion of a digital audio file provided to us by our client, Juice Entertainment.  The digital audio file contained a meeting between Alan Sacks, Chris Barrett, Thomas Dorfman, Vito Bruno held on March 5, 2011.

1/27/2014
_____
Date

_____
Patrick Emond, Operations Manager
Audio Transcription Center

Exhibit B

**Speakers:** Al Dorso, Al Dorso Jr. Chris Barrett, John Sandberg, Thomas Dorfman, Alex Sveskia(M. on speakerphone)

**Location:** State Fair Event Management Headquarters 229 Main Street, Belleville, NJ 07109

### Meeting State Fair 2011 03 07

DORSO:     All right boys, what the hell are you doing?

DORFMAN:  Getting organized like you said, come prepared.

DORSO:     Good.  Did you guys get coffee?

DORFMAN:  Yeah, I had some.

DORSO:     That's no good for you.

DORFMAN:  How did it go with the sports event?

DORSO:     You can't really leave all kinds of shit just laying around.

DORFMAN:  An important investor, John Sandberg is with him, and he's
    going to sit in today.

DORSO:     What's his name?

BARRETT:  John Sandberg.  He's going t come a little bit later and he
    also has -- he's got some major contracts for us this morning,
    for three major headlining acts.

DORSO:     So he was just in the process of getting that?

BARRETT:  He's in the process of getting those printed and over here.

DORFMAN:  This first order of business here.  This is our original.
    I'm going to ask you to look at your copy.  Hey what's up John?

Yeah, there's an army training service here, next to us.  Yeah,

right next door to that.  Actually walk straight, just walk

straight.

DORSO:    The tunnel's in the back.  See assistant branch manager.

DORFMAN:  I was your senior assistant?  You've got to walk straight

down.

BARRETT:  What kind of elements do you pick?  Who was that?

DORFMAN:  That's Vito (inaudible) company.  It can show funds up to

two hundred.  They're huge since '67.

DORSO:    That's $467,000.

SANDBERG: John Sandberg.

DORSO:    How are you?  Nice to meet you.  This guy owed money to that

guy um…

DORFMAN:  Jason Miller?

BARRETT:  The situation --

DORSO:    Did you talk to Jason?

BARRETT:  We went and we met with Jason.

DORSO:    Because I told him, I said don't owe any money on John D.?

Do you know John D.?

DORFMAN:  Yeah, we met John D.

DORSO:    But I said guys, the best thing for you to do is go talk to

them.  If you want to be involved, it's a way to be involved, go

see them.

DORFMAN:  So with Jason Miller (inaudible) bottom of that was they do

events with them right now, in north shore.  They do Live Nation

events with them.  They do (inaudible) Axwell (inaudible) there's

two other ones.

BARRETT:  There's two other ones.

DORFMAN:  For the next two months.  April 23rd and when you told me

that Live Nation has said those guys robbed the money, this,

that, this, this, this, this, that, I confronted them (inaudible)

the situation.  Obviously to protect ourselves (overlapping

dialogue; inaudible) side partner (inaudible) they said no.  At

first they said they (inaudible) Vito Bruno didn't have any

money.

DORSO:    Well the reason they said that I guess, is because well

then, you see that's John D. talking.  The other guy (inaudible)

he said we did a project, they lost $50,000 or lost $100,000, I

was out $50,000 that they promised me because it didn't make any

money (inaudible) another concert, where was it, Asbury park.

DORFMAN:  They made money there, where it comes down to would be

basically just making up a lie about the money situation, because

I listened to it on a three-way conversation.  That's almost the

work that he does every day, he wouldn't say that.  I said well

that's trying to get in on our real estate, our deal you know,

that's what it is and I don't know why.  And he goes, the only

concert was New Years Eve, we did a party, and there's a third

party company called New Years Eve.com, that owes Live Nation and

Area events money.

BARRETT:  Yes.  The ticketing company, New Years Eve.com, robbed the
ticketing money from their event.  But not only them, on everyone
that's ticketed through this company.

DORFMAN:  They still both profited money on the event too but they're
both waiting --

DORSO:    They're waiting for money from --

DORFMAN:  They called Jason Miller up on three-way.

BARRETT:  Not on three-way, on the phone.

DORFMAN:  On the phone, on speaker, that's right, on speaker.  And he
said hey Jason, what's going on?  He started talking to him and
then he started talking about money and yeah, we've both got to
go after New Years Eve.com.  Oh, what's going on with them?  All
right, this event, let's form it, let's do this, let's go to
that.  Do you know what I mean?  The whole conversation we were
listening.  It was open for us to hear so.

BARRETT:  He cut to the bottom of the chase, you know.  So Jason and
Live Nation, they're just trying to interfere with what we're
doing.

SANDBERG: He wants (inaudible) into the meeting that we were in.

DORSO:    Who's that?

SANDBERG: Jason Miller.  Well about that, a complete 180 within five
minutes.  I know I'm about ready -- you know, I should say about
him, here is Jason Miller from Live Nation, who is not -- you
know.

DORSO:    Jason seemed to be a fairly cool guy, and John D. was

      pushing him to you know, -- John's out there.  Have you ever had

      a relationship with him?

DORFMAN:  No.  I just talked to him.

DORSO:    He said to me you know, I can't believe, out of all this

      money that we give you for all the stuff we do together, he says

      that you didn't come to me with this first.  I said listen, first

      of all, a month and a half ago if you told me, you know dance, I

      wouldn't even know what the hell this shit is you know?  I said

      that's number one.  Number two.  For three years I've been

      telling Live Nation, you know I've met with everyone there, that

      we're going to have this area and special event area, do you want

      to get involved.  Threw a couple of kid acts at the fair, here

      take these, you know see if we're going to be involved.  John D.

      is the one who dropped the ball, because they probably said go

      out and feel your way, see what we can do out there.  And he

      didn't -- you know, the way he did that is he brought his kids

      and some friends and they went on all the rides for free and ran

      around and then left.  That's the way they checked it out.  He

      said oh, I was in the park you know, I mean I'm sure.  So the

      last year I met with Wayne Goldberg and he sort of yawned.  I

      said you know look, here's what it's going to look like we think.

      And well we'll see.  I mean that -- we'll see.  After that

      meeting, I told John D., you know I said I'm just too old to beg.

      I'm not going to beg for anything.  I don't give a fuck if Live

Nation is -- wants me, doesn't want me, wants to rent my shit,

doesn't want to rent it.  You know it doesn't matter to me.

BARRETT:  Yeah.

DORSO:    Because I was in there to find out -- you know, we do the

Bamboozle shit and it's bleachers, stage, marquis, the whole damn

field you know.  What else do you have for me?  Is there anything

else?  There must be other -- I know they do other events.

DORFMAN:  Yeah.

DORSO:    Let's go, let's do something, let's go.  They just you know,

they don't give a fuck about anybody else but themselves.  And I

understand the business.  I mean just maybe that's the way it is.

Maybe it's every man for himself and fuck you if we could.  If we

can fuck you if we do.

DORFMAN:  (inaudible).

DORSO:    You know three days -- three days before they had -- they

knew their expenses for Bamboozle, they do everything right?  So

they were paying $54,000 for the fence that went around that, and

I made nothing.  The fence cost $108,000 to put up and they said

to me last year, we want to share in the expenses, and when you

go to your new fairgrounds, we want to know what those expenses

are.  Maybe there's things that we could put into the ground,

that will help us with our event.  So I said that's fine, you

absolutely can do that.  So they wanted -- now this temporary

fence.  I said well, you're going to pay half of the fence;

you're doing an event, we're doing an event, then you'll pay half

the fence, right?  Based on that, I contracted it out, had the

fence put up, I had to buy more fence, you know all kinds of

crap.  $108,000 and I tell him well it's $54,000 for this whole

bill Jason, here's the price to put it up and take it down.  They

go oh, all right, all right, and they take everything.  Two,

three days before the event they said you know, we've been

thinking, you have an 18-day event, we have a 3-day event.  That

should be prorated, so we should only be paying this much money

for the fence.

DORFMAN:  After they already said it.

DORSO:    And I go not a problem.  I said it cost me this much money

to put it up.  I said, I'm going to take it down right now, three

days before the event.  I'm going to take it down.  I said, then

you can contract somebody, if you can, in the next three days, to

have it put up for $108,000, but not my fence, go out and buy

your own.  I own that fence that we're putting up you know?  I

said first, you'll have to spend $50,000 buying the fence, and

then $108,000 to put it up and take it down.  No, no, no, don't

get excited Al, that's not worth talking about, but this isn't

fair.  I go well, when you talked about it last year, you wanted

to share all expenses, it was fair.  I go, but now $108,000 isn't

fair.

DORFMAN:  Yeah.

DORSO:    I said, is that the way it is?  Well, it's just a crazy

expense.  I said yes it is.  I told you it was going to be crazy.

DORFMAN:  That's what this fence is.

DORSO:    That's what it is.  So when it goes to the new fairgrounds,
I said basically we want to share in this and do that.  I said
you know what, no.  I'm going to show you our fairgrounds.  If
you could use it, you could use it.  If you can't, go get your
own fence.  I said you can't -- either you rent my fence -- and
we're doing these sleeve systems you know, and doing three
configurations for the stadium, because we're going to rent the
stuff back to them for every event they do.  So John D. came and
he says, maybe we're not going do -- you know, you're using other
people, maybe we want to use other people.  I said OK, you let me
know.  I said all right, no big deal.  I said, you won't get our
fence.  Well, we'll have somebody else put the fence in the
holes.  Not my holes.  Those holes in the ground, my holes.  So,
now he's coming back.  I think he's coming today at 1:00, to go
over rides and all the stuff that they want at Bamboozle.  But
you've got to see how -- he bounces off the walls.  He's just out
of his mind.

BARRETT: Yeah, he is out of his mind.

DORSO:    He found out that we were going after the Rye Playland deal,
you know, the park out there, and I saw their -- I saw Live
Nation on the list and I said, what's Live Nation doing, going
after that park?  He says no, we're not going after the park.  He
goes we're doing -- we might be doing some concerts in that
building there.  And I said well, I said we're going to wind up

with that park and he goes well, he goes, you don't want to deal

with Live Nation, you want to deal with me, he says.  We are

going to provide you, at the end of the day…  (laughs)

SANDBERG: If I had -- the son of a bitch is ruining my life.  I've

never sat down in a meeting like I did in Live Nation, where they

literally turned and literally talked horribly about people

they're in business with for five minutes.  When they realized

that we weren't going to be strong armed that way, they turned

around and those people are just the best.

DORFMAN:  Oh, we like them, they're great guys.

SANDBERG: I don't believe them.  They're talking about Vito and John.

DORFMAN:  Yeah, behind their backs, Vito and John.

SANDBERG: Completely insane.  They screw them out of the deal, bring

us in.

DORFMAN:  They said, they can't produce this, they can't do anything.

They robbed money from us, they're thieves, they're this.  They

pretty much -- I remember when you told me the other day, he said

the same thing.  After I said oh man, I would too.  They might

make a deal with us, you know?  They made a complete spin around,

after they just trashed him as the worst person in the world to I

love those guys.  They understand it's just business.

SANDBERG: Correct.  They went from strong arming us and to realizing

we weren't going to be pushed around, to then trying to be buddy,

buddy and partner with everybody.

DORFMAN:  I'd ask you know, to ask them how like um, would they be

interested in coming in (inaudible) other events.  And they

basically were not interested and then they said oh, you know.

Watching the show they said, we don't really have to pay

attention to our place, we pay attention to our amphitheater.

(phone rings)  I don't know what he said but watching the

amphitheater.

BARRETT:  Who said that John?

DORFMAN:  John, when he realized --

BARRETT:  John has no --

DORFMAN:  And Jason.

DORSO:    (answers phone)  Hello?  Yeah?  Yeah, I'm here.

Everything's out?  OK.  Where are you going to leave that?  Well,

what if you're -- I mean, OK.  You're going to pull it all the

way up by the front of the park tomorrow?  Right.  Well all

right, OK.  Well, it's your deal.  All right, I'll talk to you

later.  You're all leaving there now?  All right, I'll see you

later.  No, you can bring the chart, but you can't go down 23,

it's closed.  No, you can't, it's closed.  You've got to go

through -- I'm telling you, it's closed.  That whole -- that

bridge going across, what is it that pond or river, that goes

across 23, which also goes across Newark-Pompton Turnpike, is

closed.  So um, so you've got to go the back way I guess.  Yeah,

you can do that, you can do that.  298 to -- yeah, or 287 to 80.

Yeah, one or the other.  Well you can go the other way, towards

Morristown, and go to the 80.  You might do that.  Yeah.  Tell

the other guys.  I went through one end, it was fine, there was

no traffic.  All right, see you later.  (hangs up phone)

Last year -- this week, on Thursday or Friday, I was away playing golf

and they called me and said oh, I'm supposed to give them a ring.

All right, let me know.  On Saturday they called me and I just go

look.  They called me Saturday night.  You know, this is like --

I had just gotten back from 30 holes of golf on the golf course,

that's it.  What is coming up?

DORFMAN:  Oh, man.

DORSO:    So I was supposed to be there until like Tuesday.  We were

coming home Tuesday night.  I left at 6:00 Monday morning and I

rounded everybody up.  That shopping center next to us, they were

closed for like four months, and I had the Honda Store, I brought

like 30 guys up there and we shampooed and cleaned and power

washed, and we were open the next day at noon.  A day and a half.

DORFMAN:  Yeah, yeah.  You guys are coming up empty, I don't think so.

DORSO:    You know, after being closed six months.

DORFMAN:  Oh man, that's great.  So…

DORSO:    So this is Vito Bruno.

DORFMAN:  That's another account there, the area event.  There's about

400,000 in it and we have three -- that show is 460, 470 in

total.

SANDBERG: The 300 cash in the account also.  I'm partners in a REIT.

I have a credit line of up to $10 million, so I can do that.

Backing Tommy up with some of his various business ventures and
concerts, and I've done this for about six years now.  So I'm
pretty confident.  I'm pretty confident things in things we
produce.  But I also have a lot of connections in different
areas.  My expertise is real estate and the good thing about real
estate is the economy here is applying to every single business
and everybody gets real estate to kind of perform, and through
that, I mean I have some connections directly to some yards,
where they had another event.  A wrestling event we have here.

DORFMAN:  (inaudible).

SANDBERG: My board -- he actually is on the board of the Meadowlands
YMCA.  Through that, through some of his contacts, he connected
me with some people.  Dean Vali is on the board, he works in
talent.  He also sits on the board at the YMCA.  They asked me
for this (inaudible) probably be the work that would be
convenient as investors.

DORFMAN:  And then we just asked him if he had a buyer on this for
people involved.

SANDBERG: Like I said, my expertise is not in real estate, it's in
numbers.  I turn it into a numbers game.  So when I look at these
events, I pretty much just crunch the numbers.

DORSO:    Including this right here?

SANDBERG: Tom is actually -- he's going to be our partner in the
college fair.  He's my partner in my REIT.  One of them, there's
five partners, general partners, who never even answer.

BARRETT:  Yeah, we reached out to him and discussed everything.  He's

helping us out on the back end.

SANDBERG: He sits on the board and he's on the board of Rutgers-

Newark, pretty close to the presidency hall, knows about the

college, does a lot of -- I do a lot of nonprofit development

things.  That's me.

DORSO:    This is you?

SANDBERG: Yes.

DORSO:    Short sale homes.

SANDBERG: Distressed commercial assets now.  That's really why I

started reading, just to be able to stay up with the commercial

loans.  The defaults probably, it won't be until about 2013, when

the new mortgage is coming up, so I wanted to be able to get us

some money, to be able to start buying commercial assets as well.

There will be smaller, single family homes, so that's what we may

be able to get it for.  I was a coach at Don Bosco, that's when I

met Tom, I was coaching his son and we became pretty close over

the years.

BARRETT:  That's Alan, who you met, that that first time I had an

introduction to you.  That's myself.

DORSO:    Are you sure?

DORFMAN:  Yeah.  There's Vito Bruno.

DORSO:    Vito Bruno.

DORFMAN:  Yeah.  He doesn't, because now, (inaudible).  That's his --

over there, the event/concert production, his Beatstock and

everything.   That's Jerry Blair.   He is a company that we are the

primary -- our primary label present that as well.

DORSO:     Jethro Tull, where's he?

BARRETT:  I think he's dead.

DORSO:     Jethro Tull's dead?

DORFMAN:  I think so.

(overlapping dialogue).

DORFMAN:  And Area Event -- that's John Dimatteo

DORSO:     And what's John doing for you?

DORFMAN:  He's doing talent booking.   He's partners with Vito.

DORSO:     I don't hear a lot of good stuff about John.

DORFMAN:  No?

DORSO:     No.  Do you know him?

BARRETT:  I've known John for about seven to ten years.  Did business

    with him on and off.

DORSO:     We've got two people in high places saying watch out for

    John.

DORFMAN:  That's not cool.

DORSO:     So I'm telling you, watch out for John.

DORFMAN:  All right.

DORSO:     All right?  Very well informed people.  I didn't question

    why.  OK, what else you got?

DORFMAN:  This company, this is primarily, that we're working with

    right now.  The company is co-produced –

BARRETT:  They're going to be basically running our back end, and like
          the production and marketing.

DORFMAN:  They get talent also, for independent promoters and stuff.
          They get crossover -- they just did John Bon Jovi.  Just because
          you're a bigger company.

DORSO:    Tennessee Ernie Ford.  He's only dead 30 years this guy.

DORFMAN:  Who's that?

DORSO:    Tom, you don't even know who he is?

DORFMAN:  No.

DORSO:    Never, you don't know?

DORFMAN:  No.

DORSO:    "Some people say a man is made out of mud."  You never heard
          that song?  (overlapping dialogue) You never heard that song?
          His last hit was '62 I think.

DORFMAN:  They were Republican.

DORSO:    "Sixteen Tons."

DORFMAN:  That's right.  (overlapping dialogue).

SANDBERG: Classy, real straight shooters.  Very straight shooters,
          very good guys.

DORFMAN:  This is what we want to work with.  So with them, the first
          event we're putting together, right here.  It's the wrestling
          event stuff here.

DORSO:    Can I get in on the tag team?

DORFMAN:  Are you going to win one in Venice?

DORSO:    This is for the Ultimate Warrior.

DORFMAN:  These guys are going to have -- they're going to have the

    artists do all sorts of sparring.  Two members that can vouch for

    that.  (inaudible).

    (overlapping dialogue)

DORFMAN:  Hacksaw Jim Duggan?

DORSO:    Kurt Angle, I've heard of him.

DORFMAN:  Kurt Angle?

SANDBERG: Hulk Hogan you know.  Rowdy Roddy Piper is in there.

    Superfly Jimmy Snuka.

DORSO:    The Hulk is not around anymore is he?

DORFMAN:  No he's not around anymore.

BARRETT:  He hurt his back.

DORSO:    OK, so this is a -- this is one of the smaller things.

DORFMAN:  They're projecting about five thousand people in that.

DORSO:    I'm actually getting ahead of myself.  Do you have the dates

    of that event?

DORFMAN:  It's dated in there.  This is an email that goes with this.

    That's proposed for July 10th.

SANDBERG: We have another meeting scheduled with them, as you'll see

    in a minute.

DORFMAN:  This is an email from them to me.  This is about other stuff

    that we're working on with them right now, because they're

    working on copying stuff.

BARRETT:  Yeah, they're actually in a meeting right now.

DORFMAN:  They're in a meeting right now for this rock -- remember we

were talking about the 80s hair bands?

DORSO:    Mm-hmm.

DORFMAN:  They need a company to come in that can actually find…

DORSO:    That's them.

DORFMAN:  We may also have, between shows, the Latin Festival with us.

These artists -- the guy Jerry Blair that I have connections

with, so it's (inaudible).  Here is the hair band thing.  We're

meeting at 10:30, to try to find out (inaudible) two-day event

also.

SANDBERG: So it would actually be (inaudible).

DORSO:    Whitesnake, they're still -- this is the one that burned

down.

SANDBERG: I think old school on that, a member of the old school.

DORSO:    Oh yeah?

DORFMAN:  Yeah.

SANDBERG: Here I go Again, everybody loved it and they brought the

song back.

DORSO:    So when will you know about that?

DORFMAN:  In a meeting at 10:30, but it's going on right now.  They're

working on both of them with us.  We're only doing one right now,

but we're working on (inaudible).  This is a concept that he came

up with, so I wanted to partner with Tom on that then.  The

college fair.

SANDBERG: We wanted to do a college fair, where basically we charge

the college, come in to a booth, where it's $2,500, $5,000 for a

booth. Be able to do some kind of live music and live acts

throughout the day, but wanted to combine it with an essay

contest, so that we kids in. So it would be an essay contest for

any kids in high school across the area, and we would donate

$50,000, $100,000 scholarship to the winner, but they would have

to go to one of the schools in the local area. So if you go to a

regional college, then you get a scholarship towards obviously,

the college there, and we would have the kids, we would have

basically our --

DORFMAN: And compete for it.

BARRETT: Right. We really have our quality demographic already in

place with the people who wrote the essays, coming to see when we

announce the winner.

DORFMAN: Yes.

BARRETT: And the kids with the high schools, invite the school

principal.

DORFMAN: People who go to each school, they need to represent.

That's why, across the country, so we're going to make a national

contest.

SANDBERG: Well you can just do that regional. I mean, you ended up --

you can use the colleges between here and [Fallon?]. I mean

there's 250, 300 colleges.

BARRETT: You have a lot in the United States.

SANDBERG: I coached some basketball, I have a lot of connections with
    athletes and colleges.  So I was a coach in the 80s, so I have a
    lot of connections with college coaches and admissions for
    universities.  So between myself and Tom, I think we'll put that
    together.  He helped build it up this year.  He thinks that it's
    going to be too short notice, leave this for something going
    forward next year, we're just going to have to get going.

DORSO:    Sounds interesting.

DORFMAN:  You know me, we were doing our own process.

BARRETT:  You give them back, you even faxed me a copy with the --
(overlapping dialogue).  Very explicit notes.  This is for that.  This
    is a contract that just came.  I'll start with 92.3 NOW.  With
    crossover artists, we're going to go with 92.3 NOW to promote the
    event.

SANDBERG: That's great.

DORFMAN:  Trey Songz, 92.3 NOW artists, and this is what we have
    today.  I don't know why there's email stuff all over this.

SANDBERG: Because I had it literally done this morning.  I had my
    secretary print it really quickly at my office.  I had to -- I
    had to pull some strings to get these prices as well.  Live
    Nation based its price on how many people.

DORFMAN:  That's the contract for it.

BARRETT:  Did you say that somebody's on --

DORFMAN:  Drake's a $150,000 artist.  He's got countless number one
    hits, one after another.

DORSO:      Drake?

DORFMAN:    Drake.

DORSO:      Never heard of the guy.

BARRETT:    He bills it Billboard Top 40?  He's probably got five songs.

DORFMAN:    Top 40, yeah.

DORSO:      Oh, the Top 40, well you know, I stopped listening to the

        Top 40 when --

DORFMAN:    I've taken the liberty.

DORSO:      I think cousin Brucie was --

SANDBERG:   Was at Billboard.  You don't even know who he is do you?

(overlapping dialogue)

DORFMAN:    I've got the sound clip so you can hear it.

DORSO:      That's him?

DORFMAN:    Yeah.  He came out of this group of similar artists.  He's

        the only one that didn't get a track to.

DORSO:      So if I let you do this, you'll get me a CD of this guy?

DORFMAN:    I'll give you this right now.

BARRETT:    He's huge.  (overlapping dialogue)

DORSO:      What we've been working on, I want to say you know, after

        all this we're going to be hip, but that's not the word.  What's

        the word I want there?

DORFMAN:    Fly.

DORSO:      I'm going to be fly.

DORFMAN:    Do you have swag?

DORSO:      Swag?

DORFMAN:  Swag.

DORSO:    That sounds good.

DORFMAN:  Oh, you've got the whole tune now.

BARRETT:  And a do-rag.

SANDBERG: So he's definitely in like Peg Leg Jeans, they're real

    baggy.  It makes no sense

DORSO:    Even the suits now, have you seen the suits.  You know, if

    you're going to wear a suit for an event, you know somewhere

    around 40 years old you say OK, I'm going for the standard, you

    know I've got my -- you know, I have no slit in the back, no

    pocket covers.  You know I've got zero buckles, the guy who made

    my suits.  You don't even ask any more you know?

DORFMAN:  Yeah.

DORSO:    It's cuffs or no cuffs and it's the same pants.  Like he

    doesn't move them in and out any more.  He's just, that's what I

    want.  But man, if you look at the fuckin suits, if you bought a

    suit today, you know the peg leg pants, they've got this big --

    you know, you button the thing, and then it goes like this.  You

    have to open your belt and your tie's sticking out of the bottom.

    That's going to last for about 18 seconds.  I swear to God, by

    next spring, you'll go to put that same suit on and you go what

    the fuck is this?  I mean it's just ridiculous.  You guys are out

    of your minds and both of you went out and bought suits already.

    And the size of the leather feet, then you're all flopping

    around.  In the late 60s, that was the style and guys with big

feet just flopping around.  They were all -- this is ridiculous.
All right so now, what was the deal?  You're looking for two
artists for -- what for?

DORFMAN:  We want to book three or four acts for this, for the 9th.
The next one is Nicki Minaj.

DORSO:    But we don't know who the other ones are?  (overlapping)

BARRETT:  Once we get approval and (inaudible).  And literally have to
pull some strings through some backlog contacts, to get direct
pricing.

DORSO:    Oh yeah?

DORFMAN:  Yeah, I agree with (inaudible).

BARRETT:  One of my friends actually had an idea occur, because it's -
-- (overlapping).  A friend of mine who used to work at Sports
Illustrated, he did a lot of PR stuff for us, helping us out with
some stuff.  He has some urban connections.  He would ask me if
you've got a name, things like that, or he said (inaudible) well.
He could bring -- he'd be the perfect manager for it.  He's
between things right now.

DORFMAN:  We're trying to maximize the real estate.

BARRETT:  Have him in charge.

DORSO:    For what?

BARRETT:  For an event, because it has to be approved around here.  I
know -- because in New York it's illegal, in New Jersey it's
legal.

SANDBERG: It's legal?

DORSO:     It's legal in New Jersey, so -- and nothing's been done

    around there.

SANDBERG: It's so popular.

DORSO:     It's so popular.

DORFMAN:   It's the latest thing.  You're attending one of these out

    there, somebody sneezes, it's literally on my back.

BARRETT:   What's in a name?

DORSO:     And they don't -- they've not gone to an arena, they don't

    do arenas?  Well how come they don't do (inaudible).  What's the

    deal?

SANDBERG: I don't know, should we work in California?

BARRETT:   It really hasn't got here.  Maybe one thing in Atlantic

    City.

DORFMAN:   They did a couple of things in Atlanta.

BARRETT:   But I think that's it, right?  They haven't done anything up

    here.

DORSO:     I can't imagine why you don't bring that right to the --

DORFMAN:   Izod  (overlapping)

SANDBERG: Tom, my partner here, who's at the Prudential Center, he's

    going to help me out and find me some stuff at the Prudential

    Center.  My contacts here have some land that they want to look

    at in Boston, which might be able to do I don't know, some fair.

    You've seen my place here.  My thing is that I worked outside at

    the fair, and other than that I do arenas.  People let loose a

    little more.

DORFMAN:  We talked about establishing them for the rules you know?

BARRETT:  So that's Nicki Minaj.

DORSO:    Nicki Minaj.  That's her?  Who's that?

DORFMAN:  That's a guy with her.

DORSO:    That's the whole song?

DORFMAN:  It's a number one hit.

DORSO:    I want my money back if that's all there is to that.

BARRETT:  Sometimes she's good, like an English artist right now.

DORFMAN:  We're going to be advertising it too, through this pitch.

     So that's across 92.3 NOW.

BARRETT:  Yeah, 92.3 and --

DORSO:    They used to be K --

DORFMAN:  They used to be KRock.

DORSO:    Now it's 92.3.

BARRETT:  They're the mainstream station.

DORFMAN:  They're the mainstream station, top 40, pop, R&B.

DORSO:    And they're going to help promote the show?

DORFMAN:  Yeah, that's what -- we're giving them photo shots.  So

     that's that one.  Next is Trey Songz.

DORSO:    Trey Songz.

DORFMAN:  Trey Songz.

SANDBERG: Trey Songz, who opened up for J-Z.

BARRETT:  Yeah.

DORSO:    He just did a celebrity all star game.

DORFMAN:  You've probably heard this.

DORSO:     All I can have is the elevation, which doesn't matter.

DORSO:     Now why would you think I heard that song?  (overlapping)

DORSO:     Let me say this again Chris.  If I heard that on the radio,
           this is the opening act?

DORFMAN:  The song is called Say Aah.

BARRETT:  We're going to get you Frankie Valli and the Four Seasons.

DORSO:     Frankie would be my speed.

DORFMAN:  We actually -- when we looked into older bands and stuff
          like that, we booked Primary Wave, because they've put on more of
          these things and kind of can handle it you know?  They coincided
          with us, (inaudible).

BARRETT:  Yeah, but that --

DORFMAN:  They're the one that -- they can deal with it.

BARRETT:  Well they've got that beat.

DORFMAN:  That would be an opening act.

DORSO:     It has to be subliminal advertising at the mortuary.  I
           think that's where most people hang out that are my age.  We go
           to the funeral parlor.  Who's this?

DORFMAN:  That's Fabolous.

DORSO:     Fabolous.

SANDBERG: I've heard of Fabolous.

BARRETT:  He has the number one song right now.

DORSO:     He says he only gets $70,000.

DORFMAN:  No, that's just a part of it.

BARRETT:  I mean, we're getting him for $30,000.  He's a local guy

that I know everybody knows.  Knows everybody.  But he has the

number one song right now, and he always comes out sober I guess,

so I figured for that price.  Summer song will come out and it

will be right up to ten.

DORFMAN:  It went up the charts.

BARRETT:  It's is huge.

DORSO:   Is it?  Breaking in or not, you could put them in the ad.

You could put them probably with --

SANDBERG: And so what do we -- what do we charge on this night?

BARRETT:  This, well we just sat down and talked on this.  I did some

field research, looking at similar concerts going on in the

areas, Lil Wayne, who is headlining Bamboozle, he had this --

we're talking similar, only Lil Wayne's hotter, but he's turning

$55 a ticket, to $145 , and that was at the Long Island

Convention Center.  So as of fees and everything on Ticketmaster,

was coming out for about $74 to $160, $170.  So if we want to

have a general admission here, of somewhere around $55 bucks or

so, and then we want for the front row, the VIP.  We want to

create kind of a VIP experience that other people are doing.

We're going to tie-in like that front row and towards backstage,

get some food and things there.

DORFMAN:  Very comfortable.

BARRETT:  Make it very comfortable and you know, the bicycle plans for

          security, and see regarding the county right here, see if we can

          up-charge that.

SANDBERG: Something like that, like they have at the Lincoln Center,

          so you can walk into the bar and you're the only people sitting

          there.  That's the life.

DORFMAN:  It really changes stuff up, serve food there.  We take extra

          money.  And VIP like really high end.

SANDBERG: These are kids who (inaudible) parents.  They would love

          (inaudible) that was pretty much my idea behind it.  We get all

          these suburban type kids with daddy's money to go to a concert.

DORSO:    My son Mike, he's 22.  He goes to Hoboken on Saturday right,

          for the parade.  It's eight dollars for a beer.  So now, there's

          a perfect example of he can spend whatever he wants to spend,

          when he wants to spend it.  Because we went to somebody's house,

          apartment, had a couple of beers, then we went to the bar and it

          was eight dollars a beer.  He goes, I'm not paying eight dollars

          a beer, that's what he says.  He goes, I was there with my

          girlfriend.  He goes, eight dollars a beer, every one is sixteen.

          He says to me, I'm a master of finance.  (laughter)  He said he's

          just taking up space now because he -- he's got one more semester

          after this, because he transferred from up in Rhode Island.  He's

          in entrepreneurial studies.  He says he learned more in the

          summer here than he does at school all year.  He said, now you

want me to go for another semester, for what?  I said for the

little diploma, that's what you need.

