UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, AND CHRIS BARRETT, | ) ) ) ) | Civil Action No. 2:11-cv-07318-WHW-CLW |
| Plaintiffs, | ) ) | Hon. William H. Walls |
| vs. | ) ) ) | |
| LIVE NATION ENTERTAINMENT, INC., | ) ) | |
| Defendant. | ) ) ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 19, 2016, a true and correct copy of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, Plaintiffs' Counterstatement Pursuant to Local Civil Rule 56.1, the Certification of Amy Walker Wagner and Exhibits 1 – 67, and the Affidavit of Chris Barrett in Support of Plaintiffs and Exhibits A – E were served on all counsel of record via the Court's CM/ECF system. A Courtesy Copy will also be mailed to:

        Honorable William H. Walls, U.S.D.J.
        United States District Court for the District of New Jersey
        M.L. King, Jr. Federal Bldg. & U.S. Courthouse
        50 Walnut Street
        Newark, New Jersey 07102

        */s/* David S. Stone

        David S. Stone