# EXHIBIT B



Mobile Phone Examiner Plus® Quick Print

EXHIBIT NO. CB-13 FOR IDENTIFICATION DATE: 11-14-13

| | |
|---|---|
| Date | 2/5/2011 5:22:27 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | Any news on the contract? |

| | |
|---|---|
| Date | 2/5/2011 5:33:29 PM |
| To | 646-773-7700 |
| From | 3475175703 |
| Read | False |
| Status | Sent |
| Text | Waiting |

| | |
|---|---|
| Date | 2/5/2011 5:47:34 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | Any communication? |

| | |
|---|---|
| Date | 2/5/2011 5:48:48 PM |
| To | 646-773-7700 |
| From | 3475175703 |
| Read | False |
| Status | Sent |
| Text | Yesterday said he we should have it over weekend. I'm expecting monday |

| | |
|---|---|
| Date | 2/5/2011 6:35:19 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | Ok |

JUICE0015277

 Mobile Phone Examiner Plus® Quick Print

| | |
|---|---|
| Date | 2/5/2011 8:56:44 PM |
| To | 646-773-7700 |
| From | 3475175703 |
| Read | False |
| Status | Sent |
| Text | The third call was Ultra |

| | |
|---|---|
| Date | 2/5/2011 8:59:30 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | Incredible! |

| | |
|---|---|
| Date | 2/5/2011 8:59:44 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | So pacha, ultra and daisy? |

| | |
|---|---|
| Date | 2/5/2011 8:59:59 PM |
| To | 646-773-7700 |
| From | 3475175703 |
| Read | False |
| Status | Sent |
| Text | Yup |

| | |
|---|---|
| Date | 2/5/2011 9:02:58 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | We are going to have to pay tiesto more than $300,000 |



Mobile Phone Examiner Plus® Quick Print

| | |
|---|---|
| Date | 2/5/2011 9:03:05 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | Prob 350-400k |

| | |
|---|---|
| Date | 2/5/2011 9:05:05 PM |
| To | 646-773-7700 |
| From | 3475175703 |
| Read | False |
| Status | Sent |
| Text | will he take 250 and a piece on the back end? |

| | |
|---|---|
| Date | 2/5/2011 9:05:36 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | No shot in hell |

| | |
|---|---|
| Date | 2/5/2011 9:05:42 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | E zoo is at $300k |

| | |
|---|---|
| Date | 2/5/2011 9:06:00 PM |
| To | 646-773-7700 |
| From | 3475175703 |
| Read | False |
| Status | Sent |
| Text | Ok |

JUICE0015279

 Mobile Phone Examiner Plus® Quick Print

| | |
|---|---|
| Date | 2/5/2011 9:06:31 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | And its established |

| | |
|---|---|
| Date | 2/5/2011 9:06:44 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | We have to beat the offer to have a chance |

| | |
|---|---|
| Date | 2/5/2011 9:07:07 PM |
| To | 646-773-7700 |
| From | 3475175703 |
| Read | False |
| Status | Sent |
| Text | He has never played a festival of this size on the east coast correct? |

| | |
|---|---|
| Date | 2/5/2011 9:07:34 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | Ultra |

| | |
|---|---|
| Date | 2/5/2011 9:08:01 PM |
| To | 646-773-7700 |
| From | 3475175703 |
| Read | False |
| Status | Sent |
| Text | So northeast first appearance |

