David S. Stone
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
Tel:   (973) 218-1111
Fax:   (973) 218-1106
dstone@stonemagnalaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, AND CHRIS BARRETT,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>Defendant. | Civil Action No. 2:11-cv-07318-WHW-CLW<br>Hon. William H. Walls<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that Stone & Magnanini LLP, counsel for Plaintiff Juice Entertainment, LLC, informs the Court that Amy Walker Wagner, Esq. is no longer associated with the firm of Stone & Magnanini LLP, and requests that the Court withdraw the appearance of Ms. Walker Wagner as counsel and discontinue electronic notifications to her in this action.

PLEASE TAKE FURTHER NOTICE that this Firm will continue to remain as counsel of record in this action.

Dated: July 27, 2017                              Respectfully submitted,

                                                  **STONE & MAGNANINI LLP**


                                                  _____
                                                  David S. Stone
                                                  STONE & MAGNANINI LLP
                                                  100 Connell Drive, Suite 2200
                                                  Berkeley Heights, NJ 07922
                                                  Tel: (973) 218-1111
                                                  Fax: (973) 218-1106
                                                  *Attorneys for Plaintiffs*