David S. Stone, Esq.
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
Tel:	(973) 218-1111
Fax:	(973) 218-1106
dstone@stonemagnalaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, AND CHRIS BARRETT,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>Defendant. | Civil Action No. 2:11-cv-07318-WHW-CLW<br>Hon. William H. Walls<br><br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Stone & Magnanini LLP, counsel for Plaintiffs, Juice Entertainment, LLC, Thomas Dorfman, and Chris Barrett, informs the Court that Daniel E. Bonilla, Esq. is no longer associated with the firm of Stone & Magnanini LLP, and requests that the Court withdraw the appearance of Mr. Bonilla as counsel and discontinue electronic notifications to him in this action.

PLEASE TAKE FURTHER NOTICE that this Firm will continue to remain as counsel of record in this action.

Dated: February 16, 2018                    Respectfully submitted,

                                            **STONE & MAGNANINI LLP**


                                            /s/*David S. Stone*
                                            David S. Stone, Esq.
                                            STONE & MAGNANINI LLP
                                            100 Connell Drive, Suite 2200
                                            Berkeley Heights, NJ 07922
                                            Tel: (973) 218-1111
                                            Fax:(973) 218-1106
                                            *Attorneys for Plaintiffs*