NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, AND CHRIS BARRETT,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>　　　　　　　　Defendant. | **ORDER**<br><br>Civ. No. 11-7318 (WHW) (CLW) |

**Walls, Senior District Judge**

Defendant Live Nation Entertainment, Inc. ("Live Nation") moves for summary judgment under Fed. R. Civ. P. 56. ECF No. 73. Plaintiffs Juice Entertainment, LLC, Thomas Dorfman, and Chris Barrett oppose the motion. ECF No. 75. It is hereby ORDERED that Defendant Live Nation's motion for summary judgment, ECF No. 73, is granted as to Count 1, and denied as to Counts 2 and 3. It is further ORDERED that Plaintiffs will be precluded from seeking lost-profits damages at trial.

DATE: 23/५/2018

William H. Walls
Senior United States District Court Judge