UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUICE ENTERTAINMENT LLC, THOMAS DORFMAN and CHRIS BARRETT,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>Defendant. | Civil Action No. 11-7318-WHW-MCA<br><br>SUBSTITUTION OF COUNSEL FOR PLAINTIFFS |

      PLEASE TAKE NOTICE that the undersigned counsel and Plaintiffs Juice Entertainment LLC, Thomas Dorfman and Chris Barrett hereby consent to the substitution of Andrew B. Smith, Esq., of Smith + Schwartzstein LLC, as attorneys for Plaintiffs, in the place of Stone & Magnanini LLP and Ajamie LLP, in the above-captioned matter.

      Kindly withdraw the appearances of Messrs. David Stone, Esq. and Julio Gomez, Esq. of Stone & Magnanini, LLP, and Thomas R. Ajamie, Esq. (pro hac vice) and David S. Siegel, Esq. (pro hac vice) of Ajamie LLP, and discontinue electronic notifications to them in this action.

      All further pleadings, papers and documents should be served upon Mr. Smith at Smith + Schwartzstein LLC.

//

//

//

//

Dated: September 7, 2018                    **SMITH + SCHWARTZSTEIN LLC**

                                                BY:    *s/ Andrew B. Smith*
                                                              ANDREW B. SMITH, ESQ.
                                                              Superseding Attorney

                                                              SMITH + SCHWARTZSTEIN LLC
                                                              71 Maple Avenue
                                                               Morristown, NJ 07960
                                                               Tel: (973) 532-2962

**STONE & MAGNANINI LLP**

BY: *s/   David S. Stone*
       David S. Stone
       Withdrawing Attorney

BY: *s/   Julio C. Gomez*
       Julio C. Gomez
       Withdrawing Attorney

        STONE & MAGNANINI LLP
        100 Connell Drive, Suite 2200
        Berkeley Heights, NJ 07922
        Tel:     (973) 218-1111

**AJAMIE LLP**

BY: *s/   Thomas R. Ajamie*
       Thomas R. Ajamie (pro hac vice)
       Withdrawing Attorney

BY: *s/   David S. Siegelz*
       David S. Siegel (pro hac vice)
       Withdrawing Attorney

        AJAMIE LLP
        Pennzoil Place - South Tower
        711 Louisiana, Suite 2150
        Houston, Texas 77002
        Tel:     (713) 860-1601

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September a true and correct copy of the foregoing Notice of Substitution of Counsel for Plaintiffs was filed and served upon all counsel of record via the Court's CM/ECF system.

BY:     <u>s/ Andrew B. Smith</u>
ANDREW B. SMITH, ESQ.
Superseding Attorney

SMITH + SCHWARTZSTEIN LLC
71 Maple Avenue
Morristown, NJ 07960
Tel: (973) 532-2962