UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUICE ENTERTAINMENT LLC, THOMAS DORFMAN and CHRIS BARRETT,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>Defendant. | Civil Action No. 11-7318-WHW-MCA<br><br>NOTICE OF MOTION FOR AMENDED ORDER |

TO: Phillip R. Sellinger, Esq.
Greenberg Traurig LLP
500 Campur Drive
Florham Park, New Jersey 07932
*Attorneys for Defendant*
*Live Nation Entertainment, Inc.*

PLEASE TAKE NOTICE that on November 8, 2018, at 9:00 a.m. or as soon thereafter as counsel may be heard, Plaintiffs Juice Entertainment LLC, Thomas Dorfman and Chris Barrett will move before the Honorable William H. Walls, Senior United States District Judge for the District of New Jersey, and hereby does move, by and through its attorneys, Smith + Schwartzstein LLC, for an order pursuant to Rule 5(a)(3) of the Federal Rules of Appellate Procedure amending the court's May 23, 2018 Order to include the required statement granting Plaintiffs' permission to petition for an appeal;

PLEASE TAKE FURTHER NOTICE that Plaintiffs shall rely upon the Certification of Andrew B. Smith, Esq. in support of its motion;

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith; and

PLEASE TAKE FURTHER NOTICE that oral argument is requested should this motion be opposed.

                              SMITH + SCHWARTZSTEIN LLC

BY: _____
      ANDREW B. SMITH, ESQ.
      71 Maple Avenue
      Morristown, NJ 07960
      Telephone: 973-206-1725
      Fax: 973-794-2589

DATED: October 24, 2018