

Ian S. Marx
Tel 973.360.7951
marxi@gtlaw.com

November 2, 2018

**VIA ELECTRONIC FILING**

The Honorable William H. Walls, D.N.J.
United States District Court
for the District of New Jersey
M.L. King Jr. Federal Bldg. & Cthse.
50 Walnut Street,
Newark, New Jersey 07102

      Re:    *Juice Entertainment, LLC v. Live Nation Entertainment, Inc.*
            11-cv-07318

Dear Judge Walls:

      We represent Defendant Live Nation Entertainment, Inc. ("Live Nation") in this action and write, with the consent of Plaintiffs' counsel, to respectfully request a one-cycle adjournment of Plaintiffs' Motion to Amend the Court's May 23, 2018 Order.  This is the first and only request to adjourn this motion and the request is not being made for the purpose of delay.  Based on the foregoing, Live Nation respectfully requests that the Court adjourn the return date of this motion one cycle – making the new return date December 3, 2018, defendant's opposition due date November 19, 2018, and Plaintiffs' reply November 26, 2018 – by "so ordering" this letter.

      We appreciate Your Honor's consideration of this request.

                                        Respectfully submitted,

                                        /s/ Ian S. Marx
                                        Ian S. Marx

cc: Andrew Smith, Esq. (via email and electronic filing)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL°
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS A SEPARATE UK REGISTERED LEGAL ENTITY
+ OPERATES AS GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
° OPERATES AS GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA
¤ OPERATES AS GT TOKYO HORITSU JIMUSHO
~ OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.

Greenberg Traurig LLP ■ Attorneys At Law ■ 500 Campus Drive, Suite 400 ■ Florham Park, NJ 07932 ■ Tel 973.301.7900 ■ Fax 973.301.8410

November 2, 2018
Page 2

                                                SO ORDERED:

                                                _____

                                                William H. Walls, D.N.J.