

Andrew Smith
Smith + Schwartzstein LLC
71 Maple Ave., Suite 3
Morristown, NJ 07960
T: 973.206.1725
F: 973.794.2589
E: asmith@sslegalservices.com

November 19, 2018

**VIA U.S. MAIL (COURTESY COPY)**
Hon. William H. Walls
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

   Re: **Juice Entertainment LLC, Thomas Dorfman and Chris Barrett v. Live Nation Entertainment Inc.**
     **Civil Action No. 2:11-cv-07318-WHW-CLW**

Your Honor:

  Please be advised, my firm represents Plaintiffs Juice Entertainment LLC, Thomas Dorfman and Chris Barrett in the above referenced matter. We respectfully request a one-week extension of Plaintiff's deadline to reply to Defendant's opposition to Plaintiff's Motion to Amend. Defendant's counsel have consented to this extension.

  I have a preplanned vacation scheduled at the end of this week for Thanksgiving. I also currently have a special civil trial scheduled for November 28 in New Jersey and two additional court appearances in two different cases in scheduled for November 29 and November 30 in New York.

  Based on the foregoing, Plaintiffs respectfully request that this court extend Plaintiffs' deadline to reply to Defendant's opposition for one additional week.

  Thank you for your time and attention. If you have any questions or concerns, please do not hesitate to have a member of your staff contact me directly.

              Respectfully
              SMITH + SCHWARTZSTEIN LLC

              Andrew B. Smith, Esq.

Enclosures