**GREENBERG TRAURIG, LLP**
Phillip R. Sellinger (PS 9369)
Ian S. Marx (IM 1704)
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 360-7900 (Telephone)
(973) 301-8410 (Facsimile)
*Attorneys for Defendant*
*Live Nation Entertainment, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, AND CHRIS BARRETT,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 11-cv-7318 (CCC)(CLW)<br><br>**NOTICE OF MOTION TO STRIKE PLAINTIFFS' EXPERT REPORT AND FOR RELATED RELIEF** |

TO:　Andrew Smith
　　　Smith & Schwartzstein LLC
　　　71 Maple Ave, Suite 3
　　　Morristown, NJ 07960
　　　*Attorney for Plaintiffs Juice*
　　　*Entertainment LLC, Thomas Dorfman,*
　　　*and Chris Barrett*

　　**PLEASE TAKE NOTICE** that, on September 16, 2019, at 9:00 AM, or as soon as counsel may be heard, Defendant Live Nation Entertainment, Inc. ("Live Nation") shall move before the Honorable Cathy L. Waldor, United States Magistrate Judge for the District of New Jersey, located at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order

excluding from this litigation the expert report and expert testimony of Dr. Richard D. Barnet, awarding Live Nation the fees and any costs associated with having to make this motion; and granting Live Nation such other relief as the Court deems appropriate;

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Live Nation will rely upon its Memorandum of Law and the Certification of Ian S. Marx, with annexed exhibits, filed herewith, and the record of proceedings; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

                                       Respectfully submitted,

                                       GREENBERG TRAURIG, LLP

                          By       */s/ Ian S. Marx*
                                    Ian S. Marx

Dated:  August 23, 2019