GREENBERG TRAURIG, LLP
Phillip R. Sellinger (PS 9369)
Ian S. Marx (IM 1704)
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 360-7900 (Telephone)
(973) 301-8410 (Facsimile)
*Attorneys for Defendant*
*Live Nation Entertainment, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, AND CHRIS BARRETT,<br><br>               Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>               Defendant. | Civil Action No. 11-cv-7318 (CCC)(CLW)<br><br>**CERTIFICATION OF IAN S. MARX IN SUPPORT OF DEFENDANT LIVE NATION ENTERTAINMENT, INC.'S MOTION TO STRIKE PLAINTIFFS' EXPERT REPORT** |

I, Ian S. Marx, declare that I am a Shareholder of Greenberg Traurig, LLP, attorneys for Defendant Live Nation Entertainment, Inc.  I make this certification on the basis of personal knowledge and my review of the documents discussed below and in support of Defendant's motion to strike Plaintiffs' expert report.

1.      A true and correct copy of a letter dated June 6, 2019 from Andrew Smith, is attached hereto as Exhibit A.

2.      A true and correct copy of Dr. Richard D. Barnet's undated expert report, is attached hereto as Exhibit B.

3.      A true and correct copy of a letter dated June 11, 2019 from Ian S. Marx, is attached hereto as Exhibit C.

4.      A true and correct copy of a letter dated June 12, 2019 from Andrew Smith, is attached hereto as Exhibit D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this Certification was executed on this 23rd day of August, 2019 in Florham Park, New Jersey.


                                                        */s/ Ian S. Marx*
                                                        Ian S. Marx

Dated:  August 23, 2019