UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, AND CHRIS BARRETT,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>　　　　　Defendant. | Civil Action No. 11-cv-7318 (CCC)(CLW) |

# [PROPOSED] ORDER STRIKING PLAINTIFFS' EXPERT REPORT

**THIS MATTER** having been open to the Court by Greenberg Traurig, LLP, attorneys for Defendants Live Nation Entertainment, Inc., ("Live Nation") on notice to Andrew Smith, attorney for Plaintiffs Juice Entertainment LLC, Thomas Dorfman, and Chris Barrett ("Plaintiffs"), by way of Motion to Strike Plaintiffs' Expert Report, excluding from this litigation the expert report and expert testimony of Dr. Richard D. Barnet, and the Court having considered the submissions of the parties and having heard argument of counsel, if required, and for good cause shown,

**IT IS THIS** \_\_\_\_ day of _____, 2019,

**ORDERED** that:

1. Defendants' Motion to Strike Plaintiffs' Expert Report and Testimony of Dr. Richard D. Barnet hereby is **GRANTED**; and it is further

2. Any and all reports prepared by Dr. Richard D. Barnet are hereby excluded from use in this litigation; and it is further

3. Dr. Richard D. Barnet is hereby excluded from testifying as expert witnesses at trial in this litigation; and it is further

4. Dr. Richard D. Barnet shall destroy all Live Nation Confidential Documents in his possession, custody, or control; and it is further

5. Plaintiffs shall reimburse Live Nation its reasonable costs and fees incurred in bringing this motion, which Live Nation shall quantify in an appropriate submission to be filed with the Court on or before _____, 2019, following which Plaintiffs shall have 14 days in which to provide such reimbursement.

                                                        Hon. Cathy L. Waldor, U.S.M.J.