**GREENBERG TRAURIG, LLP**
Philip R. Sellinger (PS 9369)
Ian S. Marx (IM 1704)
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 360-7900 (Telephone)
(973) 301-8410 (Facsimile)
*Attorneys for Defendant*
*Live Nation Entertainment, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, AND CHRIS BARRETT, <br> Plaintiffs, <br><br> vs. <br><br> LIVE NATION ENTERTAINMENT, INC., <br><br> Defendant. | Civil Action No. 11-cv-7318 (CCC)(CLW) <br><br> **CERTIFICATION OF SERVICE** |

I, Ian S. Marx, hereby certify as follows:

1. I am a shareholder in the law firm of Greenberg Traurig, LLP, attorneys for Defendant Live Nation Entertainment, Inc.

2. On August 23, 2019, I caused a true and correct copy of Defendant Live Nation Entertainment, Inc.'s Notice of Motion, Memorandum of Law in Support of its Motion to Strike Plaintiffs Juice Entertainment, LLC, Thomas Dorfman, and Chris Barrett's expert report, Certification of Ian S. Marx In Support of Motion to Strike Plaintiffs' Expert Report, Proposed Order, and this Certification of Service to be electronically filed with the Clerk of the United States District Court for the District of New Jersey, using the CM/ECF system. In so doing, all counsel of record have been electronically served with a copy of all of the aforementioned documents.

ACTIVE 45262275v1

I certify under penalty of perjury that the forgoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment

Dated:  August 23, 2019                                         <u>/s/ Ian S. Marx      </u>
                                                                                        Ian S. Marx

ACTIVE 45262275v1