UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUICE ENTERTAINMENT LLC, THOMAS DORFMAN and CHRIS BARRETT,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>Defendant. | **Civil Action No. 11-7318-WHW-MCA** |

**CERTIFICATION OF MIKE MA IN SUPPORT OF PLAINTIFFS' OBJECTION TO THE ORDER BARRING PLAINTIFFS' EXPERT REPORT**

I, Mike Ma, hereby certify as follows:

1. I am a consultant and legal assistant of Plaintiff Juice Entertainment LLC ("Juice"). I am fully familiar with all matters discussed herein and I submit this certification in support of Plaintiffs Juice, Thomas Dorfman and Chris Barrett's ("Plaintiffs") objection to the order barring Plaintiffs' expert report.

2. I do in fact have personal knowledge of all the facts I listed in my previous certification to this Court in this matter.

3. I am a licensed attorney barred in Australia, England and Wales.

4. I have been essentially acting in the capacity of a paralegal for Juice directly since the beginning of the litigation.

5. In fact, I was identified at a deposition as such.

6. Further, I have attended all the recent court appearances on behalf of Juice and have met counsel for Defendant at least twice.

7. Therefore, for the reasons provided above and within Plaintiffs' papers, Plaintiffs respectfully request that the objection to the order barring Plaintiffs' expert report be granted.

I hereby certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

BY: _____
Mike Ma, Juice Entertainment LLC

DATED: October 28, 2019