

Ian S. Marx, Esq.
Tel 973.360.7951
Fax 973.301.8410
marxi@gtlaw.com

January 10, 2024

<u>*Via ECF*</u>

Honorable Claire C. Cecchi
United States District Judge
United States District Court
  for the District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    <u>***Juice Entertainment, LLC, et al. v. Live Nation Entertainment, Inc.*, Civil Action No. 11-CIV-7318 (WHW) (CLW)**</u>

Dear Judge Cecchi:

On behalf of Defendant Live Nation Entertainment, Inc. ("Live Nation"), we are writing to respectfully request a modest one-week adjournment of the current deadline for the filing of *in limine* motions. The current deadline is January 11; we request that the deadline be adjourned to January 18.

On December 19, we had a conference with the Court following which Your Honor ordered the parties to engage in a final attempt at mediation and we are in the process of scheduling that mediation with Ms. Goski. As explained during our call on the 19th, we believed the filing of *in limine* motions would not promote settlement and we believe Your Honor expressed receptiveness to a relaxation of the impending January 11 deadline to accommodate the mediation. In an abundance of caution, we did not want to let the deadline pass without the issue being addressed, as we do intend to file such a motion in the event the mediation does not result in a settlement. Therefore, we respectfully request that the deadline for *in limine* motions be extended to January 18.

                                                      **Repectfully submitted**,

                                                      **GREENBERG TRAURIG, LLP**

                                                      */s/  Ian S. Marx*

                                                      IAN S. MARX

ISM/dad
cc: All Counsel via ECF

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
~ OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
** STRATEGIC ALLIANCE