SMITH+SCHWARTZSTEIN LLC

Andrew B. Smith, Esq.
Admitted in NJ and NY

4 Chatham Road, Suite 1
Summit, NJ 07901

P: 973.206.1725
F: 973.794.2589
andrew@sslawfirmllc.com

February 16, 2024

**VIA EFILING**
The Honorable Claire C. Cecchi,
United States District Judge, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

    Re:   **Juice Entertainment LLC, et al v. Live Nation Entertainment, Inc.**
            **Civil Action No. 2:11-cv-07318-WHW-CLW**

Your Honor:

    This firm represents Plaintiffs Juice Entertainment LLC, Thomas Dorfman and Chris Barrett ("Plaintiffs') in the above referenced matter. Per Your Honor's order, the parties here participated in in-person mediation on February 13, 2024. Unfortunately, the matter did not resolve. As such, please provide a pre-trial schedule in advance of the March 5, 2024 trial. Thank you for your time and attention, and if you have any questions or concerns, please do not hesitate to have a member of your staff contact me directly.

                              Respectfully
                              SMITH + SCHWARTZSTEIN LLC

                              /s/ Andrew Smith

                              Andrew B. Smith, Esq.