**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 360-7900 (Telephone)
(973) 301-8410 (Facsimile)
*Attorneys for Defendant*
*Live Nation Entertainment, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, AND CHRIS BARRETT,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>Defendant. | Civil Action No. 11-07318 (CCC) (CLW)<br><br>**NOTICE OF MOTIONS *IN LIMINE*** |

TO: Andrew Smith, Esq.
   Smith & Schwartzstein LLC
   4 Chatham Road, Suite
   Summit, NJ 07901
   Attorneys for Plaintiffs

PLEASE TAKE NOTICE that, on April 15, 2024, or as soon thereafter as counsel may be heard, Defendant Live Nation Entertainment, Inc. shall move before the Honorable Claire Cecchi at the United States District Court for the District of New Jersey, Newark, New Jersey, for an order, pursuant to the Federal Rules of Evidence and Civil Procedure, excluding certain evidence and dismissing certain claims, as set forth in the accompanying Memorandum of Law and proposed order.

NY 246309361v1

PLEASE TAKE FURTHER NOTICE that in support of its motion, Defendant will rely upon the Certification of Ian S. Marx, dated March 14, 2024, and its attached exhibits, and the Brief submitted with the motion, as well as upon the prior Orders of the Court referenced therein.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted with this motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to L. Civ. R. 78.1(b), Defendant requests oral argument on this motion.

                                          **GREENBERG TRAURIG, LLP**

                              By:  */s/ Ian S. Marx*
                                    Ian S. Marx

                                  500 Campus Drive, Suite 400
                                  Florham Park, New Jersey 07932
                                  (973) 360-7900

                                  Attorneys for Defendant

Dated: March 15, 2024

NY 246309361v1