**SMITH + SCHWARTZSTEIN LLC**

Andrew B. Smith, Esq.
Admitted in NJ and NY

4 Chatham Road, Suite 1
Summit, NJ 07901

P: 973.206.1725
F: 973.794.2589
andrew@sslawfirmllc.com

March 22, 2024

**VIA EFILING**
The Honorable Claire C. Cecchi,
United States District Judge, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

    Re:   **Juice Entertainment LLC, et al v. Live Nation Entertainment, Inc.**
           **Civil Action No. 2:11-cv-07318-WHW-CLW**

Your Honor:

    This firm represents Plaintiffs Juice Entertainment LLC, Thomas Dorfman and Chris Barrett ("Plaintiffs') in the above referenced matter. Plaintiffs respectfully request that they be able to submit their opposition to Defendants' currently pending motions by April 1 (i.e., the normal deadline for such oppositions) instead of the March 25 date set forth in the joint discovery schedule. Defendants have consented to this request.

    Thank you for your time and attention, and if you have any questions or concerns, please do not hesitate to have a member of your staff contact me directly.

                                    Respectfully
                                    SMITH + SCHWARTZSTEIN LLC

                                    /s/ Andrew Smith

SO ORDERED

                                    Andrew B. Smith, Esq.

   s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:    3/25/2024