**SMITH + SCHWARTZSTEIN LLC**
Andrew B. Smith
Attorney ID: 032612004
4 Chatham Road, Suite 1
Summit, New Jersey 07901
973-206-1725
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUICE ENTERTAINMENT, LLC, THOMAS DORFMAN, and CHRIS BARRETT, <br><br> *Plaintiffs*, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., <br><br> *Defendant*. | CIVIL ACTION <br><br> Case No. 2:11-cv-7318 (CCC) (CLW) <br><br><br> **ORAL ARGUMENT REQUESTED** |

**CERTIFICATION OF ANDREW B. SMITH, ESQ. IN OPPOSITION TO DEFENDANT'S MOTIONS *IN LIMINE***

I, Andrew B. Smith, hereby certify as follows:

1.      I am an attorney at law of the State of New Jersey and a partner of the law firm of Smith + Schwartzstein LLC, counsel for Plaintiffs Juice Entertainment LLC, Thomas Dorfman, and Chris Barrett, (collectively "Plaintiffs") in the above captioned matter.  I am fully familiar with all matters discussed herein and I submit this certification in support of Plaintiffs' opposition to Defendant Live Nation's motions in limine.

2.      A true and accurate copy of the Barrett Dep. Excerpts are attached hereto as Exhibit A.

3.      A true and accurate copy of the Dorfman Dep. Excerpts are attached hereto as Exhibit B.

4.      A true and accurate copy of JUICE807, 1602, 2495 and 8454 are attached hereto as Exhibit C.

5.      Therefore, for the reasons provided stated above and within Plaintiffs' papers, Plaintiffs respectfully request that Defendants' Motions in Limine be denied.

I hereby certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

**SMITH + SCHWARTZSTEIN LLC**
4 Chatham Road
Summit, New Jersey 07901
Phone:  973-206-1725
E-mail: andrew@sslawfirmllc.com
*Attorneys for Plaintiffs*

By:  /s/  Andrew B. Smith

Dated:  April 1, 2024