

April 9, 2024

**VIA EFILING**
The Honorable Claire C. Cecchi,
United States District Judge, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

      Re:   **Juice Entertainment LLC, et al v. Live Nation Entertainment, Inc.**
              **Civil Action No. 2:11-cv-07318-WHW-CLW**

Your Honor:

      This firm represents Plaintiffs Juice Entertainment LLC, Thomas Dorfman and Chris Barrett ("Plaintiffs') in the above referenced matter. Plaintiffs are in receipt of Defendant Live Nation Entertainment, Inc.'s ("Defendant") improper reply brief filed on the return date of their motions *in limine*. Rather than request leave to file a reply which was specifically excluded from this Court's directive, and then wait for that permission to be granted, Defendant essentially just filed one anyway without permission. Plaintiffs respectfully request that the reply brief be ignored by this Court. To the extent this Court has reviewed the improper reply brief, Plaintiffs request that oral argument be granted so that they can address the issues in the improper reply.

      Thank you for your time and attention, and if you have any questions or concerns, please do not hesitate to have a member of your staff contact me directly.

                                          Respectfully
                                          SMITH + SCHWARTZSTEIN LLC

                                          /s/ Andrew Smith

                                          Andrew B. Smith, Esq.

cc:     Counsel of Record