UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

Date: November 18, 2025

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: RHEA MORALES

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 11-cv-7318 (CCC)

Title of Case: JUICE ENTERTAINMENT v. LIVE NATION ENTERTAINMENT

Appearances: Andrew Smith, Esq. on behalf of the Plaintiff
Ian Marx, Esq. on behalf of Defendant

**NATURE OF PROCEEDINGS: Motion Hearing**

Oral Argument held on Motion in Limine (DE#141).
Decision reserved.

Time Commenced: 2:15 p.m.                Time Adjourned: 4:30 p.m.

*Jacquie Lambiase*

Jacquie Lambiase, Deputy Clerk