DORFMAN:  Right, hang it on the wall.

DORSO:    You want to hang it on the wall, that's what you've got to

do.

DORFMAN:  So we have to determine what we can charge for that

experience.  The VIP parking and stuff and who knows, $200, $235

tickets.

DORSO:    Do we have a date on that?

DORFMAN:  Yeah, it's June 30th.

DORSO:    June 30th is -- that's the Friday before --

DORFMAN:  Thursday.

DORSO:    June 30th is a Thursday?  What's the other thing that we're

talking about, July 7th.  That's the Thursday after, this is the

Thursday before the 4th.

DORFMAN:  June 30th is a Thursday, yes.  We're trying to keep the

Fridays, Saturday open, because part of that -- because that

company out with two day festivals with three and two day

festival Friday.

DORSO:    Yeah.

BARRETT:  They're having a teen thing, like Kesha, they recall

something with her.  You know, we're just negotiating prices.

Justin Bieber and Selena Gomez.  You know Justin Bieber?

DORSO:    Yeah, yeah.

DORFMAN:  Yeah, and his girlfriend.

BARRETT:   We have our final seven longer acts pretty much locked up

        this year.  What we have is Selena Gomez, with a beach festival

        each weekend, correct?

DORSO:    Now -- now let me ask you.  When you talk to all these guys

        that are in the business.

BARRETT:  Right.

DORSO:    You know the arena, why doesn't it have something every

        three days?  Because you can't.  They can't.  You can't absorb,

        there's only so many dollars for so many tickets.

BARRETT:  Different markets.

        (overlapping dialogue)

DORSO:    Exactly.  Make sure you don't cross that line, because they

        can only --

DORFMAN:  Everything at once, from a college fair to wrestling to the

        UFC.

BARRETT:  No I'm just saying, he goes for total different markets.

DORFMAN:  So wrestling is a father/son thing, maybe a family.

BARRETT:  The demographic too.

DORFMAN:  You know, beer buddies.

DORSO:    Right, right.

DORFMAN:  It's not somebody who's going to go dance or you know, goes

        gaga over Fabolous.

DORSO:    But even the -- even the entertainment, it's why everything

        is different.

DORFMAN:  The Latin market's different.

BARRETT:  The Latin market is different.  There's top 40, you have

teen acts, your four bigger events right now, all different, and

then we want to do something for the baby boom crowd, do like an

older rock band or something like that.

DORFMAN:  This is the guy, if I remember.

BARRETT:  Then if you had a college event.  (inaudible) short notice.

The main thing -- you've just got be cool about it if it's going

to take too long, but that's definitely for next year.

SANDBERG: The other thing too is sponsors.  If we can get some new

sponsors, I think it would be really cool to have it sponsored,

then that's funding for us.

DORFMAN:  There's a guy on the phone, he wants to speak with us.  What

were you just saying?  You're in a meeting with -- you're in a

conference.

M:  We want work with the rock, the hair bands.

DORFMAN:  What date is that one?

M:  We have multiple dates going, just any one of them has

availability.  We just made a couple dates available right now.

But right now we're looking at specifically, the 30th to the 2nd,

that weekend there, or the eve of the 9th.  I was wondering if

you guys are all planning on a venue.  I'll send you guys out a

letter of (inaudible) move forward on this.

DORFMAN:  I'm with the owner of the venue.  He's the president of the

state fair, right now.  He's on it now, but he can hear you.

SANDBERG: Al, I think the 30th, we having something going on with

Drake, so I think the 30th won't work.  But other than that.

DORFMAN:  Yeah, I think the 1st and 2nd would work, or the 8th and 9th

would work for the 80s hair bands.  I like the 8th and 9th.  Does

that sound good to you?

DORSO:    Yeah, I think the 8th or 9th is probably good.

DORFMAN:  Al, so he likes the 8th and 9th, it gets a little more

harder to promote that one too.  All right, so let's go forward.

Get the letter over to us and then we'll get a contract going,

all right?

M:   All right.  Are you guys (inaudible) what other dates do you have

available (inaudible) Latin Fest -- since you guys are booking

all the acts.  What's going on with you guys?

SANDBERG: We've got Romeo solo too.

BARRETT:  We have the 2nd and 3rd available for the Latin Festival.

M:   OK.

DORFMAN:  So I guess we have three days with the Latin stuff, you know

between those two weeks, and then we'll figure it out and get it

done.  So don't block out another date, to move down three to one

again, when we put it -- that's just -- these are open for the

weekend, for conversation.  All right?  All right, I'm still in a

meeting.  All right?

M:   OK.

DORFMAN:  All right, thank you.

DORSO:    What's the -- how many people do they expect at the Latin?

DORFMAN:  I think the Latin, Al, it will sell out.

DORSO:    You're sure?

DORFMAN:  Yeah.

DORSO:    Because last year --

DORFMAN:  I understand.  We did it -- we went through (inaudible), we

    told you that.  You know what I mean?  That was the deal.  The

    artists so far that we have --

DORSO:    Big names.

DORFMAN:  (inaudible) Wisin Y Yandel (inaudible) Don Omar.

SANDBERG: That's two for the Romeo thing.  Aventura, but minus Romeo.

    They're breaking up.  He's doing one more show with Aventura.  He

    doesn't have anything else booked after that and he's like -- I

    mean, they sold out in about two days.

DORFMAN:  They want to --

SANDBERG: With Aventura.

BARRETT:  They were one week after us.  They sold out two days in a

    row.

DORSO:    And this guy's going solo on his album.  He's their main

    act, little girls like him.

DORFMAN:  So he won't be able to do two in a row you know, but we'll

    combine them in the festival, and he'll do -- (overlapping).

SANDBERG: She was having dinner with him last night and the guy's

    doing her a favor.  Her fiancé stole her sweet sixteen or

    something, so they were sitting down and she said he's going to

put through to me last night.  If she can get herself back to

that.

DORFMAN:  And Wisin Y Yandel are producing guarantees.  They're the

ones that --

SANDBERG: They're hard hitting.

BARRETT:  Those are hard hitting, heavy ticket sales.

DORSO:    Did you have your buddy talk to Delaware North (inaudible)?

DORFMAN:  Yeah.  He wanted to set up a meeting.

DORSO:    Well, you should do that, don't let that go.

DORFMAN:  I'll jump on that right after today.  I just need to know

your schedule.  It's perfect, it's easy, stuff that he said

perfect, no problem.  This is a company working with --

BARRETT:  So yeah, I mean if we're going to Tom, get used to be --

emailing.

DORFMAN:  He's on the Meadowlands.

Sandberg BARRETT:    The Meadowlands too.  Tom is the Meadowlands

(inaudible) he does a lot of corporate events.  He's helped me

put together -- that was out last big act, was the American Idol

event.  You saw, it was put together.

DORFMAN:  We haven't received his proposal yet.

BARRETT:  This week, we sat down on Thursday last week.  He also has a

lot of the small stuff, some acts for small stages.

DORFMAN:  That's where --

SANDBERG: So that's -- he was going to help us with that.

DORFMAN:  Let me get light of that one.  We'd like that.

SANDBERG: I think the American Idol thing was pretty cool, the top ten

losers maybe, something like that, and we could get the whole --

DORFMAN:  And who did he say was going to host it?  The back end

producer, to produce every show of American Idol.

SANDBERG: He goes only two for the Latin Festival, for backup.  I

don't know if we're going we're going to pay for help on that.

Just like the Harlem Orchestra, getting Grammy's every year.  I

don't know.

(overlapping dialogue)

DORFMAN:  Now he's in corporate.

DORSO:    Certain assets should be corporate.

DORFMAN:  So what we would do through him is the American Idol and

some of the support that you're looking for.

SANDBERG: I think it's good because he's going to help with the

sponsors, because of his corporate stuff, they would obviously be

corporate sponsors.  I also have --

DORFMAN:  Yeah.  I'll give you the letter right now.

SANDBERG: I have a meeting with the vice president of AXE.  So another

part would have to be -- you know the Priscita's, Priscita

Development, Billy Priscita (inaudible).  His family -- his

sister is from New York.  He's working on a project with his

brother right now, straighten out Patterson.  They don't about

that stuff.  Billy was less involved in music, so he actually

developed this sleep apnea device.  So they each put in 35-grand

and it's $70,000 now.  But he managed like a $1 billion hedge

fund, so he's credible.  He's got some pretty cool contacts and
he's actually pretty close.  He's real close to Addison's office,
we called him on the speaker phone.  Good contacts.  Sponsorships
I think too, but I don't know if that's going to work, so I think
that's why he stepped out.

DORSO:    Well that would be good.  (overlapping).

BARRETT:  Yeah, for sure.  (phone ringing)

DORSO:    You know, you can get big commissions and it's not a few
bucks if you get a good sponsor.

DORFMAN:  You've got to have -- I have somebody you guys want to meet,
with the text.

SANDBERG: Oh yeah.

DORFMAN:  Or have some location, that he broadcasts, like on the side
of the stadiums, texts the answers to questions and he gets
people to participate through a text message, and it's like you
agree to like advertisements and different thing and like the
advertisement like when you respond like you know, brought to you
by Verizon or brought to you by this or that.  They were really
confused.  Like, they can win a laptop.  They're going to
pressure me on it.  They're like, can we get screens around the
Fair?  And I was like sitting with the owner.  I'm sure that you
can get the sponsor dollars will get you the screens up.  I think
we told him yes.

BARRETT:  We need it on paper for them, but they've been pressing us
hard.

DORFMAN:  They've been pressing us hard, because they're telling us

this kid has this thing locked and we can get so much massive

sponsor dollars.  They want to be the sponsor.  They're so on me

about this.  And then I was like, having these screens up.

DORSO:    How hard do you have to strain to see?  They're looking for

10-by-10s or bigger stuff?  The shit's expensive.

DORFMAN:  Yeah, but you'll have the sponsor money for it.

DORSO:    Well that's what I'm saying.

SANDBERG: We're thinking about using a sportscaster to do the PR, do

different marketing.  (overlapping)

DORFMAN:  Or, the thing that you're going to do, interaction with the

cell phone and the screens, how many screens do we need?  Why

don't we put him on speaker and let him explain to Al what it is.

SANDBERG: She was on Fox Sports.  That was his first client.

DORFMAN:  All right, someone's on the phone.

SANDBERG: He sent me that panel, from the city.  So he's got those

contacts with the NFL, and he was telling me that he went down to

the Super Bowl, because they had a license there (inaudible) he

met with the vice president (inaudible) so on and so forth.

We're supposed to meet him tonight actually, for a birthday party

for one of his clients.  I think he'll have a lot of sponsors and

I'm going to talk to him.  He's going to be -- he's going to meet

Chris as well.

DORFMAN:  All right, just tell him to give me a call a little later or

whatever.  I will call him as soon as I get out of a meeting.  If

he wants to call me, tell him to call me now, if you get him on

the phone.  All right?  All right, thank you.

BARRETT:  He's going to talk to him about sponsorship.

DORFMAN:  Yeah, Tony.  I'm going to have to get back to him.  Fashion

TV.  This is a proposal we received.  This is from our guy over

in England.

BARRETT:  He would get us sponsors to pay for this.

DORFMAN:  (inaudible) hit 140 million homes across the world, and 40

million in the U.S.  They're saying, basically they would make

sure they (inaudible) the sponsor money in line for us to pay for

it, because they're saying the sponsor money out of it

(inaudible) tremendous.  You'll see the demographics of the

target.  I think I have -- because they have actual information

over here, the demographics.  Let me see.

BARRETT:  What's it called again?  Fashion TV.  They get paid.

DORSO:     Where do you get the sponsors from?  From them?

DORFMAN:  They supply the sponsors if we allow them to do the event,

and they get us some major sponsors, like hundreds of thousands

of dollars.  We say we need a sponsor and we get a sponsor.

DORSO:     And it goes on Fashion TV, that's the cable?

DORFMAN:  Actually, the last time it was 140 million, and that's 40

million U.S.

SANDBERG: You can make money.

DORFMAN:  So it knocks the publicity out of it you know?

SANDBERG: That's why (inaudible).  So you're going to have national

media on that and you're going to be on -- you're going to be

marketed now, the venue's going to be marketed now throughout the

country, at all these different events.

BARRETT:  Yeah, yeah, this ad shows the Fashion TV Channel belongs to

top ten TV channels.  CBS is number one, National Geographic two,

Discovery is number three, Russia Today four, Fox is number five.

Fashion TV is number six.

DORSO:    Number six, really?

BARRETT:  Yeah, they're above Victoria's Secret, Bloomberg, CNN and

Vogue.

DORFMAN:  That's fucking crazy.

BARRETT:  So I guess that's how they get their sponsor dollars and I'm

sure a lot of people view them.

DORFMAN:  Yeah.  They have (inaudible).

SANDBERG: I would also say if we had free space, we could focus on

doing a Jets/Giants autograph signing, just to fill in the day.

DORSO:    The biggest problem with that is that they have mini camp.

The fair starts, the mini camp ends, just before the fair starts,

and then they disappear.

SANDBERG: I would have guessed that.  My sister went out with Brian

Cushing (inaudible) Mark Sanchez.  Mark's -- we've met at least

five times.  Get some of those guys to stay.

(overlapping dialogue)

SANDBERG: I also have -- Leo Ehrline, who works for the Nets, is a

good friend of mine.

DORSO:    Leo started here, at the arena.

SANDBERG: Yeah.  Leo's a good guy, a real good guy.  He helps me out

with some stuff.

DORFMAN:  I really like the Jets and Giants, and then the Giants, I

can get -- on my end, I can get Ahmad.

SANDBERG: Yeah, and Brandon.

DORFMAN:  I'm good friends with all those guys.  I hang out with

Ahmad.

BARRETT:  We can get BJ.

DORSO:    You can send those guys to my Honda store.  Forget about --

now, we've just got Kawasaki, Yamaha.

DORFMAN:  Really?  (overlapping).

DORSO:    For 15 years, every November, I go over to the buy -- the

guy next door to me that sells Kawasaki.  Fifteen years.  Every

year he says no.  This November he said no, I don't want to do

it, he goes you know I've got kids.  I said all right, I said OK.

I said chew on this, I said let's merge.  Finally, you know I

mean it just makes sense to have all four of them there.

DORFMAN: Go get us that stuff.  You get all three marketing.  When

we're ready, we can get (inaudible).  So we still have -- I'm

going to start with the Giants and Ahmad Bradshaw, Danny Way,

Brandon Jacobs, and then there's this other guy Dre, who's last

name -- but he's like the lower running back.  The all the

running backs.  He had his security guard with him, a guy that
was huge.  My friend was there, he walks up on the front, and
they have all the girls out there, they order drinks, everything.
He walks up to the front of the pontoon boat to get the ice, too
much weight on the front.  All of a sudden, the water comes over
the whole thing.  They're up in the air and both of them are
sliding off the boat.  The one girl is hanging over the edge of
the boat.  It was so funny.  And Danny, he can't swim.  Ah, no,
no, no.

DORFMAN:  I'm a fucking Jets fan guys.  Sorry, I'm about to kill your
running back.  I called them up, I'm like I need tickets.
They're like for what?  I'm like, I need your ticket so I can
swap them out for Jets tickets.  That would be such an ass hole.
(overlapping).

SANDBERG: Bob Henderson doesn't do appearances.  Brian told someone
close to him, the guy doesn't like doing them at all.  Plus, if
they found someone (inaudible).

DORFMAN:  Ahmad did that (inaudible).

BARRETT:  They also bring you back.  (overlapping)

DORSO:    And the deal is you know, we've had some guys -- we've had
some guys out there, through the Giants, and they said he wants
to come out with his family.  I mean, we give total VIP.  You
know, he comes in, he parks inside.  We give him a place to go,
you know we've got the office there, there's bathrooms.  They sit

and eat what they want, and then we stamp their hands, the kids
go on the rides.  I mean it's you know, it's done right.

DORFMAN:  And they like that.

BARRETT:  That's how we do deal with them, right?

SANDBERG: My brothers came to that.  We were training with Brian
Goldman.  Joe Carini was the trainer, so Chris made a deal with
all the Giants there, and wanting to go, oh he's training with us
and me and Tommy would go.

DORFMAN:  It was actually very organized.  (overlapping dialogue)

SANDBERG: Tiki Barber trainer, Joe Carini.  Oh God, he's crazy.

DORFMAN:  He's around here.  Tiki Barber, when he was just like so-so.
The minute he trained him, then (inaudible) more like a strong
man competition, like ten years around New Jersey.  The cat's out
of his mind.

DORSO:    So with this, we have to get the sports authority approval,
yes?

DORFMAN:  Yeah.

DORSO:    And you've got to find -- you've got to get more
information.  Would it work too.

DORFMAN:  (inaudible) or something.

BARRETT:  This is stuff that has come across our plate that as you can
see, I'm sure you can tell the amount of work we're putting into
this.  We're working 12 hour days.

DORSO:    Twelve, and that's it?  Twelve hours?

BARRETT:  Sometimes I take an hour break.   (overlapping)   They want me

    to confirm.

SANDBERG: For today.

BARRETT:  We're working on that.   This is the beginning of the

    electronic dance.

DORSO:    Jonathan Peters.   And he's, he's who now?   Who is this guy

    going to be?

DORFMAN:  Jonathan Peters, he's going to be one of the three

    headliners.

DORSO:    One of the headliners.   With a name like Jonathan Peters?

DORFMAN:  He won the 2000 -- and he was the number one DJ in America.

    The number one DJ in America.

DORSO:    But he doesn't have a name like you know.

DORFMAN:  Oh, like (inaudible)?

DORSO:    Yeah.   What's the deal with this fucking guy?   It's

    worthless without a name.

DORFMAN:  That's direct contact.

DORSO:    Sonic Nation.   What the hell is that?

BARRETT:  That's the name of the event.

DORFMAN:  The name was changed.

DORSO:    That name has changed three times now.

DORFMAN:  Now it did.

DORSO:    If it's going to cost you money, you have to change it

    again.   All right?   You heard that right?

DORFMAN:  Yes.   We had problems with -- (overlapping dialogue).

BARRETT:  This is actually going to cost us $8,000 to get.

DORSO:    What is?

DORFMAN:  The domain name.

DORSO:    Why?

BARRETT:  Because we want the .com.

DORSO:    Couldn't you find one that you guys don't have to pay for?

BARRETT:  The partners just disagreed.  We're having creative

    differences with that.

DORSO:    What was the other name?

DORFMAN:  We have under one sky.

DORSO:    Just call it Sonic Galaxy, forget about nation.

DORFMAN:  We had shockwave but we couldn't get the -- there's a

    trademark on that.

DORSO:    And who has the trademark for that?

DORFMAN:  Somebody in Atlanta.

DORSO:    Are you sure, because it's a pool chemical, shockwave.

BARRETT:  There's a hundred (inaudible).

DORFMAN:  Shockwave music like festival in that area.

BARRETT:  Somebody had Shock Wave but they had the live musical

    performances and there's a trademark.  Maybe working out an

    endorsement thing.  And that would mean then it was (inaudible).

    So basically that was twenty-hour workdays (overlapping

    dialogue).

DORFMAN:  Let's call it Al's fest, I'm done.

BARRETT:  (inaudible).

DORSO:    A shirt that buttons up to here.  I'm letting my hair grow
          on my chest a little longer.

DORFMAN:  The real Jerseys control the shore.  So this is that one.

DORSO:    There's no contract signed here, what happened to this?

SANDBERG: We didn't sign anything we didn't sign any of the contracts
          (inaudible).

DORSO:    Why?

SANDBERG: We have no venue locked up.

DORFMAN:  I told John I said -- I told John, because he doesn't know
          you.  I said look, I said Al has given us his word that this is
          our deal and Al's word is solid, you know what I mean?  And you
          know, that's what I told him.

SANDBERG: Yeah, that is the situation.

DORFMAN:  We had a verbal agreement and Al will stand on it.

BARRETT:  The other people that were involved, I might be nervous as
          far as Live Nation if you went over there.  There was four men at
          the meeting, there might be no way to be sure of that.

DORSO:    Listen, if I was trying to pull a fast one, I wouldn't have
          told them I'd call you.  I said have (inaudible) fall apart
          completely.  I said the contract I have with him is good, unless
          they fall apart.  I said, so they have stuff to show me and I
          said if it doesn't happen then we can talk.  I said but until
          then (inaudible) Who's Matthew Dear?

DORFMAN:  He is a techno band -- he produces musicians on a live
          performance.

SANDBERG: Actually, you know what, I want to get confirmation from
    Pharrell, and he can discuss it with him.

DORFMAN:  Yeah, get that.

BARRETT:  We don't want (inaudible).

DORFMAN:  No.

BARRETT:  No, we do not want (inaudible).

DORSO:    Did you figure out a ticket price?

DORFMAN:  It's still a little up in the air.  We'll probably find out
    next week or something.  Now this here.

DORSO:    Who's this guy?

DORFMAN:  This is -- we're in the process.  We're confirmed already,
    we signed, see here.  This is Armand Van Helden, $50,000.  This
    is an instructed offer from X-Mix, the booking agency.  He is one
    half of this group, Duck Sauce, who -- you know, Armand Van
    Helden A-track and just, as you see, it's 43 million hits or
    views for this one particular song.  It's the biggest thing in
    the dance industry right now.

DORSO:    You only get half, you're already down to 21 million.
    What's the deal?

DORFMAN:  Well, here's the deal.  It's $100,000 for the two of them.

DORSO:    Yeah.

DORFMAN:  He's accepted $50,000 and he's agreed.  So if we spend
    $100,000 to go and get Duck Sauce, or we pay half of it and
    promote it or market it around Armand Van Helden, part of Duck
    Sauce, you know and spend $50,000.

DORSO:     And what does he do?

DORFMAN:   He's a DJ.

DORSO:     Another DJ.

SANDBERG:  I don't know this market well.  I know a bunch of kids go

           and they like to drink and party to it.

BARRETT:   This here is an email correspondence, you know it's the

           requests.  Then this is the confirmation, the $50,000, five

           thousand, fifteen, five.  Basically, just the contract is a go,

           we can do whatever we want, let me know.  Really, that's a little

           bit of stuff.  We're just deciding and kind of seeing how

           everything shapes up.  But we see what we have here, so I can

           explain it.  That was together with that.  So this is a post.

           That was the offer sheet into the William Morris Agency.

DORSO:     And?

BARRETT:   Steve Angelo.

DORSO:     One beat rock.

BARRETT:   Bloody Beat Roots.

DORSO:     Beat Roots?

BARRETT:   Yeah.

DORSO:     It still looks like rocks to me.

BARRETT:   And you know, the Electronic Dance stuff, there's some like

           rock bands mixed in, they're not really rock, they're more

           electronic.  They just give it a different feel.

DORSO:     The shit robot.

BARRETT:  The Shit Robot I think he's confirmed, if you want his

      autograph.

DORSO:    You're talking about (inaudible).

BARRETT:  Rye Rye (inaudible).

DORSO:    He's the guy I want to -- why only it's five grand.  Why is

      that?

BARRETT:  You don't want to go there.

DORSO:    I don't.  He's only five grand.

Dorso SANDBERG:    And who's going to -- which one of these artists

      are going to attract the crowds?  Any of these?

BARRETT:  Steve Angello.

DORFMAN:  Yeah.  Right here.  Steven Angello.  These are things

      (inaudible) Prodigy the big like electro rock band.  Their tour

      sold out, I think in four hours.  They just toured, I think, his

      name -- this guy, Mark.

BARRETT:  This guy just sold out six thousand people right.

DORFMAN:  No, he did eight thousand.

BARRETT:  Eight thousand.  This is about a month ago.

DORFMAN:  And that's been confirmed.

BARRETT:  A hundred dollars, figure you get eight thousand people.

      That's pretty good.

DORFMAN:  And he's doing a Size Matters tour, which is going to be

      billed as an official, you know North America/U.S. tour.  He's an

      international guy.

DORSO:    You've got Tiesto on this (inaudible).

BARRETT:  No we don't have Tiesto.  That's just an email

     correspondence.  Tiesto is on the offer sheet.

DORSO:    This guy thinks Tiesto is going to close down the show.

DORFMAN:  No, if you see the correspondence, he corrects it and says

     that was just left on the sheet accidentally.  That's that.

     There are also -- our partner is actually in

SANDBERG: Las Vegas.

DORFMAN:  Las Vegas with Tiesto.

DORSO:    You know how Live Nation works.  They're all over this

     event.  They're telling Tiesto, you play that event --

     (overlapping)

SANDBERG: We know that they're blocking talent.  We know that they're

     doing something because (inaudible) four of the biggest artists

     in a week (inaudible) so I know (inaudible) you have money to

     show and you have proof of funds to show (inaudible).

BARRETT:  Live Nation is blocking talent (inaudible).  Live Nation is

     trying to interfere on all levels.

DORSO:    The deal is, if you can prove that, you can make more money

     in a lawsuit than you can in this venue.  I would be doing both.

     Of course, I don't know where you'd go from there, you know if

     you ever go anywhere in the business, because Live Nation is the

     800-pound gorilla (inaudible).

     (overlapping dialogue)

DORFMAN:  Live Nation (inaudible) they came to you, bashed us,
     slandered us -- you know what I mean?  Right?  Said we're just
     like broke (inaudible) produce talent (inaudible).

DORSO:    Never done it before.

DORFMAN:  Never done anything before, you know.

DORSO:    I said OK, I said they told me they've never done a show
     this big.  I said they're out, bringing the people in (inaudible)
     do the shows.

DORFMAN:  We went out there and -- see, we're working on everything,
     you know what I mean?  Not one project, you know?  And as you can
     see, we're working around the borders. I took Ninety percent of
     all my business (inaudible) bulk of time on this.  You know, You
     gave your word on it (inaudible) verbal deal to go forward.  So
     they've gone that way, and then when we went and spoke with them,
     they came in, they were basically -- they were threatening our
     deal when we sat with them.  That's (inaudible).

BARRETT:  We had a nice little talk.  We'll go back there.

SANDBERG: Wait a second, do you have any --

DORFMAN:  He came in and he said – John D said my relationship with Al
     Dorso, I'll (inaudible) loophole in your contract and I'll kick
     you out the door.

SANDBERG: He said he knew (inaudible) loopholes in the contract.  He's
     seen the contract (inaudible) he knew dates though.

DORSO:    (inaudible) wanted to know when you had to get stuff
     (inaudible) I don't know if it's the 1st or the 5th.  And I said,

I don't know where the contract is right now (overlapping dialogue)

SANDBERG: They have seen our contract.

DORFMAN:  You either kick your partners out or you come and he's asking so much.  You kick them out and you come -- accept 50 percent, we'll work together, you know?  And I said well listen, a lot of stuff's in motion, I'm not going to kick somebody out, that's not my -- I'm a standup guy you know what I mean unless if they do something wrong, I'm not going to kick them out you know?  I'll discuss it with them, but that's not how I operate (inaudible) character.  I respect who you are, you know what I mean, but we've been working on this thing for -- love to work with you

(overlapping dialogue)  I wouldn't give them my information, because I know -- they want to know, what do you guys got?  I don't think you got anybody, you know?

BARRETT:  We kept it close to the breast, we kept it here, because we know there's other stuff that they're interfering.

DORFMAN:  They might interfere with what we're trying to do.

BARRETT:  So they were basically like, what we made clear to them was they're like we (inaudible) what we wanted to talk about was other shows, because we're trying to maximize the real estate… And they were like -- they didn't really give a shit.  They want to put on maybe one show.  They said maybe we can do one show. (overlapping dialogue)

SANDBERG: The other guy said, the only other thing I need, I propose, then he's like (inaudible).  If I'm going to do it myself, I'm going to get the bands.

DORSO:   That's John that says, we can do a kiddie event, see here, those are kiddie venues.

DORFMAN:  Kid event or a teen event.  We all know we can do that, that's what he said.  He was like, that's it.  Very strong armed. I don't really give information on what we're doing, because if I'm back here they can't touch.  And because they only do routed, mostly just routed tours, so there's plenty of artists that are intended to book.  It's pretty much (inaudible).  And I was thinking, we're willing to take it a little bit further and you know.

SANDBERG: But the first proposal was 50 percent.

DORFMAN:  (inaudible).

SANDBERG: Basically, he's telling us they want us to kick them out and bring you in (inaudible) he goes 50 percent.  And then Tom said, we're not going to do that.  We have to discuss it.

   (overlapping)

DORFMAN:  Just like you have a verbal agreement with me I have a verbal agreement with them (inaudible) until they do something wrong to me I'm not going to break my deal with them.

SANDBERG: (inaudible) he had called **Our partners** (inaudible) and had tried (inaudible) who he had just bashed.

DORFMAN:  (inaudible). **bashed so bad to** you.

SANDBERG: So that's why I've been getting a little more involved in

the last week or so, because I see the writing on the wall.

DORSO:    So what you have though, is you brought some buys in, who

were supposed to bring you stuff, and now they can't deliver

because Live Nation is blocking them.  And you're going to -- I

mean, are you going to have a problem with the event?

DORFMAN:  We will be able --

DORSO:    In your mind, think about this.  Think about the amount of

money you're putting out here.  I mean, I don't want to see you -

-

DORFMAN:  The only thing that I could see, we will be able to pull it

off, this year one.  We might have to scale it down a bit on year

one, and then build it after that.  We'll build it up, but not on

these festivals.  People build them over many years.  We were

going full run, year one.  We're still working on a million

different things.  We will be able to produce a successful event

but realistically, we'll probably have to scale it back.

SANDBERG: There's two or three people right now, that we can partner

up with, they could put on that event?

DORFMAN:  Yes.

SANDBERG: OK.  The only issue I'd have (inaudible).  That's how

strongly I believe in them.  So we can find two other people and

(inaudible).  I mean they are already playing with Live Nation,

and you're probably the only person who can --

DORSO:    Don't they do -- don't they work with (inaudible)?

BARRETT:  Well, the only reason -- (overlapping).  Where it goes, our

partners at Area Event, Vito Bruno and John Dimatteo, have a

relationship with the -- they have a relationship.  They went in

and they had a meeting and Live Nation would like to discuss a

partnership for this electronic dance event.  We know why they

need it.  They want to -- they're building and branding a tour

for next year, with Tiesto and Deadmau5.

DORFMAN:  (inaudible). **where it's a stadium tour we want to put on**

**your stage**

DORSO:    Let me tell you this.  This guy, what was his name?

DORFMAN:  Jason Miller?

DORSO:    Jason Miller.  Who seems like a decent guy, I mean I don't

know him.

DORFMAN:  No.

SANDBERG: Scumbag.

DORSO:    Is he?  He wasn't doing the talking, the other guys was, but

I think that they were planning -- and I'll tell you the history.

John, months ago, called my son and says tell your dad that we

want to keep the fence up and have an event the week after your

fair.  So just let him know that we're working on something.  So

he told me that, working on something you know, whatever.  So

they didn't tell me.  This guy says, you know we were even

working this year towards using your fairgrounds the week after

the fair, to put this event on, but we couldn't get our act

together.  And then, he said we had no idea that we could use

your fairgrounds while you were --

BARRETT:  But you offered it to them for three years.

DORSO:    Exactly.

DORFMAN:  So now that we came in.

DORSO:    So John just said, he just didn't understand what the whole

-- what we were talking about you know.  And so he said so now

what we could do it this year, we want to do it.  I said well all

right, I said you're a little late though.  And he was backing

off.  That guy kept saying to John (inaudible) deal, he's got a

deal.  What are you going to do?

BARRETT:  These politics are very, very well.

(overlapping dialogue)

DORFMAN:  When I sat with them, and he was bashing these guys so bad.

I said they're my partners, they're not going anywhere.

SANDBERG: All of a sudden he --

DORFMAN:  Oh, I love them (inaudible) don't you do events with them

(inaudible) yeah yeah yeah they're great guys (inaudible).

**Barrett: Business is Business:**

SANDBERG: Then he was saying, flat out business is business

(inaudible) money thing.  Exactly what he said.  He's like --

DORFMAN:  They don't even know us.  They badmouth us to our partners

too.

SANDBERG: I started ground up, blue collar (inaudible) nursery,

digging holes growing up.  Every dollar I made, nobody gave me.