JUICE0015280



Mobile Phone Examiner Plus® Quick Print

| | | | |
|---|---|---|---|
| Date | 2/5/2011 9:09:24 PM | | |
| To | 646-773-7700 | From | 3475175703 |
| Read | False | Status | Sent |
| Text | If we beat zoo's offer how fast will he confirm and how soon can we announce | | |

| | | | |
|---|---|---|---|
| Date | 2/5/2011 9:14:14 PM | | |
| To | 3475175703 | From | 6467737700 |
| Read | True | Status | Read |
| Text | Its not just about beating it | | |

| | | | |
|---|---|---|---|
| Date | 2/5/2011 9:14:37 PM | | |
| To | 3475175703 | From | 6467737700 |
| Read | True | Status | Read |
| Text | Beating it is part | | |

| | | | |
|---|---|---|---|
| Date | 2/5/2011 9:14:47 PM | | |
| To | 3475175703 | From | 6467737700 |
| Read | True | Status | Read |
| Text | I'm with him now | | |

| | | | |
|---|---|---|---|
| Date | 2/5/2011 9:15:50 PM | | |
| To | 646-773-7700 | From | 3475175703 |
| Read | False | Status | Sent |
| Text | So he's concerned with us being new in the festival marketplace | | |

Mobile Phone Examiner Plus® Quick Print

| | |
|---|---|
| Date | 2/5/2011 9:16:08 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | Yes |

| | |
|---|---|
| Date | 2/5/2011 9:16:22 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | Kelly said we can make it happen. We have to address the concerns |

| | |
|---|---|
| Date | 2/5/2011 9:16:29 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | We have 2 days |

| | |
|---|---|
| Date | 2/5/2011 9:16:35 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | And money does talk |

| | |
|---|---|
| Date | 2/5/2011 9:16:46 PM |
| To | 3475175703 |
| From | 6467737700 |
| Read | True |
| Status | Read |
| Text | $400,000 should get this done |

JUICE0015282



Mobile Phone Examiner Plus® Quick Print

| | | | |
|---|---|---|---|
| Date | 2/5/2011 9:16:53 PM | | |
| To | 3475175703 | From | 6467737700 |
| Read | True | Status | Read |
| Text | Vito is going to loose it | | |

| | | | |
|---|---|---|---|
| Date | 2/5/2011 9:16:59 PM | | |
| To | 3475175703 | From | 6467737700 |
| Read | True | Status | Read |
| Text | But its worth it | | |

| | | | |
|---|---|---|---|
| Date | 2/5/2011 9:21:25 PM | | |
| To | 3475175703 | From | 6467737700 |
| Read | True | Status | Read |
| Text | Once we confirm tiesto it will make everything else easier | | |

| | | | |
|---|---|---|---|
| Date | 2/7/2011 2:03:17 PM | | |
| To | 646-773-7700 | From | 3475175703 |
| Read | False | Status | Sent |
| Text | Please hit me up with updates. Spoke with venue contract is coming today | | |

| | | | |
|---|---|---|---|
| Date | 2/7/2011 2:03:48 PM | | |
| To | 3475175703 | From | 6467737700 |
| Read | True | Status | Read |
| Text | I'm sending the new offer | | |

 Mobile Phone Examiner Plus® Quick Print

| | | | |
|---|---|---|---|
| Date | 2/7/2011 2:04:31 PM | | |
| To | 646-773-7700 | From | 3475175703 |
| Read | False | Status | Sent |
| Text | 400k to tiesto? | | |

| | | | |
|---|---|---|---|
| Date | 2/7/2011 2:05:57 PM | | |
| To | 3475175703 | From | 6467737700 |
| Read | True | Status | Read |
| Text | Yes | | |

| | | | |
|---|---|---|---|
| Date | 2/7/2011 2:06:18 PM | | |
| To | 3475175703 | From | 6467737700 |
| Read | True | Status | Read |
| Text | Zoo is 300k its necessary | | |

| | | | |
|---|---|---|---|
| Date | 2/7/2011 2:08:18 PM | | |
| To | 646-773-7700 | From | 3475175703 |
| Read | False | Status | Sent |
| Text | Did you speak with tiesto or kelly and find out if 400k gets it done? | | |

| | | | |
|---|---|---|---|
| Date | 2/7/2011 2:09:19 PM | | |
| To | 3475175703 | From | 6467737700 |
| Read | True | Status | Read |
| Text | Yes. 400k gives us a good shot. I am also sending them the talent we are looking at. They don't know about the william morris artists | | |