I wanted to say fuck you.  I wanted to say Live Nation, fuck you.

DORSO:    And they know the deal.  And the reason I like these guys

because they're scrappers.  Right, right.

(overlapping dialogue)

BARRETT:  And you know, that's what I said.  I said John, you started

in the gutter and you know, you couldn't get your act together,

you went in with Live Nation, I said you made something.  I said

that's very good.  I said, I can't believe that you know, you

want to dis these guys.  They are in the same place you were ten

years ago.  Why would you want to do that?  And this other guy

was saying, we understand.

SANDBERG: He's a politician.  He's very, very smart, let's just put it

that way, he's very smart and sneaky.  He's always after that

angle.  Oh, I can't get it through the fair, I'll try to get it

through these kids, oh, these kids don't want me, then I'll try

to get it through Vito and John.

DORFMAN:  If I can't get it through you, you know?

SANDBERG: We left the office saying listen, if you want to start

working on stuff for next year, we'll start working on stuff for

next year.  Tommy said we need to talk amongst ourselves talk to

our partners, before we decide if we want (inaudible) anything

this year.  Chris called him about fifteen minutes later and said

-- go ahead, Chris (inaudible).

BARRETT:  I called him up.  I knew about the Tiesto and Deadmau5 tour
    from my contact in Europe.  I knew what was going on.  So I
    called him up and I said hey listen, just out of curiosity, we're
    negotiating as partners, that Tiesto and Deadmau5 tour.  If we
    were able to work out an arrangement to bring you on this year,
    if it works out, is that tour going to land on our stage?  You
    know, that's what I'll probably need to know.  Basically, I'm
    saying are you going to come and use us this year, and then go
    down the road next year and knock our lights out.  When we could
    go right through Johnny with the music, in the house world and
    not get slaughtered by that.  And he was like -- the guy was
    shook.  He goes, **its in the realm of possibilities** (inaudible) if
    they'll fund our show year one, and they want to come in and
    bring that Tour.

SANDBERG: Next year.

DORFMAN:  To the state fair, Meadowlands Fairgrounds that we have an
    agreement to we'll go balls to the wall with them this year.
    It's not --

DORSO:    You put that out there to them?

DORFMAN:  We put it out there.

SANDBERG: Whoa, whoa, whoa, wait, wait, wait (inaudible) because
    that's where I lost my head.

DORFMAN:  It's no mistake.

BARRETT:  There's no partnership.  This is just an email that our
    partner sent to them that we were considering a partner and each

of us, a third, a third, a third, to do the event.  And then if

Live Nation put on other events here, that they would get 66

percent and --

SANDBERG: We would get --

BARRETT:  And our company would get 33 percent.  (overlapping)

DORFMAN: I never agreed to that

SANDBERG: They wanted to take our land and give us 16 and a half

percent.

DORFMAN:  That's what I wrote back here (inaudible).

SANDBERG: The reality of it is, is that you don't need -- I think

you're connection to England -- I think with the connection to

England (inaudible) nobody else is involved, I think you book

those acts anyway.

DORFMAN:  (inaudible) at this point.  They were really not

(inaudible).

DORSO:    Do you have enough talent that you can be successful.

DORFMAN:  Oh, I can be successful but Live Nation doesn't –

SANDBERG: I know more about this house market than Jason Miller does.

DORFMAN:  There was one agency that they were probably interfering,

holding up the town.  The other one --

DORSO:    Miller said that -- who do you use?

BARRETT:  William Morris.

DORSO:    William Morris.

BARRETT:  That's the one he's interfering with.

DORSO:    Right.

DORFMAN:  That's the one he's interfering with is William Morris, he

        told us that, you know, he's interfering with our talent at

        William Morris.

DORSO:    But he said that that's his agency.  He says, we use that

        agency **EXCLUSIVE**  (inaudible) nobody's getting nothing.

DORFMAN:  But this is the thing.

SANDBERG: That's not true.

DORFMAN:  No, that's not true (inaudible) contract.

        (overlapping dialogue) what they did do is they (inaudible).

        We're working on seven different projects and working on the

        electronic dance at the same time, and we're working on four or

        five things already on the table.  So, one thing they did was

        they delayed the talent where no one can get it at the

        Meadowlands this year, because it ended up going to electric

        daisy carnival, which we could have the work done or we could

        work (inaudible).  So then that moved to L.A., so who's got it

        locked up?  It's a Sunday gig, they took this.  (inaudible) We

        will be able to stage a successful show (inaudible) Live Nation

        will not help us this year in bringing one more person to --

SANDBERG: They're not willing to put -- they're not --

DORFMAN:  Because you want in on this.  We worked towards the thing,

        you have to fund it.  Supposedly, they would fund it.  But this,

        the one partner sent an email out last night (inaudible) to Jason

        Miller.  And it was supposed to state just on the electronic

        dance agreement, that it would be a third, a third, a third but

just the letter of intent.  But our standard was, the show has to

stay on the state fairground next year, because otherwise, when

we do just let them in there, --

SANDBERG:  They steal all our talent, steal the marketing.

DORFMAN:  They steal all the marketing, you know?  So that was our --

they know our terms.  We went to each person with it and they

knew the terms on that.  And then, we proceeded a little into,

they wanted a stage one, or two shows, which they told me they

didn't want to do (inaudible) stage them we were willing to take

a lower percent of the deal.

(overlapping dialogue) I called John last night and was going

over different things and getting dates, and he sent this email,

and he cc'd Jason Miller on it and that's why these guys went

nuts.  And it basically is nothing we'd ever agreed upon.  He was

half asleep when I was talking to him, because I know he was

partying with Tiesto the whole entire night.  So, I **responded

back** (inaudible) show you where the flaw is.  We're like you Al,

we're straight, you know?  I just want to show you -- here's this

email that he sent, which is outrageous.  He raised in the email,

that we're having a conversation for February 4th.  I never even

had this conversation.  It's got an equal partnership clause on

the electric music festival.  Yes. (overlapping dialogue) Under

certain conditions.  They fund it and that next year, it's on

your stage.  But then they go into see violation of finance

trusts.   But then they get into any further shows, it goes into,
would be in different -- is this the same one?

SANDBERG: 66 percent and then 33 percent.

DORFMAN:  Thirty-three percent to Deluna on all shows that I would
never agree to.  I told John, in a letter, I wrote, so this --
I'll show you my response.  I would never agree to this.   I
called him and he said, OK now I looked at it and I sent it
wrong.  You know?

DORSO:    That's your John.

DORFMAN:  Yes.

DORSO:    So what he's saying is that it's a third to you.

DORFMAN:  You know what John said.  So then I just wrote immediately
back to John,

BARRETT:  Call me, this is completely wrong.

DORFMAN:  This information is incorrect completely just so you know
where it stands (inaudible) **so they don't show you this paper
that we agreed to this** we agreed on this.

BARRETT:  They showed me a paper saying that's the agreement, that's
what they had.  That's cc'd first hand.  First hand, that's what
I saw, you know here's another agency, which is am only, which
they have no relationship with.  You know, just to give you an
example.  This is recent stuff, February 28th, we're firming up
offers.  This is an original email to David Guetta.  You'll see,
it's a $175,000 offer.  They wanted know if it's still valid.  We

had a discussion, you know they want to go into contract phase.

That's February 28th.  We're not talking a month ago.

DORSO:     Right.

BARRETT: And this is also February 28th.  This is all premium talent

from am only.  There's multiple different agencies.  We have

stuff where we can do that's never even on their radar.  We can

put in you know, five thousand kids (inaudible) drum and bass

(inaudible) they have no clue (inaudible).

SANDBERG: We also have contacts in agencies, we could have went

directly to, but we didn't go with them because we might drive

(inaudible) offers up.  So we already had people.

DORFMAN:  When the other partner, was sending offers in, he dragged

his feet.

SANDBERG: With John.

DORFMAN:  When he was sending offers in.  If I was sending it also I'd

drive **the prices up** (inaudible).

SANDBERG: Right.  So Tommy can get in there and work with these

people, but do we want to drive the offers up.  We might get to a

point where we have to get in and work ourselves.

DORSO:    And if they know it's the same.  Do you know it's the same

deal?

DORFMAN:  They know it's the same deal, because when he submitted it,

and then he didn't send it to me directly, there's so many offers

going out.  Do you know what I mean?  We have a 150.  One offer

comes in at a different number and agents jump on you and drive

**price up your ass** (inaudible).  They're like wow, you really
fucking want this.

BARRETT:  Do you have the password to the internet?

    (overlapping dialogue)

DORFMAN:  We have a list of artists.

BARRETT:  (inaudible).

DORFMAN:  Like for this year, they come in at zero people.

DORSO:    By the way the other thing is when those guys came here,
they knew an awful lot about the contract, so I don't know who
they're getting it from.

DORFMAN:  We never showed anybody the contract.

DORSO:    Did you tell them stuff?

DORFMAN:  Not anything.

DORSO:    Well how do they know about it?

DORFMAN:  How does who know about it?

DORSO:    John D.  John D. said that he you know, who are these guys
**are have(**inaudible) exclusive, with a 10-year contract.  Well,
how do they know that?  How do they know that there's a 5-year
option on it?

DORFMAN:  I don't know who told them.

DORSO:    We told them that this was before they met you, before --
when you --

DORFMAN:  Right there on that letter.  You gave us a letter stating
that you **gave us a 5 year with a** (inaudible) five-year option.

DORSO:    Right.

DORFMAN:  So if we shared that with an agent or anybody for that

    matter.

SANDBERG: (inaudible).

DORFMAN:  We have to show that this is a single business, you know

    doing a festival for one year, no one's going to be interested.

DORSO:    Got it.  So that would make sense for getting it back to

    (inaudible) agent.

DORFMAN:  These guys with the agent, just use that across the board.

DORSO:    We show them the people, look here's the people.  Did you

    ever hear of this person?

DORSO JR: Yeah.

DORSO:    How about this person?

DORFMAN:  Trey.  That's not Trey.

DORSO:    Trey.

DORSO JR: They're all mainstream.

DORSO:    Would I like them?

DORSO JR: No.

DORSO:    Well, will he sell out the event?

DORFMAN:  We're going for that one, through 92.3 NOW.  This is John

    Sandberg.  So, would you say they're sellout artists?

DORSO JR:  (inaudible) but what kind of crowd are you looking to sell

    out to?

DORSO:    What kind of crowd.

DORSO JR: Black.

BARRETT:  It's how you market it.

DORFMAN:  What it's, 92.3 NOW?

BARRETT:  I wanted to do Ludicrous with it.  I said pull out Ludacris
and put in Nicki Minaj (inaudible) that's what I said, when I
called him.  They had one like black artist in, so we pulled him
out when we had the discussion.

(overlapping dialogue)

DORFMAN:  For instance (inaudible) that's why we're going 92.3 NOW,
it's where you market it.  If you say hey we're -- these guys --
there's so many artists right now that are crossover, across the
board.

SANDBERG: It's a good mix.

DORSO:   Ron VanDeVeen, he's the booking agent for the stadium now,
and he also -- he came from the arena, now he's back doing
consulting at the arena, to book acts.  He said that this
electronic dance is crossing over mainstream now he said, but
it's not there.  He said that's why everybody's going crazy.

BARRETT:  Live Nation said five years from now, it's all going to be
(inaudible) we have an offer for Justin Timberlake, for $450,000,
to sing at our event.  That's you know, do you know how many
girls and people are going to come because of that.  You know,
there's an offer to -- you know Far East Movement, we have an
offer to get those guys next week.  Do you know NERD Pharrell?

**Sandberg** DORSO:    It's interesting, the sports and entertainment are
very close together.

DORFMAN:  Everybody I'm talking to -- (overlapping) 92.3 NOW.  We have
    the contract here.  This is -- and this is going to be their
    official R&B site, and you'll see the rap page.

BARRETT:  Ludicrous.

DORFMAN:  I eliminated that, because this meeting, they're going to go
    up for them next year and -- what's that?
    (overlapping dialogue)

DORSO:    Ron said in the process, you've got to watch out.  He said
    there's a lot of drugs, he said there's a lot of issues, there
    was a death two weeks ago out in California.

DORFMAN:  Two weeks ago.

DORSO:    At one of these -- yeah, at an event, two weeks ago.  He
    actually sent me the email on it.

DORFMAN:  I went over it, it's in my notes.  California is a lot
    worse, because their culture is still a rave, it's in a rave,
    teen.  New York rave scene has been down for ten years.  In
    California, the rave scene is huge, it's in, you know what I
    mean?  It's just, there isn't -- the rave culture here you know,
    if you went to zoo (inaudible).

DORSO:    He said two years from now, he would see them filling
    stadiums up with this.  So right now,

SANDBERG: That's why Live Nation is on the scene.

DORFMAN:  That's why -- we know there's some back end stuff, with the
    Live Nation things and trying to cut behind some powerful agents
    that if anything, it would be dangerous for them, because it's

major artists and some major agents, they're trying to overtake
around them.  You know, that's -- I'm not disclosing any of that.
I'm being honest out in New York, because it's a different
ballgame over there.  A lot of people there, they work with you
and me, they're straight up, like we are, and they can do
straight up business.  Now that we're here, it's just fucking cut
throat.

DORSO:    That's what it takes, that's a pattern with that business.
Live Nation came in like a powerhouse and I guess they thought
they owned the world and they're just going to cut and slash.
That's how you do it to keep control.  I guess that's what you
have to do.

DORFMAN:  So here, this right here, that is definitely -- this here,
we can confirm these prices, offers on our prices.  We need to
send in new offers to confirm.  As a total, these are your
favorite; Shit Robot.  L.A. Riots (inaudible) confirmed the
original offer.

DORSO:    My favorites, right there.

DORFMAN:  Yeah.  His dad wants an autograph from Shit Robot.

BARRETT:  How do you think he signed it?

DORSO:    That would be good.

BARRETT:  So here.  This is in reference to this sheet.  As you see,
the offers were lower, with Calvin Harris at twenty grand, Dirty
South for twenty grand.  I don't think we're going to the Fat Boy

Slim.  We're going to the Airplane, Afrojack, Bag Raiders,

Beardie Mann.  Booka Shade is huge right now.

DORSO:    Booka Shade?

BARRETT:  Yeah.

DORSO:    Booka Shade?  Is that the name, Booka Shade?  That's the

original.

DORFMAN:  So now --

BARRETT:  You never heard Booka Shade?

DORSO:    I don't know anything about Booka Shade.  Let me show you

something here.  Keep going.

DORFMAN:  These are the more headliners here.  Paul Oakenfold is ready

to confirm.  Pete Tong.  Prodigy wants $100,000.

DORSO:    Is he good?

DORFMAN:  Prodigy is a band, they're legendary (inaudible).

DORSO:    Tennessee Ernie Ford.  (overlapping dialogue) Do you know

what he sings?

SANDBERG: Please tell me.

DORSO:    "Some people say a man is made out of mud."

DORFMAN:  You should go when we book that, and maybe you won't be

(inaudible).

DORSO:    You never saw, I Love Lucy?

DORFMAN:  Oh, who knows?

DORSO:    OK so, in one of the episodes, he comes in as uncle somebody

from -- let's see he's Lucy's cousin.

BARRETT:  I vaguely remember that but I haven't seen it in ages.

DORSO:     That was like in the 50s, that was before 16 Tons.

BARRETT:  This is the new offers that went into William Morris.  This
          is very recent.  I think it was done on Thursday, you know when
          we were told get ready to confirm these prices.  So Sebastian
          Ingrosso, the Swedish House of Mafia for $50,000.  Swedish House
          Mafia is the biggest thing out there in the house world.  Roger
          Sanchez at twenty grand, Deep Dish for a hundred, which I don't
          think we're going to take.  I think it's too much money.  Sharam
          is part of Deep Dish, we can get him for fifteen, so why pay
          $100,000, when you can pay one guy fifteen.  These are just some
          fill in the gaps, to create a full billing.  And have the offer
          to NERD with Pharrell Williams (inaudible) so we're working on
          that.  William Morris wanted $100,000, to book it through them.

SANDBERG: I have them at eighty-five.

BARRETT:  Eighty-five he asked us for last week.

SANDBERG: Because I remember seventy-five right now.

DORFMAN:  This is exactly where we're at with the electronic dance.
          We have the contracts that we showed.  So that's what we've got
          right now.

DORSO:     Not (inaudible).

DORFMAN:  I sent you a new slideshow right?  Ever seen the slideshow?

DORSO JR: Yes, I think I did, yeah.

DORFMAN:  Yeah, because I actually show it in --

          (overlapping dialogue)

DORSO:    When are we going to be done with the dance?  You guys are

    doing -- what are you doing, booking this stuff now.

DORFMAN: Yeah, we're booking everything.  You see the contracts,

    they're signed.  We signed a contract.

DORSO:    Just make sure it's not a black event and we're good with

    it.

DORFMAN: We're going to go completely wired.  We're going to

    advertise with 92.3 NOW.

DORSO:    All right.  And what was the other event?

DORFMAN: The wrestling.

SANDBERG: The Latin event just called on, and three days for that.

BARRETT: We have three that you heard, they just confirmed on a book.

    The original bank letter, with the original signature, I can get

    you a copy, so we can just keep our original.  Thank you.

DORSO:    I didn't see that.  This is their crap here.

DORFMAN: Yeah, that's the bios you requested.

DORSO:    Oh no, this is the (inaudible).

DORFMAN: And so with Primary Wave we -- those guys are really

    straight people.  They're just like work, work, work.

BARRETT: They're going to do marketing campaigns for us, deal with

    radio stations on the stuff we're not familiar with.  To have a

    production company, the M3, and they're going to produce our

    event.  If you look here, they do touring.  Primary Wave creates,

    books and promotes concert tours, including da da da.  So they're

    going to be our production house, so.

DORSO:    So when I -- because here's the -- you know that the same

thing is going on over at the sports authority.

DORFMAN:  Live Nation.

DORSO:    Live Nation's badmouthing the whole event and you guys to

the powers that be over there.  So they're telling me you know,

protect your ass, which means protect our ass Al that's what

they're saying.

DORFMAN:  I know.

DORSO:    So on the production end if I say these guys, they'll know

who they are.

        (overlapping dialogue)

DORFMAN:  Vito Bruno's one, he's done Beatstock for 15 years.  There's

production companies that we can bring in.  I can bring in ten

different production companies at least.

(overlapping dialogue)

SANDBERG: I really had to go out and make phone calls.  You know I

mean, that's not going to need Live Nation.

DORFMAN:  And production.  We feel comfortable.

DORSO:    Just make sure that we do it right, because you do

understand that if we do it wrong.

DORFMAN:  Yes.

DORSO:    And they'll say, we're not going to have you guys, you can't

do that anymore.

DORFMAN:  Yes, understood.  We're going to do our best.

DORSO:    We've got to do it right.  You know, the first time can't be
-- especially because there's guys that will be out there saying
to the sports authority, I told you so.

DORFMAN:  Yes.

DORSO:    I told you those guys --

DORFMAN:  We're working around the clock (inaudible) we have all the
(inaudible) **funding** in place.  We know what we're doing here.  On
the electronic dance, I deal with the house music for 15 years.
Those guys have absolutely no clue how to handle that crap.

DORSO:    Right.

DORFMAN:  Without John and Vito.  They have no clue.  They don't even
know where to market it, they don't know who these people are.

SANDBERG: That's why they need this event.  They need to know what's
going on.

BARRETT:  They would use us to build their database, that's our
market.

DORFMAN:  That's why if they wouldn't agree to that **main stage year 2**
(inaudible) that's not (inaudible).  We can create the electronic
dance and still be successful, but if they do it, they get all
the database off it, and then they use it to knock our lights out
the next year.  You know what I mean?  Makes no sense for anyone,
you know (inaudible).

SANDBERG: We told them we didn't need their funding as soon as we
walked in there.

DORFMAN:  They offered.

BARRETT:  They offered?

DORFMAN:  They offered us -- they were like look, it's your deal.

    Then they were saying as far as we know, there's loopholes in the

    contract, da da da da, and we're going -- you're either going to

    work with us or we're getting you out, that's it.  I'm best

    friends with Al, da da da, John D.  I'm best friends with Al and

    Al junior.  I'll get you kicked out in two seconds.  Your

    contract (inaudible).

    (overlapping dialogue)

BARRETT:  They have no clue what we're talking about.

DORSO:    So way, I hear you made the deal with the guys, good, I'm

    glad to hear it (inaudible) **That's what im a tell em.**  We can't

    talk guys, you work with them, which is -- it will never happen.

BARRETT:  I'll never give them 66 percent.  We sent him one for 33

    percent and said at 33 percent, I said you can send an intent

    (inaudible) as long as when it comes (inaudible) the contract.

    Make sure that they don't knock all our lights out year two

    (inaudible) then all of a sudden all that other stuff was

    attached.  I was like (inaudible) never agreed to this, what are

    you talking about, you know what I mean?  Like that's it.  I'm

    like (inaudible) Al's a standup guy.  We made a verbal deal with

    Al (inaudible) a standup guy, you know what I mean?  We came in,

    we've been working around the clock, doing what we said we were

    going to do.  You know?  That's it.

SANDBERG: And you're right (inaudible) on the head (inaudible) if we
      were those type of people like we could stir up a hell of a lot
      of shit right now publicly for them (inaudible) What they're
      doing right now is completely **illegal.**

DORFMAN:  But we don't want to do it that way.

SANDBERG: No, we don't want that.

DORFMAN:  We hired someone to come and take this project and give it
      life and show what it really is.  Why is it not playing, the
      internet?  So you can see, those two overview.  That's just an
      overview of the bullet points, which we all know.  Production.
      We've got a cool video clip so you can see what it looks like.
      That's Electric Zoo right there.  This is really cool.
      [plays video] And that's David Guetta, the guy we're really
      pursuing right now (inaudible) for 175 grand.

DORSO:    You don't say anything bad, right?

BARRETT:  Just you know, transportation, it's your vendors, rides, et
      cetera, et cetera.  Venue support, capacity.  Fair ticket
      included in every event package.  That's your marketing support,
      which we agreed to, combined with ours actually.  It's
      intertwined.  Our advertisements, and we just go through our
      marketing.  Nice shot there.  Google Maps, that's the area,
      showing it.  A little bit about us.

DORSO:    That's not a screen for old people.

DORFMAN: And this is you know, just the marketing summary.  There's
      no marketing separation.  Basically, our impressions and whatnot,

the sponsors, we really spent time getting this in order, as you

can see.  It's going to be shared with the PR firm.  I think I

already sent it to them.

SANDBERG: Now, Primary wave is also putting together an entire sponsor

package for us, on top of everything they're doing.

BARRETT:  We're going hit the primary -- we have all of this

(inaudible).

SANDBERG: We're going to have three or four different groups working

on the sponsorships, not just for us but the fair as well.

DORFMAN:  That sounds right.  We're talking serious dollars to

actually (inaudible).

SANDBERG: The main shore --

DORSO:    He just made a phone call for me, to the vice president of

Axe, so I'm sure that we'll get someone.  I'm hoping to get them

as a presenter sponsor, you know like $250,000 sponsor, something

like that.

SANDBERG: Yeah.  Even if they give us enough soap to wash the --

DORFMAN:  I'll tell you one thing, if you get them to sponsor, they

give out those sprays.

DORSO:    That is their chief -- you know, the party demographic, is

that audience.

DORFMAN:  Virgin, Trojan and Axis.

DORSO:    When you said they're all -- (overlapping).  Maybe the

other, we'll be able to connect within the youth level though.

DORFMAN:  Yeah.  So we make sure we're big on the Jersey Shore people.

DORSO:      Right there.

DORFMAN:  We've got all that.

SANDBERG: The Situation.

DORSO:      Here I am.  Twenty-five, maybe thirty-five years ago, maybe.

DORFMAN:  The good old Jersey Shore boys.

DORSO:      Back then they wore overalls, so.  Yeah, just before disco

     took hold, it was the t-shirt, you put a small one, a small t-

     shirt, so you were breaking out of it.

SANDBERG: That's what Chris does.

DORSO:      And then you put overalls on.  Overalls on, over that.

DORFMAN:  Well, you've got one strap off.

DORSO:      Well, that was later.  Later on, after you got dance and

     then you unstrapped your overalls and just have that t-shirt.

     That was between high heel shoes and disco.  There was a period

     of time where, like in the early 70s, it was high heel shoes.

     Then it went to Adidas, Adidas rocks, and then you went back to

     high heel shoes.  Disco came in, you had to go back to high heel

     shoes.  I think I told you, that's why I got married.  I couldn't

     take the discos any more.  It was horrible.  You had to see me.

     I had these you know, these pants on, with --

DORFMAN:  I'll talk to junior on that one.  (laughter)

DORSO:      Oh my God.

DORFMAN:  I'm sure he burned his though, put them in a barrel and lit

     in on fire.

DORSO:    Those pants were so tight, you had to have your balls right

          or left.  Oh God.  Anyway, all right.

SANDBERG: If you could find out on that, if there's a possibility, or

          the realm of possibility, so we can get maybe a mixed martial

          arts UFC event (inaudible).

DORFMAN:  We've got to check, to see the Jersey laws.

DORSO:    And do they -- who's the sanctioning body?

BARRETT:  It's sponsored through the IFC-something.

DORSO:    So somebody's got to check to see if they -- because --

BARRETT:  (inaudible).

DORSO:    Because they've got to sanction the event before it happens.

BARRETT:  We can get sanctioned online, I was looking at it yesterday.

DORFMAN:  OK, let's work on that.

SANDBERG: We need sanctions and then -- I don't know, how do we end up

          with the sports authority.

DORFMAN:  Where are you putting it?

BARRETT:  I'd like to put it (inaudible).  Anywhere between 19 and 25

          thousand, will be a sellout, this is perfect.

DORSO:    The money, is there backing?

BARRETT:  I think we scaled down a little bit, to like fifteen

          thousand for the event, but their tickets range from a hundred to

          four hundred.

DORSO:    Get the hell out of here, really?

BARRETT:  It's crazy.  Because it's a Pay Per View, so it's only legal

          from Pay Per View.

DORFMAN:  Someone's got to get broadcast rights and everything.

BARRETT:  We can work directly (inaudible), I mean that's who we'd be

dealing with, just work hand in hand with them.  If he's going to

(inaudible).

DORFMAN:  No, he's working as far as the sports authority.

(overlapping)  What do they just have to take a little piece?

SANDBERG: I don't know.  You know, I've never had to --

DORSO:    We filmed a movie there once and they came running down and

they said we've got rights to this, you can't do anything.  And I

said fine.

DORFMAN:  And that's a lot to have to do.

DORSO:    At that point, (inaudible) and I said $5,000

DORFMAN:  See you later.

DORSO:    Right, see you later.

DORFMAN:  That's actually a bit um, --

DORSO:    So that's -- you've got to find out what the numbers are,

what's involved.

DORFMAN:  Yeah.  (overlapping)

SANDBERG: Yeah, I swear to God, because he traveled the country.  He's

retired like 30 years.  His father worked for Ford in Michigan

and he -- all he does is travel across the country, travel with

the motor cross circuit. (inaudible) is a close friend of his?

You ever heard his name?

DORFMAN:  Yeah.

SANDBERG: The race or something like that.  Yes, that's what they're
      into, so.  It would be pretty cool, all the motorcycles at his
      house, should you go up there.  It's pretty neat.  Was that the
      door?

DORSO:    Was that the door?  Let me get it.

SANDBERG: That and cars, old cars.  Corvette, '73 convertible.  That's
      my other model.

DORFMAN:  What Armand's?

SANDBERG: My neighbor has a '69 Stingray, and I ended up getting a
      Cadillac (inaudible).

      (overlapping dialogue)

DORFMAN:  Take it apart, then put it back on.

SANDBERG: It breaks all the time.  There's like 72 independent motors,
      just for the power.  I have to get it fixed like three times
      year.  A tire pops, it costs me $500.

      (overlapping dialogue)

DORSO:    You would have been way better off with a Corvette.

SANDBERG: Consider I'm dealing with some old people on real estate.
      They love their Cadillacs.

DORSO:    There's a guy out in California that will take a '61, '62
      body and -- they take the chassis of a new Corvette and put the
      body on, so you look like you're driving a '62 with the flared
      fenders and big tires, but it's a new Corvette.  It's phenomenal.
      It costs about $45,000 to get them to take the old stuff off and

put the new stuff on, so you're got 115 to 20, but it's a wild

car, phenomenal.

SANDBERG: If I was making some money I would.

DORSO:    It's just a drop in a hat.

SANDBERG: It's the work revenue possibly.

DORFMAN:  We partnered with him **and the investor** (inaudible) so we

wanted to get everything in Juice Entertainment where the money

is as opposed to Deluna.

DORSO:    Which is --

SANDBERG: (inaudible) a few years back, so we just needed (inaudible)

an LLC set up, so it was easy just to be able to start the… It

was just easy to kind of take (inaudible) go ahead and open up

the accounts in that name.

DORSO:    This is the same one. Now this one is -- wait a minute,

which one is this?

DORFMAN:  Those are the ones you told us to –

BARRETT:  You said you wanted all contracts, all budgets and

everything.  We **We showed you everything to the T** (inaudible) our

conversation.

(overlapping dialogue)

DORFMAN:  Next year, with the whole year, we'll be able to -- you'll

have a 90 percent in place and then you'll have things that we're

adding.

SANDBERG: We'll meet those things for next year, is basically what

we're saying, this year it's not conceivable.

DORFMAN:  Yes, which we priorly discussed.

DORSO:    So which one is this?  What am I asking you for here?

    You're asking me for?

BARRETT   An extension for It's Page 5.  Page 4 or 5.

DORSO:    This is actually Page 5, letter of credit

DORSO:    OK, that's good.  This one is the same.  This one is Page 3.

BARRETT:  The past date.

DORSO:    Oh, the budget estimates.  Say you're looking for 30 days

    from February 20th or from signing.

DORFMAN:  From signing.

DORSO:    You guys better get your ass in gear here boys.

DORFMAN:  We're in gear.

SANDBERG: Live Nation -- Live Nation (inaudible).

DORFMAN:  With all this stuff being year one, but we'll pull it

    together right now.  It would be impossible for us to have that.

    You see the amount of work (inaudible) the M3 one getting

    confirmed right now.  Now that we're going to have the budgeting.

DORSO:    Right.

DORFMAN:  Actually it's confirmed.  Now we have to put the budget in

    place.

DORSO:    This is the juice, right.  All right, so what I've got to do

    is read through this.  I'll sign these so that you know that we

    have -- we're OK.  I'll just read through it and just have the

    girls go through it.

DORSO JR: I can scan the last page.

DORSO:     What's that?  Well we have to -- we'll make copies.

BARRETT:  The only thing I'd change in there is (inaudible).

DORFMAN:  The things that we agreed to, like with the insurance and
          stuff like that, from ten thousand to five thousand.

DORSO:     Ten million to five million.

BARRETT.  Let's go over it together right now.  Let's go over it
          together right now, get going.

SANDBERG: (inaudible) those artists (inaudible).

DORSO:     What I'm going to do is have somebody else do it.  I've got
          a proposal list due tomorrow, to the printer, and I'm going to be
          tortured.  They'll be coming at 1:00, John.  I'll get -- I
          promise you, at the end of the day, I'll have somebody review the
          whole thing and then I'll sign it and you guys can come pick it
          up.

SANDBERG: Why don't you sign ours.  When you sign the actual -- that's
          the ah, --

DORFMAN:  We'll either pick it up or --

SANDBERG: We can pick up the original, but the --

DORSO JR: Do you want me to scan and email it to you?

BARRETT:  That's better.

DORFMAN:  They're both signed.

SANDBERG: I've got my fax, so whatever you want.  Whatever's easier.
          I just need this, the Drake stuff I need to lock up today
          (inaudible).

DORSO:     Which contract do you have?  There should be two contracts.

SANDBERG: Which one's that?

BARRETT:  Why, is there two contracts?

SANDBERG: One for us, one for them.

DORSO:    You have the contract for the electric dance.

DORFMAN:  Mm-hmm.

DORSO:    And you should have a contract for the other stuff.

DORFMAN:  It's just one.

DORSO:    Who did that?

BARRETT:  You said about the contract, and we only have one contract.

     We're going to have to add an addenda.

DORSO:    But you just signed where it says state fair.

DORFMAN:  Oh, good job.

DORSO:    All right just you know what?  Well again, give me the other

     copy and I'll have Patty make a couple of copies.

     (overlapping dialogue)

BARRETT:  We're going to have to add an addenda on the wrestling

     thing.  We're going to have to discuss it again in the next four

     or five days, deal on that, where the pricing and everything is.

     We've got a couple of partnerships with that and what we have to

     have is whole projections, to show we represent, this is what --

     you know, this line is going to bring, this is our profit from

     Thursday night, the fair admission, $7 and $5.  What we'd like to

     do is just partner on the profits, for that particular event.  We

     have to have everything to present to you.  So we'll have to go

over this, this is the deal, and just anything separate, we'll

have to add them in.

SANDBERG: Yeah, exactly (inaudible).

BARRETT:  Any separate things, you know this is exclusive.  We have

the exclusive in there, the exclusives in there.

DORSO:    So bring another three copies.

SANDBERG: How the hell would anybody know who that is?

DORFMAN:  The ones who grew up in New York, me.  How long on the state

fair site?

DORSO:    You can save up your money, you could be -- you could be out

of work too.

          (overlapping dialogue)

SANDBERG: John D. can be the first one to throw test polls at it

(inaudible).

DORSO:    That guy, Joe Liberti, that's the clown you know, Joe the

clown.  So he toured with Ozzy Osbourne, you know they had

Ozzfest.  I guess he must have done three years or so of the

tour.  He becomes a star after that, you know because he did a

film.  He had this documentary company come out and start doing a

documentary on Ozzfest, and then they went to him and said or we

can do it on you.  And they said, oh we're going to make a

reality show out of this.  So they give him this contract, they

want, I don't know how many years, to turn it into a reality

show, and he would make like peanuts.  They had full -- you, they

took the rights of everything he had.  I said don't sign that.

He spent $200 on attorneys, you're going to -- it's no good.  I
think he signed it.  There's no reality show in there.  That's
the way it is.

DORFMAN:  We were looking at some stuff from that company Bounce, some
kid stuff.

BARRETT:  Stuff like Barney.  I mean it's not Barney but we put
something in the space.

SANDBERG: We should get some things to walk around the fair, stuff
like that, with Barney and things like that.  To be honest with
you, I was trying to keep him in the loop, because he's involved
with sports and stuff.  He's involved with the meadowlands
(inaudible) keeps his people happy.  Also, with (inaudible) as
well, my partner Tom has -- he told me he has some kind of
reservation with (inaudible) marketing people, and so I'm off
that.

DORSO:    Yeah, well if they're going to --

DORFMAN:  I've got them on something like that.  Make that phone call
and --

DORSO:    (inaudible).

DORFMAN:  I'll call and find out some time -- what your schedule is
like, so we can set up that meeting.

DORSO:    Unless you want a meeting with your guy.  Who's your guy who
knows the liquor guy.

DORFMAN:  He's their liquor rep.

DORSO:    You should probably use the liquor rep, tell him --

DORFMAN:    I never (inaudible).

DORSO:    The liquor rep to him, make your deal you know, and then let

    them tell me what you've done -- unless you want me to go.  I

    mean, I don't --

SANDBERG: They're involved with the same guy, but that's through John

    [Dragisic?].

DORFMAN:    So we'll begin doing the logistics, and we'll do the

    contact, we'll say OK.

DORSO:    You know, --

DORFMAN:    (phone rings)  What's your extension for where you work?

DORSO:    We may need to do that, and then give me -- this is the

    other half of the contract?

DORSO JR: Open the back garage door.

SANDBERG: It doesn't matter.

DORSO JR: We'll move the new ones first and then -- there's not that

    many back there anymore.

DORSO:    Do you guys sign this?

DORFMAN:  We have to sign.

DORSO:    We each sign.  We should have --

DORFMAN:  Well, we're going to scan and email.

SANDBERG: You should have four originals.

BARRETT:  I'm going to use the restroom real quick.

SANDBERG: Yeah, we're fine.  With two originals.

DORFMAN:  I can add in here, is all the stuff that you're supplying

    and they're supplying (overlapping dialogue) We basically went

off the content you said and we agreed upon being exclusive,

that's it.

BARRETT:  We just need two -- you're going to get four copies back.

Are you OK with that?

DORFMAN:  Yes.

BARRETT:  We should have four of them.

DORSO:    You know what I can do, give me two blanks.  I'll sign two

blanks and then you guys can sign yours, so this way you've got

four signatures of mine lined up.

DORSO JR: If I scan and send you these, you can make as many copies as

you want.

DORSO:    We'll scan this and we'll sign.

DORFMAN:  We'll come pick them up.

DORSO:    Who didn't sign here?

DORFMAN:  Chris.

DORSO:    Sign.

DORFMAN:  So with Jason Miller, you'll just tell him to contact us?

DORSO:    Tell him, you said that they made an offer.  I'll say well,

I'm sure you guys made an offer.  You might have a deal, keep me

out of it.  I don't want to know nothing.  Then if they blow the

deal it now falls back on them.

DORFMAN:  Like I said we're -- you know, I think for the Jason's part,

if we get that big second year.

BARRETT:  Be careful, be real careful.

DORSO:    Yeah, be careful.  Just know who you're dealing with.

DORFMAN:  That's why the contract comes from us to them, do you know

what I mean, in our park in year two.

DORSO:    That concept would be the same.

DORFMAN:  Right.  It's just the nature of setting up the stadium tour.

DORSO:    And John D., remember, when he sold the Bamboozle deal to

the -- you know, when he went in as partners, he didn't go in and

say oh yeah and this year Bamboozle is here and then you guys can

do what you want to do.  No, that's my concert.

DORFMAN:  Exactly.

DORSO:    You know, and that's the deal he signed.  Of course nobody

there is happy.  None of those guys, you know they put all kinds

of guys like John in, who are like independents.  You go do what

you want to do, make a side deal.

DORFMAN:  Yeah, and so they're all --

DORSO:    Yeah.  Not all those guys are happy with what's going on,

because they you know, the top guys are old has-beens, that's

what they refer to them.  Swear to God, if you go -- Wayne

Goldberg, did you ever meet him?

DORFMAN:  No.

SANDBERG: (inaudible).

DORSO:    The one, he was with Eric Clapton the night before and drew

up his silhouette.

DORFMAN:  So that's today?

DORSO:    We've got a ten o'clock.

BARRETT:  (inaudible) that, so we have a copy with us?

DORFMAN:  We're coming to pick up the contract.

DORSO:    You guys have signed two of these and that's all you need.

      I'll sign four and then you'll get -- then you'll get your three

      copies.  One of these, which you can make copies of, and three

      copies of that one.

SANDBERG: I don't remember being -- four on that.  The later sheet has

      the fax number.  I'm not sure if it's in there.

      (overlapping dialogue)

DORFMAN:  We're going to get the copies.

DORSO:    I understand, but we need to fax -- you can send over the

      contracts for Drake today.

SANDBERG: OK, you do it.

BARRETT:  We can come pick it up or scan and email it.

BARRETT:  When you get it scanned, then we'll come and pick it up.

DORSO:    And then pick up the original.

DORFMAN:  So you want me to leave that for you.  You should have a

      list by the end of this week, of the prices.  (inaudible).

BARRETT:  All right.  Nice meeting you guys.

DORSO:    All right.

SANDBERG: Take care.

DORSO:    All right guys.

DORFMAN:  All right Al, thank you.

**END OF FILE**

AUDIO TRANSCRIPTION CENTER    A DIVISION OF THE SKILL BUREAU

129 Tremont Street
Boston, MA 02108
Tel: 617-423-2151
Fax: 617-423-9183

CERTIFICATE

I, Patrick Emond, do hereby certify that the following 88 pages embody a true and accurate transcript.  Prepared in the Audio Transcription Center to the best of our abilities, it comprises the contents of the relevant portion of a digital audio file provided to us by our client, Juice Entertainment.  The digital audio file contained a meeting between Al Dorso, Al Dorso Jr. Chris Barrett, John Sandberg, Thomas Dorfman, Alex Sveskia held on March 7, 2011.

1/27/2014
Date

Patrick Emond, Operations Manager
Audio Transcription Center

Exhibit C

**Speakers:** Al Dorso, Al Dorso Jr. Chris Barrett, Thomas Dorfman.

**Location:** State Fair Event Management Headquarters 229 Main Street, Belleville, NJ 07109

### Meeting State Fair 4 15 2011

DORSO:     What the hell are you boys doing, for crying out loud?
     Holy mackerel. (inaudible)

DORFMAN:  Working.  Grinding it out.

DORSO:     You guys better have everything wrapped up.  Are you
     wrapped up?

DORFMAN:  Grinding it out.  Just about there (inaudible) He said
     May twelfth.

DORSO:     What?

DORFMAN:  It's on May twelfth (inaudible).

DORSO:     May twelfth.

DORFMAN:  That's what he told us the last time (inaudible) May
     twelfth.

DORSO:     No, you said that.  But you're supposed to have
     everything -- what are you supposed to have to me by the
     other day?  Everything.  All your contracts.  Everything
     done (inaudible).

DORFMAN:  (inaudible) we tried our best (inaudible) Live Nation
     (inaudible) as you know, set us back (inaudible).

1

DORSO:     And?

DORFMAN:  We had (inaudible) Aventura the Latin Band we just
          signed up.  We just locked it up with them.  They're going
          to partner with us, fifty-fifty (inaudible) we just had to
          really work (inaudible) I told you we were starting back at
          the -- we were at the ninety-five-yard line, and then we
          were back at the negative ten after Live Nation knocked out
          Tiesto.

DORSO:     That's not a contract.

DORFMAN:  (inaudible).

DORSO:     So here's the deal.  I told you guys I gave you an
          extension.  I did all that stuff.  I left everything out.
          Now it's getting serious.  You have nothing.  And it's --
          we're down to the wire.  What are we going to do?

DORFMAN:  Well, the Latin thing we're locking up right now.
          (overlapping dialogue; inaudible) the electronic dance
          (inaudible) scaled out.  We have contracts out.

BARRETT:  We're ready to do (inaudible) now.

DORFMAN:  (inaudible) I actually held some contracts in
          (inaudible) realistically the last time and we straight up
          we just said there's going to be -- the budget is in place
          (inaudible) it's going to be hard to get in place because
          nobody (inaudible) contract event.  You need that also.
          But --

2

DORSO:    You got to work towards getting it done.

DORFMAN:  We've been working around the clock (overlapping

    dialogue; inaudible) we've been (inaudible) and this is all

    we've been working on.

BARRETT:  Where we stand, as of today, in this exact moment, we

    have Creamfields ready to sign a deal for next year to

    start promoting and announcing at our event.  We're in

    verbal agreement that that's what we're intending to do.

    We have --

DORSO:    So who's helping you this year on your event?

BARRETT:  Who's helping us this year?  Everybody from

    Creamfields, and England has opened up a small door for us

    to book talent kind of underneath what Live Nation has

    done.  As you know, Live Nation blocked Tiesto and several

    other artists, as you told us.

DORSO:    Told you it was going to happen.

DORFMAN:  Well, you told us that -- yeah, you even told

    (inaudible) Tiesto.

BARRETT:  So.

DORSO:    It's Live Nation. Its what they do.

BARRETT:  They came in, they stepped on us with Tiesto.  So we

    have -- we're basically operating right now through the

    underground tunnels.  And Creamfields, they're helping us.

    Creamfields in the electronic dance (inaudible) is bigger

3

than Live Nation.  They're the business.  They're the

biggest buyer --

DORSO:    How does that help us this year?

BARRETT:  How does that help us out this year?

DORSO:    How many people are we going to get at this festival

this year?

BARRETT:  On which event?

DORSO:    The first event.  Start with the first event.

BARRETT:  Electronic dance?

DORSO:    Yeah.

BARRETT:  (inaudible) have on the table right now (inaudible).

DORFMAN:    (inaudible).

BARRETT:  We're still adding.  But what we have presented

through this network is we've actually gone into separate

areas.  As you get into the world of dance music, it's

broken down into different types.  There's more commercial,

there's techno, trance, dubstep, drum and bass.  They piece

together the better of the other genre's music.  So we're

going to piece each section together.  So for example, with

the main arena, we're going to have like Boris [Victor

Calvin Drone Paco Tuna] which are -- they're more into like

the techno, tribal genres of music, but they have a staple,

a heavy following each of two, three, four thousand.  Now

you're throwing (inaudible) an all ages area, and that

4

number is going to increase.  We have some legendary people

who've been in the business twenty years, celebrating

anniversaries, doing different things.  We're putting them

together in another tent, in another area, and bringing

two, three thousand people.  And we're piecing all the

different genres of music together to kind of each form

their own area.  So we're doing it through the different

genres of music, through the different promotional groups.

So there's like someone like Peter the House Cat who plays

house music, and then Victor and that guy who plays techno.

And then you've got Ferry Course here who plays trance

(inaudible).

DORSO:    So where are these contracts?

BARRETT:  Where are the contracts?  I've personally held them

    today because I wasn't going to shell out the money until

    we spoke today.  We were told contracts -- if we issue a

    contract, we want to get the deposit and get paid on

    Monday.

DORSO:    And?

BARRETT:  (inaudible).

DORFMAN:  (inaudible) we've been working around the clock to get

    all this stuff in place.  You know what I mean?  Like you

    said go (inaudible) you know what I mean (inaudible) but we

    keep getting up.

5

DORSO:      So how many artists the first weekend are you booking?

BARRETT:  How many artists?  I think about thirty, forty.

DORSO:      Thirty or forty?

BARRETT:  Yeah.

DORSO:      And you're holding all those contracts?  Or most of

        them?

BARRETT:  Most of them.  We have confirmed, in just the one, we

        have ten to twenty.  In the one tented area, we have ten to

        twenty.  That's more like drum and bass and different

        genres of music.

DORSO:      You have ten or twenty artists?

BARRETT:  Confined to that one area through one group.  Then we

        have like the house area, which is DJ Steve, Peter the

        House Cat and that whole area.  That's going to be about

        six, seven, eight.  And then the main area we have that

        will be -- it'll be less DJs, but they're the more heavy

        drum.

DORSO:      And this is (inaudible) over two days?

BARRETT:  We're actually in talks to possibly scale back to one

        and just do it into (inaudible) just ram them all in one

        day.  We want to discuss that with you. (overlapping

        dialogue; inaudible)

DORFMAN:  We've been dead honest with you about everything from

        day one to (inaudible) you've been with us.  And the last

6

time we sat down, we said we took major setbacks from Live

Nation.  I explained to you how the agencies that I dealt

with for years (inaudible) like you don't have the contract

(inaudible) have the contract.  And John D. is (inaudible).

DORSO:    I don't understand why they -- you wouldn't just say

here, call the owner of the venue.  How simple is that?

DORFMAN:  They were just like we want (inaudible) I guess I

could have made -- had them make a phone call to you, but

they were like it's coming from these guys, it's really not

(inaudible) it's kind of like it's spreading.  It's

spreading like wildfire.  You know what I mean?  And I told

you after we (inaudible) met that I had to go put out some

of that fire to show look, we're here, we're good.  You

know what I mean?  We've been working on this for nine

months around the clock.

DORSO:   OK, so you're going to put these contracts out on

Monday.  I'll give you till Tuesday.  You're going to show

me how many contracts for this event.

DORFMAN:  (inaudible).

DORSO:   You're going to show me.

DORFMAN:  How many.

BARRETT:  (inaudible) I'll get him on the phone right now.  I

can get an exact number.  Because he's the -- I have him

7

working right now on those artists and those contracts.  I

can get a number from him.

DORFMAN:  (inaudible).

BARRETT:  (inaudible) just got back in town.  We've been doing

business over the phone.  And we just -- we were working on

this Latin thing, Tom and I.  Alan is the one that has

pieced together Creamfields and pieced together these DJs

and the commitments (inaudible).

DORSO:   (inaudible) Creamfields is (inaudible).

BARRETT:  Yeah.  And that's (inaudible) to us.

DORSO:   And you have a commitment from them for next year?

BARRETT:  Yes.

DORSO:   And we can see that.

DORFMAN:  (inaudible).

BARRETT:  It's not written yet.

DORSO:   (inaudible).

BARRETT:  (inaudible) closing it within thirty days.  That's the

group we have to go to.  And we were locking up on the

Latin (inaudible) Aventura is the biggest Latin band

(inaudible) and Brian used to drum with Aventura

(inaudible).

DORFMAN:  (inaudible) they're going to partner with us.

BARRETT:  (inaudible) partner with us (inaudible).

8

DORFMAN:  They produce the talent and they (inaudible)

    financing.

DORSO:    And OK, so now we're scaled back to a Saturday event

    on the first weekend, the dance event, right?  And when is

    the Spanish event?  When is that?

BARRETT:  (inaudible) right now, we also -- we have Justin

    Bieber, who might fall in on the second or third, so the

    Spanish event might land on the ninth or tenth.

DORSO:    When is that going to -- when are we going to know

    that?

BARRETT:  With Justin Bieber?  Once we get all the logistics

    worked out.  We would know within forty-eight hours yea or

    nay.

DORFMAN: (inaudible) on the table and not real big, so for us,

    we want to -- that's the biggest name we can put in, you

    know what I mean?  And not one of the (inaudible) these

    guys just because it seems like if you go over and talk to

    the Meadowlands it goes over back to (inaudible) now it

    goes back over to Live Nation and that, we have that one

    done through good connections and it looks -- was looking

    very, very optimistic.  Justin Bieber is the hottest thing

    right now.  But we want to get it signed, sealed and

    delivered, you know what I mean?  Before we're telling the

    Meadowlands (inaudible) you know what I mean?

9

BARRETT:   (inaudible).

DORFMAN:   (inaudible).

DORSO:     What happened to the hip hop concert?

DORFMAN:   We can't announce anything until May first

    (overlapping dialogue; inaudible).

DORSO:     Can't announce anything (inaudible).

DORFMAN:   (inaudible) the whole situation has been -- it's

    another thing where it's been (inaudible) Lil Wayne at

    Bamboozle (inaudible) so they can't give us any -- we can't

    speak until Bamboozle happens, because of Lil Wayne and

    Drake.

DORSO:     You work with (overlapping dialogue; inaudible).

DORFMAN:   We're not even supposed to be.

BARRETT:   We're not even supposed to be (inaudible) our money is

    out on the line right now, but we can't stop it

    (overlapping dialogue; inaudible).

DORSO:     So we're doing four, that's what we're going for, four

    shows?

DORFMAN:   (inaudible) dance, Bieber, hip-hop, Latin.

DORSO:     Latin.

DORFMAN:   Bieber is up in the air right now (overlapping

    dialogue; inaudible).

DORSO:     But he may go in second or third?

10

DORFMAN:  (inaudible) pushing him (inaudible) we're not -- the

     reason we -- Aventura is confirmed.

BARRETT:  They're confirmed (overlapping dialogue; inaudible).

DORFMAN:  They're getting another artist with us. (overlapping

     dialogue; inaudible) bullshit because I've been getting the

     runaround from these fucking (inaudible) shit for too long

     here (inaudible) if you read that e-mail --

DORSO:    (inaudible).

DORFMAN:  It's just an e-mail but it's done, that's a done deal.

     That's the agent for Aventura.

DORSO:    No, the manager.

BARRETT:  The manager.

DORFMAN:  Mark.

BARRETT:  Mark (inaudible).

DORSO:    How long do you think it's going to take before you

     get a (inaudible).

DORFMAN:  With him?  We (inaudible) lock and load (inaudible).

DORSO:    He wants (inaudible)?

DORFMAN:  (inaudible) only thing we have to wait on is the date

     of if the Bieber thing comes in because if the Justin

     Bieber comes in, we're going to want to move that over --

     this is great (inaudible) they want to make this annual.

DORSO:    So why don't you push it back in?  Why don't you just

     push it back in?

11

DORFMAN:  Because timewise it (inaudible) be better for that
      week.  You know what I'm saying?  That way we (inaudible)
      their hands.  Because they pick up the phone and call the
      artist directly, they're doing all the remixes with them.
      They do everything.  They just pick up the phone, hey, do
      you want to do our concert (overlapping dialogue;
      inaudible).

DORSO:    What I understood (overlapping dialogue; inaudible)
      what I understood is that (inaudible) a lot of strings
      attached (overlapping dialogue; inaudible) and there are
      almost no strings attached to (inaudible).

DORFMAN:  (inaudible) Justin Bieber is a sellout at -- if you
      give us thirty thousand, forty thousand people, we sell
      out, that's fine.  Within twenty-four hours, it sells out.
      So if I (inaudible) because it's going to depend on the
      lineup (inaudible) with it (inaudible) twelve thousand for
      the first (inaudible) we want to grow it (inaudible)
      everything in place and everything's in place (inaudible)
      that was our (inaudible).

BARRETT:  (inaudible) Our discussions, let's put a festival
      together for year one -- we're just trying to get talent
      where we can do twelve thousand (inaudible) fall in that
      range.

12

DORFMAN:  Put on a good show, and now it's lined up and this is

an annual event.

BARRETT:  We want to make a modest profit where there's a flow

of buyers through the venue, where we can really build it

for the course of the agreement.

DORFMAN:  And then on the Latin end (inaudible) financing is

ourselves and Aventura who has (inaudible) the manager, so

(inaudible) really cool people too.  They're awesome.

They're really down with this (inaudible) down there.  Met

with them many times now.  That was our (inaudible) it's

locked in.  It's a pretty good thing.

DORSO:   What are the dates for the hip-hop?

BARRETT:  (inaudible) one of the two Thursdays, I think.

DORSO:   One of the two Thursdays?

DORFMAN:  Yeah.

DORSO:   That was a replacement.  The option was a replacement.

OK, so here's what we're going to do.  Here's what we're

going to do.  You're going to do -- you're going to add a

hundred fifty thousand dollars for the liquor license, so

that's a million five, and that's an outside deal.  And

just fax it to me, let's not go through the crap.  Just

tell them what you got.  It's a million five.  And that's

it.  And we'll do -- and we'll put fifty down for sixty

days.  That's how we'll do it.  All right?  And yeah just

13

do it verbally and see what they say.  All right?  So the

total deal is a million five, right?  So yeah.  All right?

All right.  See you later.  All right, bye (overlapping

dialogue; inaudible) quick million five (inaudible) buy,

sell (inaudible) million five (inaudible) I once made four

hundred fifty thousand dollars on the golf course

(inaudible) I got a phone call on the golf course.  They

said what do you want for that day.  I said four fifty.  I

hung up the phone.  I said I'm going to play this hole

(inaudible) so where are we at now (inaudible).

DORFMAN:  We were discussing the Latin.  He took some

(inaudible) different things.

BARRETT:  Hip-hop, we have to wait before we can even tell.

DORFMAN:  We can't even announce.

BARRETT:  Marketingwise till May first.

DORFMAN:  Because Live Nation with the exclusivity for Young

Money they have (inaudible).

DORSO:    For real money?

DORFMAN:  Young.

DORSO:    Young Money.

DORFMAN:  That's just the name of a record label affiliation.

DORSO:    But you have contracts with them?

DORFMAN:  We have contracts (inaudible) records.

14

DORSO:     All right, so you're going to give me a copy of the

    contracts.

DORFMAN:   (inaudible) already have it.

DORSO:     I know but we don't have a copy of that.

DORFMAN:   (inaudible).

DORSO:     We do?

DORFMAN:   I got a whole bunch of stuff in here.

DORSO:     And that's all that's going on that hip-hop thing?

BARRETT:   Unless we adjust it (inaudible) it might be adjusted.

DORFMAN:   They might want to swap out (inaudible) Jamie Fox

    (inaudible) Disney album.

DORSO:     You mean that movie?

DORFMAN:   The movie (inaudible).

DORSO:     (inaudible) Jamie Fox (inaudible).

DORFMAN:   With (inaudible) Drake, yeah.   They sold out.

    Actually (inaudible).

DORSO:     (inaudible) going to combine with someone else?

DORFMAN:   They're going to combine with somebody else.

BARRETT:   (inaudible).

DORSO:     And that's -- and what's the date?   Do we have a

    definite date on that (inaudible).

DORFMAN:   It's going to be one of the two Thursdays, they told

    us now.

DORSO:     Is Trey (inaudible) still coming?

15

DORFMAN:   No, not Trey.

DORSO:     He's out?

DORFMAN:   (inaudible) out.

DORSO:     (inaudible) so these are all the contracts, but

        they're not signed.

(overlapping dialogue; inaudible)

BARRETT:   Those are preliminary contracts.

DORSO:     Can you e-mail them to me?

DORFMAN:   Yeah.

DORSO:     PDF or something.

BARRETT:   Yeah.  Trey is out.

DORSO:     Trey is out?

BARRETT:   Yeah.  Adding Trey is just (inaudible).

DORSO, JR.:     Who's Trey?

BARRETT:   Trey (inaudible) they have our deposit money

        (inaudible) hundred and thirty grand.

DORSO, JR.:     Is that still going with (inaudible).

BARRETT:   Yeah.

DORSO, JR.:     Wrestling is out?

DORFMAN:   If we want to put it in we can put it in --

BARRETT:   I don't see it as a financial gain (inaudible).

DORFMAN:   I don't either (inaudible) you guys want to just let

        them do it (overlapping dialogue; inaudible) we can do it

16

without him, but (inaudible) we won't see the financial
gain but (overlapping dialogue; inaudible).

DORSO:    Last time I spoke you guys were coming back from
(overlapping dialogue; inaudible).

BARRETT:  If you guys want (inaudible) this year (inaudible)
next year (inaudible) next year.  We haven't pursued
anything since --

DORFMAN:  That's what a lot of this stuff is (inaudible) a spot
like this, a lot of this stuff is by the time you get
(inaudible) started this, like OK, that's (inaudible).

BARRETT:  When we started, we didn't have an eight-hundred-pound
gorilla on our back (inaudible).

DORFMAN:  (inaudible) when we started, we didn't have a
thousand-pound gorilla on our back.  So then as we
(inaudible) ways to produce the talent and the events
(inaudible) plus being set back.  You know what I mean?  We
were starting from zero.  We went back way beyond zero,
from what we (inaudible).

DORSO:    Listen, you just remember, in life as you grow, to
step on the heads of the guys that are holding you down.
That's something you can never forget.  The guy that's
stepping on your head right now is John D.

DORFMAN:  John D.

DORSO:    Yeah.  He's obviously a dick.

17

DORFMAN:   (inaudible) right?

DORSO:     Yeah.

DORFMAN:   And he's the one (overlapping dialogue; inaudible).

DORSO:     Go ahead (inaudible).

BARRETT:   We were just told that this (inaudible) Steve Angello,
           we were told that he's able to play anywhere but in
           Meadowlands Fairgrounds.  I can book him anywhere but the
           Meadowlands.

DORSO:     So I'm going to tell you what's happening right now.
           They've moved the Bamboozle from the fairgrounds site,
           which I supplied all the fencing and blah blah blah, and
           they moved it over so that -- and they said whatever
           fencing comes in, it can't belong to me.  This is how the
           pressure goes on.  Like I give a fuck about their fencing,
           right?  They can't rent any stages or bleachers from me.
           They don't want to use any of my stuff.  And they put the
           pressure on the stadium to -- now they want to see plans of
           what I'm putting in the ground and all this kind of stuff
           to approve.  They can't hold that.  It slowed me down a
           little bit for the infrastructure (inaudible) but they
           can't unreasonably hold it back.  Otherwise, they get their
           ass sued.  And that's -- and he's going -- John D. is going
           around badmouthing me all over the place.  He was just on
           the phone this morning.  Him, Wayne Goldberg, and somebody

18

I know real well was on the phone, three-way conversation.
He was just Fing me all over the place, John D.  And John
hung up first, and Wayne Goldberg said I don't know what's
wrong with that guy.  He goes I -- he says I can't even
imagine.  He said I've never heard anything but good things
about Al Dorso, he goes.  And this guy like is an animal.
He goes I don't know what's going on with him.  So that's -
- he's just a fucking dick.  I don't know what the -- I
have no idea.  We've had a four-year relationship.  It's
always been very cordial.  He's obviously -- God knows what
drugs he did (inaudible) he's all fucked up.  But that's
beside the point.  That's his problem.

DORFMAN:  That's his problem.

DORSO:   But to turn like that on a dime (inaudible) it's good
to know now before you get into business with a guy like
that (overlapping dialogue; inaudible).

BARRETT: Well, he was badmouthing us and he didn't even know us.

DORFMAN: Remember (inaudible) you're the one that told us about
all the stuff John D. said.  Who's the one that told you
(inaudible) because you told us before I knew that.

DORSO: Tiesto (inaudible).

BARRETT:  We had no idea.

DORFMAN:  (inaudible).

19

BARRETT:  We had no idea.  You had told us.  We had an offer to

    Tiesto, four hundred thousand dollars.

DORFMAN:  And you told us that he was out.

BARRETT: (inaudible) assholes from Live Nation went in and told

    Tiesto not to perform.

DORFMAN:  (inaudible) you said they're going to block all the

    dates across the country (inaudible) you're not getting

    him.  One of those guys told you.  You know what I mean

    (overlapping dialogue; inaudible).

DORSO: Who's the guy that came with him (inaudible).

DORFMAN: (inaudible) Jason Miller?

DORSO: Miller (inaudible) he said they're going to.  He said not

    (inaudible) he said Live Nation is going to just block --

    he said they won't get him.  Not that he will, but they

    will.

DORFMAN:  That Live Nation would block (inaudible) on us?

DORSO:    Yeah.

DORFMAN:  Because we had him, and no one even knew that we had

    him.  You probably went to -- told the Meadowlands OK this

    is (inaudible) you do your proper thing and tell the sports

    authority all right this is what I'm looking to do.

DORSO:    (inaudible) never mentioned that name.

DORFMAN:  Oh, you never mentioned.

DORSO:    Never.  No.  No (overlapping dialogue; inaudible).

20

DORFMAN: So they heard the name and they (inaudible).

DORSO: Yeah, oh they knew (inaudible) they said we're not

    letting it happen.

BARRETT:  This is what I was just told recently, that Tiesto's

    manager who -- we're all like mutual friends, like through

    John and Vito and everybody.  So John Dimatteo placed

    Tiesto's manager into the position with (inaudible) because

    John has been the exclusive person to book Tiesto since

    Tiesto has been in New York.

DORSO:    So John does business with Live Nation.

BARRETT:  Yeah.

DORSO:    They're fucking him, too.

DORFMAN:  (inaudible).

BARRETT:  So John like had Tiesto's manager say to Tiesto did

    Live Nation tell you not to play here.  And Tiesto wouldn't

    answer him (inaudible).

DORFMAN:  Moved his head up and down yes.

BARRETT:  He raised his head up and down yes.  Because they said

    how possible.  You have the best spot.  OK?  It's the

    Meadowlands.  OK?  I can book somebody in the swamp if I

    want to (inaudible) that's where I put Creamfields

    (inaudible) Creamfields because in electronic dance music

    they're way above Live Nation.

21

DORFMAN:   They're the largest festival company in the world

(overlapping dialogue; inaudible) North America (inaudible)

they were in talks about another piece of real estate,

somewhere undisclosed to us, but it went south, as of April

one or April two.  And we're hot working on that for --

we're working on that for next year now (inaudible) us with

this year, but we're working on that for next year.  You

know what I'm saying?  But we need to lock up (inaudible)

you know what I mean?  Because if you look at -- you guys

can do your thing on Creamfields, look it up.  And you'll

see the size of it.  They can't block any artists from

them, because these artists will bankrupt themselves with

the amount of money that they put in these guys' pockets.

You know what I mean?  So if they come in and say want to

do a gig here, look we're just trying to do business.

We're not trying to screw anybody over or doing anything

else.  We're not trying to say oh we want to fuck Live

Nation by doing this, we're just in here (inaudible) we

want to produce concerts.  Independent small concert

promoters that we're working eighteen hours a day on this

project and we're at the ninety-five-yard line.  Got

knocked below to negative twenty.  And now we're climbing

back up the ladder.  It sucks but it's reality.  You've

been straight up with us.  We've been straight up with you

22

about the situation (overlapping dialogue; inaudible) John

D. and Live Nation.  They come in and they jumped on our

back.  Thousand-pound gorilla.  They bamboozled us

(overlapping dialogue; inaudible).

DORSO:    All we can do is pray for three days of rain at

Bamboozle, right?  Is that what we do?  Do you do the rain

dance out there?

BARRETT:  Oh yeah, with the chest (inaudible).

DORSO:    All right, so here's what you're going to do.  You're

going to go get your contracts out next week.  I'll give

you even till Wednesday.  Bring me all the contracts you

have for each event.  OK?  You got that (inaudible) do

that?

DORFMAN:  Yes.

DORSO:    And so we're now at three events, possibly four,

right, with Justin Bieber if it's --

BARRETT:  We can stay -- we're not traveling from this point on.

This is the relationship that we have for now, for lack

(inaudible) this is the eight-hundred-pound gorilla in the

Latin world.  Aventura is --

DORSO:    (inaudible) will bring how many people, do you think?

BARRETT:  We already discussed that with them.  They're taking -

- what they're doing is they're taking their promoters that

23

the last Aventura concert (inaudible) sold it out two days
in a row.

DORSO:     The last concert?

BARRETT:   That's what they called it.

DORSO:     Now we're going to do, what are we going to do, next
to last?

BARRETT:   No.  No.  Now they want to brand the music festival to
become like Summer Jam for the Latin community (inaudible).

DORSO:     I see.  Summer Jam in Spanish (overlapping dialogue;
inaudible).

BARRETT:   They're looking at the ten years.

DORFMAN:   They're looking at the ten, they're looking at
expanding this, making it next year two (inaudible) bigger
size.  They're looking at the big picture.

DORSO:     And that, this year, is a Thursday concert?

DORFMAN:   No, this would be a weekend.

DORSO:     The last Saturday?

BARRETT:   He called me today.  I wanted to get -- he's
requesting to see the full (inaudible) they're partnering
with us fifty-fifty.  They're investing half the money,
half the time.  Our relationships are here.  The
production, what we're doing on this end.  They're going to
be the creative, the marketing.

DORFMAN:   And produce the talent.

24

BARRETT:  And producing the talent.  They already had promoters
     who sold out their (inaudible) who better to use --

DORFMAN:  And they just pick up the phone and call the talent
     directly and they won't have to deal with (inaudible).

DORSO:    Tell me again, how many people are we talking about at
     that concert?

BARRETT:  We need to consult with them (overlapping dialogue;
     inaudible).

DORFMAN:  (inaudible) twelve thousand (inaudible) successful
     show, and then next year we'd be looking at (overlapping
     dialogue; inaudible) they're in this thing to come in for
     (inaudible) that's where they want to come in (inaudible)
     on a financial end -- we want to (inaudible) the financial
     end, because then we know we have them committed on the
     talent end.  So we have half their money, they're committed
     on the talent end.  Because otherwise they (inaudible).

DORSO:    When are you going to have a contract with them?

BARRETT:  We're going to go see them Saturday night and
     (overlapping dialogue; inaudible).

DORFMAN:  You can (inaudible) for us to (inaudible) just write
     OK to see contract or something.  I told them we have
     confidentiality in our contract.

DORSO:    (inaudible).

25

DORFMAN:   We can show you the cover page, we can show you the

    signature page but that's our confidential information

    (overlapping dialogue; inaudible).

DORSO:   (inaudible) just don't make copies (inaudible).

DORFMAN:   No.  No.

DORSO:    (inaudible) you can sit, read it.

DORFMAN:   Yeah.  But they can't make copies (inaudible).

DORSO:    And if they want to take notes, you understand, if

    they want to say just the financial (inaudible).

DORFMAN:   Because they're investing.

DORSO:    Because they're investing.

DORFMAN:   (inaudible) they want to know (inaudible)

    responsibilities are for the venue.

DORSO:    And explain to them why.  Explain to them that there's

    a real issue with Live Nation.

DORFMAN:   They know (inaudible) They know about that.

DORSO:    (inaudible) tell them that that's why I said that

    there can't be copies.  It's just not happening.

DORFMAN:   No problem.  We don't want to (inaudible) they just

    said, look, we just like I said, Chris said, they're coming

    in fifty percent dollars (inaudible) you know what I mean

    (inaudible).

DORSO:    (inaudible) just back it up, get your contracts.  I

    don't want to be hanging out there.  You guys leave me

26

hanging out there and I have this event site that it cost
me sixty grand to fence this year, I'll have to shoot you.

DORFMAN:  OK, that's fine.

DORSO:    (inaudible) lining you guys up.

BARRETT:  Can you do me a favor, though?

DORSO:    What?

BARRETT:  Before you get me, can you get the gorilla, so I could
at least get a breath of fresh air (inaudible)?

DORSO:    (inaudible) it's probably not Jason Miller.  I'm
telling you, it's all John D.  And the deal is, with guys
like that, it never bothers me, because guys like that
always get it in the end.  It's not a way to do business.
I've never stopped anybody from making money that was a
competitor of mine.  I've always tried to help.  What is
the big deal?  The guy had no interest until he realized
that somebody else (inaudible) he's like the kid that
didn't want the cookie until somebody else had it.  He's a
douche.

BARRETT:  And Al, you gave me his number.  We went in there and
said -- we didn't disclose about the dance thing.  We said
hey, listen, let's work together (inaudible) [rock?] and
this and that.

DORFMAN:  You will not book (inaudible) any talent unless you
basically give us the world on it.  That was it.  We didn't

27

(inaudible) no idea (overlapping dialogue; inaudible)
basically threatened at gunpoint (inaudible) those guys
(inaudible) but right now (inaudible) but we're doing our
best.  We're fighting as hard as we can.  And we're -- this
is (inaudible) moving up.  You know what I mean?  Like I've
lost a substantial amount of time working on this
(inaudible) that's why I'm like we literally just nonstop
around the clock (inaudible) I'm working on trying to get
the UFC thing going (inaudible) back and forth to Miami
three times already.  You know what I mean?  And we're
doing everything possible.

DORSO:     What size -- you've been working on that Ultimate
           Fighting, right?

DORFMAN:   Yes.

DORSO:     So what, the tickets, how much is a ticket?

DORFMAN:   A hundred bucks.

DORSO:     A hundred dollars.

DORFMAN:   And Pay-per-View (inaudible).

DORSO:     (inaudible) Pay-per-View?

DORFMAN:   Yes (inaudible) massive Pay-per-View.

DORSO:     Really.

DORFMAN:   And this is the hottest market for it.

DORSO:     Really.

DORFMAN:   The hottest market.

28

DORSO:    So could that be done like how many seats or how much
        area do you think for that?

BARRETT:  We'd have to get creative.  I have a little more of
        understanding the (inaudible) ring in the middle.  You'd
        have to come up with some sort of tiered system that goes
        up (inaudible).

DORSO:    For stadium seating.

BARRETT:  Yeah, create like a stadium seating (inaudible).

DORSO:    Do you think that would work?

BARRETT:  A lot of it.  But a lot of it could be on the ground
        (inaudible) boxing match (inaudible) size of the floor.
        You know what I mean?

DORFMAN:  Yeah.  But if I had your bleachers around the back
        (inaudible) have to get something creative done.

DORSO:    Yeah but I might have (inaudible) listen.  Let me ask
        you this.  Does it have to be Broadway and Forty-second
        Street?  Not really, right?

DORFMAN:  No.

DORSO:    It doesn't have to be here.

DORFMAN:  No (inaudible) guys with creative T-shirts and tattoos
        and (inaudible).

DORSO:    No, but I'm saying (overlapping dialogue; inaudible)
        if there's room for six or seven thousand people, is that

29

enough to make money in the event, plus (overlapping

dialogue; inaudible).

BARRETT:  We can do standing room (inaudible).

DORSO:    How are you going to get (inaudible) the money is in

Pay-per-View, right?

DORFMAN:  Here's the deal.

BARRETT:  I think we can do a lot more than (inaudible).

DORSO:     (inaudible) How many people could you do?

DORFMAN:  It depends what the lineup is.  How many people could

you do?  Thirty plus.

DORSO:    Thirty thousand people plus.

DORFMAN:  Depends on the lineup (overlapping dialogue;

inaudible) banned in New York.  Not licensed in New York.

The Meadowlands (inaudible) it's not big enough for the

arena.

DORSO:    (inaudible) it's not big enough for the arena?

There's only twenty-two thousand seats in the arena.

DORFMAN:  Not the arena.  I mean the stadium.

DORSO:    Yeah, what's the matter with the arena (inaudible).

DORFMAN:  The Izod Center.

DORSO:    The Izod Center.  What's the matter with that

(overlapping dialogue; inaudible).

DORFMAN:  We've presented it.

BARRETT:  We don't present (inaudible).

30

DORFMAN:  Why would I present to Izod (inaudible).

DORSO:    (inaudible) I'm saying.

DORFMAN:  We pitched an outdoor (inaudible) thing in there and they wouldn't let us in (inaudible) looked at some of the biggest boxing matches you had like back in the day.  What was it -- Ali versus someone out (inaudible) outside in Africa, it was like one of the biggest ever selling.  Now you put that in the market right here, outside, you get the fighters that sign off on (inaudible).

BARRETT:  (inaudible) put some screens on the outskirts.  You throw a cheap standing room only (inaudible) environment.  You do here's the ring.  You do like floor seating with comfy, padded chairs.  You charge them up the ass for it (inaudible) five or ten rows back.  Then you do that bleacher style thing on each --

DORFMAN:  Yeah (inaudible) some standing and then bleachers.  But they were liking it.  You know what I mean?  And he wanted to actually go put a thing on fucking -- what is it called?

BARRETT:  Times Square.

DORFMAN:  Times Square.

BARRETT:  He wanted to get one of the screens in Time Square.

DORFMAN:  (inaudible) he wanted to run the (inaudible).

DORSO:    But they're not interested this year?

31

BARRETT:   There's not enough time this year (inaudible).

DORFMAN:   We have interest from so many people.  We've reached
     into so many different markets in so many places and
     circled around all these obstacles.  Like I said, we've hit
     wall, wall, wall, and this John D. asshole and Live Nation.
     We found the little cracks in each market.  We're getting
     there.

BARRETT:   We're not the first ones to run into these issues.
     Nobody likes Live Nation.  The artists don't even like Live
     Nation.  They won't do business with them.  They don't even
     want the Live Nation contract.  He's not (inaudible) or
     whatever.  He wants to get out.

DORFMAN:   We're in the position we're at because of that.  Like
     you said we could do to John D. -- stomp him in the head.
     We're sitting here going, all right, what do we do?  How do
     we get this thing?  How do we protect ourselves?  How do we
     deduce this?  How do we make our profit, year one?

BARRETT:   A lot of this stuff we're getting at is coming to
     bigger things we're getting at.  We've got a lot of people
     sold on a lot of stuff right now.  That's working.

DORSO:     They can be sold on it?  This year, if you don't do
     the right thing and you don't draw the people, if you have
     another Spanish concert like you had last year, you have a

32

dance concert that draws flies, you have Justin Bieber but

you can't market properly --

DORFMAN:  Justin Bieber sold out in 24 hours.

DORSO:    Do the wrong thing in a few places and you can prolong

the entire auction, because you'll never get those people

interested.  They'll keep saying, hey, for some reason,

(inaudible).

DORFMAN:  What we need to do is focus on what we have.

DORSO:    Well, that's exactly right.  That's what I'm saying to

you.  If you've got the dance and the Bieber and the

Spanish and the -- what's the other thing?

DORFMAN:  The hip hop.

DORSO:    The hip hop.  You've got those four things.

DORFMAN:  We're not going anywhere else.  As I said, we're

(inaudible).  When we got a commitment -- we got the letter

yesterday and a phone call today.  We're in.  Let's move

forward.  Now we need to do that.  We have Alan working on

the dance.  (overlapping dialogue; inaudible) with

Creamfields, trying to get that locked up before we move

on.  We want to get him before he gets into festivals.

He's going to come in.  He hasn't seen the space.  We'll do

anything possible for him.  We're going to be flying out

there, locked to the (inaudible).  We want to lock up with

him.

33

BARRETT:    (inaudible) That's the biggest company.

DORFMAN:    We want to get into an agreement with him and tag it
        on our dance festival this year.  This is our lineup this
        year, Creamfields, 20 plus.

BARRETT:  We're telling them, look, you're getting a smaller
        event this year.  It's a tease.  But we've got Creamfields,
        and Creamfields is the biggest.  That's the way we've been
        approaching it, because we've been looking at everything as
        long-term and not just this year.  We have -- like we said,
        we were set on (inaudible) for a 50,000 person event.  We
        were there.  You know what happened.  John D. knocked our
        lights out, and now what do we do?  We keep getting up.
        Now we've got the companies that are going to do that.  We
        have to take different channels for the dance thing.
        There's more than one way to skin a cat.  That's what we're
        doing right now.  This is where we were this week and part
        of last week, while Alan's been on the phone with
        everybody. (overlapping dialogue; inaudible)

DORFMAN:  With the angle that we're going, I'd rather focus the
        energy more on -- you're going to get the overlap in the
        crowd, so you're just going to spend an extra 15, 20 grand
        to pay this one, when you're going to get their crowd and
        more by spending the same amount of money for Boris and
        Victor.

34

BARRETT:  Like I said, the way I looked at it (overlapping

dialogue; inaudible).

DORFMAN:  The way we're working it out is we're kind of using

favors.  Instead of having (inaudible), we're kind of

making them a sponsor or something.  They can put their

banner up.  District 36.  We told them we could put a

District 36 banner up over the main stage.  We're stepping

back a little and saying, OK, you can do this, you can do

that, just so everybody's happy.  We basically got

(overlapping dialogue; inaudible) we've been working, and

we're not incompetent.  We've been going as hard as

possible, working as hard as possible, and we're just

working around that hit that we took from Live Nation.

Where are we guys?  OK, this is where we are, but why are

we here?  It's the reality.  John D.

DORSO:    Let's get past that and --

BARRETT:  Here we are (inaudible).  It's April 15th.  I'm sure

you would like the Creamfields that comes in next year.  We

know with the Creamfields, we know we're doing two days at

full capacity.  Creamfields, we might be able to sign for -

- Creamfields is not going to be for one year, so

Creamfields is going to sign for the full time.

DORSO:    What happened to the guys in California?

35

DORFMAN:  We went and we met with them.  We spent all of this

money to go to Miami.  They (inaudible) they said, "Would

you mind sitting with Pacha?"  Maybe seeing if we could

(inaudible) right off the bat.  That was just a deathtrap.

DORSO:    Why?

DORFMAN:  Because they had no intention of doing business

(inaudible).  They were (inaudible). Pacha They wanted to

come in and do it on their own.  They said, "We're talking

to the Meadowlands.  Ready.  We can do it without them."

They didn't say they were out.  They want next year Daisy

(inaudible).  We just wanted Creamfields.

BARRETT:  These guys are good guys (inaudible).  Actually,

they're straight-up --

DORFMAN:  they apologized.

BARRETT:  They apologized. (inaudible) New York people.  They're

polite.  They're good people.  I heard stories about Don,

but they were professionals.  Their schedule -- he said,

"Look, we come in right now, but our schedule is so

swamped."  Which it is.

DORFMAN:  The following weekend, they have a show for three or

four days in Michigan.

BARRETT:  They've got 24 shows in like five days.

DORFMAN:  So we couldn't logistically get it done.

36

BARRETT:  It was a logistical nightmare.  Just to get to meet

with them was a logistical nightmare.  He was just

everywhere.  Great people, though.  Very good people.  He

(inaudible) work with us, depending on what he can help us

with going forward.  We're going to (inaudible).  There's

not Creamfields anywhere else.  They want this spot.  Don

is cool.  He even said, he goes -- (overlapping dialogue;

inaudible) "You guys are smart.  You can close the real

estate.  Let's profit.  Let's do it now."  I think they

kind of wanted Pasha around, because they're in Vegas that

weekend.  I wanted to kind of represent them.

DORFMAN:  They did some business together.  It all depends on

Miami.  It was the kind of time when we met them.  Pasha

was right there when we had the meeting.  We were supposed

to meet in St. Louis, and then I couldn't get out that day

to St. Louis.

BARRETT:  We had options, and our biggest one was to get Don

(inaudible).  Can we get (inaudible) for this year?

Probably not.  That's why we tried meet with Daisy

(inaudible).  A guy in England getting a meeting with the

(inaudible).  It's not like we're talking to some lower

level.  That's why we kept pushing that, in case something

fell through while we were getting that.

37

DORFMAN:  Why don't we do this.  Why don't we keep in touch

closer.  Just get some more dialogue, get contracts.

DORSO:    Let's see that this thing -- right now, all I know is

that we're doing it because you say we're doing whatever

we're doing.  All four days.  So now I need to know what

we're doing.  I need to see -- show me the money.  Show me

this.

DORFMAN:  We're going to (inaudible) with them.  I'm going to

call Alan and I'm going to say, "Listen, we need" --

DORSO:    And the Bieber character -- Monday, you'll know by

then?

BARRETT:  Tuesday, because, realistically, there's a letter of

intent going out.

DORFMAN:  We have a letter of intent going out.  It has proof of

funds to pay for the costs.  We have the investor that will

show the proof of funds.  We have to do the scaling, blah,

blah, blah.  We're going to (inaudible) another show

somewhere to send him to get the price down.  He'll do a

kids show with us.  We'll open it, shut it down, five, six

o'clock, ship him off to Atlantic City to one of the

casinos, Fourth of July weekend.

DORSO:    Same day?

DORFMAN:  Same day, yeah.

38

BARRETT:  That's what we're trying to do.  We can't do it

     without getting --

DORFMAN:  We have to pay the full price.  Eight hundred to a

     million.

DORSO:    Get out of here.

DORFMAN:  Yeah.  That's a decade gap.

DORSO:    Fucking douche.

DORFMAN:  The reason investors are in, because they (inaudible).

DORSO:    And what's a ticket cost for him?

DORFMAN:  (inaudible) from the VIPs and everything (inaudible).

     This is in the air a little bit.  It came to reality just

     in the last 48 hours.

BARRETT:  We got mention of it -- we caught wind of it about two

     weeks ago.  Yes, he's available, he wants to do it.  We

     need proof of funds and ticket price.

DORFMAN:  That was for people knowing what we're doing, and us

     reaching out now.

DORSO:    Live Nation --

DORFMAN:  Has no clue. (overlapping dialogue; inaudible)

DORSO:    They were all over that kid.  They had him before he

     was anything.

DORFMAN:  A&G actually [branded them?].

DORSO:    They got him now?

39

DORFMAN:   A&G had every show for the past year.  We even told

        the investor, "You can't mention his name."  Believe me,

        this just happened to us with Tiesto (inaudible) a dance

        artist and it got whacked (inaudible) John D. and Jason

        Miller (inaudible) Live Nation (inaudible).  They would've

        blocked out the DJ.

BARRETT:   They own venues.  They own talent.

DORFMAN:   It's a conglomerate, really.  It's Clear Channel,

        right?

BARRETT:   Clear Channel owns Live Nation.

DORFMAN:   It is what it is.

BARRETT:   Look, that's why we went to work.  That's the gorilla.

        Creamfields -- we need our own. (overlapping dialogue;

        inaudible) That's what we need.  We need friends --

DORSO:     And if the Bieber thing doesn't happen, what's the

        fourth concert?  What's the second plan?

DORFMAN:   We're going to explore -- we're going to see -- we'll

        know within 48 manners (inaudible).  Are we doing the Latin

        on 2nd or 3rd, or are we doing the Latin on the 9th or 10th.

DORSO:     OK, but that's down to how many shows?

DORFMAN:   Three.

DORSO:     Three.  So if Bieber is out, there's only three shows?

40

DORFMAN:  There's only three shows.  Unless something big like
          that pops in, that's a guarantee.  That just moved across
          our plate right now.  Work halts, but then this just hit.

BARRETT:  We'll report to you next week.  I'll get on the phone
          with Alan now and say everybody says they're in.  This
          one's in, that one's in.  I'll need to send the official
          stuff over.  Get our money on a Monday.  I said, "Listen,
          wait two hours."  I didn't want to pull any fire alarms
          with him.  I said, "Listen, give me two hours.  Let me
          finish (inaudible)."  We wanted to come speak first, and
          then we'll talk more and put them on the end.

DORFMAN:  He doesn't need to get everything (inaudible).

BARRETT:  We'll show them the contracts.  They'll get on the
          phone.  They'll call this one, that one.  "Hey, we're doing
          a show at (inaudible).  Come play.  Want to do a record
          with him?"  They're free right now.  They have free reign
          to record with whoever they want.  What's kind of cool
          about it is that they're working with Fat Joe.  They're
          supposed to work with Akon and Omega.  So they'll say,
          "Hey, we're working on a record.  Come do the show.  Come
          to New York.  We're right in the studio."  We hung out with
          them in the studio.

DORFMAN:  Cool guys.  Down to let the manager make the business
          decision with them.

41

BARRETT:  Just a matter of them calling out the guys they're

    making records with.

DORFMAN:  And they're excited about it.  They're like, "We want

    to get creative.  We want to start getting" -- (overlapping

    dialogue; inaudible).

BARRETT:  Damn, when are we going to start this and that?

    (overlapping dialogue; inaudible)

DORFMAN:  We met with Mark 10 times before this.  Mark's like,

    "Listen, we've got to talk financial." (inaudible) Let's

    go!  So they move quick.  That's what's good.  They move

    quick. (overlapping dialogue; inaudible)

DORSO:    So you're going to get your contracts with them?

BARRETT:  We're going to get a contract with them next week.

DORFMAN:  This one is the...We have to show them our full

    contract, and we just initial these off a couple days so we

    can show these guys around.  I'm never (inaudible).

DORSO:    Nobody knows about that.

DORFMAN:  If they read our contract.

DORSO:    Tell them if we get this thing done, you're going to

    be -- I'm not initialing that, so I show them your shit.

    Show them your stuff.  Right now, you're in breach of your

    contract.  Right now, OK?  So show them your stuff.  If I

    don't have a contract from you, I don't have a contract

    from them.  Let's go.  No problem.

42

DORFMAN:  I'm just saying, if they look at something, if they

        read the contract --

BARRETT:  They can call him and say -- (overlapping dialogue;

        inaudible).

DORSO:    If you've got a contract with them, we need to get

        these events going.  I told you your feet are to the fire,

        but you just dance around.  Get it done.  Get it done.

        Sign with pen and paper.  Do your stuff.  Let's go.  Get

        that relationship needed to be here.  You missed your

        marketing meeting the other day to get this done.  But did

        you tell anybody that?  You were sitting on the plane the

        entire time.  Instead of sleeping, you could have texted

        out, "By the way, we got to go to California."  I got eight

        people sitting here, waiting, pissed off. (overlapping

        dialogue; inaudible)

DORFMAN:  We forgot.  Literally, they told us like, "Get down

        here, the deal is on," and we just went.  When he started

        texting him, I was (inaudible).  I was like, "Fuck, fuck,

        fuck, fuck.  I'm going to step out, give him a call."  I

        sincerely apologize for that.

DORSO:    Next week, wrap it up.

DORFMAN:  So I can have Mark call you up.

DORSO:    Mark is who? (overlapping dialogue; inaudible) So all

        of your contracts, everything you've got, you're going to

43

bring next week.  Yes?  Everything you have.  [This isn't a
    couple of dogs?] from the first event.  OK, but not all of
    them.  Have the names.  You said you've got 38 people come
    from.  You've got to have 30-38, yes?

DORFMAN:  I told you, I have to get the final number.

DORSO:    OK, whatever it is.  Whatever it is, let's have it.
    Tell me you have more that we're waiting for contracts, and
    as the contract comes in, you send it. (overlapping
    dialogue; inaudible) Text me, email me, anything.

DORFMAN:  We're moving as quick as we can.  It might look like
    we're moving slow, but we're moving as quick as we can.

DORSO:    You're moving like snails in my --

DORFMAN:  In the time world --

BARRETT:  When you get beat up by a gorilla and you can't --
    (overlapping dialogue; inaudible).

DORSO:    You are scrappers.  You're wah, wah, wah, wah, wah.

DORFMAN:  Can I say something, Al?  We don't complain about this
    to anybody.  We don't -- (overlapping dialogue; inaudible).
    When we're up in the room, we don't talk about a lot of
    this shit.  We don't deal with the past.  We're just being
    real to you where it is.  We don't want to give people
    unrealistic answers.  I'm sure you know what the
    expectation is, but Live Nation torched us.  We're doing
    what we can.

44

BARRETT:  I'm not wah, wah, wah when we're out there.  We're

working.  I'm just letting you know the reality.  You've

been honest with us.  We're being honest with you.

DORFMAN:  We're meeting people like this and we've got to get

this done, but we can only work with a close community of

people we trust.  This one, if he goes and tells Live

Nation what we're doing -- we don't want anybody -- we

don't want [politics?].

BARRETT:  We're not taking no for an answer (inaudible).  I took

more hits in this than I've ever took in any business deal.

I just keep getting up and keep getting up.

DORFMAN:  The one thing is Steve Angello can play anywhere --

anywhere -- but the Meadowlands fair.  They can't find a

place to put him.  "Our doors are open now.  You want to

come?  You want to play?  We'll give you more.  Oh, Live

Nation told me you can't work here, because you might do

business with them."

DORSO:   What you should be doing, what you should have been

doing, is taping every conversation.  Everybody that ever

said, "Live Nation said I can't do this or I can't do

that."  Do you know what happens when you sue a company

that big?  Really, you get the press on them.  You stew

them in the press, to the public, while the lawsuit is

going on.  Two young guys trying to scrape to make a

living, and Live Nation has got their thumb on them.  It's
like --

DORFMAN:  So should we get into the agents and kind of...

DORSO:    Well, the problem is, do you want the few million
dollars you're going to get out of Live Nation, because
they'll pay you just to shut up?  I'm telling you, it will
cost you money, but you get a decent lawyer to take it on
contingency, and if you had enough proof, it's a hell of a
case.  It really is (overlapping dialogue; inaudible).

DORFMAN: We just want to do business.

DORSO: I'm just telling you, it's a case if you were...You'd
probably wind up working with them.  They would pay you to
work for them so they could get you to drop the case.
Because that's what they've got now.  Think about what
they've got going.  It's a monopoly (inaudible).

DORFMAN:  You know firsthand in your conversations with them.

DORSO:    And you guys are too young.  Twenty years ago, do you
know how many promoters were around?  How many guys that
were coming out of the woodwork?  They were scraping and
doing anything, all small-time guys.  They had one good
venue, and then they went off and tried to make a few bucks
the rest of the year. (inaudible) come along and grabbed
everybody out.  Anybody they ever did business with
(inaudible) and they hated them.

46

DORFMAN:   When you told us I had the Meadowlands coming over at
        me, the Meadowlands coming at me because Live Nation wants
        to be in there -- you know.

DORSO:    Yeah and I just -- my deal over there is (inaudible)
        I'm just a carnival guy (inaudible).  Of course, when you
        look at the stadium's point of view, Live Nation is telling
        them, this is a big thing.  You guys are going to get beat
        out of hundreds of thousands of dollars because he's going
        to do this thing, blah, blah, blah.  They're looking at it
        saying, wait a minute, this is just going to be another
        concert for us, which they are fucking -- they don't know
        what they're doing (inaudible) morons I swear to God
        (inaudible) By the way, yesterday, John D. called the guy
        that books the stadium.  He said -- he told him -- he
        started yelling at them.  He said, "I'm going to break the
        unions over there.  I'm not using the stagehands.  I'm not
        using the laborers.  I'm not using this."  He said,
        "Stagehands cost more than the talent."

DORFMAN:   Oh yeah?

DORSO:    Which is bullshit.  He said, "I'm going to break
        them."  He said that he just went off on a rant.  He wanted
        to get rid of the union.  He said he's getting rid of the
        union and stop coming in and everything.

BARRETT:  (inaudible)This guys ego is bigger than Live Nation.

47

DORSO:    So Ron, the guy from the stadium, said, "You know

     what, John?  Fuck them and fuck Bamboozle.  Why don't you

     take your event and move somewhere else?"  He goes, "We

     don't even want you here.  You're not coming with the

     union?"  He said, "You do it with the union and you come

     and you shut up, or you take your event somewhere else."

     That's what he told them yesterday.  So that's how whacky

     he is.  He's just gotten whacky.

DORFMAN: He couldn't even work with them.  Who was putting more

     pressure on you?  Was it John?  Or (inaudible) like the

     stadium?

DORSO:    No, that stadium -- it's money or pressure.  What's

     happening is this Lamping is the president of New

     Meadowlands Stadium (inaudible).  I deal with everybody

     under him.  He put pressure on them.  You know where that

     came from.  That came from Goldberg or John talking to him.

     It has to be more than two.  There's a couple people

     (inaudible) John.  So it's got to be Wayne or Kevin.

     Kevin's the president of Live Nation.  I told you Kevin

     (overlapping dialogue; inaudible) But he's that kind of

     guy.  He's one of those guys, easy going, but he probably

     called the stadium and said, "You deal from the top."  He's

     the president.  You deal with the president there.  He

     said, "Gee, it's too bad we're trying to have a

48

relationship.  It didn't work.  Now it's jeopardizing our

relationship."  That's the way that went, I'm sure, and

that's how the pressure filtered all the way down to me,

which I don't care.  That's not such bad pressure when a

guy's playing his hand like that.  But when there's a guy

out there screaming and badmouthing, doing all of that

stuff, that's not business.  That's not the way to do

business.

DORFMAN:  It's out of their control.

BARRETT:  No union, huh?

DORSO:    No union. (overlapping dialogue; inaudible)

DORFMAN:  So you can see what happens, that they were just

trying to go around.

BARRETT:  Try to go around the union, (inaudible).

DORSO:    All right, guys.  Next week.  Get on it.

DORFMAN:  Good night.

DORSO:    See you.

                        END OF AUDIO FILE

49

**AUDIO TRANSCRIPTION CENTER**    A DIVISION OF THE SKILL BUREAU

## CERTIFICATE

I, Patrick Emond, do hereby certify that the following 49 pages embody a true and accurate transcript.  Prepared in the Audio Transcription Center to the best of our abilities, it comprises the contents of the relevant portion of a digital audio file provided to us by our client, Juice Entertainment.  The digital audio file contained a meeting between Al Dorso, Al Dorso Jr. Chris Barrett, Thomas Dorfman held on April 15, 2011.

1/27/2014
_____
Date

_____
Patrick Emond, Operations Manager
Audio Transcription Center

Exhibit D

**Speakers:** Chris Barrett, John Dimatteo, Thomas Dorfman,

**Location:** AMPM Entertainment Headquarters 415 63rd Street Brooklyn, NY 11220

[Transcription begins at [6:01]]

DIMATTEO:  Sorry I'm late.  I had some personal stuff I had to deal with [inaudible].

DORFMAN:   No problem.  I just ate the best pizza of my life.  So I'm happy.

DIMATTEO:  [Inaudible].  You appreciate that when you go out of state.

[Inaudible; overlapping dialogue]

DORFMAN:   When they had the explosion in Miami.

DIMATTEO:  You were stuck in Miami or stuck in New York?

DORFMAN:   Miami, in the airport.  You have to eat that shit for hours.

DIMATTEO:  You were leaving?

DORFMAN:   Yeah.

DIMATTEO:  When the explosion happened?  I assumed you were there early.

BARRETT:    No, at the end they cancelled all the flights.

DORFMAN:   They cancelled all the lights.

DIMATTEO:  [Inaudible]

BARRETT:    Sunday, Saturday.

DIMATTEO:  Sunday you [inaudible].

DORFMAN:   Saturday or Sunday.  All American Airlines -- every flight got cancelled except us.

[Inaudible; overlapping dialogue]

DORFMAN:   They ran out of gas.  So they were driving the gas trucks from another airport and coming back.  Crazy.  I heard [inaudible] somewhere out there in Vegas in the last year [inaudible].

DIMATTEO:  In Vegas?

1

DORFMAN:   All three of them, it was fucking crazy.

DIMATTEO:   Dead mouse, we were like I don't know if that's a dead mouse.  You don't just get blown out by 10,000 more.  They gave him $400,000 to play on Monday.

BARRETT:   On a Monday?

DIMATTEO:   On a Monday. [Chime sound] [Inaudible] two shows [Inaudible] Afrojack did a residency for $750,000 for the year.  That's not even 20 dates, right.  Tiesto got three million or something like that and now he wants more money.  It's just out of control.  On Memorial Day it's OK because the bar does ridiculous numbers, but I don't know how they do.  It's fucking crazy, but they make the money and I think the agents, one of the agents -- the way he looked at is that if they're charging $10-15,000 a table, so the DJ wants to be paid accordingly.

DORFMAN:   Then they've got the money [inaudible] tables anyway.

DIMATTEO:   Exactly [inaudible; overlapping dialogue]

DORFMAN:   They're wired for making [inaudible] they're making hundreds and hundreds and hundreds of thousands off the tables.

DIMATTEO:   You go out there; you get the carte blanche treatment.  You get paid like a stupid amount of money and that's it.

DORFMAN:   I went out there with Scribble years ago.  He did a residency and it was far away from Vegas.

DIMATTEO:   Oh, Red Rock.

DORFMAN:   Red Rock.

DIMATTEO:   Yeah, I remember that.

DORFMAN:   I went out with Scribbles after Red Rock and the treatment they gave him at Red Rock it was like he was fucking Bon Jovi.  [Inaudible].  I book him in New Jersey, I can't do 500 people with him and I'm like damn, he's like the treatment.  Then they don't want to come back here.

DIMATTEO:   Let me tell you, like on the flip side of it, we do Wet Republic.  The bar does almost $400,000.

DORFMAN:   How many tables [inaudible].

DIMATTEO:   2,500.  You can't even sit down on a chair like this without $500.  Just sit in the pool on a lounge chair was $500.  [Inaudible] the cabanas are ten grand -- just -- and you're turning people away.  It's great.  It's nuts.

BARRETT:   Was Boris there?

2

DIMATTEO:  Boris and Victor on Friday.  Tiesto Saturday.  Sunday is Sharam and Serg Devant and Monday is David Guetta.

BARRETT:    How does Sharam do out there?

DIMATTEO:  Big West Coast, like all the Persians.  All the West Coast Persians go out for him.  Out here he's worthless.  You won't see one person from the East Coast at that party.  It's all the lower West Coast type people.  I'm not saying Persians are lower end, but that's [inaudible].  Kascade does this pool party that's like the big West Coast Thing.

BARRETT:    Kaskade did Pacha and he did Murmur, right?

DIMATTEO:  Yeah.

BARRETT:    I heard he killed it.

DIMATTEO:  Yeah I heard Murmur was good, didn't hear about Pacha.

[Inaudible; overlapping dialogue]

BARRETT:    I heard Murmur was off the hook.  The more people I know [inaudible].

DIMATTEO:  So what's going on?

DORFMAN:   Not much.  Did you ever look at the spot Dragonfly?

DIMATTEO:  I did.

DORFMAN:   You looked it up?  What did you think?

DIMATTEO:  Luke warm.

DORFMAN:   Luke warm with it?

DIMATTEO:  It needs a lot of money and there's no parking.

DORFMAN:   What do you mean?

DIMATTEO:  There's no parking.

BARRETT:    Depends what size event.

DORFMAN:   There is parking.  We did Charlie Sheen there.

DIMATTEO:  How did it go?

DORFMAN:   Great. [Inaudible; overlapping dialogue.]

BARRETT: Some parking for smaller event.  For a larger event, you go into the Izod.

DIMATTEO:  They shuttle people?

DORFMAN:   And they shuttle people over.

3

DIMATTEO:  Got it, yeah.  But we looked at it.  It's a good site, but it needs a lot of décor just to bring it up to par [inaudible] anything else there besides Charlie Sheen?

DORFMAN:  We just did Charlie Sheen.

DIMATTEO:  How many people did you do?

DORFMAN:  12-1,300 pays.

DIMATTEO:  How many people total, with everything?

DORFMAN:  22-23.

DIMATTEO:  And you used the off-site parking?

DORFMAN:  No.

DIMATTEO:  Really?

DORFMAN:  [Inaudible]. We didn't have time to set it up.  That's why we kind of limited ourselves too.

DIMATTEO:  What kind of deal he give you?

DORFMAN:  We did 50-50 split with him.

DIMATTEO:  On everything?

DORFMAN:  On everything [inaudible].

DIMATTEO:  Really?

DORFMAN:  Yes.

DIMATTEO:  That's cool.

BARRETT:    So [inaudible]

DORFMAN:    to have it to put in, [inaudible].  It was almost going to be like a 90% everything us. [Inaudible] very favorable to us.

DIMATTEO:  It's a good piece of land, but I don't know.  There was a lot of --

DORFMAN:  Needed tender, loving care.

DIMATTEO:  Exactly.  You can't just roll in there.

DORFMAN:   If you have some production set up, a couple things in place.

DIMATTEO:  Right, you're going to dress it up a lot. [Inaudible; overlapping dialogue]  It's a good option, but I guess if nothing else or something like that, it's a good option, but there's better things out there.

4

BARRETT:    100%.

DORFMAN:    The only good thing about it is if something nice falls in, I think the deal could be worked.

DIMATTEO: I'm sure.  I'm sure you get a sick deal there.

DORFMAN:    With the Charlie Sheen thing we almost got a 90% deal.

BARRETT:    90% [inaudible] I mean 100% door and 90% of the bar.

DIMATTEO: What?

DORFMAN:    Yes.

DIMATTEO: [Inaudible]

DORFMAN:    We pay liquor cost, sales tax [Inaudible; overlapping dialogue]

DIMATTEO: How much percent of the bar?

DORFMAN:    90.

DIMATTEO: Oh my god.

DORFMAN:    That's why I want to talk because it's a matter of -- it might not a best, but the deal might be the best.

BARRETT:    It's all about dollars and cents [inaudible; overlapping dialogue].

DIMATTEO: My whole mind is changed.  That's ridiculous.

DORFMAN:    That's why I wanted to talk to you.  Put it this way, he's not putting 50% of the money up [inaudible].

DIMATTEO: It seems like the Charlie Sheen, Pauli D [inaudible] like that kind of stuff.

DORFMAN:    Did you see the patios and everything?  See, when the thing is dressed up, when you're bringing the tent in [inaudible; overlapping dialogue] LED lighting, they look nice.  It looked good.  We had [inaudible] outside and inside [inaudible] furniture out there for our VIPs.

DIMATTEO: How is the location?  People have a hard time finding it?  I had a hard time finding it.

DORFMAN:    It's a little difficult to find on that one turn.  Right now, we do a lot of people [inaudible] Charlie Sheen.  Got a lot of attention put to the room right now.

[inaudible; overlapping dialogue]

DIMATTEO: That's a big deal for them.

5

DORFMAN:   Yeah.  We showed up for such a short period of time.  He got booed off the stage at Radio City [inaudible] the place got thrown on the map [inaudible] now we've got a position where I'm in with him.  He's willing to like contemplate anything that I'm bringing up to him.  Anything, like OK.  You know what you're doing.  You just put my place on the map.  I mean I just made a new challenge. [inaudible; overlapping dialogue] It was ridiculous, a circus.

DIMATTEO:  They love Charlie Sheen.

DORFMAN:   It was a circus and so the potentials for some really good deals [inaudible; overlapping dialogue]. Different areas too because if you look at the back area.

DIMATTEO:  I looked at the outside and the thing on the side.

DORFMAN:   Did you look at the back?

DIMATTEO:  The golf course?

DORFMAN:   Yeah.  The golf course; that you could put in -- depending on what sort of events we're doing, you put up a circus tent back in there [inaudible].

DIMATTEO:  That room looks cool.

DORFMAN:   It's all about the [inaudible]. You can put a tent there.  You can put another one over in that outside area that was there.  It looks like shit right there.  We had that whole thing tented, LED lighting in it, sound system.  Shit was dope.  You couldn't even tell it's outside space.

DIMATTEO:  That's cool.

DORFMAN:   We're trying to get that marina fixed up very soon.

[inaudible; overlapping dialogue]

DIMATTEO:  Who wants it?  He does.

DORFMAN:   I'm [inaudible].

DIMATTEO:  I met some guy over there [inaudible; overlapping dialogue].  I didn't know what the guy's name was.

DORFMAN:   Ares.

BARRETT:   Was he heavy, skinny, tall?  Regular white guy.  You met the bar manager.

DIMATTEO:  That's probably who it is.  Not too old.

DORFMAN:   That's the bar manager, Donahue something.

DIMATTEO:  Don't even know his name.

6

DORFMAN:    So the inside of the place, nothing special, obviously.  The outside, it's pretty good.  We saw it, when we put the tent together and we put the production up with it, came out nice.  It came out nice.

DIMATTEO:  I was there the day before.  I saw the tent on the side.

DORFMAN:    When we put up -- when we got all the lighting [inaudible; overlapping dialogue] furniture outside, you know what I mean?  Shit was dope.

BARRETT:     You have the volleyball in the back.  You've got the grass area.  You could do two small events.  You could do like a Jonathan Danny Victor Boris.  You do it, remember there's no water taxi.

DIMATTEO:  Interesting.  Water taxi is gone.

BARRETT:     So you take a few artists, put them there; not everybody is going to surf club.  Not everybody is going to Neptune's.

DIMATTEO:  No one's going to Neptune's.

BARRETT:     And you can adjust. [inaudible; overlapping dialogue] Well listen to us.  So after this thing, basically [inaudible; overlapping dialogue].

DIMATTEO:  When do they do their weekly regular?

BARRETT:     We have a weekly event.

DIMATTEO:  Do weekly?

BARRETT:     Yeah.

DIMATTEO:  Oh, do you really?

DORFMAN:    I haven't really jumped into it yet because I'm waiting for it to get warm. [inaudible; overlapping dialogue] Wednesday we're doing an 18 and over, right and then Fridays.

BARRETT:     And then Sundays.

DIMATTEO:  What do they do in-house?

BARRETT:     Saturday.

DIMATTEO:  Do they own the property or something?  They own it out-right?  There's no mortgage?  So how can they give it up if it sounds like they own it, out-right.  There's no mortgage?

DORFMAN:    He wasn't looking to get out deals like that.  Basically.  But he never had anything huge brought to him also [inaudible] where it was serious and people were like here's a check, let's go.  I basically said to him look, you don't want to do it, I'll fund the whole

thing right now, give 10%.  Here you go.  Do you want to take it or leave it?  Put up 50% and we go 50/50.

BARRETT:     [Inaudible] OK, it's the weekend.  Let's do [inaudible].  Maybe do something on a Friday, Saturday.  You can do a fucking rock concert or fucking some -- [inaudible].  [inaudible; overlapping dialogue] Listen, we'll pay for everything.  Take this or that or something.

DORFMAN:   Give a small [inaudible].

BARRETT:     Your place has never been used before for this.  We'll put it on the map.  [Inaudible] 100-200 grand and you've got it.

DORFMAN:   That's really what our attitude was.

BARRETT:     That's our attitude.

DIMATTEO:  [Inaudible] They don't have funding.  They don't want to spend money.

BARRETT:     Do I really want to spend? [inaudible; overlapping dialogue] Our attitude is look, we'll spend the money.

DIMATTEO:  Most people -- that looks like the kind of guy that has fucking $5 million in the bank.  It's one of those places that they just don't want to -- it's like Neptune's.  Those guys are fucking [inaudible; overlapping dialogue].

DORFMAN:   [Inaudible] That's how the conversation started.  I'm like, you don't want to fund it?  We'll fund it and take, you're going to reap the benefits of it, and then you reap the benefits of the publicity and everything that [inaudible].

BARRETT:     We brought the headliner.  We put up the stage.  We put one of those rig sounds systems in, a few cool things, then you've got two floors inside.  You've got the new kid that got the radio station.  We get him up in there, putting local DJ like a broadcast live every week from upstairs.  You're getting steady flow.  Then you throw something on inside.  You're a hip hop mashup guy or people in that stupid bar area.

[inaudible; overlapping dialogue]

DORFMAN:   You can serve everywhere. [inaudible; overlapping dialogue] Could do all ages [inaudible; overlapping dialogue] Basically to me, if you show me the stock and [inaudible].

DIMATTEO:  People have been talking to me about that place for years.  Every time I look at it, I look at the map and every time I look at it [inaudible].

DORFMAN:   Did you ask him?  Did you think to ask him everybody talks?

DIMATTEO:  [Inaudible]

DORFMAN:   And there's other straight places down the road [inaudible] and there's another place also.

8

BARRETT:    He was very organized with that stuff.  The cops -- we stayed open.  Last call was like 1:30.  We didn't call last call; just kept going.  The cops [inaudible].  Nobody broke it.

DIMATTEO:  Why?

BARRETT:    Because they were just hanging out.  They'd come and drink there.  That's the local place [inaudible].  So that's a good thing.

DORFMAN:  And you had TMZ [inaudible; overlapping dialogue] and that's why we kind of limited on the amount of people, because of the amount of press that was [inaudible].  They said there were going to be riots.

DIMATTEO:  You had press before it happened?

DORFMAN:  Massive.  All the news channels were on the street.  Talk about possible riots, this and this.  Someone just ran out said we were going to burn this place down on a night when we have fucking 10,000 people show up here.

BARRETT:    That's why they just did a presold ticket.

DIMATTEO:  [Inaudible] Half hour?  [Inaudible]

[phone rings]

DORFMAN:  So do you want to kick that around?

DIMATTEO:  So how do I fit in?  What did you have in mind?

DORFMAN:  We are meeting with [inaudible].

DIMATTEO:  [Inaudible]

DORFMAN:  Let me see.

DIMATTEO:  I like that picture.  Tommy is all serious.  Charlie's fucking loving life [inaudible; overlapping dialogue].

DORFMAN:  I'm just trying to keep people out of the damn VIP section.  You fit in.  Partner up with you on a deal [inaudible; overlapping dialogue].

DIMATTEO:  Is the deal one-offs, weekly, general?

DORFMAN:  We could do Sundays weekly and then we can do one-off concerts.  We can do Sundays weekly.  We can do one-off events, one-offs on some Fridays.

[inaudible; overlapping dialogue]

DIMATTEO:  [Inaudible]

DORFMAN:  That's right.

9

DIMATTEO:  They own [inaudible].  25% is touring and I think EMI is worth 50% of his touring and then Live Nation bought 50% of from [inaudible] 25% is touring.  They also [inaudible].

[inaudible; overlapping dialogue]

BARRETT:    If we could go in, we could do a weekly riff and we can kind of --

DIMATTEO:  Think weekly will work?  It's tough.  Weeklies are tough.  They scare me [inaudible].

DORFMAN:  It could be great.  I'm very strong in North Jersey [inaudible].

BARRETT:    And we've got that area.  It's got [inaudible]

DORFMAN:  And in the summer time, people want to do outside.

DIMATTEO:  Yes they do.

DORFMAN:  It is what it is.  There is no more outside [inaudible].

DIMATTEO:  What about a Sand Bar?

DORFMAN:  Done.

BARRETT:    [Inaudible] Sand Bar.

DORFMAN:   He told me this is the only outdoor venue in North Jersey.  They made it a restaurant[inaudible] the guy that owns the place is Peter Mocco.  I know Ale Vid I do lots of business with them [Inaudible] some stuff actually, they want to do some Latin stuff around.  But the owner is Peter Mocco and he's a billionaire.

DIMATTEO:  Billionaire?

DORFMAN:  Billion.

DIMATTEO:  [Inaudible]

DORFMAN:  So he basically just let other people run it, just manage it.  He didn't give a shit.  It seemed like he didn't want the headache anymore of the town because he owns hundreds of millions [inaudible; overlapping dialogue] High-rise and [inaudible] and he's got so many of them that he owns.

DIMATTEO:  His own people are complaining.  So he sold it or just --

DORFMAN:  So he's going to put a restaurant there for whatever reason.

DIMATTEO:  So it's gone?

DORFMAN:   Yeah, it's gone.  That's one of our biggest things.  There's no more indoor/outdoor.  There isn't.  I ran Sand Bar probably out of the 10 good years, four years when it was doing those 4 or 5,000 people numbers, those were my parties.

10

DIMATTEO:  Got it.

DORFMAN:   So no Sand Bar, that's why I jumped over [inaudible].

DIMATTEO:  There's nowhere else out in that area.

DORFMAN:   There's -- North Jersey, no more indoor/outdoor.  That's it.

DIMATTEO:  You're right.

DORFMAN:   You've got nothing else.  People want to be outside.

DIMATTEO:  [Inaudible] Water Taxi is gone.

BARRETT:   Water Taxi is gone, Sandbar is gone, you got two gone, there's one outdoor
           [inaudible] hasn't really popped up on people's radar.

DORFMAN:   Part of the reason why we threw the Charlie Sheen thing in there was just a place
           on the map.

DIMATTEO:  Right.

DORFMAN:   For summer time business.

DIMATTEO:  Right.

DORFMAN:   I was going to -- do I really want to throw it in there right now?  I can put
           somewhere easier where I don't have to worry about using the tents, this, this, this, this,
           this.  I'm like, [inaudible].  Girls in bikinis.

DIMATTEO:  If we're doing that thing weekly, you have to dress it up.

DORFMAN:   Oh, of course. [inaudible; overlapping dialogue] I got the guy who owns Olympic
           pools.  Talk to him.  He'd probably supply the Jacuzzis if we wanted the Jacuzzis.

DIMATTEO:  It's a good start.

DORFMAN:   And there's no outside [inaudible].

DIMATTEO:  What?

DORFMAN:   This is the positives.  There's no outside places and you've got no neighbors.
           You can do whatever you want.  On a day time party what's going on?  You're not really
           [staring over with your eyes?].

DIMATTEO:  But across the water?

DORFMAN:   Across the water?

DIMATTEO:  Yeah.

DORFMAN:   Not bothering nobody.

11

DIMATTEO:  Really?

DORFMAN:   If you directed your sound to go that way, then they're going to do it.  Then what do you do?  If you direct the sound in normal directions.

DIMATTEO:  [Inaudible]

DORFMAN:   It's so far.  Let's put it this way, anything at the Meadowlands is going to be bothering someone before that is.

DIMATTEO:  [Inaudible]

DORFMAN:   There's really not worries about that area.

DIMATTEO:  Interesting.  Interesting.  I'd love to get a good weekly going.  I really would.

DORFMAN:   Yeah.

DIMATTEO:  It would be great to have that.

[inaudible; overlapping dialogue]

BARRETT:    If we go there and take the good, the bad and see what we can clean up is great.  Let's clean this up, let's do this.  Turn it into a weekly where we're making money.

DORFMAN:   Just some stuff that needs to get cleaned up and when I put in there, I want to understand all right, I'm going to drop this and then OK, we're taking all of this right now until that's paid back and then taking --

DIMATTEO:  But [inaudible] investments recouped.

DORFMAN:   That's exactly.

DIMATTEO:  I agree with that.

BARRETT:    It doesn't matter to me.  I'm not scared to do that.

DIMATTEO:  Yeah, it's no risk for them.  What do they care?

BARRETT:    The more we have to create those situations the better the deal for us.

DORFMAN:   Better deal, there's no outside and you know what?  Next year he's going to have the docks open there.

DIMATTEO:  Is that right?

DORFMAN:   Yeah.  [Inaudible] got knocked out from a storm.  There's docks in there.  There's old [inaudible].  They're in there.  They're working on the process now of doing it.  They used to have all beautiful yachts up in there.

[inaudible; overlapping dialogue]

12

DIMATTEO:  [Inaudible] make the guy some money and he could put money back in.  We could put money back in and then -- But he wouldn't really hit his peak until year two or three until it's established.

DORFMAN:  As soon as you get [inaudible; overlapping dialogue].  That's a pretty good thing when also you can be bringing in million dollar yachts rolling up into this place.  There's not many spots like that to do it.

DIMATTEO:  Right.  You know what I would say?  I would say go in there this year, just get it moving.  Make some money, get it going and then next year we do it.

DORFMAN:  Because there's not many spots [inaudible] no neighbors are outside.  I look around all the time for outside spots, just for events, for weekly.

DIMATTEO:  For weeklies it's unheard of.

DORFMAN:  For weekly you're just sitting here going OK, I'm going to do it outside [inaudible].

DIMATTEO:  We were looking at some stuff in Queens or something like whatever.

DORFMAN:  [Inaudible]

DIMATTEO:  Yeah and Queens is a small thing, you know, rooftop here, something there.

BARRETT:  You've got the indoor, you've got the outdoor, you've got the room upstairs [inaudible].  You've got these local guys.  Let them do their radio, their this, their that, 60, 80, 100 bodies upstairs.  They aren't going to drink much, but they pay money.

DORFMAN:  There's different stuff we could do.

DIMATTEO:  Of course, especially that kind of deal [inaudible] bar percentage [inaudible] really, really frees you up to do.

DORFMAN:  Anything, because then it's very, very hard to lose; very, very hard.

DIMATTEO:  You've got to be a fucking moron to lose that situation.  That's great.  It's better than owning the place.

DORFMAN:  Yeah.

DIMATTEO:  Ten times better.  That's a great deal.

DORFMAN:  And he wants to do something and he's interested.

[inaudible; overlapping dialogue]

BARRETT:  If we want to split some shit 50/50.

DIMATTEO:  I'm definitely interested.

13

DORFMAN:   And he'll see you 50/50 the whole way through.  That's why I want to talk in person because I don't want to talk Dragonfly.  I want to explain to you like look.  This is reality.  We're a deal that [inaudible].

DIMATTEO:  Did they tell you I was there?

DORFMAN:   Yeah Vito told me.

DIMATTEO:  Yeah.  I didn't even introduce myself [inaudible] hi, looked around, all right, bye.  Yeah and I think a lot of the commercial stuff that goes -- I like it.  I like the deal -- the deal is so good that you got to be an idiot not to make it work.

DORFMAN:   I'm open-minded to weekly.

DIMATTEO:  I'd love to get a weekly going.

BARRETT:    Now's the time. [inaudible; overlapping dialogue] Well listen, it's not going to be hot and like really warm.

DIMATTEO:  You probably just start July 3rd or July, maybe the 4th.  Wait until after Father's Day.  It's not even worth getting into it now.

DORFMAN:   And then make money on year one.

DIMATTEO:  Yeah, exactly.  I think in year one you don't try to do anything cool or high end or anything like that.  You just put the people in there.

DORFMAN:   Put the people in, whatever it takes.

DIMATTEO:  White, cheesy, whatever.  Just get it going and then next year I would say just start January, fucking rename it and you just start getting creative.

DORFMAN:   In any market, if anything pops up, this is a small level concert and then take the killer, fucking deal.  You get a result.

DIMATTEO:  He's giving the door.  That's interesting.

DORFMAN:   Exactly.

DIMATTEO:  That's interesting.  So what's the next step?

DORFMAN:   Pretty much we're just going to put it on your plate.

DIMATTEO:  Doors open.

DORFMAN:   Doors open.  Let's talk.  Let's move forward and go.

DIMATTEO:  Cool.  That's interesting; an interesting deal.

BARRETT:    So what happened with this Steve Angelo thing?

DIMATTEO:  I don't know.  It's in the air.

14

BARRETT:    So it's still not booked?

DIMATTEO: No.

DORFMAN:  So there's no chance -- we had a rave on that.

DIMATTEO: And you still doing it, right?  You're doing Under One Sky?

DORFMAN:  No.  It's a rave, DJs with more rounds.

DIMATTEO: Got it.  Underground stuff?

DORFMAN:  Yeah.

DIMATTEO: That's cool.  That will do well.  How many stages you doing?

BARRETT:    Two or three.

DIMATTEO: That's cool.

DORFMAN:  [Inaudible]  two local.

DIMATTEO: How many people are you projecting?

BARRETT:    Something small like 10,000 people.

DIMATTEO: That's not small, that's not that small.  Did you start it yet?  Did it go?

BARRETT:    Yeah, it's in the works.  We have a lot of contracts out in there.

DIMATTEO: That's cool.  How did it go with the talent?  Did you have any road blocks or anything?  With the rave stuff?

DORFMAN:  As you know, Live Nation blocked everything else from other areas.  So we had to go to the rave market.

DIMATTEO: That's right.

DORFMAN:  You know that firsthand.

DIMATTEO: Dude, I couldn't believe when Steve Angelo -- I said, look we're just going to do Steve Angelo, you know, it's not a fucking festival, just oh you know that space just doesn't resonate.  They're just making shit up.  It doesn't resonate.  I don't know what it is.  It just doesn't feel right. [Inaudible]

BARRETT:    It's the Meadowlands.

DIMATTEO: [inaudible] the fucking Meadowlands, dude.  You want to do Governors fucking island or do you want to do the fucking Meadowlands, I tried several times.

DORFMAN:  I remember looking in on the deals originally and I was like oh yes, we're ready and confirmed Steve Angelo  [inaudible], right before Jason and those guys jumped into the picture.

15

DIMATTEO:  How did they find out about Steve though [inaudible]?

DORFMAN:   They jump into everything.  You saw it.  You had all the talent set up.

DIMATTEO:  Tiesto confirmed it to Kelly.

BARRETT:    Confirm [inaudible].

DIMATTEO:  Without saying it.  He said to Kelly -- Kelly goes, you know he said it again [inaudible] goes you really fucked us this time [inaudible] I got to ask you something. He goes did Live Nation interfere?  He just went --

DORFMAN:   He shook his head up and down?

DIMATTEO:  Yeah.  Shook his head up and down, didn't say a word.  He just went -- like his [inaudible] doing the face like this like.

DORFMAN:   He didn't want to say it.

DIMATTEO:  Yeah.

BARRETT:    Well we saw that from day one there when you had Tiesto locked in the bag.

DIMATTEO:  They were calling me about -- the thing is if it was at a different space -- Live Nation, they feel like they have some sense of entitlement because most of the shows that go on at the Meadowlands they do.  They don't have an exclusive deal there, but most of the things that happen, Bon Jovi, all this stuff, most of this -- I mean AEG does some things but most of the show that go on at Izod or Meadowlands or the parking lot are Live Nation shows.  So you've got fucking a bunch of young guys coming out of the fucking woodwork, putting together ultra fest.

BARRETT:    Out of nowhere.

DIMATTEO:  Out of nowhere [inaudible] fucking blows man.  You know we didn't lose any money out of pocket, but that -- for me, anyway, that festival fucked me up, man.  Bad.

DORFMAN:   Bad time.  The amount of time we put into it.

DIMATTEO:  Dude, it fucking ruined everything else I had going on.

DORFMAN:   Me too.

DIMATTEO:  Everything else.

DORFMAN:   Me too.

DIMATTEO:  I fucking -- Miami wasn't great this year.  I took a little bit of a loss, but it probably would have broke even.  Do you know what I'm saying?  There's a couple other -- and there's a couple other missed opportunities like we had [inaudible].  Dude, in its own way, it was a catastrophe.

DORFMAN:   Yeah, no.

16

DIMATTEO:  In its own way.

DORFMAN:   I agree with you 1 million percent.

DIMATTEO: Brian and I talk about it all the time.

DORFMAN:   You know how hard you worked.  I mean you know how hard we worked on it.
      What would we do?  It's all we did.  20 hours a day.

DIMATTEO: Especially since we were behind the eight ball.  So I was really like --

DORFMAN:   Remember that day when I was coming over here and I found out that Tiesto was
      [inaudible] from the owner of the Fair, Al Dorso.  Al.

DIMATTEO: He told you.

DORFMAN:   He told us.  He called me and said -- what did he say?  He called me and said,
      "Boys, what did you guys stir up over here?  You're stirring up the shit storm.  I have the
      authority coming down on me so hard."  That's when I came to and I'm like John, I need
      to show financials, I need contracts.  That's when he's like, "They're saying that whole
      thing when they were saying you guys were thieves [inaudible]."  They said you're not
      getting Tiesto, they'll block all his dates across the world."

DIMATTEO: That's probably because they said it.

DORFMAN:   That's what Al Dorso told me.

DIMATTEO: Did you, prior to that, tell Al Dorso what talent you were picking up?  Did you
      mention Tiesto or anything else?

DORFMAN:   Did we mention Tiesto before?

DIMATTEO:  You had to mention somebody.

DORFMAN: I think we did probably mention Tiesto.

BARRETT:    We asked Al if --

DORFMAN:   I'm almost positive.

[inaudible; overlapping dialogue]

BARRETT:    I asked him.  I said, "Al, did you?"

DIMATTEO:  Because you know what, he probably said innocently, "Oh, we're doing a little
      festival here.  We've got some DJ named Tiesto and this and that and that was it.

BARRETT:    We asked him if he told anybody and he said no.

DIMATTEO: I tell you guys, if we could ever prove this, it's a lawsuit of a lifetime.

BARRETT:    How do you prove it?

17

DIMATTEO:  Got to get -- if Tiesto would actually say it.  If he admits it.  You want my opinion on it?

DORFMAN:  Yeah.

DIMATTEO:  My opinion is a year from now, a year from now, drinking with these guys [inaudible] remember that festival we tried to do a couple years ago or something like that.  It's over now.  Just my own curiosity.  It's fucking crazy, man.  It would work really well.  I would have worked really well.  They know it would have been a home run.

DORFMAN:  They really got them [inaudible] because Vito is [inaudible] Jason said -- kicked you guys out.  You sure they said this [inaudible].

DIMATTEO:  Oh he told me.  He goes yeah [inaudible; overlapping dialogue].  They weren't going to do anything anyway.  I mean they weren't even looking at it.  They don't need it.  They have 100 other venues that they can't even fill up.  So what's the big deal?  They were more upset about somebody else like you might [inaudible].

DORFMAN:  Did they tell you that?

DIMATTEO:  We're just assuming.  Just the whole way they played it and threatening every DJ from here, here and here.  I have never experienced road blocks like that in my life.  It was unreal.  Vito says all the time, it was the fact that Steve Angelo will do other things but not that space and that's the better space.

DORFMAN:  What about even William Morris [inaudible] had all those offers in and they were saying they were good.

DIMATTEO:  Yeah.

DORFMAN:  And all of a sudden those guys told us.  Jason Miller said -- what did he say, we know you don't have contracts from William Morris [inaudible].

DIMATTEO:  He said that to you?

DORFMAN:  Yeah.

DIMATTEO:  Really?

DORFMAN:  Yeah.

DIMATTEO:  I didn't know he said that to you.

BARRETT:  Yeah, Jason said that.

DIMATTEO:  How did he find all of this out?

BARRETT:  We still don't know.

DORFMAN:  What he had said to you or [inaudible] Vito?

18

DIMATTEO:  Same idea.  I mean we sat with him one day and he was just being very cordial.  He was being very cool.

DORFMAN:   Cool bro, what's going on.

DIMATTEO:  Snake in the grass.  Learning experience.  Talk about loose lips sink ships, I just can't -- I think [inaudible] probably happened [inaudible] Jason is not an idiot, probably heard something was brewing, and he went and called every agent.  The agent probably said, "Oh yeah, I was talking to John about doing XYZ," innocently.  Really, oh cool, tell me about it.  What's going on?  They have a lot of buying power we could never match.

DORFMAN:   That's for sure.

DIMATTEO:  Got to slip in unnoticed, man.  Electric Zoo slipped in unnoticed.

DORFMAN:   So what are you going to do [inaudible]?

DIMATTEO:  Dragonfly the other one.

DORFMAN:   Slip in unnoticed.

DIMATTEO:  Slip in unnoticed, you know, lock it up.

DORFMAN:   I want to make sure that we don't have the same thing happen.

DIMATTEO:  Yeah, and how is it for you guys at Meadowlands other than June 25th, is it --

DORFMAN:   We're getting through, but we have to slide under the radar.  We have to go through underground channels.

DIMATTEO:  Underground music.

DORFMAN:   Underground channels.  Can't go anything direct because these guys will just clobber it.

DIMATTEO:  Is it working out?

DORFMAN:   Yeah.

DIMATTEO:  I hope you guys fill every fucking day, man.  I hope you guys fill every fucking day.  Stick it up their ass.

DORFMAN:   What ever happened with that time when Jason Miller said to you  guys like first he was saying the old stuff he said to us [inaudible] the Meadowlands [inaudible] about you guys.  Then he said to you stuff about us, remember?

DIMATTEO:  Oh yeah, yeah, yeah, he was playing both sides of the fence [inaudible].

DORFMAN:   Then where did he go?

BARRETT:    [inaudible] partner.

19

DORFMAN:   Then he wanted to partner.

DIMATTEO:  He didn't want to partner [inaudible] maybe.  It seemed like John D'Esposito [inaudible] was the one that was really being vicious.

DORFMAN:  Yeah.

DIMATTEO:  Vicious.  He was being like -- he was the one that was really angry about it because he's like Jersey end of Live Nation and he was the one that was really going.

BARRETT:    Did you know him too?

DIMATTEO:  No.  I haven't spoken to him in awhile.  That's what Jason's telling me, when I could see John D, because he's the one that heads up Bamboozle [inaudible].

BARRETT:    What did Jason say to that?

DIMATTEO:  [Inaudible] John [D?].  He's gone nuts.  I can push the button [inaudible] and cancel the whole deal [inaudible] so Jason, so what are you talking to us for [inaudible] I go with all due respect why are they pushing it.  Oh, I just want to know what's going on.  He goes if there's something like a gangster, basically, he's like if there's something going on that has at least 10,000 people, then I need to be involved.  That's basically what he told me.  If there's a big event going on with 10,000 people, goes I need to be involved.

DORFMAN:  You guys don't got enough stuff, can't let the little guys get a little bigger.

BARRETT:    [Inaudible]  So basically they can't give anyone else one event?

DIMATTEO:  You've got to be quiet about it.

DORFMAN:  [Inaudible]

DIMATTEO:  Well I hope that fucking rave thing you guys do, I hope it does 10,000 people.  That would be fucking great.  Is it one day?

BARRETT:    One day, in and out, straight underground like.

DIMATTEO:  Any names I would know?  Like Frankie Bones type shit, like old school.

BARRETT:    Old school.  It's at 25 year anniversary  [inaudible].

DIMATTEO:  What?

BARRETT:    It's the 25th anniversary of Storm [Rave?].

DIMATTEO:  I don't know who that is.

BARRETT:    It's like when this rave culture started.

DIMATTEO:  25 years ago, really?

20

BARRETT:    It was 20-25 years ago this whole things started between his whole crew and they were looking for a venue for a rave.

DIMATTEO: Oh really?  So it's like a thing already.

BARRETT:    It's a living, breathing animal.

DIMATTEO: It's the first year it existed.

BARRETT:    It started like 20 years ago.  This is the reunion.

DIMATTEO: Oh.  That's cool.

DORFMAN:   [Inaudible] Joel and Alex are doing one from William Morris.  How do they even talk to you when you're talking to them for so long and you're giving the whole roster and they're coming back saying all these guys are available and then they just tell you.

DIMATTEO: A lot of the guys they had, they were ready to confirm, but we weren't going to confirm those guys unless we had a headliner.  So they were like -- the Windish agency too.  The Windish agency because it confirmed a lot of stuff.

DORFMAN:   Like washwoman talent.

DIMATTEO: It was good stuff.  Like the Governor's Ball that's happening with [inaudible].

DORFMAN:   Then we were waiting on Tiesto [inaudible].

DIMATTEO: Then were waiting on Steve Angelo.  That didn't happen.

DORFMAN:   Live Nation jumped in.

DIMATTEO:  Right.

DORFMAN:   Because I'm like how [inaudible] and say ooh you had all this and now we won't give you one artist [inaudible].

DIMATTEO:  William Morris wasn't saying they won't give us the artist but they were saying who's the headliner?  Who else is playing?

BARRETT:    Jason told me clearly William Morris is our exclusive agency.  You're not getting shit.

DIMATTEO:  They have a tight relationship.  The agents were telling me who else do you have and at first they were all over it.  Even Vito says, "Wow.  They're really all over this thing."

[inaudible; overlapping dialogue]

DORFMAN:   They [inaudible] they love the Meadowlands [inaudible].

BARRETT:    Everybody was all over it and then --

DORFMAN:   Everybody was all over it [inaudible] as soon as these guys put the kibosh on it. You saw it.  It went from everybody was all over it to nowhere in two seconds.

DIMATTEO:   They were too close to it.  Live nation was too close to it.  They were too close to it.

[inaudible; overlapping dialogue]

BARRETT:   Sleep, Live Nation wasn't there, when I woke up, they were there.  Before I went to bed, Live Nation wasn't there.  When I woke up, they were there on my shoulder [inaudible] like the venue.  You saw what we dealt with with the venue [inaudible; overlapping dialogue].

DORFMAN:   In our contract.  You know what I mean?

BARRETT:   [inaudible] contract.

[50:15]

DIMATTEO:  Did you?

DORFMAN:   No.  They knew the dates of our contract that we needed to have dates in.

DIMATTEO:  What's that?

DORFMAN:   You weren't [inaudible] meeting us, right?  You were away in Vegas.

DIMATTEO:  Right, what happened?

DORFMAN:   Vito told us that they knew some inside stuff about our contract.

DIMATTEO:  How would they know that stuff?

BARRETT:   It must be someone within the Meadowlands who Al speaks with.

DIMATTEO:  I know who it is.  Ron Vanderveen.

BARRETT:   Ron Vanderveen.

DIMATTEO:  That's who it is.

BARRETT:   That's who leaked the information to Live Nation.

DIMATTEO:  Absolutely.  That's who I think it is. [inaudible; overlapping dialogue] He's the GM of the New Meadowlands Stadium.  So Al makes his deal with Ron.  So Al has to tell Ron what's going on and I've heard through the grape vine that Ron's tight with Live Nation, really tight.

BARRETT:   Bingo.  Bingo.

DIMATTEO:  OK?  So Al wasn't doing anything wrong, Al is a great guy.

DORFMAN:   Great guy, standup.

22

DIMATTEO:  But he has to tell Ron.  Hey, Ron, we're planning to do this.  Who's the artist [inaudible] Ron gets on the phone.  Ron.

BARRETT:     That's it.

DIMATTEO:  Ron, that's who it is.  Ron Vanderveen.  That's the guy.  He's the guy that Al is making his contracts with.  That's who does the parking lot deal --

BARRETT:     And Ron is in bed with Live Nation?

DIMATTEO:  From what I've heard, yes; very much so.

DORFMAN:   Because Vito, Vito is  [inaudible].

DIMATTEO:  Yeah because who else knows what the contract says?  Ron because Ron makes the contracts.  I never even saw the contract.

BARRETT:     We told you that we needed to present contracts.  So we're trying to figure out what the fuck is going on here.  Who's killing us?

DIMATTEO:  Fucking [inaudible] fuck me up this year.  I'm in a bad spot.  You know what I mean?  It was a little bit of a domino effect, a thing that happened as the result of putting so much time and neglecting -- [inaudible; overlapping dialogue] You know what man?  You know what?  No regrets because you know what?  There's potential there to make millions of dollars, so all right.  We'll set back.  Little back pedaling.  In a couple months we'll be fine, but the potential is there.

BARRETT:     We still have the venue.

DIMATTEO:  And you still have the venue.  And you know next year [inaudible].  Is Electric Daisy going in?  I heard rumors of EDC.

DORFMAN:   We didn't bring them in this year because we didn't want to work with Pacha.  We didn't want to do it.

DIMATTEO:  No.

DORFMAN:   Alan has a good relationship with Donnie but --

DIMATTEO:  I heard Donnie is in bed pretty tight with Pacha.  They're talking about doing other stuff, festivals, other stuff.

DORFMAN:   I just really didn't want to be in bed with Pacha [inaudible].

DIMATTEO:  They talked shit about the space already.  They were telling Steve Angelo, "Oh, what are you going to do?  You going to go to the Meadowlands?  No one's going there."  He was saying shit like that.  He's already saying shit, but you know, after seeing what went down, what would work though is bringing in a brand, like outside of the United States.

23

DORFMAN:   Yeah because you've got to get someone that can get over Live Nation [inaudible].

DIMATTEO:  Right.  Like [inaudible] not going to say, "We don't care what you say," because we were talking to the Stereo Sonic people about doing something [inaudible; overlapping dialogue] they were talking to us actually.  We blew them off because we were doing our own thing, and something like that.  So I don't know if they want to come here next or if that's something.

DORFMAN:   Yeah because Vito -- 100% that's the way we've got to go.  We've got to do it under the radar though and just get in.  That's the way you've got to do it because Vito is he was telling us -- Jason is sitting there and John's there and he's like John, just shut up.  Take your Live Nation hat off.  Leave the kids alone.  They're doing business, you know what I mean?  You want to get involve and you owned it.  [Inaudible] conversation because they were just saying we're not [inaudible] and knock our lights out.

DIMATTEO:  What's that?

DORFMAN:   Vito was telling us how they were going to knock our lights out [inaudible; overlapping dialogue]

DIMATTEO:  He went to another lunch with them.

DORFMAN:   That's right.

DIMATTEO:  That was a dinner.  He went to a lunch with Jason.  He said that we're going to knock their lights out.

BARRETT:    That's how he said he's going to knock our lights out?

DORFMAN:   Yeah and Vito was telling them listen, take your Live Nation hat off, dude.  Take it off.  Where did you guys come from?  You came from where they came from.  Vito is like they're good kids.  You know what I mean?  Like you want to work with us, work with us, but come on man.  Where did you guys start?

DIMATTEO:  [Inaudible] learning experience.

DORFMAN:   Yeah it was.  We're getting stomped on by a thousand pound gorilla.

DIMATTEO:  I could accept that.

BARRETT:    You know what?  We need to kick this shit out of each other.

[inaudible; overlapping dialogue]

DORFMAN:   [Inaudible] We didn't all battle with each other when we were getting killed by a gorilla.

DIMATTEO:  Meaning us.

BARRETT:    I'm saying it's a good thing.

24

DIMATTEO:  Oh why would we do that?

BARRETT:    No, I'm saying like the different promotional crews in New York, LA.  It's not like all the small cats fighting.

DIMATTEO:  Oh yeah, yeah, yeah [inaudible] if Eddie Dean knocked us out like that I'd be fucking pissed.  But you know what?  He wouldn't be able to do it.  $4 billion company steps on us, all right, you've got me.  OK?  You've got me. [Inaudible]   company.

DORFMAN:  What the hell did this guy say when he was talking about partnering?  Because you were at that meeting with him. [Inaudible] well what do you guys have?  You guys don't have anything.

BARRETT:    How does he know that we don't have anything?

DORFMAN:  Because you talk to the agency.

DIMATTEO:  What he said was I talked to some of the agents.

BARRETT:    He was giving us names.  He's like Benassi.  He was naming the artists when he was talking to us that we didn't put offers to.  He's like -- No, no, not Benassi.  He goes Carl Cox, I know you don't got him.  Benassi, he knew Benassi was going with Pacha.

DORFMAN:  He knew who we had offers into.

BARRETT:    Anybody we were going after, he didn't mention at that meeting.  He's going John, you know, John. [inaudible; overlapping dialogue] he can't get the fucking talent He can't do shit.

DIMATTEO:  And [inaudible] us, they can't get the [inaudible] venue.

[inaudible; overlapping dialogue]

BARRETT:    We have the venue.  You have the relationship with Tiesto.

DORFMAN:  I'm like John just booked these guys [inaudible] just to show you.  He's like no, you know we produced that whole show.  They did nothing with that or whatever. [Inaudible]  Your New Year's Eve show.  I said John's done business for you guys.  He's sitting there going -- Jason's going they can't produce anything.  We have to produce the whole thing.  I'm like they handle production.  They can handle anything.  You know Vito's been around a long time.  John does a lot of shows, you know what I mean?  I can handle production on my end, to be honest with you, and I don't have experience of doing 30,000-person shows, but I've done the 5,000 plenty times and I'm sure I can handle a production on both ends.

DIMATTEO:  He was basically saying whatever he had to to make sure the kibosh -- not just not getting the talent for you to say I don't want to work with John for me to say you know what I don't want to work with  [inaudible].

DORFMAN:  [Inaudible] He didn't do that though, he tried.

25

DIMATTEO:  He just got to the agents with the talent, you know what I'm saying?  But obviously internally he wasn't breaking that.  You know what I'm saying?  [inaudible] we heard him out, we probably feel like --

BARRETT:    [Inaudible] what did he say about the Hammerstein?

DORFMAN:  He did say something about the Hammerstein.

BARRETT:    Did you do business with him at the Hammerstein?

DIMATTEO:  A while ago.

BARRETT:    He said something about that.  He created you at the Hammerstein or something.

DIMATTEO:  Created me at Hammerstein.  What?

DORFMAN:    Then he talked so much detail and I was like, that's it.  My partner isn't going to really care what you say.

DIMATTEO:  My New Year's Eve event two years ago is the reason why Live Nation took over Roseland because it did too well because Live Nation had exclusive on live music only and stuff like that, not on DJ events that were considered special events.  I was going into Roseland.  15 grand, no partners.  Right?  We did that one year, we did 8,000 people and Jason told me straight up.  He goes, "Yeah.  You know, you, Mike Bindra going in there, doing shows."  Live Nation wasn't paying attention and New Year's Eve opened up everyone's eyes. [inaudible; overlapping dialogue] End of story and this is the sick one.  This is the sick one.  Swedish House Mafia manager, Amy.  I spoke to her the other day and she as complaining about the show, the way things were going.  I was like Amy, just so you know, the contract is all through Live Nation.  I don't know if you're aware of this, but the owners want Live Nation, contract is through Live Nation because Jason spearheaded, he like took this one.  I guess it was the whole festival thing like he was -- he could have taken the show without me, he would have did it, but they like said that I had to be involved.  So they told Amy this and [inaudible] who's handling -- Live -- all right, Swedish House Mafia's production manager is e-mailing Kelly saying, "What's going on?"  They're handling it, right.  When Amy found out, she goes, "I knew something was wrong."  She goes, "These shows never go like this.  We've done so many shows together and it always goes a certain way.  I don't want them handling production.  I don't want them doing this.  Well that's what's going on.  I said, "I have no power here to change anything."

DORFMAN:    You can't do it in there.

DIMATTEO:  She goes, "I'm so sorry.  I didn't know."  She goes, "I'm in the dark here," Joel did the thing and blah, blah, blah.  I threw Jason under the bus.  Well, look, they're handling things and that's why we'll probably sell out on the day of, but we should have been sold out five days ago and the production will be good.  It won't be exceptional [inaudible] production, Swedish House Mafia wants Kelly to handle it.  They don't want Live Nation handling it.  You know what I mean?  Want to hear the most aggravating thing ever?  After that New Year's, right, Mike Bindra had it '09.  So I went in '09 and

said, "Look, we'll give you a contract at '10, this past one." All right, cool. They sent me the contract. [Inaudible] business with Roseland a few times. I sat on the contract and I waited like a few weeks to sign it and Live Nation took it over and they called me thieves. If I had sign it, that would have been the last party without them.

DORFMAN: Oh, man. You got burned. Whatever happened with that guy that you were speaking to when you were texting [inaudible] you were like Jason Miller is nothing more than a gangster in a suit?

DIMATTEO: What's that?

DORFMAN: What's his name? Will Moffit.

DIMATTEO: Neil Moffit.

DORFMAN: [inaudible].

DIMATTEO: He told me, he goes he's supposed to put me in touch with some guy from the Live Nation Beverly Hills office, but he told me that like, dude, he goes, "That guy is so far down the totem pole in that company that the main guy is [inaudible]," and the [inaudible] this guy Hazel, Hazel is the one responsible for the Jay-Z 360 being on the 360 deal, the U2 360 deal, the dead mouse manager of the company thing and they're trying to go after some of the other bigger DJs now and offering them like here, here's $4 million. Deal with us now. So Neil said that that's the guy and he says if you need me, I'll get involved and they don't fuck with me because Neil will say he's corporate now. Right? He's in Vegas, he wears a suit [inaudible].

DORFMAN: They had come from there.

DIMATTEO: Got his first million dollars to do a festival for fucking English, street gangsters and almost tried to shake him down for the rest of his life. He said, whatever. He told the gangsters it's not happening and Neil is like street and corporate, global. So he's a serious dude, man. He sold his festivals for $75 million to Live Nation, his whole global gathering. He bought pure management group, which is pure LAX, all his clubs for $50 million and he owns and/or operates 24 clubs and still owns a piece of Global Gathering.

DORFMAN: Wow.

DIMATTEO: Yeah.

DORFMAN: So when you told him that we were getting shaking down.

DIMATTEO: He's like anything I can do. He loves me. Anything I can do to help, whatever. I'll finance the thing, I'll get involved. He was all about -- well what's the name? I said I don't know.

[inaudible; overlapping dialogue]

DORFMAN: Don't bring that up how many days we spent just to find a name.

27

DIMATTEO:  I came up with a good name for the pool party that we're doing.  We're doing some big time pool parties in   [inaudible] and calling it Day Dream.

DORFMAN:   That's cool.  I like that.

DIMATTEO:  I came up with the name myself.  I said you know what, I'm not asking anybody.  That's the fucking name.

BARRETT:     It's better than Dafidildo [inaudible] is funny, dude, you crack me up. Vito is [inaudible].

DORFMAN:  It's hot.

DIMATTEO:  It's cool.  It looks fun. [inaudible; overlapping dialogue] Wow, [inaudible].  We were sitting here, fucking burning wood.

BARRETT:     Good thing we didn't buy any of those web addresses for eight grand.

DIMATTEO:  Took that couple bullshit [inaudible].

[inaudible; overlapping dialogue]

DORFMAN:   [Inaudible] Sonic Nation [inaudible] $8,000 for that one.

DIMATTEO:  Good thing.

DORFMAN:   Because we had everything locked.

DIMATTEO:  I'm sorry.  I'm sorry it didn't work out.

[inaudible; overlapping dialogue]

DORFMAN:   You don't have to apologize to me.  It isn't your fault.  It's Live Nation's.  You did what you had to do.  We did what he had to do.

DIMATTEO:  I couldn't believe it.  I couldn't believe it [inaudible] Tiesto doing Electric Zoo.

DORFMAN:   Did you see the ticket price on that?

DIMATTEO:  You know why.

DORFMAN:   Because there's no competition.

DIMATTEO:  You know why the ticket price is so high?

DORFMAN:   Why?

DIMATTEO:  He's paying $400,000 for Tiesto. [laughing; inaudible] that's my only comforting thing [inaudible] the ticket price.  They're selling though.

BARRETT:     He should go thank Jason.

DORFMAN:   Jason [inaudible].

BARRETT:    [Inaudible] in our spot.  It didn't stop Tiesto from being at our festival.

DIMATTEO:  You know what aggravates me?  Same thing [inaudible].  I had the option to do Tiesto May 19, 20 and 21 at Roseland and June 25 in Atlantic City and I turned it down because of the festival.

DORFMAN:   You had Tiesto [inaudible].

DIMATTEO:  What aggravates me is that if we did the May dates for Tiesto he wouldn't be at Electric Zoo.

BARRETT:    Could you help [inaudible] you had him.

DIMATTEO:  I told him we're not going to do May.  We're going to do June 25th.  We're not going to do Atlantic City.  We'll just do this.  All right, whatever.  Fuck, so now he's at Electric Zoo.  I'm fucking pissed about that.

DORFMAN:   Yeah, he told me he told you I'll do the festival.  How did he [inaudible].  He couldn't even probably even say to you, right? [inaudible; overlapping dialogue] And he's already committed that he was doing the festival.

DIMATTEO:  Want a drink?  Yeah and he's like, you know, I spoke about it briefly and was like yeah, we'll think about it.  Don't press it too much.  Not the right thing to do to the artist.  We had another affair and Kelly got into it a little more than I did.  He told him straight out, he goes you fucked us, straight out.  You fucked us bad.  So he's like oh, I want to help you guys now.  Help us.

DORFMAN:   If you didn't commit that you were doing the date, we would have lined up the whole entire talent there [inaudible].

DIMATTEO:  [inaudible] solo show here.

DORFMAN:   You're going to do the solo show?  We were going to run a whole festival, but yeah.  Because he told you -- what did he tell you?  He told you that [inaudible] and that was in February or something, right?

DIMATTEO:  The three shows, Roseland and Atlantic City, it's like 14,000 people.

DORFMAN:   [Inaudible].

DIMATTEO:  Paul.

DORFMAN:   Paul [inaudible] told you Tiesto was good for the 25th [inaudible].

DIMATTEO:  At one point he was calling me like yeah, what's going on?  When can we confirm this?

DORFMAN:   Who, Paul Morris[inaudible]?

DIMATTEO:  Yeah.

29

DORFMAN:   When can you guys confirm this?  Because you were telling me [inaudible; overlapping dialogue].

DIMATTEO:  Something happened on New Year's Eve weekend.  It was right before New Year's was all -- after New Year's he was talking about it, but he wasn't all over.

DORFMAN:   So he was all over -- right away he was all about confirming the 25th at the Meadowlands.

DIMATTEO:  All about it.  All about him, no, no, before the [inaudible] we were going to do Raceway Park [inaudible].  He was like where are you going to do it and whatever and this came along.  Oh this is much better than what we're talking about [inaudible].

DORFMAN:   Because you were telling me.

DIMATTEO:  Yeah because we were talking about doing [inaudible].  It's funny how everything happens like that and that was the weekend we were looking at it and that was it.

DORFMAN:   Yeah because he told me [inaudible].

DIMATTEO:  I swear to God there was one point Paul was calling me once a week to say hey, what's going on.

DORFMAN:   I remember because you told me, you're like [inaudible].

[inaudible; overlapping dialogue]

DIMATTEO:  [Inaudible] look like an idiot now [inaudible] these agents.  That I was pitching all this stuff that didn't happen.

DORFMAN:   How could you look like an idiot [Inaudible].

BARRETT:    Then you look like an idiot if Live Nation told him not to book talent with you.

DIMATTEO:  That's true.

DORFMAN:   They're calling you, they're telling you we're good to go for the dates [inaudible] don't look at it that way.

[inaudible; overlapping dialogue]

DIMATTEO:  Paul said to Kelly Cobb.

DORFMAN:   Who's Kelly Cobb?

DIMATTEO:  Kelly, Tiesto's road manager.  He said there are politics surrounding this weekend that John is not yet aware of, but he will be aware of it soon.

BARRETT:    Then we told you what Al said

DORFMAN:   About Tiesto being blocked out by that Live Nation was going to cancel all his shit.  Then that was the politics that came out very soon.  Right?  Then all our talent went

30

to nothing.  So I guess that was the politics Paul talked about.  We should have listened to
what he was saying when he said politics [inaudible].

DIMATTEO:  You know what?  We didn't listen.  I didn't think it was that serious, you know
what I mean?

BARRETT:    You thought it was something else like --

DIMATTEO: I thought it was politics [inaudible] I thought it was politics with Electric Daisy
Carnival, I didn't think it was politics [inaudible].

BARRETT:    Daisy or Zoo.

DIMATTEO:  Yeah, I thought it was something like that.  I was like oh we could handle that.

BARRETT:    We got his with a tsunami.

DIMATTEO: We got hit by Mike Tyson without gloves on.  I mean man.

DORFMAN:   We got hit by YEAH DUDE.

DIMATTEO:  Let's talk about the Dragonfly thing, man.  I'm going to talk to Brian about it
tonight.

DORFMAN:   Talk to Brian about it tonight.  Let's keep it under wraps so Live Nation
[inaudible].

DIMATTEO:  Wraps is not the word [inaudible] tell anybody, let them find out when the flyer is
made [inaudible].

DORFMAN:   Exactly.  Now when those guys are jumping in there, like you said, we just
[inaudible] local guys and the biggest promoters in the country.

BARRETT:    Steve Angelo?  Because Steve [inaudible].

DIMATTEO: Download a show of a video file is going to [inaudible].

DORFMAN:  [Inaudible]

DIMATTEO:  What's that?

DORFMAN:   Another one?  Number four Shared.  Type any song you want.

DIMATTEO:  [Inaudible] acquisition.  There's nothing there anymore.  That's an [inaudible]
site.  It's like a few years.

[inaudible; overlapping dialogue]

DORFMAN:   [Inaudible] you did that just made me feel better?

DIMATTEO:  What?

31

DORFMAN:   When I had to sit there when I sat there with Jason and he was saying John robbed me on New Year's Eve and blah, blah, blah and he's a thief and I had to hear it from Al Dorso this guy is a thief.

DIMATTEO:  [Inaudible] conversation.

DORFMAN:   Jason Miller told me.  Yeah, and then Al Dorso told me John is a fucking thief, dadadadada, how are you going to bring him into this business, Jason Miller told me so. And then I'm in your office and [inaudible] confronted you.  Just [inaudible] Jason on three-way on speakerphone and Jason picks up the phone and he's like yeah dude. You're like yeah [inaudible] owes us money, robbed both our money [inaudible] yo, when's the next show we're doing?  He's talking about that [inaudible] said it right on the thing [inaudible].

DIMATTEO:  You told Al that?

DORFMAN:   I told Al.

DIMATTEO:  What did he say?

DORFMAN:   He's just like -- I think he was kind of just like fucking scumbags. [inaudible; overlapping dialogue] I was backing you guys so hard.  You know what I mean?  I was backing you guys so hard and then I got to hear that [inaudible] I was backing you and at least I could hear like all right you know [inaudible] 99% out of their mouth was [inaudible] bullshit.  Now I'm like [inaudible] to actually hear it out of his own mouth.

DIMATTEO:  The horse itself, yeah.  That's funny.  I'm glad [inaudible].

DORFMAN:   I'm glad you did that.  I was like John, I didn't believe you did it.  You're like no, I wanted to see for real that Jason made the shit up [inaudible].

DIMATTEO:  Saturday.  [Inaudible] Saturday.

DORFMAN:   That sounded fun.  You hit it right on the money because the Meadowlands, they're home.

DIMATTEO:  It was like Roseland, you know what I mean?  Then they took it over.  Somehow, someone hits the Roseland now, do the same thing.

DORFMAN:   Let's put together -- we'll talk about the --

DIMATTEO:  You guys got some good deals [inaudible].

[Inaudible; overlapping dialogue; recorder is being moved, background noise [75:00-78:00]]

END OF FILE

32

AUDIO TRANSCRIPTION CENTER        A DIVISION OF THE SKILL BUREAU

## CERTIFICATE

I, Patrick Emond, do hereby certify that the following 32 pages embody a true and accurate transcript. Prepared in the Audio Transcription Center to the best of our abilities, it comprises the contents of the relevant portion of a digital audio file provided to us by our client, Juice Entertainment. The digital audio file contained a meeting between Chris Barrett, John Dimatteo, Thomas Dorfman held on April 20, 2011.

1/27/2014
Date

Patrick Emond, Operations Manager
Audio Transcription Center

Exhibit E

**Speakers:** Chris Barrett, Jason Miller, Thomas Dorfman,

**Location:** Live Nation Headquarters NYC 220 West 42nd Street, New York, NY


#### Meeting Live Nation 4/22/2011


CHRIS BARRETT: All right, so, we wanted to come in and we wanted
    to sit down and talk.  Maybe the first time tonight we got
    off on the wrong foot -- there's miscommunications or
    whatever, but there are a few projects right now where we
    have some real estate, some different deals, that we can
    possibly work together on...a project in Atlantic City.  It
    fits about 20 or 30,000 people -- it's land that hasn't
    been used -- it's untapped.  Nobody really knows about it
    right now -- under the radar.  Got something in Boston
    that's basically just built, and it's geared for an outdoor
    festival.

JASON MILLER: We would have to, again, look at the (inaudible)--
    we would have to see what it looks like.  You know, if
    we're doing a festival for that many people, it's, you
    know, photos, aerial maps, ingress, egress roads, all that
    kind of stuff.

CHRIS BARRETT: Doesn't he want to see what you (inaudible)
    needed?

1

JASON MILLER:  So far you guys haven't shown me anything.

CHRIS BARRETT: Well this is an interesting discussion though.

JASON MILLER:  Right.  But, OK, but let's backtrack, right?

    Coming here and saying, "Hey, we're doing a festival for
over 20,000 people at the state fair.  We have a $1.4
million budget.  I don't think it's happening, right?  For
$1.4 million, and 10,000 people.  No.  They said there's a
way maybe to get involved, right?  We talked about that.
Said, "You gotta show me some numbers."  Didn't show me any
numbers.  Then we talked again, it's like -- "Maybe it's
not 20,000 people.  Maybe it's 5,000 people.  Maybe there's
a way for us to work together."  So, OK, again -- risk
versus reward, I mean, I'm happy to -- I'm not going to
fucking sell you guys down the river...you need me to sign
a non-disclosure or something -- I don't care, but...again,
you know, in order to (overlapping conversation; inaudible)

CHRIS BARRETT: We got a big meadow -- you know, it's a big
meadow...you know, as we said, we spoke with William Morris
Agency (inaudible) no talent.  We hit roadblocks there.

JASON MILLER:  Right.  But you told me you have talent.  You told
me you have talent.  You came in here and said you had
seventeen acts confirmed.

TOM DORFMAN:  I did have -- they were more the underground rave
acts.  I didn't have the premium talent I couldn't get.

2

JASON MILLER:  How were you going to get it?  If you weren't

    going to get it with me and you weren't going to get it

    with [Eddie Dean?], and you weren't going to get it with

    [Pasquale?], how were you going to get it done?

TOM DORFMAN:  Well, I'm not saying we'll have it this year...the

    premium ones... you know, that's where obviously I wanted

    to work with you...if I'm going to get it.

CHRIS BARRETT: We need to keep up the relationship with you.

JASON MILLER:  But [I don't?] want to build a relationship with

    you.  That's fine.

TOM DORFMAN:  That's why I said, I'll work with you, you're very

    capable --

(overlapping conversation; inaudible)

JASON MILLER:  So, the first thing is, if we're going to look at

    -- if there's a site, then it starts like, [Pavement?]...I

    can run numbers -- if you don't know, I can try to figure

    out what numbers and what it'd cost to do the festival --

    do lots of them on big-scale events.  It's always like,

    here's this thing, you know, in the middle of nowhere.

    This is what the land looks like.  This is sort of -- you

    know, here's bamboo, maybe someone can kind of do a layout,

    and go -- this is, here's where we put the stages, and blah

    blah blah, so we can figure out...like, so what it is:

    "Here's where we're going to put the compound, and

3

someone's gotta look at it" -- someone, one of my
production guys, probably, has to physically look at it,
but you gotta be able to go, "Here's what it looks like,
here's what the rent is," you know, at the very least...We
know what the costs are...well, I have no fucking idea what
the costs are, but we know that the land costs x, we know
we can park this, we know we can [camp?] this, because
there's no [parking?](inaudible).  (overlapping
conversation; inaudible).  You gotta be able to show me
what --

TOM DORFMAN:  I just want to tell you, I just wanted to sit
down, and talk basically first about some possible
information we can work out together, and then we have
these other things on the table, if you're showing
interest, then we're going to come give you everything, and
(inaudible) over, and say, "Jason, you run with it, you
take it, you go with it, you show us what to do with it."
You lead us on how to (overlapping conversation; inaudible)
You know, we're looking to build a business, we're looking
to learn, you know?

CHRIS BARRETT: Exactly.

TOM DORFMAN:  So that's why we're sitting here with you.

JASON MILLER:  I mean, I'll look at...I'm happy to look at it and
try to help figure out how viable it is -- if there's

4

enough space, and it's laid out cool, and it's easy to get

to, or whatever, then you know, that's great.  If we can

try to [run the traps?], that's great.  Like, I'm valued in

Boston, I've got -- Philly guys [do Atlantic City for the

most part?], but we could run 'em out of New York, you

know, and -- that's easy.  We just have to be able to go

like...  And by the way, you can come with me and go, "Here

it is, here's the --"  I'm not going to know.  Right?  You

could be able to go, "Dude, I'm talking the corner of Main

and First Street," and I'm like, I don't know....

CHRIS BARRETT: No, totally -- totally understand.  I'm not going

to--

JASON MILLER:  Yeah, but I'm just saying, don't feel weird about

it either, because -- the light bulb's not going to go off

in my brain, and go--

CHRIS BARRETT: Yeah, exactly.

JASON MILLER:  Because I don't know Atlantic City, and I know

Boston a little bit, but not real well.

TOM DORFMAN:   I think we should manage.  We'll lay it out to

you.

(overlapping conversation; inaudible)  --you get a non-

disclosure, that would be great.  The (inaudible)'s built-

in, and our investors, you know, they wanted to see how

open you were to a non-disclosure.  I can come up there,

5

and (inaudible), whatever it is--

CHRIS BARRETT: After we show it to you, if you like it, you know

what I mean, then like I said, (inaudible).

JASON MILLER:  Just layouts and basic stuff for me that you're

comfortable with.  Even if you don't want to disclose the

location, you should give me some photos, you know --

here's what it looks like, here's a general area

description, and here's the ballpark, it's going to cost

fifty grand to rent the place for the weekend, or whatever.

But you're going to have to bring it...because then we're

going to have to ask all kinds of questions, you know:

what's it like getting in?  What's it like getting out?  Is

there power?  Do we have to bring it in?  Do we have [to

pave?] roads?  Is there lighting?  Is there no lighting?

Is there a place for...  But...police jurisdiction, you

know?  Who's the fire jurisdiction?  Stuff like that.  It's

all about having that kind of stuff so that we know --

TOM DORFMAN:  We just basically want to clear the air, and we're

going to give you a full presentation of that, with

everything -- the detail that you're asking, and anything

else you want.  And then we can e-mail, on how we'll get it

for you.  I'm going to bring it in and show it to you.  We

just want to clear that air, because the way that things

were at the Meadowlands between us the first time we met

6

and everything, it didn't go so well, so before we present

all this stuff to you, we want to basically sit down and

clear that air.  See if there's, like I said, a way of

working together in that area, where it could be very in

your favor, I mean obviously, because you're -- out of

respect to who you are, you know, [you need me?].  And the

matter of getting talent, the premium talent, I mean not

this year, but obviously, you guys have a lot of control in

getting new talent, and....

JASON MILLER:  We have a lot of talent.  That's for sure.  Again,

I think it's the same conversation we've had three times

with respect to the Meadowlands, dude.  You gotta sit there

and you gotta, "here's the space," I mean, I know the

space, we can come back to the space too, for Bamboozle--I

know it's laid out differently than there, but you gotta

know, here's the market, dude.  We're paying -- I mean, I

have a rough idea from [Alex Senior]?  or whatever, but,

you just gotta look at it pro forma, you know?  It's like,

if we go too (inaudible), or Kid Cudi?  You gotta be able

to lay that out, and go, you know -- the rule of box office

is this, or whatever.  And if you don't know, then, raise

your hand and go, "I don't know -- I just know that the guy

was giving me the space for $10,000 a day or whatever it

is, and I have to put up a stage, and I don't know what it

7

costs to do the box office, and I don't really know what it

costs to do stagehands."  If you know, great -- tell me

what you know, and if you don't know -- then, "I don't

know!"  You know?  And oh, OK.  Because I'm going to go

knock out 100,000 people in the same fucking spot next

weekend.  No problem!

TOM DORFMAN:  Look, if we sit with you --

JASON MILLER:  Sorry -- what do you need, Steve?  Oh, OK.  Thank

you.

TOM DORFMAN:  We want to see if we came to (inaudible), like I

said, something that could be very lucrative, in this spot,

that then will allow us to just get talent in it, you know?

JASON MILLER:  I'll look at -- I mean, it's again...

TOM DORFMAN:  Not to beat it to shit, you know what I mean, but

I understand.  I respect you.  I respect the building you

have, and, that's why we want to work with you.  You know

what I mean?  I understand that there's some talent we're

not going to get, because he doesn't want us to have it.

JASON MILLER:  Not only that....  Well, there's just a lot of

talent we have, and we've got it.  You know?  We just have

a bunch of places.  Again, we sat down, and, "Hey, I want

to do this thing," but I have to look at it, and go, "OK,

hey, there's some opportunity."  It didn't really matter to

us.  I saw this opportunity, you guys didn't seem overly

8

psyched at the time -- look, I get it.  You guys have your

shit going, you're confident, and I was like "OK, so I'm

just going to go do my thing." (overlapping conversation;

inaudible)  I got to put all these bands in (inaudible)--

CHRIS BARRETT: Yeah.  Well, we [booked the wrong?], smaller tour,

but--

TOM DORFMAN:  Yeah, smaller shows, but --

(overlapping conversation; inaudible)

TOM DORFMAN:  If we work something out, we'll cut you in to the

smaller shows this year -- you know, we have everything

laid out, and we're financing it, OK, so we'll cut you in

to that this year, you know what I mean?  So there's

nothing you'd really have to do.

JASON MILLER: But, again, it's just like, hey, wait.  It's the

same...here's the kind of stage I got.  You know, if I'm

not going to (inaudible) [on the ground?], when you do the

thing this year, it's like, "Hey dude, it's the

(inaudible)."  Come on, buddy, what is it, June?  If you

took July?  (overlapping conversation; inaudible)  So it's

got to be photos, you know.

(overlapping conversation; inaudible)

TOM DORFMAN:  We have the whole thing laid out.

CHRIS BARRETT: We have the lineup.

TOM DORFMAN:  We have the thing laid out, what it's going to

9

look like, also.

JASON MILLER:  I'd like to see it, you know?  I'd love to see it.

TOM DORFMAN:   Basically, like I said, we're cleaning air.
Because obviously, we got a lot of...[Al got a lot of?]
pressure from you guys, and we got a lot of pressure from
Al.

JASON MILLER:  So, we won't have to (inaudible) it again.

TOM DORFMAN:   We understand it.  I understand it.  I'm not mad
about it, I understand it.  Yeah, we get it.

JASON MILLER:  Business is Business.

TOM DORFMAN:   It (inaudible), but, Al got a lot of heat from the
Sports Authority, because you guys wanted to be in there.
We wanted to make it easy for everybody to work with.  We
could have taken a smaller percentage on our entity.  With
regards to the power out -- I get it, you know what I mean?
That's what we're saying.

JASON MILLER:  It's not even that I would want to -- we're not
looking to necessarily control the whole thing, it's just
that --

CHRIS BARRETT: No --

JASON MILLER:  -- we'd want it to be, you know...we could just
easily just go and do something on the hills of Bamboozle,
where it's already set up, you know, and do that, you know?
If it's a great opportunity...we want to look at great

10

opportunities. Al didn't seem to want to go by "here's the opportunity." You guys didn't seem at that point in time to go "here's the opportunity." So, I'm like, "OK, we're just going to fucking -- that's fine." And we got our bands, and -- you know.

TOM DORFMAN: I guess that's why we're sitting with you right now. You know what I mean, Jason? Like, we said, you know--

JASON MILLER: So, let's start over.

CHRIS BARRETT: OK, we'll start all over.

JASON MILLER: Let's start all over.

TOM DORFMAN: Here's what we have right now. At the Meadowlands, we have a whole bunch of underground DJs, rave DJs, commercial DJs, all mixed in. You know, we put in millions of dollars in offers nationally, and you were right.

JASON MILLER: Who was actually planning it?

CHRIS BARRETT: [Ecko One?].

JASON MILLER: What, is this on the 25th?

CHRIS BARRETT: Yes, the 25th.

JASON MILLER: I still think the actual (inaudible) based somewhere else, or not (inaudible), but for John, and --

CHRIS BARRETT: Steve [Angelo?].

JASON MILLER: Yeah. Or maybe not. It's been quiet for a while,

11

so, it's hard to say.

CHRIS BARRETT: We weren't really going after that mainstream

market.

JASON MILLER: Right.

CHRIS BARRETT: But the point is, we realize, we put out a million

dollars in offers, you know?  You spoke with the agents,

and basically, nothing came back.

JASON MILLER: Yeah.  You probably need a strong advocate--

TOM DORFMAN:  We need a Jason Miller (inaudible) a Jason Miller.

You told me -- Live Nation -- I mean, it's not Live Nation.

You told me William Morris you're like that's my exclusive

agency."  And I just couldn't get talent there.  But you

were right.

JASON MILLER: Yeah.  You can get some of it, right, but I mean,

I'm like -- **your crowd wasn't jamming out to Pharell wasn't**

**gonna** happen Prodigy, **it just wasn't gonna happen wasn't**

**jamming out to some of that stuff.**

TOM DORFMAN:  Tiesto, (inaudible).

JASON MILLER: Tiesto's too...I don't know.  I mean, he's sort of

(inaudible).  I don't know.  John can do it -- I mean, it's

John's relationship, but, this is like an unknown thing,

and Electric Zoo is, like, really, a good look, you know?

TOM DORFMAN:  (inaudible) the stadium tour, so.

CHRIS BARRETT: Yeah, so we wanted to see if--

12

TOM DORFMAN:   I can understand the thing with Tiesto.

CHRIS BARRETT: --give you the extreme up side, if we could learn
      from you and work together next year, and if you could work
      with us, you know, instead of blocking out Tiesto next
      year, work with us.

JASON MILLER:  Yeah.  Well, it wasn't us that blocked out Tiesto.
      I think it was probably Electric Zoo.  I mean, yeah, we can
      book him -- and if you want to do something big with him
      next year, in the stadium, or whatever, but...it all just
      comes down to the opportunity, what's it going to look
      like, what's it going to cost, can we sell it -- so it just
      starts with, you know.  I saw like the basic -- I saw like
      a [bat?] thing, like a basic layout, but what's it really
      going to look like, and --?

TOM DORFMAN:   Right now, we got, just, need to get it ready now,
      we're just on the gun.  Felix Da Housecat, Sneak, Doc
      Martin, [Kevin Fisher?] and Mario [Caladari?], [Joseki?],
      Charles [Gibbon?], you know, Steve [Milou?], Gennaro, Lee
      Fawcey [sp?], Pete [Tong?]--(inaudible).

JASON MILLER:  That's a great little one-night lineup!

CHRIS BARRETT: Yeah, it keeps going, keeps going, keeps going.

JASON MILLER:  That's great.

CHRIS BARRETT: There's the lineup.

JASON MILLER:  Yeah, you should be psyched!  And now you do it on

13

one stage, or...?

CHRIS BARRETT: We're doing like multiple, kind of -- we'll give
everything its own field.

TOM DORFMAN:  We're going to start small.

JASON MILLER:  That's great.  That's a great place to start, man,
you should be psyched!

TOM DORFMAN:  We're starting small, and we understand -- that's
why we want to work with you.  The bigger talent, you
know...we can't book them, or you guys have them on -- like
Tiesto you guys do stuff with worldwide.  I understand -- I
get it.  And I understand Tiesto's not going to play us out
in the Meadowlands, and you guys don't want him to play it,
because you book him worldwide.

JASON MILLER: We book him a lot, you know.  But whatever
(inaudible) they're going to -- he's an oddball.  He's
going to do what he's going to do.  But, whether I aim at
the Swedes, or whoever...

TOM DORFMAN:  Like I said, I understand.  I get it.  I got it.

JASON MILLER: So, let's just go back to like square one, which
is, you know, I'm all for the -- you know, all of these
projects, like, "Hey man, here's what the place looks like,
here's what it costs, here's the dig, you know -- we can
run the Meadowlands, we can run 2:00 o'clock in the
afternoon until 2:00 o'clock in the morning.  We're going

14

to get the beer for everyone here, so you gotta pay 'em
this -- I can't remember; you said there was a percentage
but he was going to waive it this year -- maybe he'll waive
it next year because it's not going to be over the top this
year, you know, and he wants to see the site used, and --
whatever.  This is -- you know, the state fair could...you
don't have to pay for the police, or -- I can't remember
what.  Whatever.  When it's laid out, like, "Hey, you don't
have to pay for the police, you have to pay for the
stations.  You only have to pay for the security in private
zones.  You don't have to...."  He sort of ticked it off
verbally, and we never -- I didn't take any notes,
obviously, I mean I remembered a little bit, but I didn't
take notes or follow it that quickly, and...so, anything I
just do is just a risk versus reward.  It's just looking at
pro forma, and someone coming in and going, "Hey, I've got
this thing I'd like to do, and this is what it's going to
cost.  But I think we can sell 20,000 tickets, and at $75,
and that's a million and a half, and it's going to cost
four hundred grand, or whatever it is --"

TOM DORFMAN:  And I totally understand with John D., because he
does the bamboozle space there, so I understand, he feels
he's entitled to it, which I understand.

JASON MILLER:  He's a whole, out there, loose cannon that nobody

15

can control.  I mean, like I guess he does, and whether he
is or not...I could only tell you that -- I mean, he's just
crazy.  He's just crazy.  He's on my team, but he's his own
fucking thing that does his own, like -- it's not
necessarily representative of what I do.  He's my brother,
he's my teammate, but, you know -- I'm very just like
matter-of-fact.  John's very emotional, like, yeah, he
thinks the space is his own (inaudible).  But that's not my
play, you know?

TOM DORFMAN:  I get it, and that's why he works so hard with Al,
with trying to --

JASON MILLER:  Yeah, and he knows Al.  I've met Al once, you
know?  He's got a relationship with Al for years now, and
he...I don't know all the ins and outs of what we share
(laughter), infrastructure with Al, what we don't share,
and -- you know, one day we're sharing everything, the next
day John wants to just do his own thing -- it's like,
(overlapping conversation; inaudible).  Exactly.  He's very
emotional.

TOM DORFMAN:  I remember when we first came in here -- part of
the reason it didn't go forward was, John was just like, "I
can get you kicked out of the venue any time I want."

JASON MILLER:  Yeah.  He is a grimy motherfucker.

TOM DORFMAN:  That's why...we didn't really say much, you gotta

16

understand.  You walk into the office, and all the sudden

the first thing, I'm sitting here, and John D. goes, "I've

seen your contract.  I know the loopholes.  I can kick you

out," and the dates were like the first and the fifteenth

or something....

JASON MILLER:  He's a very excitable young guy.  (overlapping

conversation; inaudible).

TOM DORFMAN:   And if you were us though and you heard those

conversations (inaudible).

CHRIS BARRETT: You would feel uncomfortable speaking to him

JASON MILLER: I would.

(overlapping conversation; inaudible).

TOM DORFMAN:   You heard him say it.

JASON MILLER:  These guys aren't -- yeah, I got it.  You know?  I

did hear him say it.

CHRIS BARRETT: And then we're hearing things through the

grapevine, about like how he's talking to people about our

talent, and this, that, and the other thing, so we just

felt uncomfortable.

JASON MILLER:  I don't know anything about that, but -- I mean, I

wouldn't put it past him, mind you, but I don't know.  It

may be, like--

TOM DORFMAN:   And then I was getting like right prior to that I

was getting it from, obviously, Al talking to me, and you

17

know, he's saying, "John D.'s saying you guys are this,

that, this, this, this," and I'm like, "I don't know John

D." You know what I mean? It was kind of like -- that's

why I'm saying, like, when we came in here to clear the

air, if it wasn't like...if it wasn't all that, let's say,

drama going on, when he came in like, "Jason, this is what

we have on the table, how can you take it and advance it

with us? And what do you want?" That's why I did want to

come sit with you, because...you're right. If we just

walked in here, and didn't present, you know, this to you.

JASON MILLER: If you had come in the first day, (overlapping

conversation; inaudible).

CHRIS BARRETT: But remember how hard the relationship became?

Because he's telling us -- the first meeting, I'm going to

blow you out of there. That's our first impression. We're

two honest, loyal guys who want to do business.

JASON MILLER: Yeah -- no, he's...unfortunately uncontrollable.

Yeah, I'd feel the same way! Dude, I'm not -- you know. I

hear exactly what you're saying. I wouldn't feel any

differently, man.

(overlapping conversation; inaudible)

TOM DORFMAN: We felt threatened, so you're acting on your own

talent. Tell me how he was sitting here -- you know, I

couldn't even speak, because he was kind of like...Al

18

wasn't saying much, because I'm like, OK.  I have...first,
I know that John has been nailing the Sports Authority to
kick us out of the venue.

JASON MILLER:  Right.

TOM DORFMAN:   Which you know about.

JASON MILLER:  Right.

TOM DORFMAN:   So John's nailing whatever his name, Ron
Vanderveen (inaudible).

JASON MILLER:  Yeah.

TOM DORFMAN:  He's nailing him over there (inaudible) nailing
Al Dorso, kick these guys out of the spot -- this is Live
Nation's spot, this is my spot."

CHRIS BARRETT: So that's all -- that's the first thing.

TOM DORFMAN:   That's before we even walk in the door.  You know
what I mean?  That's getting(inaudible) us.  So we're
getting knocked over the head, and we're going, "OK, let's
go in, let's see if we can make this work."  As soon as I
walk in, the guy is, "I know your contract, the loopholes -
- I'll kick you out whenever I want."  So, that's just how
the relationship.

CHRIS BARRETT: That's a tough ice breaker.

JASON MILLER: Well, yeah, it is.  I mean, I guess -- listen.
This--(overlapping conversation; inaudible).

TOM DORFMAN: You heard him.

19

JASON MILLER:  No, I did.  But it's like, so, you got a

    relationship with Al, you got a legitimate business in the

    spot, and that's cool, and I respect that.  We've got,

    obviously -- there's other business in the spot,

    Bamboozle...so, we either have to figure out a way to work

    together, or we got a-- basically he told us this.  We can

    hopefully work together, but if not, (overlapping

    conversation; inaudible).

CHRIS BARRETT: You said it best.  We need to start over.  You

    seem like  voice of reason.

JASON MILLER:  Yeah.  Because if we're going to -- because if it

    all...whatever, it didn't [make any sense?], and you're

    going to do your thing, and I'm going to do my thing, then

    we gotta be friends--

CHRIS BARRETT: We have to be friends.

F1:  [Van?] coming?

JASON MILLER:  Yeah.  Is it right now?

F1:  (inaudible).  We can...

JASON MILLER:  No, no no no no.  All right.  I will talk to you,

    I just want to -- I got to take this other meeting, because

    I thought it was (inaudible).

TOM DORFMAN:  Yeah.  And (inaudible), when Al told me, John told

    me, "You're not getting any talent from William Morris

    Agency."

20

CHRIS BARRETT: And then that's the thing, first thing you said to

us--"I spoke to William Morris."  We were told on the

outside, we're not getting talent from William Morris,

because that's your exclusive agency, and then you said, "I

called William Morris."  So we felt nervous.

JASON MILLER:  Right, right.  Well, I had to try to do my

homework, you know?  I mean, I was--

TOM DORFMAN:   And if John --

JASON MILLER:  I'm doing my homework, John's trying to fucking

[pound?]--

TOM DORFMAN:   If John's trying to pound William Morris in -- or

anybody else --

JASON MILLER:  Yeah, I know the deal with that -- I was just

making the calls.

TOM DORFMAN:   Well, you were -- not him.  Yeah.  That's the

question, is, will he be able to...we're coming in here,

very open-book, saying, "Let's make money together."  Is he

going to be able to work with us, with us just sitting down

and...or is he going to be so mad that we got into this

space, and it was his space--

JASON MILLER:  Oh, I'll feel that one out.

CHRIS BARRETT: You'll feel it out?

JASON MILLER:  Yeah.  Well, but I'll be the intermediary.

CHRIS BARRETT: If there's an intermediary, and you give me your

21

word that we can do this amicably, I'm comfortable.  Like,

I'd like to shake hands with John D.

JASON MILLER:  Yeah, yeah, yeah, yeah yeah.

TOM DORFMAN:   (inaudible)  Like we said, we don't even know you

guys -- we're going about it as a team.  You know what I

mean?

TOM DORFMAN:   It just came into the (inaudible).

JASON MILLER:  Let's see where it's at.  I mean, I think that

right now, he's probably so focused on the festival,

because it's next weekend, and it's like, you know...my

recommendation is we just don't even talk to him about it

until--

CHRIS BARRETT: It's over.

JASON MILLER:  Yeah, until it's over.  So -- after next week.

And then, you know, once he sort of decompresses for a

minute...in the meantime, though, that hopefully gives us,

the three of us, or you guys a chance, you know, to--

TOM DORFMAN:   Kind of [field?] that relationship?  Do what we

need to do--

JASON MILLER:  Yeah.  Just like, "Hey, man -- here's what we're

going to do this year."  You know, "I don't even get it on

a sheet?."  You go, "Listen, dude, I'm doing twelve events

this year.  I'm doing six events this year, and here's what

they are: I got the roster thing, I got the clearance thing

22

-- I've got some little things, and here's what the space
is going to cost, and what it's going to look like, and
here's what it looks like in Boston; here's what it looks
like in [Atlantic?] Stadium.  We think it's 30,000 people
here.  We think it's 25,000 people here.  We think" -- you
know.  And we could just do our stuff so that when he comes
out -- because if we're going to bring in, at this
point...try to have a conversation about next year, and I
talk to my president, and him, and all that -- we'll do it,
but he's like, sort of, "Battle it out," he's out at, like
-- because it's game time for him right now.  I mean, he's
a week away.  We're going to do 100,000 people, and it'll
be the biggest one, maybe ever, and it's like --

TOM DORFMAN:   (inaudible) event (inaudible).

JASON MILLER: Yeah, yeah, yeah.  But it's a lot.  You know, I
think that -- like I said, we just want to do it...we want
to be cool, and, he's such a freak show at the best of
times.  Like, (inaudible), I'll often go, "Hey, dude," and
he'll be like,(inaudible).  And who knows?  He could be
totally cool, or he could have a problem with the Insane
Clown Posse today that I don't know about it, and he could
just send them off, you know?  Because...

TOM DORFMAN:   Yeah.  So it's really John I want to --

CHRIS BARRETT: Yeah, because we got a phone call --

23

JASON MILLER:  Yeah, but, I don't know any of this fucking shit!
     Like dude, I met Al Senior once.  John is his (inaudible)--
     not (inaudible) John and freak out on Al Senior, you know?
     So that was a whole great -- like you guys, right?  That
     was a great first impression.  So...

CHRIS BARRETT: He was freaking about our deal (inaudible)--

JASON MILLER:  Whatever, or just like -- he was freaking about,
     like, how...he just felt like Al should have told him if
     the opportunity was out there, because they have a
     relationship for how many years.  And, you know -- and so
     it's just that "he said, she said."  It's not -- it wasn't
     even so much that you guys are doing it, and you guys have
     a relationship.  It was like, "Hey, Al -- I've known you
     for how many years now, and you have this relationship for
     how many years, and you couldn't just say, 'Hey,' you know,
     'This thing is coming,' or 'I have this opportunity, maybe
     you want to look at it?' or 'Hey, I did a deal with these
     guys in Jersey, and maybe you should go talk to him?'"
     Like, he just felt like Al could have been more, like, with
     open hands.  Whether that was giving him the opportunity to
     take on that opportunity himself, or giving him the heads
     up that you guys have the opportunity, and that maybe Al
     would be a bench, like, broker.  Meeting at the very, very
     beginning, and saying -- he felt like Al should come to you

24

with a good deal and say, "Hey, listen, you know what?
First thing we should do is probably get John in, because
we share a site together a little bit, and he does the
Bamboozle, and you're in charge of [this stuff?].  Maybe
there's something...maybe there's not, but you guys should
talk."  And I think that John felt like -- because then
John would have been like...at the end of the day, if he
was like, "Hey, (inaudible) didn't make sense," we all
would have been friends anyway.

TOM DORFMAN:   Yeah, but now we're going to be like--

JASON MILLER:  Yeah,(overlapping conversation; inaudible), [he?]
    wouldn't have felt threatened.  So [it isn't like?] he felt
    threatened by you, but he felt (inaudible) out by Al.

TOM DORFMAN:   And then this way he wouldn't have knocked out.
    John (inaudible) knock our lights out.

JASON MILLER:  I mean, the truth is, John (overlapping
    conversation; inaudible)

CHRIS BARRETT: We heard that John started where we did, you know?
    He goes to Bamboozle there, and then (inaudible) partners.

JASON MILLER:  Yeah, yeah.  That's right.  I mean, it was before
    I got here, but yeah, you're probably correct.

CHRIS BARRETT: And -- the way we found out that we didn't get
    Tiesto -- which, before, like we had heard from Tiesto --
    we heard that... We had a $400,000 offer out to Tiesto, and

25

he verbally accepted it, and then we heard that John D. and

Live Nation stepped in and told him not to play.  So that -

- we understand, you know?

JASON MILLER:  Well, that wasn't (inaudible) that wouldn't have

been my John D.--that was probably John Dimatteo.

CHRIS BARRETT: Nah, not Dimatteo.  Dimatteo was involved in the

deal.  (overlapping conversation; inaudible)

TOM DORFMAN:  Mateo was--

CHRIS BARRETT: Let's just say, we want to clear the air here.

JASON MILLER:  Well, maybe.  I mean...now, I will be honest and

tell you that all the ins and outs of the bookings of

Bamboozle, I am *not* going to deal with, you know?  Like, he

does it all, and sometimes he'll come to me and ask me for

advice, or go, like, "Hey, should I--"  He might walk in

and go, like, "Should I make an offer to David Guetta?"

I'll go, "You should," but I'll have no idea like how much

he decides he wants to try to offer, you know?

CHRIS BARRETT: Yeah, yeah, yeah, yeah.

JASON MILLER:  And he made an offer.  Did he make him a good

offer or a shitty offer?  I have no idea.  I don't see --

you know?

CHRIS BARRETT: Yeah.

JASON MILLER:  He's very much like that.

TOM DORFMAN:   Yeah.  I just want to clear the air.  Because that

26

was very (inaudible).  Al told me: "You're not getting

Tiesto.  Because it's Live Nation (inaudible) worldwide and

John D. doesn't (inaudible) this."  Al told us that we're

not--

JASON MILLER:  (inaudible) Tiesto (laughter) taking that money.

And whatever!  And John's got a thing that -- I mean...it

sucks, but, I guess--

TOM DORFMAN:  You had to -- you know....

JASON MILLER:  I mean, I didn't know that.  It's interesting.

TOM DORFMAN:  Yeah.  But you saw the guy trying to knock our

lights out, so....

JASON MILLER:  You know, (inaudible), he's an aggressive

motherfucker.  I get it.

CHRIS BARRETT: And Al told us: John D. and Live Nation are going

to block Tiesto from you.

JASON MILLER:  Yeah.

TOM DORFMAN:  He told us.  And then he said, "I told you so."

He told me -- if he played there, he played at (inaudible).

We're like, "All right."  Then, yeah -- you guys definitely

(inaudible).

JASON MILLER:  "You saw how I'm going to work with you."

CHRIS BARRETT: You know, we don't want to go in and put offers

on...Tom -- you know, we want to work together...

(overlapping conversation; inaudible)

27

TOM DORFMAN:   I know Joel is not going to give us the talent if

    we don't (overlapping conversation; inaudible)  You know?

JASON MILLER: Yeah, we --

TOM DORFMAN:   It's the reality.

JASON MILLER: Yeah, yeah.  Yes.  I suppose it is.  I don't like

    to [play?] that.  I don't like to beat up heavy...but, yeah

    -- I mean, we have a deep relationship, and we do tons and

    tons of business with William Morris, and, you know --

    you're probably right.

CHRIS BARRETT: We understand.

JASON MILLER:  I don't like to paint myself Mr. Heavy, but -- and

    I'll talk...you want to call a spade a spade, sure -- you

    know.

**Barrett** TOM DORFMAN:    Spade a spade -- all right, yeah.  If we

    have your blessing, we can book this --

JASON MILLER:  I'm kind of not --(inaudible) about that, but --

TOM DORFMAN:   You gotta understand, we're not -- I'm not upset

    about it.  That's (inaudible), but I understand Joel

    Zimmerman saying , you're not going to -- I can't book the

    talent, if Live Nation wants you not to have it.

JASON MILLER: All right.  So let's just -- let's...

CHRIS BARRETT: Let's work -- gotta work together.

JASON MILLER:  --let's move forward.  You want the handshake on

    it?  (overlapping conversation; inaudible)

28

CHRIS BARRETT and TOM DORFMAN:      Yeah.

JASON MILLER:  We're going to work for (inaudible).

CHRIS BARRETT: All right.  Let's--

JASON MILLER:  If we talk, to figure out what the (inaudible) and
     what this opportunity means for Live Nation, and how we can
     vet it out, and what makes sense, and what doesn't make
     sense, and we'll see what we can do.  And if we can do it
     we'll do it, and if we can't we can't, but we'll be honest
     about it --

CHRIS BARRETT: Yeah.  We'll present all the projects to you, you
     know --

JASON MILLER:  And if it's going to be -- and I'll talk to Dingle
     Balls when he comes down out of the Bamboozle hell.  I want
     to get him in a better spot.  We'll all sit down and break
     bread.

(overlapping conversation; inaudible)

JASON MILLER:  Because if you're going to do your thing, and then
     you're going to do your thing...you know.

TOM DORFMAN:   We'll make a deal, understanding, you know, who
     you are, and we understand.  We can't get the talent,
     obviously --

CHRIS BARRETT: Unless we go through you.

TOM DORFMAN:   So, we'll make--

JASON MILLER:  So, what were you saying?

29

TOM DORFMAN:   --and we'll give you a very good deal to come in

     with it (overlapping conversation; inaudible) you know

     what?  I would be -- you're not [old?] (inaudible).  You

     look young enough.  Look, you know.  I want to be in your

     seat. You know, maybe taking [ten?] for two years.  You

     know what I mean?

JASON MILLER:  That's all we get out of (inaudible) [I spend?].

TOM DORFMAN:   So I need to work with somebody like you.

JASON MILLER:  All right.  We'll see what we can do together,

     guys.

TOM DORFMAN:   Thank you.

JASON MILLER:  All right.

CHRIS BARRETT: Yeah, I'm glad we communicated.

JASON MILLER:  Sure.  It was very good to [sit down with you?].

(overlapping conversation; inaudible)

TOM DORFMAN:   All right.  We'll get everything together, and

     we'll come in and (inaudible).  We don't (inaudible) like

     that...you know, the [insensitive version?].

JASON MILLER:  I get it.  You guys were totally ambushed, for no

     particular reason.

TOM DORFMAN:   And we don't know (inaudible).

JASON MILLER:  Yeah.  I get it.

CHRIS BARRETT: We're good guys.

TOM DORFMAN:   Because honestly, we could deal -- whatever it is,

30

that's it: a deal's a deal.  You just saw how we were with Vito.

JASON MILLER:  Yeah.

TOM DORFMAN:  I had a deal with [them?]  You guys were trying to [blow?] Vito out of the deal...and (inaudible) we stood up for them, and was like, "No, he's staying in here."  You know.  Business-wise, I should have been like yeah Vito, bye, you know what I mean?  But I did have a deal with him then, at 50% of the party, and you guys were, you know -- you or John was saying, you can't get ticketing through the Meadowlands, which is -- I understand, it's business.

JASON MILLER: Yeah.

TOM DORFMAN:  I'm not mad at you for it, you know what I mean?  You see where I [work with my word?].  I made a word deal and I stood by it.

JASON MILLER: Yeah yeah.

TOM DORFMAN: I should have obviously, at that time -- now, going back, I should have said, "Call them up and say, 'Sorry, guys....'"

JASON MILLER:  Yeah, a deal's a deal -- I got it.

TOM DORFMAN:  Yeah.  Word is bond.  Thank you for your time.

(overlapping conversation; inaudible)

CHRIS BARRETT: Thank you for your time, Jason.  Peace!

TOM DORFMAN:  Peace.

31

(inaudible)

(ambient noise)

(END OF FILE)



AUDIO TRANSCRIPTION CENTER          A DIVISION OF THE SKILL BUREAU

129 Tremont Street
Boston, MA 02108
Tel: 617-423-2151
Fax: 617-423-9183

## CERTIFICATE

I, Patrick Emond, do hereby certify that the following 32 pages embody a true and
accurate transcript.  Prepared in the Audio Transcription Center to the best of our
abilities, it comprises the contents of the relevant portion of a digital audio file
provided to us by our client, Juice Entertainment.  The digital audio file contained a
meeting between Chris Barrett, Jason Miller, Thomas Dorfman held on April 22, 2011.

_1/27/2014_                        _____
Date                                     Patrick Emond, Operations Manager
                                             Audio Transcription Center